DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
(702) 222-9999
danielle@decastroverdelaw.com

JESSICA L. BLOME
(California Bar No. 314898, pro hac vice application forthcoming)
J. RAE LOVKO
(California Bar No. 208855), pro hac vice application forthcoming)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>　　　　Defendants. | CASE NO. 3:23-cv-00568-ART-CSD<br><br>**PLAINTIFFS' NOTICE OF RELATED CASES** |

1       TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR COUNSEL

2   OF RECORD:

3       PLEASE TAKE NOTICE that, pursuant to Local Rule 42-1, Plaintiffs LAURA LEIGH

4   and WILD HORSE EDUCATION state that the above-captioned case is related to the following

5   case: COLVIN & SON, LLC, and STONE CABIN RANCH, LLC, v. DEB HAALAND in her

6   official capacity as Secretary of the United States Department of the Interior, et al., Nev. District

7   Court Case No. 3:23-cv-00505-LRH-CLB, assigned to the Hon. Anne R. Traum. Both actions

8   involve challenges associated with the Bureau of Land Management's Stone Cabin Complex

9   Wild Horse Gather Plan, which was adopted through an Environmental Assessment and its

10  associated Finding of No Significant Impact and Decision of Record in April of 2023. Both

11  actions involve issues related to the interpretation and enforcement of the Wild Free-Roaming

    Horses and Burros Act.

12

13  DATED: November 28, 2023,              Respectfully Submitted,

14                                         */s/ Danielle M. Holt*
                                           Danielle M. Holt
15                                         (Nevada Bar No. 13152)
                                           DE CASTROVERDE LAW GROUP
16                                         1149 S Maryland Pkwy
                                           Las Vegas, NV 89104
17                                         (702) 222-9999
                                           danielle@decastroverdelaw.com
18
                                           Jessica L. Blome
19                                         (Cal. Bar No. 314898, pro hac vice forthcoming)
                                           J. Rae Lovko
20                                         (Cal. Bar No. 208855, pro hac vice forthcoming)
                                           GREENFIRE LAW, PC
21                                         2748 Adeline Street, Suite A
                                           Berkeley, CA 94703
22                                         (510) 900-9502
                                           jblome@greenfirelaw.com
23                                         rlovko@greenfirelaw.com

24                                         *Attorneys for Plaintiffs*

25

26