**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LAURA LEIGH, individually, and WILD
HORSE EDUCATION, a non-profit
corporation,

             Plaintiff(s),

      vs.

UNITED STATES DEPARTMENT OF INTERIOR,
BUREAU OF LAND MANAGEMENT, TRACY
STONE- MANNING, Dir. of the Bureau of Land Mgt.,
and JON RABY, Nev. State Dir. of the Bureau of Land
Mgt.
             Defendant(s).

Case # 3:23-cv-00505-LRH-CLB & XXXX

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jessica L. Blome_____, Petitioner, respectfully represents to the Court:
   (name of petitioner)

1.   That Petitioner is an attorney at law and a member of the law firm of
_____Greenfire Law, PC_____
                         (firm name)

with offices at _____2748 Adeline Street Suite A_____,
                            (street address)

_____Berkeley_____, __California__, __94703__
    (city)              (state)       (zip code)

___(510) 900 9502___, ___jblome@greenfirelaw.com___.
 (area code + telephone number)      (Email address)

2.   That Petitioner has been retained personally or as a member of the law firm by
_Laura Leigh, individually, & Wild Horse Educ., a non-profit corp.___ to provide legal representation in connection with
          [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.      That since _____ June 1, 2017 _____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>California</u>
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Missouri Bar | September 12, 2007 | 59710 |
| U.S. Supreme Court | September 10, 2021 | |
| District Courts, Northern California, Eastern California | | |
| District Courts, Western Missouri, Western New York | | |
| Court of Appeals, First Circuit | | |
| Court of Appeals, Eighth Circuit | | |
| Court of Appeals, Ninth Circuit | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

> Missouri Bar Association & California Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| January 24, 2022 | 3:22-cv-00034- MMD-CLB | District Court | Granted |
| August 3, 2022 | 2:22-cv-01200-CDS-BNW | District Court | Granted |
| August 1, 2023 | 3:23-cv-00372-LRH-CLB | District Court | Granted |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  California )

COUNTY OF        Alameda )

_____Jessica L. Blome_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__20th__ day of __Nov.__, __2023__.

_____
Notary Public or Clerk of Court

> **SUNGSOO HAN**
> COMM. #2329637
> Notary Public - California
> Alameda County
> My Comm. Expires July 11, 2024

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate ____Danielle M. Holt____,
(name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action.  The address and email address of

said designated Nevada counsel is:

_____1149 S. Maryland Pkwy_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89104_____,
(city)                              (state)                        (zip code)

___(702) 222-9999___, ___danielle@decastroverdelaw.com___.
(area code + telephone number)           (Email address)

4

Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5   ### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7   The undersigned party(ies) appoint(s) _____Danielle M. Holt_____ as

8   his/her/their Designated Resident Nevada Counsel in this case.
           (name of local counsel)

9

10  /s/ Laura Leigh
    _____
    (party's signature)

11

12  Laura Leigh, individual and President of Wild Horse Educ.
    _____
    (type or print party name, title)

13

14  _____
    (party's signature)

15

16  _____
    (type or print party name, title)

17  ### CONSENT OF DESIGNEE

18  The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20  Danielle Holt
    _____
    Designated Resident Nevada Counsel's signature

21  13152                    danielle@decastroverdelaw.com
    _____
22  Bar number              Email address

23

24  APPROVED:

25  Dated: this _____ day of _____, 20___.

26

27  _____
    UNITED STATES DISTRICT JUDGE

28
                        5

Rev. 5/16

## *The Supreme Court of Missouri*



## *Certificate of Admission as an*
## *Attorney at Law*

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/12/2007,

# *Jessica Lynn Blome*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 6th day of August, 2021.

Clerk of the Supreme Court of Missouri

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

October 30, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JESSICA LYNN BLOME, #314898 was admitted to the practice of law in this state by the Supreme Court of California on June 1, 2017 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records