**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LAURA LEIGH, individually, and WILD
HORSE EDUCATION, a non-profit
corporation,

             Plaintiff(s),

    vs.

UNITED STATES DEPARTMENT OF INTERIOR,
BUREAU OF LAND MANAGEMENT, TRACY
STONE- MANNING, Dir. of the Bureau of Land Mgt.,
and JON RABY, Nev. State Dir. of the Bureau of Land
Mgt.
            Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 3:23-cv-00568-ART-CSD

**ORDER APPROVING**

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

        Jessica L. Blome
_____, Petitioner, respectfully represents to the Court:
     (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of
                          Greenfire Law, PC
_____
                         (firm name)
                        2748 Adeline Street Suite A
with offices at _____,
                         (street address)
       Berkeley            , California            , 94703
_____, _____, _____,
       (city)                    (state)             (zip code)
     (510) 900 9502         jblome@greenfirelaw.com
_____, _____.
 (area code + telephone number)        (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by
    Laura Leigh, individually, & Wild Horse Educ., a non-profit corp.
_____ to provide legal representation in connection with
          [client(s)]
the above-entitled case now pending before this Court.

                                                    Rev. 5/16

3.      That since _____June 1, 2017_____, Petitioner has been and presently is a
                            (date)
member in good standing of the bar of the highest Court of the State of __California__
                                                                                (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Missouri Bar | September 12, 2007 | 59710 |
| U.S. Supreme Court | September 10, 2021 | |
| District Courts, Northern California, Eastern California | | |
| District Courts, Western Missouri, Western New York | | |
| Court of Appeals, First Circuit | | |
| Court of Appeals, Eighth Circuit | | |
| Court of Appeals, Ninth Circuit | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

Missouri Bar Association & California Bar Association

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| January 24, 2022 | 3:22-cv-00034- MMD-CLB | District Court | Granted |
| August 3, 2022 | 2:22-cv-01200-CDS-BNW | District Court | Granted |
| August 1, 2023 | 3:23-cv-00372-LRH-CLB | District Court | Granted |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4   _____
                          Petitioner's signature

5   STATE OF _California_____ )
                                                         )
6   COUNTY OF _____Alameda_____ )

7   _____Jessica L. Blome_____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9   _____
                          Petitioner's signature

10  Subscribed and sworn to before me this

11

12  _2o+h_ day of _Nov._____, _2o23_____.

13  _____
                Notary Public or Clerk of Court

14

15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
            **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18          Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate _____Danielle M. Holt_____,
                                                                                          (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action. The address and email address of

22  said designated Nevada counsel is:

23                          1149 S. Maryland Pkwy
    _____,
                                        (street address)

24          Las Vegas                          , Nevada                              89104
    _____,_____,
                (city)                                        (state)                      (zip code)

25

26          (702) 222-9999                  danielle@decastroverdelaw.com
    _____,_____.
    (area code + telephone number)          (Email address)

27

28                                          4                                          Rev. 5/16

Notary stamp:
SUNGSOO HAN
COMM. #2329637
Notary Public · California
Alameda County
My Comm. Expires July 11, 2024

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  ### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7  The undersigned party(ies) appoint(s) _____ Danielle M. Holt _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10  /s/ Laura Leigh
_____
(party's signature)

11  Laura Leigh, individual and President of Wild Horse Educ.

12  (type or print party name, title)

13  _____
(party's signature)

14

15  _____

16  (type or print party name, title)

17  **CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  _____
Designated Resident Nevada Counsel's signature

21  13152                    danielle@decastroverdelaw.com

_____
Bar number              Email address

22  **APPROVED.**

23

24

25  Anne R. Traum

26  United States District Judge

27  DATED: <u>December 13, 2023</u>

28  5

Rev. 5/16

*The Supreme Court of Missouri*



## *Certificate of Admission as an*
## *Attorney at Law*

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/12/2007,

# *Jessica Lynn Blome*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 6th day of August, 2021.

Clerk of the Supreme Court of Missouri

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

October 30, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JESSICA LYNN BLOME, #314898 was admitted to the practice of law in this state by the Supreme Court of California on June 1, 2017 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records