TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

YOUNG A. KANG, Trial Attorney (FL Bar No. 1025505)
Natural Resources Section
JOSEPH W. CRUSHAM, Trial Attorney (CA Bar No. 324764)
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 514-2415 (Kang)
Email: young.kang@usdoj.gov
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 3:23-cv-00568-ART-CSD<br>)<br>) |
| v. | ) **NOTICE OF APPEARANCE**<br>) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Federal Defendants. | )<br>) |

Please enter the appearance of Young A. Kang as counsel of record for Federal Defendants.[1]  Service of any papers and correspondence should be addressed as follows:

---

[1] Pursuant to LR IA 11-3, in a February 12, 2024, Order in *Western Watersheds Project v. Debra Haaland*, Case No. 2:23-CV-02009-GMN-EJY, Dkt. 42, Mr. Kang was admitted to practice before this Court during the period of his employment by the United States as an attorney.

U.S. Mail (including USPS Priority Mail Services):

Young A. Kang
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611

Express Mail Services or Hand Delivery:

Young A. Kang
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street, N.E.
Washington, D.C. 20002

Dated: February 15, 2024

Respectfully submitted,
TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Young A. Kang*
YOUNG A. KANG
Trial Attorney (FL Bar No. 1025505)
Natural Resources Section
JOSEPH W. CRUSHAM,
Trial Attorney (CA Bar No. 324764)
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 514-2415 (Kang)
Email: young.kang@usdoj.gov
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov

*Attorneys for Federal Defendants*