TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

JOSEPH W. CRUSHAM, Trial Attorney (CA Bar No. 324764)
Wildlife & Marine Resources Section
YOUNG A. KANG, Trial Attorney (FL Bar No. 1025505)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov
Phone: (202) 514-2415 (Kang)
Email: young.kang@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management, <br><br> *Federal Defendants.* | Case No. 3:23-cv-00568-ART-CSD <br><br> **FEDERAL DEFENDANTS' NOTICE OF LODGING ADMINISTRATIVE RECORD** |

Pursuant to the Court's Order Adopting Scheduling Order, Dkt. 23 at 2, Federal Defendants hereby provide notice of the lodging of the Administrative Record for the above captioned case, *Wild Horse Education et al., v. United States Department of Interior et al.*, Case No. 3:23-cv-00568. The Administrative Record comprises those materials considered directly and indirectly by the U.S. Bureau of Land Management as pertinent to the claims raised in the *Wild Horse Education* Complaint. The agency's certification of the

Administrative Record and a PDF copy of the index are attached to this Notice as exhibits.

Federal Defendants have provided the Administrative Record to Plaintiff's counsel and the Court via Federal Express shipments containing thumb drives. For the shipment to the Court, one thumb drive is for the Clerk's office and the other is for delivery to the Chambers of the Honorable Anne R. Traum. Each thumb drive provided to the Court and Plaintiff's counsel contains Bates numbered, electronic copies of the documents in the Administrative Record accessible via hyperlinked indexes.

Dated: April 17, 2024               Respectfully submitted,

TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Young Kang*
YOUNG A. KANG
Trial Attorney (FL Bar No. 1025505)
Natural Resources Section
JOSEPH W. CRUSHAM,
Trial Attorney (CA Bar No. 324764)
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov
Phone: (202) 514-2415 (Kang)
Email: young.kang@usdoj.gov

*Attorneys for Federal Defendants*