DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
JENNIFER RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>    *Federal Defendants.* | Case No. 3:23-cv-00568-ART-CSD<br><br>**DECLARATION OF JENNIFER RAE LOVKO IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPLETE AND SUPPLEMENT THE ADMINISTRATIVE RECORD AND REQUEST JUDICIAL NOTICE**<br><br>Complaint Filed: Nov. 15, 2023 |

I, Jennifer Rae Lovko, declare that if called as a witness in this action, I would competently testify of my own personal knowledge as follows:

1. I am an attorney with Greenfire Law, PC, counsel for Plaintiffs in the above-titled action.

2. Attached hereto as **Exhibit A** is a true and correct copy of 49 Fed. Reg. 49252, Dec. 18, 1984.

3. Attached hereto as **Exhibit B** is a true and correct copy of 43 C.F.R. §4700 et seq. (1985).

4. Attached hereto as **Exhibit C** is a true and correct copy of 51 Fed. Reg. 7410, Mar. 3. 1986.

5. Attached hereto as **Exhibit D** is a true and correct copy of 56 Fed. Reg. 786, January 9, 1991.

6. In the accompanying motion, Plaintiffs have requested that the administrative record be completed or supplemented with a variety of documents. To the extent that this Court denies the request, Plaintiffs ask that the Court grant judicial notice of the requested documents. Plaintiffs currently are not in possession of most of these documents except for Bureau Technical Guides 4400-1, 2, 3, 4, & 7, which are provided for below as exhibits. Plaintiffs ask the Court to order that Defendants produce the other documents to Plaintiffs and grant judicial notice of each.

7. Attached hereto as **Exhibit E** is a true and correct copy of Bureau Technical Guide 4400-1.

8. Attached hereto as **Exhibit F** is a true and correct copy of Bureau Technical Guide 4400-2.

9. Attached hereto as **Exhibit G** is a true and correct copy of Bureau Technical Guide 4400-3.

10. Attached hereto as **Exhibit H** is a true and correct copy of Bureau Technical Guide 4400-4.

**DECLARATION OF JENNIFER RAE LOVKO IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPLETE AND SUPPLEMENT THE ADMINISTRATIVE RECORD AND REQUEST JUDICIAL NOTICE**

11. Attached hereto as **Exhibit I** is a true and correct copy of Bureau Technical Guide 4400-7.

DATED: June 4, 2024

Respectfully Submitted,

_____
Jennifer Rae Lovko
(Cal. Bar No. 208855,
admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
rlovko@greenfirelaw.com

Attorneys for Plaintiffs