DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
JENNIFER RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>　　*Plaintiffs*,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>　　*Federal Defendants.* | Case No. 3:23-cv-00568-ART-CSD<br><br>**COMPENDIUM OF EXHBITS IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPLETE AND SUPPLEMENT THE ADMINISTRATIVE RECORD AND REQUEST JUDICIAL NOTICE**<br><br>Complaint Filed: Nov. 15, 2023 |

i

**COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPLETE AND SUPPLEMENT THE ADMINISTRATIVE RECORD AND REQUEST JUDICIAL NOTICE**

| **EXHIBIT** | **Bates No.** |
|---|---|
| A. Copy of 49 Fed. Reg. 49252, dated December 18, 1984 | 000001 – 000008 |
| B. Copy of 43 C.F.R. §4700 et seq. (1985) | 000009 – 000019 |
| C. Copy of 51 Fed. Reg. 7410, dated March 3, 1986 | 000020 – 000030 |
| D. Copy of 56 Fed. Reg. 786, dated January 9, 1991 | 000031 – 000033 |
| E. Copy of Bureau Technical Guide 4400-1 | 000034 – 000069 |
| F. Copy of Bureau Technical Guide 4400-2 | 000070 – 000085 |
| G. Copy of Bureau Technical Guide 4400-3 | 000086 – 000197 |
| H. Copy of Bureau Technical Guide 4400-4 | 000198 – 000337 |
| I. Copy of Bureau Technical Guide 4400-7 | 000338 – 000417 |