# Exhibit  H

Copy of Bureau Technical Guide 4400-4

BLM LIBRARY
88008472

159-36

SF
85.3
.R366
1985



# RANGELAND MONITORING



*Bouteloua curtipendula*

## Trend Studies



TR 4400-4



1985        **000198**

000199

UNITED STATES

DEPARTMENT OF THE INTERIOR

BUREAU OF LAND MANAGEMENT

# RANGELAND MONITORING

# TREND STUDIES

TECHNICAL REFERENCE 4400-4

MAY 1985

**000200**

Bureau of Land Management
Library
Bldg. 50, Denver Federal Center
Denver, CO 80225

BLM/YA/PT 85-003-4400

Copies available from:
Bureau of Land Management
Denver Service Center, D-558B
Denver Federal Center, Building 50
Denver, Colorado 80225

000201

RANGELAND MONITORING - TREND STUDIES

Table of Contents

Section                                                                 Page

1.  TREND DATA                                                             1

2.  COLLECTING TREND DATA                                                  1

2.1  Frequency of Studies                                                  1
2.2  Timing of Studies                                                     1
2.3  Documentation                                                         2

3.  KEY CONSIDERATIONS                                                     2

3.1  Plant Species Identification                                          2
3.2  Plot Size and Shape                                                   2
3.3  Indicators of Trend                                                   2
3.4  Photographs                                                           2
     3.41  Identifying Photographs                                         2
     3.42  Close-up Photographs                                            3
     3.43  General View Photographs                                        3
     3.44  Repeat Photographs                                              4
3.5  General Observations                                                  4

4.  TREND STUDY METHODS                                                    4

4.1  Selecting a Method                                                    4
4.2  Permanent vs. Temporary Transects and/or Plots                        4
4.3  Combinations of Sampling Methods                                      5
4.4  Methods                                                               5

     4.41  PHOTO PLOT METHOD                                               6
     4.42  COMMUNITY STRUCTURE ANALYSIS (CSA) METHOD                      12
     4.43  DAUBENMIRE METHOD                                              18
     4.44  PACE FREQUENCY METHOD                                          24
     4.45  QUADRAT FREQUENCY METHOD                                       29
     4.46  NESTED FREQUENCY METHOD                                        36
     4.47  LINE INTERCEPT METHOD                                          42
     4.48  STEP-POINT TRANSECT METHOD                                     46

GLOSSARY OF TERMS                                                         51

ILLUSTRATIONS

1.  Study and Photograph Identification                                   61
2.  Photo Identification Label                                            64
3.  Study Location and Documentation Data Form                            66

**000202**

RANGELAND MONITORING - TREND STUDIES

ILLUSTRATIONS (cont.)                                                    Page

 4.  Permanent Photo Plot Location                                      68
 5.  Trend Study Method Matrix                                          69
 6.  Trend Study Data - Photo Plot Method Form                          70
 7.  Plot Frame - 3- X 3-Foot                                           74
 8.  Plot Frame - 5- X 5-Foot                                           75
 9.  Diagrammatic Sketches of Vegetation Growth Forms and Measurement
     Techniques                                                         76
10.  Trend Study Data - Community Structure Analysis Method--Foliar
     Cover Data Form                                                    77
11.  Trend Study Data - Community Structure Analysis Method--Density
     and Frequency Data Form                                            79
12.  Trend Study Data - Community Structure Analysis Method--Summary
     Form                                                               81
13.  Community Structure Analysis Method Transect Layout                83
14.  Trend Study Data - Daubenmire Method--Six Cover Classes Form       84
15.  Trend Study Data - Daubenmire Method--Ten Cover Classes Form       87
16.  Daubenmire Method 20- X 50-cm Frame                                90
17.  Daubenmire Method Transect Layout                                  92
18.  Trend Study Data - Pace Frequency Method Form                      93
19.  Pace Frequency Method Plot Frame                                   95
20.  Pace Fequency Method Study Layout                                  96
21.  Trend Study Data - Quadrat Frequency Method Form                   97
22.  Quadrat Frequency Method Frames                                    99
23.  Recommended Quadrat Frame Sizes, Number of Transects, and Number
     of Quadrats per Transect for Several Rangeland Plant Communities
     in Nevada                                                          100
24.  Quadrat Frequency Method Study Layout                              101
25.  Trend Study Data - Nested Frequency Method--Four Transects Form    102
26.  Trend Study Data - Nested Frequency Method--Four Transect
     Summary Form                                                       104
27.  Trend Study Data - Nested Frequency Method--Ten Transects Form     106
28.  Trend Study Data - Nested Frequency Method--Ten Transect
     Summary Form                                                       108
29.  Nested Frequency Method Plot Frames                                110
30.  Trend Study Data - Line Intercept Method Form                      112
31.  Trend Study Data - Step-Point Transect Method Form                 114
32.  Diagrammatic Sketches of Observation Points (Hits) and Recording
     Procedure                                                          116
33.  Recording Data in a Spatial Format                                 117


BIBLIOGRAPHY                                                            123

**000203**

RANGELAND MONITORING - TREND STUDIES

1. <u>TREND DATA.</u>

Trend data are important in determining the effectiveness of on-the-ground man-
agement actions and evaluating progress toward meeting management objectives on
rangeland administered by the Bureau of Land Management (BLM). Trend refers to
the direction of change. It indicates whether the rangeland is moving toward
or away from its potential or toward or away from specific management objec-
tives. Trend of a rangeland area may be judged by noting changes in character-
istics such as composition, density, cover, production, and frequency of the
vegetation, and related parameters of other resources. Trend data are consid-
ered along with actual use, authorized use, estimated use, utilization, cli-
mate, and any other data available or necessary for allotment, wildlife habitat
area, herd management area, watershed area, or other designated management area
evaluations. Permittees, lessees, other rangeland users, and interested par-
ties should be consulted and encouraged to participate in the collection and
use of trend data. (See Sections 2.2 through 2.4, Technical Reference 4400-1.)

2. <u>COLLECTING TREND DATA.</u>

2.1 <u>Frequency of Studies.</u> Trend studies are conducted as frequently as needed
to satisfy data requirements for allotment, wildlife habitat area, herd manage-
ment area, watershed area, or other designated management area evaluations.
They are generally conducted at periodic intervals in sequence with grazing
treatments. For example, trend studies could be conducted once every three
years on a three-pasture grazing system and once every five years on a five-
pasture grazing system. Where studies are conducted only once during each
grazing cycle, they should be conducted at the same point in each cycle so that
the data will be comparable. Schedules for conducting trend studies are docu-
mented in monitoring plans or activity plans. (See Section 7, Technical
Reference 4400-1.)

2.2 <u>Timing of Studies.</u> Trend studies should be started before initiating man-
agement under an activity plan (AMP, HMP, etc.) or changing management on an
allotment, wildlife habitat area, herd management area, watershed area, or
other designated management area. This is to ensure that there is a record of
the resource situation prior to changes in management. Trend data should nor-
mally be collected after the growing season when the majority of the plants
have reached maximum growth. However, certain plant communities and environ-
mental influences may require that pictures be taken and measurements and/or
estimates be recorded at different times during the growing season. In order
to obtain the best data, trend studies should be conducted on ungrazed pas-
tures. It is important that once the time for trend studies has been selected,
that the follow-up studies in succeeding years be conducted at the same time
(phenologically) during the growing season.

**000204**

Section 2.3

RANGELAND MONITORING - TREND STUDIES

2.3  Documentation.  Trend data are recorded on the appropriate forms.  Forms for the trend study methods described in this Technical Reference are included in the Illustrations Section.  Close-up and general view photographs should be used with all of the trend study methods.  (See Section 3.4.)  File the forms, photographs, and any other pertinent information in the allotment file or as otherwise prescribed.  (See Section 6, Technical Reference 4400-1.)

3.  KEY CONSIDERATIONS.

Consistency is important in the collection of trend data.

3.1  Plant Species Identification.  The plant species must be properly identified when conducting trend studies in order for the data to be useful in allotment, wildlife habitat area, herd management area, watershed area, or other designated management area evaluations.  In some cases, it may be helpful to include pressed plant specimens, photographs, or other aids used for species identification in the study file.  If data are collected prior to positive species identification, examiners should collect plant specimens for later verification.

3.2  Plot Size and Shape.  Various sizes and shapes of plots can be used to collect trend data; however, all plots used to collect a particular kind of data on a transect must be of the same size and shape.

3.3  Indicators of Trend.  Changes in the following vegetation and soil characteristics are indications of trend:  cover, plant vigor, reproduction, erosion conditions, litter accumulation, vegetation composition, production, frequency, density, form class (e.g. hedging), and age class.  All of these indicators do not have to be measured to determine trend.  Various combinations of these indicators are measured or estimated depending on the particular study method selected.

3.4  Photographs.  Use close-up and/or general view photographs with all of the trend study methods.  Comparing photographs of the same site taken over a period of years furnishes visual evidence of vegetation and soil changes.  All photographs should be in color.

    3.41  Identifying Photographs.  Include the study number and other information pertinent to a study site on a Photo Identification Label.  (See Illustrations 1 and 2.)  Include the label in the photographs to ensure proper photo identification.

2

**000205**

RANGELAND MONITORING - TREND STUDIES

3.42  _Close-up Photographs._  Close-up photographs show the soil surface characteristics and the amount of ground surface covered by vegetation and litter.  Close-up photographs are generally taken of permanently located photo plots.

a.  The location of photo plots is determined at the time the studies are established.  Document the location of photo plots on the Study Location and Documentation Data Form to expedite relocation.  (See Illustration 3.)

b.  Generally a 3- X 3-foot square frame is used for photo plots; however, a different size and shape frame may be used.

c.  Angle iron stakes are driven into the ground at two diagonal corners of the frame to permanently mark a photo plot.  (See Illustration 4.) Paint the stakes with bright-colored permanent spray paint (yellow or orange) to aid in relocation.  Repaint these stakes when subsequent photographs are taken.

d.  The Photo Identification Label is placed flat on the ground immediately adjacent to the photo plot frame.  (See Illustration 2.)

e.  The camera point, or the location from which the close-up photo- graph is taken, should be on the north side of the photo plot so that repeat photographs can be taken at any time during the day without casting a shadow across the plot.

f.  To take the close-up photographs, stand over the photo plot with toes touching the edge of the frame.  Include the photo label in the photo- graph.  Use a 35-mm camera with a 28-mm wide-angle lens.

g.  A step ladder is needed to take close-up photographs of photo plots larger than 3- X 3-foot.

3.43  _General View Photographs._  General view photographs present a broad view of a study site.  These photographs are often helpful in relocating study sites.

a.  If a transect method is used, general view photographs may be taken from either or both ends of the transect.  The points from which these photographs are taken are determined at the time the studies are established. Document the location of these points on the Study Location Documentation Data Form to expedite relocation.  (See Illustration 3.)

b.  The Photo Identification Label is placed in an upright position so that it will appear in the foreground of the photograph.  (See Illustration 2.)

3

**000206**

Section 3.43c

RANGELAND MONITORING - TREND STUDIES

    c.  To take general view photographs, stand at the selected points and include the photo label, a general view of the site, and some sky in the photographs.

    d.  A photograph of a study site taken from the nearest road at the time of establishment of the study facilitates relocation.

    3.44  <u>Repeat Photographs</u>.  When repeat photographs are taken, follow the same process used in taking the initial photographs.  Include the same area and landmarks in the repeat general view photographs that were included in the initial photographs.  Take repeat photographs at approximately the same time of year as the original photographs.

3.5  <u>General Observations</u>.  General observations concerning the sites on which studies data are collected can be important in allotment, wildlife habitat area, herd management area, watershed area, or other designated management area evaluations.  Such things as use by rodents, insect infestation, animal concentration, fire, vandalism, and other uses of the sites can have considerable impact on vegetation and soil resources.  This information is recorded on the reverse side of the study method forms or on separate pages, as necessary.  (See Section 2.3.)

4.  <u>TREND STUDY METHODS</u>.

4.1  <u>Selecting a Method</u>.  No single method of vegetation sampling is suitable for all vegetation types and management situations encountered on Western rangelands.  (See Sections 1, 3, 5, and 7.33, Technical Reference 4400-1.)  Selecting a sound sampling technique is critical to the success of a study.  Monitoring methods should be sensitive to changes in the plant community, and should be unbiased, efficient, and cost-effective.  Carefully consider the advantages and limitations of each method with respect to the type of vegetation on which the studies are to be conducted and the type of data needed to monitor trend.  Measurement of more than one characteristic of the vegetation will provide a more complete picture of the nature of vegetation change.  (See Illustration 5.)  While it is important to choose an efficient and cost-effective method (in terms of both dollars and workmonths), sensitivity and unbiasedness should not be unduly compromised in the process.

4.2  <u>Permanent vs. Temporary Transects and/or Plots</u>.  The location of the starting or beginning point of trend study transects is permanently marked on selected sites within key areas.  Depending on the study method, the location of the sampling points and/or plots along the transect line may be permanently

4

**000207**

RANGELAND MONITORING - TREND STUDIES

marked with a tape and/or frame, or they may be selected at a pacing interval, in which case they would not be permanently marked. Sampling points and/or plots along pace transects are temporary because the exact same spot will not be sampled on subsequent readings along that transect. In some cases it may be advantageous to use permanent transects to ensure that data are collected from the exact same spot each time. In other cases, samples collected anywhere along the same transect line may be adequate.

4.3  Combinations of Sampling Methods. Combinations of basic sampling method-ologies may be used to collect the types of data that are needed. For example, a step-point transect or line intercept transect may be used in conjunction with the Photo Plot Method. Daubenmire cover data can be collected along a base line tape set out for another study method, such as the Quadrat Frequency Method. Density data can be collected with frames used to collect frequency and/or cover data.

4.4  Methods. In addition to the methods described in this Technical Reference, the Twig Length Measurement, Cole Browse, and Extensive Browse Methods described in Technical Reference 4400-3, may also be used for trend studies.

**000208**

Section 4.41

RANGELAND MONITORING - TREND STUDIES

4.41   <u>PHOTO PLOT METHOD</u>.

a.   <u>General Description</u>.  The Photo Plot Method includes taking a close-up photograph of either a 3- X 3-foot plot or a 5- X 5-foot plot and a general view photograph of the study site.  In addition, measurements and/or estimates are made to provide quantitative data concerning vegetation characteristics that may or may not be seen in the photographs.  The following indicators of trend are monitored with this method:  (See Section 3.3.)

    (1)  Foliar and basal cover (including litter)

    (2)  Composition (by cover)

    (3)  Reproduction of key species

    (4)  Density

b.   <u>Areas of Use</u>.  This method has wide applicability and is suited for use with grasses, forbs, and shrubs.

c.   <u>Advantages and Limitations</u>.  This method provides both a photographic record and measurement or estimate of the vegetation cover and composition.  Depending on the density of the vegetation, it may take considerable time to measure and estimate the vegetation on the plot.  Limitations of this method are the extremely small area sampled, the difficulty in identifying seedlings, and the variation in the data collected among examiners.

d.   <u>Equipment</u>.

    (1)  Study Location and Documentation Data Form (See Illustration 3.)

    (2)  Trend Study Data - Photo Plot Method Form (See Illustration 6.)

    (3)  Photo Identification Label (See Illustration 2.)

    (4)  Frame to delineate the 3- X 3-foot or 5- X 5-foot plots (See Illustrations 7 and 8.)

    (5)  Square-foot gridded frame with 16 equal divisions (See Illustration 7.)

    (6)  Stakes - 3/4- or 1-inch angle iron not less than 16 inches long

**000209**

6

RANGELAND MONITORING - TREND STUDIES

(7)  Hammer

(8)  Permanent yellow or orange spray paint

(9)  Camera - 35-mm with a 28-mm wide-angle lens

(10)  Exposure meter (if camera is not equipped with one)

(11)  Film

(12)  Tripod (optional)

(13)  Small step ladder (for 5- X 5-foot photo plots)

(14)  Black felt-tip pen

(15)  Measuring tape calibrated in 10ths of inches

(16)  Steel post

(17)  Post driver

(18)  Compass

e.  Training.  Examiners must be able to identify plant species. They must know how measurements and estimates on the plots are collected and recorded.  The accuracy of the data depends on the training and ability of the examiners to make the measurements and estimates.  (See Section 3, this Reference, and Section 4, Technical Reference 4400-1.)

f.  Establishing Plots.  Careful establishment of plots is a critical element in obtaining meaningful data.  (See Sections 5.2 through 5.4, Technical Reference 4400-1.)

(1)  Site Selection.  Stratify the allotment, wildlife habitat area, herd management area, watershed area, or other designated management area; select the key area(s) and key species; and  determine the number, size, and location of the plots.  (See Section 5.1, Technical Reference 4400-1.)

(2)  Number of Plots.  Establish one plot on each key area; establish more if needed.  (See Sections 1 and 5, Technical Reference 4400-1.)

(3)  Plot Size and Shape.  Use a 3- X 3-foot plot in herbaceous vegetation and a 5- X 5-foot plot in shrub vegetation.  If the herbaceous vegetation is sparse, the 5- X 5-foot plot may be used.

**000210**

Section 4.41f(3)(a)

RANGELAND MONITORING - TREND STUDIES

(a)  Plot Frame - 3- X 3-foot.  Rods are used to divide the 3- X 3-foot frame into nine equal square-foot sections.  A square-foot frame gridded into 16 equal units can be used to obtain more precise data.  Each of these grid units represents 0.7 percent of the area of a 3- X 3-foot plot. (See Illustration 7).

(b)  Plot Frame - 5- X 5-foot.  The 5- X 5-foot frame is supported above the vegetation by six telescoping legs.  A gridded overlay frame, l-foot wide and 5-foot long, divides the plot frame into smaller units.  The overlay frame is constructed of welding rod and is gridded into 1/16-square-foot units.  The plot frame is marked at l-foot intervals on two parallel sides so that the gridded overlay frame can be positioned at l-foot intervals across the plot.  (See Illustration 8.)

(4)  Plot Location.

(a)  Permanently mark plots with angle-iron stakes driven into the ground at two diagonal corners of the plots.  (See Illustration 4).

(b)  Paint the stakes with bright-colored permanent spray paint (yellow or orange) to aid in relocation.  Repaint these stakes when subsequent readings are made.

(5)  Reference Post or Point.  Permanently mark the location of each plot by means of a reference post (steel post) placed about 100 feet from the plot.  Record the bearing and distance from the post to the plot.  An alternative is to select a reference point, such as a prominent natural or physical feature, and record the bearing and distance from that point to the plot.  If a post is used, it should be tagged to indicate that it marks the location of a monitoring study established by the Bureau of Land Management and that it should not be disturbed.

(6)  Plot Identification.  Number plots for proper identification to ensure that the data collected can be positively associated with specific sites on the ground.  (See Illustration l.)

(7)  Plot Documentation.  Document the location, size, and other pertinent information concerning a plot on the Study Location and Documentation Data Form.  (See Illustration 3, this Reference, and Section 6, Technical Reference 4400-1.)  Plot the precise location of the photo plots on detailed maps and/or aerial photos.

g.  Taking Photographs.  Take close-up photographs of the plot, as well as the general view photographs, before making any measurements or estimates.  The directions for taking photographs are described in Section 3.4.

8

**000211**

RANGELAND MONITORING - TREND STUDIES

h.  Sampling Process.  Count seedlings and mature plants by species
and determine vegetation cover and composition by measurement and/or estima-
tion.  (See Section 3.1.)  Record the data on the Trend Study Data - Photo
Plot Method Form.  (See Illustration 6.)  When repeat measurements and/or
estimates are made, follow the same process used in making the initial
measurements and/or estimates.  In addition to collecting the specific studies
data, general observations should be made of the study sites.  (See Section
3.5.)

(1)  Number of Plants.  Count and record on the form the number of
seedlings and mature perennial plants, by species, within the plot.  In dense
vegetation, the plants may be counted on a randomly-selected small portion of
the plot and converted to the total for the plot.  The form includes space for
a plot diagram where the examiner can sketch in all the plants or just the key
species.

(2)  Measuring Cover.  Record basal and foliar cover in square
inches on the form.  Measurements are made where the growth form is a bunch
type and clearly defined, such as bluebunch wheatgrass (Agropyron spicatum) or
Indian ricegrass (Oryzopsis hymenoides).  Measure vegetation in its natural
state, not "bunched" or "compressed."  (See Illustration 9.)  Most plant spe-
cies grow in the form of an ellipse rather than a circle.  Therefore, basal
area measurements of bunchgrass and foliar cover measurements of forbs and
shrubs will consist of two measurements--the long and short diameters.  Area
is calculated by using the formula, Area = $\pi ab$, where a and b are lengths of
major and minor radii.

(a)  Grasses.  Measure basal area of bunchgrasses to the
nearest 1/10 inch at 1 inch above the soil surface.  Measure any dead or
vacant central portions of a grass clump and subtract from the total if the
portion is larger than 10 percent of the plant basal area.

(b)  Forbs and Shrubs.  Measure foliar cover of forbs and
shrubs, projected to the ground surface as viewed from directly above, if they
are clearcut in outline.  Subtract dead or vacant central portions exceeding
10 percent of the plant cover.  For example, a shrub measures 14 X 20 inches
but an area in the center, 5 X 8 inches, is "open."  The area of the shrub is:

$A = \pi ab - \pi a'b' = (3.14)(7)(10)-(3.14)(2.5)(4) = 188$ square inches.

(3)  Estimating Cover.  Estimates are made on litter and plants
that are difficult to measure, i.e., creeping or decumbent forms.  Estima-
tions are more rapid than measurements but not as sensitive because small
changes in plant size may not be readily detected.

(a)  Making Estimates Using the 3- X 3-foot Plot.  Place the
square-foot gridded frame over each square foot of the plot.  (See Illus-
tration 7.)  Observe the vegetation cover from directly above the grid and

000212

9

Section 4.41h(3)(b)

RANGELAND MONITORING - TREND STUDIES

count the number of 1/16-square-foot units of basal or foliar cover by spe-
cies. Do this for each species on the plot. Record the number of units of
basal or foliar cover by species on the form. If the observed cover does not
fill any specific 1/16-square-foot unit, estimate the percent of a unit that
is filled. Estimate the amount of litter cover in the same manner.

(b) <u>Making Estimates Using the 5- X 5-foot Plot</u>. Place the
1- X 5-foot gridded frame over a 1- X 5-foot section of the plot frame.
(See Illustration 8.) Observe the vegetation cover and count the number of
1/16-square-foot units of basal or foliar cover by species in the same manner
as described for making estimates using the 3- X 3-foot plot. (See preceding
section.) Advance the gridded frame a foot at a time until the plot has been
covered. Litter cover and cover by understory species can be estimated with
the 1-square-foot gridded frame if desired.

(c) <u>Estimating Cover of Stoloniferous Grasses</u>. Generally,
the cover by stoloniferous grasses can be estimated because they form a dense
closed sod cover. Determine basal ground cover, as viewed through the
1/16-square-foot units of the grid.

(d) <u>Estimating Cover of Forbs and Shrubs</u>. Record the foliar
cover of forbs and shrubs as viewed through the small grids. Do not count
grids filled with dead portions of the plants.

(4) <u>Combining Measurements and Estimates</u>. Measurements and
estimates are used if both clearly defined and irregularly shaped plants occur
in a plot. For example, a plot contains a very irregular-shaped shrub, two or
three bunchgrasses, and a thin cover of rhizomatous grasses. Estimate the
foliar cover of the shrub and the basal area of the rhizomatous grasses and
measure the basal area of the bunchgrasses.

(a) <u>Rhizomatous Grasses</u>. Rhizomatous grasses are difficult to
measure or estimate. Where only a few stems are present, count and record the
number. Where the entire plot contains widely spaced stems, count the stems
in randomly selected grids, and convert to total number for the plot. Count
stems in at least 10 percent of the grids that contain the species. Convert
these to basal area. Measure the area of 15 to 20 stems (or some other unit)
and multiply by the total number. For example, if a plot contains 1,000 stems
of western wheatgrass (<u>Agropyron smithii</u>) and 20 stems have an area of one
square inch, the area of this species on the plot is 50 square inches.

(b) <u>Annual Grasses</u>. For annual grasses, use the same pro-
cedure used for rhizomatous grasses. (See preceding section.) Estimate, as
nearly as possible, the basal cover of the plants and not the foliar cover.

000213

RANGELAND MONITORING - TREND STUDIES

    i. Calculations. Calculate the trend index by totalling the following factors and record on the Trend Study Data - Photo Plot Method Form. (See Illustration 6.)

    (1) Composition. The composition factor is the percentage that the key species make up of the total plant composition on the plot.

    (2) Vegetation Cover. The vegetation cover factor is the percent ground cover provided by all live vegetation (basal cover of grasses and foliar cover of forbs and shrubs) on the plot.

    (3) Seedlings. The seedlings factor is the total number of seedlings of the key species on the plot.

    (4) Litter. The litter factor is the percentage of the plot area that is covered by litter.

**000214**

11

RANGELAND MONITORING - TREND STUDIES

### 4.42  COMMUNITY STRUCTURE ANALYSIS (CSA) METHOD.

a.  General Description.  The Community Structure Analysis (CSA) Method assigns an "importance value" to each species to describe its status in the community.  This value is based on relative cover, relative density, and relative frequency.  A 100-point pace transect is run to collect the vegetation data.  Close-up and general view photographs should be used with this method.  The following indicators of trend are monitored with this method: (See Section 3.3.)

    (1)  Foliar cover (including litter)

    (2)  Density

    (3)  Frequency

    (4)  Composition by foliar cover and density

b.  Areas of Use.  This method is recommended for grass-shrub vegetation types.

c.  Advantages and Limitations.  The method is easy to use and interpret.  Because the importance is based on "relative" rather than "absolute" values, it is less affected by estimator bias.  The relative position of a plant species in the community is essentially undisturbed by year-to-year differences in rainfall, as density and frequency tend to compensate for fluctuations in production.

d.  Equipment.

    (1)  Study Location and Documentation Data Form (See Illustration 3.)

    (2)  Trend Study Data - Community Structure Analysis Method--Foliar Cover Data Form (See Illustration 10.)

    (3)  Trend Study Data - Community Structure Anlaysis Method--Density and Frequency Data Form (See Illustration 11.)

    (4)  Trend Study Data - Community Structure Analysis Method--Summary Form (See Illustration 12.)

    (5)  Photo Identification Label (See Illustration 2.)

    (6)  Frame to delineate the 3- X 3-foot photo plots

    (7)  Stakes - 3/4- or 1-inch angle iron not less than 16 inches long

**000215**

Section 4.42d(8)

RANGELAND MONITORING - TREND STUDIES

 (8) Hammer

 (9) Permanent yellow or orange spray paint

 (10) Camera - 35-mm with a 28-mm wide-angle lens

 (11) Exposure meter (if camera is not equipped with one)

 (12) Film

 (13) Tripod (optional)

 (14) Black felt-tip pen

 (15) Microplot frame - 5 X 10 centimeters divided into quarters

 (16) Circular plot frame - 9.6 square feet or smaller if vegetation is dense

 (17) Tally counter (optional)

 (18) Compass

 (19) Steel post

 (20) Post driver

 e. Training. The accuracy of the data depends on the training and ability of the examiners. (See Section 3, this Reference, and Section 4, Technical Reference 4400-1.)

 (1) Examiners must be able to identify the plant species.

 (2) Examiners must know how to collect foliar cover data.

 (3) Examiners should be consistent in determining the number of individual plants. For most plant species, individuals are readily distinguished. However, most communities contain some species that reproduce vegetatively. Determination of what constitutes a plant unit in such cases is somewhat arbitrary. For rhizomatous grasses such as western wheatgrass (Agropyron smithii), each culm group can be visualized as an actual or potential plant unit, as can rooted stoloniferous units of such species as vine mesquite (Panicum obtusum). Mat or sod-forming plants such as blue grama (Bouteloua gracilis) or alkali sacaton (Sporobolus airoides) usually start growth as small, distinct clumps, but may spread to plants a yard or more in

**000216**

13

RANGELAND MONITORING - TREND STUDIES

diameter. As this occurs, they tend to fragment into more-or-less separate units, and it is these separate units that should be counted as actual or potential individuals.

(4) Examiners must be familiar with the operation of the camera equipment.

f. Establishing Transects. Careful establishment of transects is a critical element in obtaining meaningful data. (See Sections 5.2 through 5.4, Technical Reference 4400-1.)

(1) Site Selection. Stratify the allotment, wildlife habitat area, herd management area, watershed area, or other designated management area; select the key area(s) and key species; and determine the number, length, and location of the transects. (See Section 5.1, Technical Reference 4400-1.)

(2) Number of Transects. Establish one transect on each key area; establish more if needed. (See Sections 1 and 5, Technical Reference 4400-1.)

(3) Transect Layout.

(a) Drive an angle iron location stake into the ground to permanently mark the location of each transect. (See Illustration 13.)

(b) At the location stake, determine the transect bearing and select a prominent distant landmark such as a peak, rocky point, etc., that can be used as the transect bearing point. Drive an angle iron stake into the ground at a point 6 feet from the location stake along the transect bearing. (See Illustration 13.)

(c) Paint the transect location and transect bearing stakes with bright-colored permanent spray paint (yellow or orange) to aid in relocation. Repaint these stakes when subsequent readings are made.

(4) Reference Post or Point. Permanently mark the location of each transect by means of a reference post (steel post) placed about 100 feet from the transect location stake. Record the bearing and distance from the post to the transect location stake. An alternative is to select a reference point, such as a prominent natural or physical feature, and record the bearing and distance from that point to the transect location stake. If a post is used, it should be tagged to indicate that it marks the location of a monitoring study established by the Bureau of Land Management and that it should not be disturbed.

(5) Transect Identification. Number transects for proper identification to ensure that the data collected can be positively associated with specific sites on the ground. (See Illustration 1.)

000217

RANGELAND MONITORING - TREND STUDIES

(6) Transect Documentation. Document the location, starting point, bearing, sampling interval, and other pertinent information concerning a transect on the Study Location and Documentation Data Form. (See Illustration 3, this Reference, and Section 6, Technical Reference 4400-1.) Plot the precise location of the transects on detailed maps and/or aerial photos.

g. Taking Photographs. The directions for taking close-up and general view photographs are described in Section 3.4.

h. Sampling Process. The studies data are collected by species along a 100-point pace transect. (See Section 3.1.) Microplots are read at each point and a 9.6-square-foot, or other size, circular plot is read at each tenth microplot. (See Section 3.2.) Data are recorded on the Trend Study Data - Community Structure Analysis Method--Foliar Cover Data Form and the Trend Study Data - Community Structure Analysis Method--Density and Frequency Data Form. (See Illustrations 10 and 11.) When the transects are reread, follow the same process that was used when they were established. In addition to collecting the specific studies data, general observations should be made of the study sites. (See Section 3.5.)

(1) Collecting Cover Data.

(a) Beginning at one pace from the transect bearing stake, along the transect bearing, collect cover data with a 5- X 10-cm microplot frame at every pace (every alternate step), or other prescribed interval, along the transect for a total of 100 samples. Center the microplot frame in front of the toe. (See Illustration 13.)

(b) With each placement of the microplot frame, estimate the foliar coverage of each perennial plant species. Record the data by dot count tally, by species, by cover class, on the Trend Study Data - Community Structure Analysis Method--Foliar Cover Data Form. (See Illustration 10.) Foliar coverage data may also be collected for annual plant species. The cover classes are as follows:

| Cover Class | Range of Coverage | Midpoint of Range |
|---|---|---|
| 1 | 1-5% | 2.5% |
| 2 | 5-25% | 15.0% |
| 3 | 25-50% | 37.5% |
| 4 | 50-75% | 62.5% |
| 5 | 75-95% | 85.0% |
| 6 | 95-100% | 97.5% |

(c) Alternative cover classes can be used with this method. When transects are reread, use the same cover classes used when the studies were established. An example of ten cover classes is as follows:

**000218**

Section 4.42h(1)(d)

RANGELAND MONITORING - TREND STUDIES

| Cover Class | Range of Coverage | Midpoint of Range |
|---|---|---|
| 1 | 1 - 5% | 2.5% |
| 2 | 5 - 12.5% | 8.75% |
| 3 | 12.5 - 25% | 18.75% |
| 4 | 25 - 37.5% | 31.25% |
| 5 | 37.5 - 50% | 43.75% |
| 6 | 50 - 62.5% | 56.25% |
| 7 | 62.5 - 75% | 68.75% |
| 8 | 75 - 87.5% | 81.25% |
| 9 | 87.5 - 95% | 91.25% |
| 10 | 95 - 100% | 97.5% |

(d)  Estimate the undisturbed foliar cover for grasses, forbs, and shrubs.  Consider all individuals of a plant species in the microplot as a unit.  All other kinds of plants are ignored as each plant species is considered.  The plants do not have to be rooted in the plot.

(e)  The 5- X 10-cm microplot frame is divided into fourths to assist in estimation.

(f)  Overlapping foliar cover is included in the cover estimates by species; therefore, total cover may exceed 100 percent.  Total cover may not reflect actual ground cover.

(g)  Estimate and record the cover for litter (loose plant material or standing dead material) and rock (1/2 inch in diameter and larger).

(2)  Collecting Density and Frequency Data.

(a)  At each tenth microplot, collect density data with a 9.6-square-foot circular plot.  Center the circular plot frame in front of the toe.  (See Illustration 13.)  A total of ten samples is collected.  Depending on the density of the vegetation, a smaller size circular plot may be used.  Record the number of plants by species for all perennial grasses, forbs, and shrubs on the Trend Study Data - Community Structure Analysis Method--Density and Frequency Data Form.  (See Illustration 11.)  Density and frequency data may also be collected for annual plant species.

(b)  Count by species all plants rooted within the plot.  The majority of the base of the plant must be in the plot to be counted.

i.  Calculations.

(1)  Cover.  Calculate the percent cover by species as follows:

(a)  Convert the dot count for each species in each cover class to the number of plots that included that species in that cover class.

16

**000219**

Section 4.42i(1)(b)

RANGELAND MONITORING - TREND STUDIES

(b)  Multiply this value times the midpoint of the appro-
priate cover class.

(c)  Total the products for all cover classes by species.

(d)  Divide the sum by the total number of microplots sampled
on the transect (usually 100).

(e)  Record the percent cover by species on the Trend Study
Data - Community Structure Analysis Method--Foliar Cover Data Form and on the
Trend Study Data - Community Structure Analysis Method--Summary Form.  (See
Illustrations 10 and 12.)

(2)  _Density_.  Calculate the density for each plant species by
adding the number of plants of the species counted in the 10 circular plots.
Record the totals on the Trend Study Data - Community Structure Analysis
Method--Density and Frequency Data Form and on the Trend Study Data - Commu-
nity Structure Analysis Method--Summary Form.  (See Illustrations 11 and 12.)

(3)  _Frequency_.  Calculate the percent frequency for each plant
species by dividing the number of circular plots in which the species occurred
by the total number of circular plots sampled (usually 10) and multiplying the
value by 100.  Record the percent frequency on the Trend Study Data - Commu-
nity Structure Analysis Method--Density and Frequency Data Form and on the
Trend Study Data - Community Structure Analysis Method--Summary Form.  (See
Illustrations 11 and 12.)

(4)  _Importance Value_.  The importance value of a species is a
composite score of the relative cover, relative density, and relative fre-
quency; it represents the relative importance of that species in the plant
community.  Calculate the relative values by dividing the individual species
values for cover, density, and frequency, by the total values for these data
categories for all species.  Plant species can be ranked by importance value.
The total community has an importance value of 3.00.  The importance value is
calculated and recorded on the Trend Study Data - Community Structure Analysis
Method--Summary Form.  The percent plant cover, litter cover, rock cover, and
bare ground are also recorded on this form.  (See Illustration 12.)

**000220**

Section 4.43

RANGELAND MONITORING - TREND STUDIES

4.43   <u>DAUBENMIRE METHOD</u>

a.   <u>General Description.</u>   The Daubenmire Method consists of system-
atically placing a 20- X 50-cm plot frame along a tape on a permanently lo-
cated transect.   Close-up and general view photographs should be used with
this method.   The following indicators of trend are monitored with this
method:   (See Section 3.3)

    (1)   Canopy cover

    (2)   Frequency

    (3)   Composition by canopy cover

b.   <u>Areas of Use.</u>   This method is applicable to a wide variety of
vegetation types as long as the plants do not exceed waist height.

c.   <u>Advantages and Limitations.</u>   This method is relatively simple and
rapid to use.   With adequate training, closely reproducible results are usu-
ally obtained with 40 to 50 plots per transect.   A limitation of this method
is that there can be large changes in canopy cover of herbaceous species be-
tween years because of climatic conditions with no relationship to the effects
of management.

d.   <u>Equipment.</u>

    (1)   Study Location and Documentation Data Form (See Illus-
tration 3.)

    (2)   Trend Study Data - Daubenmire Method--Six Cover Classes Form
(See Illustration 14.)

    (3)   Trend Study Data - Daubenmire Method--Ten Cover Classes Form
(See Illustration 15.)

    (4)   Photo Identification Label (See Illustration 2.)

    (5)   Frame to delineate the 3- X 3-foot photo plots

    (6)   Stakes - 3/4- or 1-inch angle iron not less than 16 inches
long

    (7)   Hammer

    (8)   Permanent yellow or orange spray paint

    (9)   Camera - 35-mm with a 28-mm wide-angle lens

000221

RANGELAND MONITORING - TREND STUDIES

    (10)  Exposure meter (if camera is not equipped with one)

    (11)  Film

    (12)  Tripod (optional)

    (13)  Black felt-tip pen

    (14)  Stakes which are stout enough to have a tape stretched between them

    (15)  Tape - 100- or 200-foot

    (16)  Steel pins (reinforcement bar) for marking zero, mid, and end points of the transect

    (17)  Frame to delineate the 20- X 50-cm plots (See Illustration 16.)

    (18)  Compass

    (19)  Steel post

    (20)  Post driver

    e.  <u>Training</u>.  The accuracy of the data depends on the training and ability of the examiners.  Examiners must be able to identify the plant species.  They must receive adequate and consistent training in laying out transects and making canopy coverage estimates using the frame.  Examiners must also be familiar with the operation of the camera equipment. (See Section 3, this Reference, and Section 4, Technical Reference 4400-1.)

    f.  <u>Establishing Transects</u>.  Careful establishment of transects is a critical element in obtaining meaningful data.  See Sections 5.2 through 5.4, Technical Reference 4400-1.)

    (1)  <u>Site Selection</u>.  Stratify the allotment, wildlife habitat area, herd management area, watershed area, or other designated management area; select the key area(s) and key species; and determine the number, length, and location of the transects.  (See Section 5.1, Technical Reference 4400-1.)

    (2)  <u>Number of Transects</u>.  Establish one transect on each key area; establish more if needed.  (See Sections 1 and 5, Technical Reference 4400-1.)

    (3)  <u>Transect Layout</u>.  Transects should traverse an area of maximum vegetation homogeneity.

**000222**

Section 4.43f(3)(a)

RANGELAND MONITORING - TREND STUDIES

(a)  Permanently mark the location of transects with transect location and transect bearing stakes.  These stakes are driven into the ground beyond each end of the transect.  The distance between the stakes is dependent on the length of the transect.  The transect location stake is placed beyond the zero point of the transect.  After determining the bearing of the transect, place the transect bearing stake beyond the end point of the transect.  The height of the stakes is dependent on the height of the vegetation.  (See Illustration 17.)

(b)  Paint the transect location and transect bearing stakes with bright-colored permanent spray paint (yellow or orange) to aid in relocation.  Repaint these stakes when subsequent readings are made.

(c)  Align the tape (100- or 200-foot) in a straight line by stretching it between the transect location and transect bearing stakes.  Do not allow vegetation to deflect the alignment of the tape.  A spring and pulley may be useful to maintain a straight line.  The tape should be aligned as close to the ground as possible.

(d)  Drive steel pins almost to the ground surface at the zero point on the tape and at the end of the transect.  A pin may also be driven into the ground at the midpoint of the transect.  (See Illustration 17.)

(4)  Refererence Post or Point.  Permanently mark the location of each transect by means of a reference post (steel post) placed about 100 feet from the transect location stake.  Record the bearing and distance from the post to the transect location stake.  An alternative is to select a reference point, such as a prominent natural or physical feature, and record the bearing and distance from that point to the transect location stake.  If a post is used, it should be tagged to indicate that it marks the location of a monitoring study established by the Bureau of Land Management and that is should not be disturbed.

(5)  Transect Identification.  Number transects for proper identifiction to ensure that the data collected can be positively associated with specific sites on the ground.  (See Illustration 1.)

(6)  Transect Documentation.  Document the location, length, bearing, sampling intensity, number of samples, edge of tape used, number of coverage classes, and other pertinent information concerning a transect on the Study Location and Documentation Data Form.  (See Illustration 3, this Reference, and Section 6, Technical Reference 4400-1.)  Plot the precise location of the transects on detailed maps and/or aerial photos.

g.  Taking Photographs.  The directions for taking close-up and general view photographs are described in Section 3.4.

000223

Section 4.43h

RANGELAND MONITORING - TREND STUDIES

h.  <u>Sampling Process.</u>  In addition to collecting the specific studies data, general observations should be made of the study sites.  (See Section 3.5.)

(1)  <u>Determining Number of Cover Classes.</u>  Determine whether the "six" or the "ten" cover classes better satisfy the objective of the study. (See Section 3.2.)  When transects are reread, use the same cover classes that were used when the study was established.

(a)  <u>Six Cover Classes.</u>  Daubenmire's original description of the methodology characterized six separate cover classes (Daubenmire 1959). The cover classes are:

| Cover Class | Range of Coverage | Midpoint of Range |
|---|---|---|
| 1 | 0 - 5% | 2.5% |
| 2 | 5 - 25% | 15% |
| 3 | 25 - 50% | 37.5% |
| 4 | 50 - 75% | 62.5% |
| 5 | 75 - 95% | 85% |
| 6 | 95 - 100% | 97.5% |

(b)  <u>Ten Cover Classes.</u>  Where narrower and more numerous classes are preferred, use ten cover classes.  The cover classes are:

| Cover Class | Range of Coverage | Midpoint of Range |
|---|---|---|
| 1 | 0 - 5% | 2.5% |
| 2 | 5 - 12.5% | 8.75% |
| 3 | 12.5 - 25% | 18.75% |
| 4 | 25 - 37.5% | 31.25% |
| 5 | 37.5 - 50% | 43.75% |
| 6 | 50 - 62.5% | 56.25% |
| 7 | 62.5 - 75% | 68.75% |
| 8 | 75 - 87.5% | 81.25% |
| 9 | 87.5 - 95% | 91.25% |
| 10 | 95 - 100% | 97.5% |

(2)  <u>Collecting Cover Data.</u>  As the plot frame is placed along the tape at the specified intervals, estimate the canopy coverage of each plant species.  Record the data by dot count tally, by species, by cover class, on the Trend Study Data - Daubenmire Method--Six Cover Classes Form or on the Trend Study Data - Daubenmire Method--Ten Cover Classes Form.  (See Illustrations 14 and 15.)  Canopy coverage estimates can be made for both perennial and annual plant species.  (See Section 3.1.)  A minimum of 40 plots should be read on each transect.

**000224**

21

Section 4.43h(2)(a)

RANGELAND MONITORING - TREND STUDIES

(a)  Observe the plot frame from directly above and estimate the cover class for all individuals of a plant species in the plot as a unit. All other kinds of plants are ignored as each plant species is considered. (See Illustration 16.)

(b)  Imagine a line drawn about the leaf tips of the undis-turbed canopies (ignoring inflorescences) and project these polygonal images onto the ground.  This projection is considered "canopy coverage." Decide which of the classes the canopy coverage of the species falls into and record on the form by dot count.

(c)  Canopies extending over the plot are estimated even if the plants are not rooted in the plot.

(d)  Accidents of foliage dispersal within the projected canopy outline are ignored.

(e)  Collect the data at a time of maximum growth of the key species.

(f)  For tiny annuals, it is helpful to estimate the number of individuals that would be required to fill 5% of the frame (the 71- X 71-mm area).  A quick estimate of the numbers of individuals in each frame will then provide an estimate as to whether the aggregate coverage falls in Class 1 or 2, etc.

(g)  Overlapping canopy cover is included in the cover esti-mates by species; therefore, total cover may exceed 100 percent.  Total cover may not reflect actual ground cover.

i.  Calculations.  Make the calculations and record the results in the appropriate columns on the Trend Study Data - Daubenmire Method--Six Cover Classes Form or on the Trend Study Data - Daubenmire Method--Ten Cover Classes Form.  (See Illustrations 14 and 15.)

(1)  Canopy Coverage.  Calculate the percent canopy coverage by species as follows:

(a)  Convert the dot count for each species in each cover class to the number of plots that included that species in that cover class.

(b)  Multiply this value times the midpoint of the appropriate cover class.

(c)  Total the products for all cover classes by species.

22

**000225**

Section 4.43i(1)(d)

RANGELAND MONITORING - TREND STUDIES

(d) Divide the sum by the total number of plots sampled on the transect.

(e) Record the percent coverage by species on the form.

(2) **Frequency.** Calculate the percent frequency for each plant species by dividing the number of occurrences of a plant species (the number of plots in which a plant species was observed) by the total number of plots sampled along the transect. Multiply the resulting value by 100. Record the percent frequency on the form.

(3) **Species Composition.** Under this method, species composition is based on the canopy coverage of the various species. It is determined by dividing the canopy coverage of each plant species by the total canopy cover- age of all plant species. Record the percent composition on the form.

**000226**

Section 4.44

RANGELAND MONITORING - TREND STUDIES

4.44  <u>PACE FREQUENCY METHOD</u>.

a.  <u>General Description</u>.  The Pace Frequency Method consists of observing plots along four parallel transects with 50 plots systematically located at one-pace intervals along each transect.  Close-up and general view photographs should be used with this method.  The following indicators of trend are monitored with this method:  (See Section 3.3.)

(1)  Frequency

(2)  Basal cover and general cover categories (including litter)

b.  <u>Areas of Use</u>.  This method is applicable to a wide variety of vegetation types and is suited for use with grasses, forbs, and shrubs.

c.  <u>Advantages and Limitations</u>.  Frequency indexes the uniformity of distribution and relative abundance of each plant species within a community. The only decisions that have to be made in the collection of frequency data are plant species identification and whether or not a plant of the listed species occurs within a plot.  The method encourages consistent, rapid, and accurate observations while minimizing bias among different examiners.  Cover data can also be collected with this method.

d.  <u>Equipment</u>.

(1)  Study Location and Documentation Data Form (See Illustration 3.)

(2)  Trend Study Data - Pace Frequency Method Form (See Illustration 18.)

(3)  Photo Identification Label (See Illustration 2.)

(4)  Frame to delineate the 3- X 3-foot photo plots

(5)  Stakes - 3/4- or 1-inch angle iron not less than 16 inches long

(6)  Hammer

(7)  Permanent yellow or orange spray paint

(8)  Camera - 35-mm with a 28-mm wide-angle lens

(9)  Exposure meter (if camera is not equipped with one)

(10)  Film

**000227**

24

RANGELAND MONITORING - TREND STUDIES

(11)  Tripod (optional)

(12)  Black felt-tip pen

(13)  Plot frame - 40- X 40-cm (See Illustration 19.)

(14)  Tally counter (optional)

(15)  Compass

(16)  Steel post

(17)  Post driver

e.  Training.  A minimum amount of training is needed for this method.  Examiners must be able to identify the plant species and be able to tell whether or not a species occurs, according to study specifications, within a plot.  Examiners must be familiar with the cover categories and how to collect cover data using the prong on the plot frame.  They must also be familiar with the operation of the camera equipment.  (See Section 3, this Reference, and Section 4, Technical Reference 4400-1.)

f.  Establishing Studies.  Careful establishment of studies is a critical element in obtaining meaningful data.  (See Sections 5.2 through 5.4, Technical Reference 4400-1.)

(1)  Site Selection.  Stratify the allotment, wildlife habitat area herd management area, watershed area, or other designated management area; select the key area(s) and key species; and determine the number and location of the pace frequency studies.  (See Section 5.1, Technical Reference 4400-1.)

(2)  Number of Studies.  Establish one pace frequency study on each key area; establish more if needed.  (See Sections 1 and 5, Technical Reference 4400-1.)

(3)  Study Layout.

(a)  Drive an angle iron location stake into the ground to permanently mark the location of each study.  (See Illustration 20.)

(b)  Paint the study location stake with bright-colored permanent spray paint (yellow or orange) to aid in relocation.  Repaint this stake when subsequent readings are made.

(c)  Four parallel transects are offset from the study location stake, two to the right and two to the left.  The suggested distance between

**000228**

Section 4.44f(3)(c)i

RANGELAND MONITORING - TREND STUDIES

the location stake and transects 1 and 3 and between each pair of transects is 5 paces, however, this distance may vary depending on the site. The locations of these transects are not permanently marked. (See Illustration 20.)

      i. _Transect 1_. The first transect is offset five paces to the right of the location stake.

      ii. _Transect 2_. The second transect is offset five paces to the right of and parallel to Transect 1.

      iii. _Transect 3_. The third transect is offset five paces to the left of the location stake and parallel to Transect 1.

      iv. _Transect 4_. The fourth transect is offset five paces to the left of and parallel to Transect 3.

    (d) At the beginning of Transect 1, determine the transect bearing and select a prominent distant landmark such as a peak, rocky point, etc., that can be used as the transect bearing point.

    (4) _Reference Post or Point_. Permanently mark the location of each study by means of a reference post (steel post) placed about 100 feet from the study location stake. Record the bearing and distance from the post to the study location stake. An alternative is to select a reference point, such as a prominent natural or physical feature, and record the bearing and distance from that point to the study location stake. If a post is used, it should be tagged to indicate that it marks the location of a monitoring study established by the Bureau of Land Management and that it should not be disturbed.

    (5) _Study Identification_. Number studies for proper identification to ensure that the data collected can be positively associated with specific sites on the ground. (See Illustration 1.)

    (6) _Study Documentation_. Document the location, starting point, bearing, distance between transects, sampling interval, plot frame size, and other pertinent information concerning a study on the Study Location and Documentation Data Form. (See Illustration 3, this Reference, and Section 6, Technical Reference 4400-1.) Plot the precise location of the studies on detailed maps and/or aerial photos.

    g. _Taking Photographs_. The directions for taking close-up and general view photographs are described in Section 3.4.

    h. _Sampling Process_. In addition to collecting the specific studies data, general observations should be made of the study sites. (See Section 3.5.)

**000229**

RANGELAND MONITORING - TREND STUDIES

(1) Selecting Plot Size. The selection of plot size is important and is dependent on the characteristics of the vegetation to be sampled. (See Section 3.2.)

(a) As a rule of thumb, it is expected that all frequency percentages for important species should fall between 10 and 90 percent or if possible, between 20 and 80 percent. This will provide the greatest possible chance for detecting an important trend for a species when the study is read again. Use a frame size that will produce frequencies falling in this range for the greatest number of species possible.

(b) A 40- X 40-cm plot has been found to be adequate for the desert rangelands of southern Arizona. Use the 40- X 40-cm plot frame as a base from which to determine the proper size plot that is needed in an area. (See Illustration 19.)

(c) Use a plot frame which is light weight but sturdy. It should be open on one side to facilitate proper placement.

(d) Use the same size plot throughout a transect and for rereading the transect.

(2) Running the Transects. Studies data are collected along four fifty-pace transects. (See Illustration 20.) A plot is read at each pace for a total of 200 plots (50 plots per transect). To lengthen the transects, pace off some desired distance (5 paces, 20 paces, etc.) between plots.

(a) Transect 1. Beginning at a point 5 paces to the right of the location stake, read the plots along Transect 1 at one-pace intervals along the transect bearing.

(b) Transect 2. Beginning at a point five paces to the right of Transect 1, proceed in the reverse direction and parallel to Transect 1 to a point offset ten paces to the right of the location stake. Read the plots along Transect 2 at one-pace intervals.

(c) Transect 3. Beginning at a point five paces to the left of the location stake, read the plots along Transect 3 at a one-pace intervals along a line ten paces to the left and parallel to Transect 1.

(d) Transect 4. Beginning at a point five paces to the left of Transect 3, proceed in the reverse direction and parallel to Transect 3 to a point offset ten paces to the left of the location stake. Read the plots along Transect 4 at one-pace intervals.

(3) Placing the Plot Frame. At each pace or other selected interval, along the transect, center the plot frame directly in front of the toe.

**000230**

RANGELAND MONITORING - TREND STUDIES

(4) Collecting Cover Data. Use the prong welded to the plot frame just to the front of the handle for collecting cover data. (See Illustration 19.) Record, by dot count tally, by transect, the cover category that is directly in front of the prong. The cover categories are bare ground (rock less than 1/2 inch in diameter is tallied as bare ground), persistent litter, non-persistent litter, rock (1/2 inch and larger), and basal hits on live vegetation. Record the data on the Trend Study Data - Pace Frequency Method Form. (See Illustration 18.)

(5) Collecting Frequency Data. Collect frequency data for all plant species. (See Section 3.1.) Record the data by dot count tally, by species, by transect, on the Trend Study Data - Pace Frequency Method Form. (See Illustration 18.) Only one tally is made regardless of the number of individual plants of a species that occurs within a plot.

(a) Herbaceous plants (grasses and forbs) must be rooted in the plot to be counted.

(b) Trees and shrubs (including half shrubs) are counted if rooted in the plot or if the canopy of these plants overhangs the plot. In some cases, it may be preferable to count trees and shrubs only if they are rooted in the plot.

(c) Annual plants are counted whether green or dried.

(d) Specimens of the plants which are unknown should be collected and marked for later identification.

(e) An alternative method for recording frequency data is explained in Illustration 33.

i. Calculations. Make the calculations and record the results in the appropriate columns on the Trend Study Data - Pace Frequency Method Form. (See Illustration 18.)

(1) Cover. Total the cover hits by category. Calculate the percent cover by category by dividing the total number of hits for that category by the total number of plots sampled along the transect and multiplying the value by 100. Record the percent cover on the form. The total of the percent cover for all cover categories equals 100 percent.

(2) Frequency. Total the frequency hits by species. Calculate the percent frequency for each plant species by dividing the total number of hits for that species by the total number of plots sampled along the transect and multiplying the value by 100. Record the percent frequency on the form.

000231

RANGELAND MONITORING - TREND STUDIES

4.45  QUADRAT FREQUENCY METHOD.

a.  General Description.  The Quadrat Frequency Method consists of the observation of 10 (or more) quadrats along 10 or 20 transects randomly selected and run perpendicularly to a 100-foot baseline tape.  Close-up and general view photographs should be used with this method.  The following indicators of trend are monitored with this method:  (See Section 3.3.)

(1)  Frequency

(2)  Basal cover and general cover categories (including litter)

(3)  Reproduction of key species (if seedling frequency data are collected)

b.  Areas of Use.  This method is applicable to a wide variety of vegetation types and is suited for use with grasses, forbs, and shrubs.

c.  Advantages and Limitations.

(1).  Frequency sampling is simple to perform and easy to duplicate from year to year by the same or different examiners.  Human decision is limited to identifying the plant species and determining whether or not plants of the listed species are rooted within the quadrats or whether or not plants of the listed tree or shrub species overhang the quadrats (presence or absence).  The method encourages consistent and accurate observations while minimizing bias among different examiners.

(2)  Varying amounts of cover data, in addition to frequency data, can be collected with this method.

d.  Equipment.

(1)  Study Location and Documentation Data Form (See Illustration 3.)

(2)  Trend Study Data - Quadrat Frequency Method Form (See Illustration 21.)

(3)  Photo Identification Label (See Illustration 2.)

(4)  Frame to delineate the 3- X 3-foot photo plots

(5)  Stakes - 3/4- or 1-inch angle iron not less than 16 inches long

(6)  Hammer

**000232**

Section 4.45d(7)

RANGELAND MONITORING - TREND STUDIES

 (7) Permanent yellow or orange spray paint

 (8) Camera - 35-mm with a 28-mm wide-angle lens

 (9) Exposure meter (if camera is not equipped with one)

 (10) Film

 (11) Tripod (optional)

 (12) Black felt-tip pen

 (13) Stakes which are stout enough to have a tape stretched between them

 (14) Steel tape - 100-foot

 (15) Two small "C" clamps

 (16) Set of quadrat frames (See Illustration 22.)

 (17) Tally counter (optional)

 (18) Compass

 (19) Steel post

 (20) Post driver

 e. <u>Training</u>. A minimum amount of training is needed for this method.  The examiners must be able to identify the plant species and be able to tell whether or not a species occurs, according to study specifications, within a quadrat.  Examiners must be familiar with the cover categories and how to collect cover data using the tines on the quadrat frames.  They must also be familiar with the operation of the camera equipment.  (See Section 3, this Reference, and Section 4, Technical Reference 4400-1.)

 f. <u>Establishing Studies</u>. Careful establishment of studies is a critical element in obtaining meaningful data.  (See Sections 5.2 through 5.4, Technical Reference 4400-1.)

 (1) <u>Site Selection</u>. Stratify the allotment, wildlife habitat area, herd management area, watershed area, or other designated management area; select the key area(s) and key species; and determine the number and location of the quadrat frequency studies. (See Section 5.1, Technical Reference 4400-1.)

000233

Section 4.45f(2)

RANGELAND MONITORING - TREND STUDIES

(2)  Number of Studies.  Establish one quadrat frequency study on each key area; establish more if needed.  (See Sections 1 and 5, Technical Reference 4400-1.)

(3)  Number of Transects and Quadrats.  Evaluate the rangeland plant communities where studies will be located and determine the number of transects and quadrats needed.  The objective is to collect the best possible sample for the greatest number of species in any plant community.  Some examples of the number of transects and quadrats recommended for several rangeland plant communities in Nevada are shown in Illustration 23.

(a)  Number of Transects.  Either 10 or 20 transects are run perpendicularly to the baseline for each study depending on the intensity of sample needed.  (See Illustration 24.)  The number of transects depends on such things as the homogeneity of the vegetation, values or "special values" for the area, and other considerations regarding the similarity or unique- ness of the plant communities.

(b)  Number of Quadrats per Transect.  Transects consist of groups of quadrats placed at specified intervals along a belt.  (See Illus- tration 24.)  Quadrats may be contiguous except where the points of both outside tines of the frames are used to collect cover data.  (See Sections 4.45h(2) and (3).)  Depending on the intensity of the sampling, 10 to 20 or more quadrats are located and read along each belt transect.  (Increasing the number of quadrats to 30 or 40 per transect can greatly improve precision for minimal extra time expense.)

(4)  Study Layout.

(a)  Baseline.

i.  Permanently locate the baseline by means of two stakes placed 100 feet apart.  (See Illustration 24.)  Stretch a 100-foot tape be- tween the stakes as close to the ground as possible.  Secure the tape to these stakes with "C" clamps.  Align the zero point on the tape with the stake which is the beginning point of the baseline.

ii.  Paint the stakes with bright-colored permanent spray paint (yellow or orange) to aid in relocation. Repaint these stakes when subsequent readings are made.

(b)  Transects.  The transects are run perpendicularly to the baseline.  Each transect originates at a randomly selected foot mark along the baseline.  The randomization is restricted so that half of the transects are randomized on each side of the 50-foot mark.  (See Illustration 24.)

**000234**

Section 4.45f(4)(b)i

RANGELAND MONITORING - TREND STUDIES

i. An example of 10 and 20 random numbers and directions are as follows:

| Ten Random Foot Marks | | | | Twenty Random Foot Marks | | | |
|---|---|---|---|---|---|---|---|
| 1. | 2R | 6. | 52L | 1. | 2R | 11. | 52L |
| 2. | 17L | 7. | 61R | 2. | 7L | 12. | 54L |
| 3. | 25L | 8. | 69R | 3. | 17L | 13. | 61R |
| 4. | 37R | 9. | 80R | 4. | 20L | 14. | 62R |
| 5. | 42L | 10. | 85R | 5. | 25L | 15. | 69R |
| | | | | 6. | 29R | 16. | 77R |
| | | | | 7. | 37R | 17. | 80R |
| | | | | 8. | 40L | 18. | 81L |
| | | | | 9. | 42L | 19. | 85R |
| | | | | 10. | 45R | 20. | 98L |

R = Right side of tape.
L = Left side of tape

ii. Transects may originate from alternating intervals of five or ten feet (running right and then left of the baseline) along the baseline.

(5) Reference Post or Point. Permanently mark the location of each study by means of a reference post (steel post) placed about 100 feet from the baseline beginning point stake. Record the bearing and distance from the post to the baseline beginning point stake. An alternative is to select a reference point, such as a prominent natural or physical feature, and record the bearing and distance from that point to the baseline beginning point stake. If a post is used, it should be tagged to indicate that it marks the location of a monitoring study established by the Bureau of Land Management and that it should not be disturbed.

(6) Study Identification. Number studies for proper identification to ensure that the data collected can be positively associated with specific sites on the ground. (See Illustration 1.)

(7) Study Documentation. Document the location of the baseline, bearing, number of transects, transect locations along the baseline, number of quadrats per transect, frame size(s), number of cover points per quadrat, and other pertinent information concerning a study on the Study Location and Documentation Data Form. (See Illustration 3, this Reference, and Section 6, Technical Reference 4400-1.) Plot the precise location of the studies on detailed maps and/or aerial photos.

g. Taking Photographs. The directions for taking close-up and general view photographs are described in Section 3.4.

**000235**

RANGELAND MONITORING - TREND STUDIES

h. **Sampling Process.** In addition to collecting the specific studies data, general observations should be made of the study sites. (See Section 3.5.)

(1) **Selecting Quadrat Size.** The selection of quadrat size is important and is dependent on the characteristics of the vegetation to be sampled. (See Section 3.2.)

(a) As a rule of thumb, it is expected that all frequency percentages for important species should fall between 10 and 90 percent or if possible, between 20 and 80 percent. This will provide the greatest possible chance for detecting an important trend for a species when the study is read again. Use a quadrat size that will produce frequencies falling in this range for the greatest number of species possible.

(b) Determine the proper size quadrat(s) to use by doing preliminary sampling with different size frames. (See Illustration 22.) Frame size recommendations for several rangeland plant communities in Nevada are shown in Illustration 23.

(c) Use the same size quadrat thoughout a study and for re-reading the study. If frequencies approach the extremes of either 0 or 100 percent, it may be necessary to change the quadrat size.

(2) **Running the Transects.**

(a) Start each transect by placing the rear corner of the quadrat frame at the selected foot mark along the baseline tape.

(b) Place the quadrat frame at the designated interval in a line (belt) perpendicular to the baseline until the specified number of quadrats have been read. (See Illustration 24.)

(c) The quadrats may be placed contiguously or at a specified interval. The interval is either estimated, or a rapid measurement method, such as the width of the frame, or segment of the frame, is used to measure the interval.

(d) When a transect is completed, move to the next selected foot mark on the baseline tape and run the next transect.

(3) **Collecting Cover Data.** Use the points on the four corners of the quadrat frame and the point on the center tine to collect cover data. (See Illustration 22.)

(a) With each placement of the frame, record by dot count tally, by transect, the cover category that is directly in front of each

000236

Section 4.45h(3)(b)

RANGELAND MONITORING - TREND STUDIES

point. The cover categories are bare ground (rock less than 1/2 inch in diameter is tallied as bare ground), persistent litter, non-persistent litter, rock (1/2 inch and larger), and basal hits on live vegetation. Record the data on the Trend Study Data - Quadrat Frequency Method Form. (See Illustration 21.)

(b) If less cover data are desired, read fewer points on the frame. If more cover data are desired, read more points on the frame.

(c) Read the same points on the frame and the same number of points at each placement of the frame throughout a study and when rereading that study.

(4) Collecting Frequency Data. Collect frequency data for all plant species. (See Section 3.1.) Record the data by dot count tally, by species, by transect, on the Trend Study Data - Quadrat Frequency Method Form. (See Illustration 21.) Only one tally is made regardless of the number of individual plants of a species that occurs within a quadrat.

(a) Herbaceous plants (grasses and forbs) must be rooted in the quadrat to be counted.

(b) Trees and shrubs (including half shrubs) are counted if rooted in the quadrat or if the canopy of these plants overhangs the quadrat. In some cases, it may be preferable to count trees and shrubs only if they are rooted in the quadrat.

(c) Annual plants are counted whether green or dried.

(d) Specimens of the plants which are unknown should be collected and marked for later identification.

(e) Frequency occurrence of seedlings by plant species may be tallied.

(f) An alternative method for recording frequency data is explained in Illustration 33.

i. Calculations. Make the calculations and record the results in the appropriate columns on the Trend Study Data - Quadrat Frequency Method Form. (See Illustration 21.)

(1) Cover. The percent cover by cover category, e.g., persistent litter, can be calculated for each transect and/or for the total of all transects.

34

**000237**

RANGELAND MONITORING - TREND STUDIES

(a)  Cover For Each Transect.  On a ten quadrat transect where five cover readings are made with each placement of the frame, calculate the percent cover for each cover category by multiplying the number of hits in each category by two.  If there are 20 quadrats in the transect, the percent cover by cover category is equal to the number of hits for that category. Where less than five cover readings are made with each placement of the frame, calculate the percent cover for each cover category by dividing the number of hits in each category by the total number of cover readings for the transect. The percent cover may be entered in the cover category block by transect on the form.

(b)  Cover For Total of All Transects.  Calculate the percent cover by cover category for the total of all transects by adding the hits by category for all transects and dividing the total by the total number of cover readings for the study.  Record the percent cover on the form.

(2)  Frequency.  The percent frequency by species can be calcu- lated for each transect and/or for the total of all transects.

(a)  Frequency For Each Transect.  Calculate the percent frequency of a plant species on a transect by multiplying the number of hits, or occurrences, by 10, if there are 10 quadrats, or by 5, if there are 20 quadrats in the transect.  Record the percent frequency in the species block by transect on the form.

(b)  Frequency For Total of All Transects.  Calculate the percent frequency of a plant species for the total of all transects by adding the hits, or occurrences, for a species on all transects, dividing the total by the total number of quadrats sampled in the study, and multiplying the value by 100.  Record the percent frequency on the form.

000238

RANGELAND MONITORING - TREND STUDIES

4.46   <u>NESTED FREQUENCY METHOD</u>.

a.   <u>General Description</u>.  The Nested Frequency Method consists of observing nested plots of various sizes along pace or belt transects.  The frame is constructed such that successively smaller plots are included inside the next larger plot.  Close-up and general view photographs should be used with this method.  The indicator of trend monitored with this method is frequency.  (See Section 3.3.)

b.   <u>Areas of Use</u>.  This method is applicable to a wide variety of vegetation types and is suited for use with grasses, forbs, and shrubs.

c.   <u>Advantages and Limitations</u>.

(1)  Frequency sampling is simple to perform and easy to duplicate from year to year by the same or different examiners.  It is appealing because it is objective and rapid.  The only decisions that have to be made in the collection of frequency data are plant species identification and whether or not a plant of the listed species occurs within a plot.  The method encourages consistent, rapid, and accurate observations while minimizing bias among different examiners.  Much data can be obtained for many species within a short period of sampling time.

(2)  Frequency data can be collected in different-sized plots with each placement of the nested frame.  When a plant of a particular species occurs within a plot, it also occurs in all of the successively larger plots.  Frequency of occurrence for various size plots can be analyzed even though frequency is recorded for only one size plot.  This eliminates problems with comparing frequency data from different plot sizes.  Use of the nested plot configuration improves the chance of selecting a proper size plot for frequency sampling.

d.   <u>Equipment</u>.

(1)  Study Location and Documentation Data Form (See Illustration 3.)

(2)  Trend Study Data - Nested Frequency Method--Four Transects Form (See Illustration 25.)

(3)  Trend Study Data - Nested Frequency Method--Four Transect Summary Form (See Illustration 26.)

(4)  Trend Study Data - Nested Frequency Method--Ten Transects Form (See Illustration 27.)

**000239**

RANGELAND MONITORING - TREND STUDIES

    (5)  Trend Study Data - Nested Frequency Method--Ten Transect Summary Form (See Illustration 28.)

    (6)  Photo Identification Label (See Illustration 2.)

    (7)  Frame to delineate the 3- X 3-foot photo plots

    (8)  Stakes - 3/4- or 1-inch angle iron not less than 16 inches long

    (9)  Hammer

   (10)  Permanent yellow or orange spray paint

   (11)  Camera - 35-mm with a 28-mm wide-angle lens

   (12)  Exposure meter (if camera is not equipped with one)

   (13)  Film

   (14)  Tripod (optional)

   (15)  Black felt tip pen

   (16)  Nested frequency plot frame (See Illustration 29.)

   (17)  Tally counter (optional)

   (18)  Compass

   (19)  Steel post

   (20)  Post driver

   (21)  Other equipment which may be needed depending on the study layout are listed below: (See Section 4.46f(3).)

    (a)  Stakes which are stout enough to have a tape stretched between them

    (b)  Steel tape - 100-foot

    (c)  Two small "C" clamps

**000240**

Section 4.46e

RANGELAND MONITORING - TREND STUDIES

e.  Training.  The accuracy of the data depends on the training and ability of the examiners.  Examiners must be able to identify plant species and be able to tell whether or not a species occurs, according to study specifications, within a plot.  They must also be familiar with the operation of the camera equipment.  (See Section 3, this Reference, and Section 4, Technical Reference 4400-1.)

f.  Establishing Studies.  Careful establishment of studies is a critical element in obtaining meaningful data.  See Sections 5.2 through 5.4, Technical Reference 4400-1.)

(1)  Site Selection.  Stratify the allotment, wildlife habitat area, herd management area, watershed area, or other designated management area; select the key area(s) and key species; and determine the number and location of the nested frequency studies. (See Section 5.1, Technical Reference 4400-1.)

(2)  Number of Studies.  Establish one nested frequency study on each key area; establish more if needed.  (See Sections 1 and 5, Technical Reference 4400-1.)

(3)  Study Layout.  Use the study layout described for the Pace Frequency Method or for the Quadrat Frequency Method.  (See Sections 4.44f(3) or 4.45f(4) respectively.)

(4)  Reference Post or Point.  Permanently mark the location of each study by means of a reference post (steel post) placed about 100 feet from the study location stake or the baseline beginning point stake depending on the study layout.  Record the bearing and distance from the post to the study location stake or the baseline beginning point stake.  An alternative is to select a reference point, such as a prominent natural or physical feature, and record the bearing and distance from that point to the study location stake or the baseline beginning point stake.  If a post is used, it should be tagged to indicate that it marks the location of a monitoring study established by the Bureau of Land Management and that it should not be disturbed.

(5)  Study Identification.  Number studies for proper identification to ensure that the data collected can be positively associated with specific sites on the ground.  (See Illustration 1.)

(6)  Study Documentation.  Where the study layout for the Pace Frequency Method is selected, document the location, starting point, bearing, distance between transects, sampling interval, and other pertinent information concerning a study on the Study Location and Documentation Data Form.  Where the study layout for the Quadrat Frequency Method is selected, document the location of the baseline, bearing, number of transects, transect locations along the baseline, number of plots (quadrats) per transect,

38

**000241**

RANGELAND MONITORING - TREND STUDIES

and other pertinent information concerning a study on the Study Location and Documentation Data Form. (See Illustration 3, this Reference, and Section 6, Technical Reference 4400-1.) Plot the precise location of the studies on detailed maps and/or aerial photos.

g. Taking Photographs. The directions for taking close-up and general view photographs are described in Section 3.4.

h. Sampling Process. In addition to collecting the specific studies data, general observations should be made of the study sites. (See Section 3.5.)

(1) Using the Nested Frequency Plot Frame. By using a nested plot frame, data for four different sized plots are collected and evaluated for preferred frequency values. For most plant species, the frequency values must be between 20 and 80 percent in order to detect change when the study is read again. The data will indicate the size plot needed to effectively sample the particular vegetation/species. Data is collected for all sized plots each time the study is read. Data collected with a given size plot can be compared over time only with data collected with the same size plot. (See Illustration 29.)

(2) Running the Transects. Depending on the study layout selected, run the transects as described for the Pace Frequency Method or for the Quadrat Frequency Method. (See Sections 4.44h(2) and 4.45h(2) respectively.)

(3) Collecting Frequency Data. Collect frequency data for all plant species. (See Section 3.1.) For uniformity in recording data, the four nested plots are numbered from "1" through "4," with the largest plot size corresponding with the higher number. (See Illustration 29.) Determine the smallest size plot in which a plant of the species occurs. Record the data by dot count tally, by species, by plot number (size of plot), by transect, on the Trend Study Data - Nested Frequency Method--Four Transects Form or on the Trend Study Data - Nested Frequency Method--Ten Transects Form. (See Illustrations 25 and 27.) Enter the dot count tally in the quadrant on the form representing the smallest size plot in which a plant of the species occurs. (For example, if one plant of a species occurs inside plot "1" and another plant of that species occurs outside plot "1" but within plot "4," record the species occurrence for plot "1" only. Presence of a species in plot "1" automatically connotes presence of the species in all larger plots.) (See Illustration 29.) Only one tally is made regardless of the number of individual plants of a species that occur within a plot.

**000242**

Section 4.46h(3)(a)

## RANGELAND MONITORING - TREND STUDIES

(a) Herbaceous plants (grasses and forbs) must be rooted in the plot to be counted.

(b) Trees and shrubs (including half shrubs) are counted if rooted in the plot or if the canopy of these plants overhangs the plot. In some cases, it may be preferable to count trees and shrubs only if they are rooted in the plot.

(c) Annual plants are counted whether green or dried.

(d) Specimens of the plants which are unknown should be collected and marked for later identification.

(e) Frequency occurrence of seedlings by plant species may be tallied.

(f) An alternative method for recording frequency data is explained in Illustration 33.

i. Calculations. Make the compilations and calculations and record the results in the appropriate plot size quadrants and columns on the Trend Study Data - Nested Frequency Method--Four Transect Summary Form or on the Trend Study Data - Nested Frequency Method--Ten Transect Summary Form. (See Illustrations 26 and 28.)

(1) Compiling Data. Determine the number of occurrences for each species for each plot size by transect.

(a) Plot "1." Count the number of occurrences of a species in plot "1" and record the value in the plot "1" quadrant on the summary form.

(b) Plot "2." Count the number of occurrences of the same species in plot "2" and add this value to the value recorded for plot "1." Record the sum in the plot "2" quadrant on the summary form.

(c) Plot "3." Count the number of occurrences of the same species in plot "3" and add this value to the value recorded for plot "2." Record the sum in the plot "3" quadrant on the summary form.

(d) Plot "4." Count the number of occurrences of the same species in plot "4" and add this value to the value recorded for plot "3." Record the sum in the plot "4" quadrant on the summary form.

(2) Calculating Frequency. The percent frequency by species can be calculated for each transect and/or for the total of all transects.

**000243**

40

Section 4.46i(2)(a)

RANGELAND MONITORING - TREND STUDIES

(a)  Frequency for Each Transect.  Calculate the percent fre-
quency of a plant species by plot size on a transect by multiplying the number
of occurrences by 10, if there are 10 samples, by 5, if there are 20 samples,
or by 2, if there are 50 samples in the transect.  Record the percent fre-
quency in the appropriate plot size quadrant by species by transect on the
summary form.

(b)  Frequency for Total of All Transects.  Calculate the per-
cent frequency of a plant species by plot size for the total of all transects
by adding the occurrences of a species by plot size on all transects, dividing
the total by the total number of plots sampled for the study, and multiplying
the value by 100.  Record the percent frequency in the appropriate plot size
quadrant on the summary form.

41

**000244**

Section 4.47

RANGELAND MONITORING - TREND STUDIES

4.47  LINE INTERCEPT METHOD.

a.  General Description.  The Line Intercept Method consists of hori-
zontal, linear measurements of plant intercepts along the course of a line
(tape).  It is designed for measuring grass or grass-like plants, forbs,
shrubs, and trees.  Close-up and general view photographs should be used with
this method.  The following indicators of trend are monitored with this
method:  (See Section 3.3.)

(1)  Foliar and basal cover

(2)  Composition (by cover)

b.  Areas of Use.  This method is ideally suited for semiarid
bunchgrass-shrub vegetation types.

c.  Advantages and Limitations.  The method can be used for sampling
vegetation on both large and small rangeland areas as well as on small plots
used in detailed and intensive studies.  It is best suited where the plant
limits are rather easily defined.  This method can be adapted to sampling
varying densities and types of vegetation.  It is not well adapted, however,
for single stemmed species, dense grassland situations, litter, or rock less
than 1/2 inch in diameter.

d.  Equipment.

(1)  Study Location and Documentation Data Form (See Illus-
tration 3.)

(2)  Trend Study Data - Line Intercept Method Form (See Illus-
tration 30.)

(3)  Photo Identification Label (See Illustration 2.)

(4)  Frame to delineate the 3- X 3-foot photo plots

(5)  Stakes - 3/4- or 1-inch angle iron not less than 16 inches
long

(6)  Hammer

(7)  Permanent yellow or orange spray paint

(8)  Camera - 35-mm with a 28-mm wide-angle lens

(9)  Exposure meter (if camera is not equipped with one)

**000245**

RANGELAND MONITORING - TREND STUDIES

(10)  Film

(11)  Tripod (optional)

(12)  Black felt-tip pen

(13)  Stakes which are stout enough to have a tape stretched between them

(14)  Tape - 50-, 100-, or 200-foot delineated in tenths and hundredths or a metric tape of the desired length

(15)  Compass

(16)  Steel post

(17)  Post driver

e.  <u>Training</u>.  A minimum of training is needed to make sure the examiners understand how to lay out a transect, make the measurements, and operate the camera equipment.  The examiners must be able to identify the plant species.  (See Section 3, this Reference, and Section 4, Technical Reference 4400-1.)

f.  <u>Establishing Transects</u>.  Careful establishment of transects is a critical element in obtaining meaningful data.  (See Sections 5.2 through 5.4, Technical Reference 4400-1.)

(1)  <u>Site Selection</u>.  Stratify the allotment, wildlife habitat area, herd management area, watershed area, or other designated management area; select the key area(s) and key species; and determine the number, length, and location of the transects.  (See Section 5.1, Technical Reference 4400-1.)

(2)  <u>Number of Transects</u>.  Establish one transect on each key area; establish more if needed.  (See Sections 1 and 5, Technical Reference 4400-1.)

(3)  <u>Length of Transects</u>.  The length of the transect is based on the density and homogeneity of the vegetation.  If the vegetation is sparse, a longer transect is needed.  Transects may be 50 feet, 100 feet, 200 feet or longer.  In some cases, it may be advantageous to establish several shorter transects instead of one long transect.

000246

Section 4.47f(4)

RANGELAND MONITORING - TREND STUDIES

(4) Transect Layout.

(a) Permanently mark the location of the transect by means of transect location and transect bearing stakes. The transect location stake is placed at the beginning of the transect. After determining the bearing of the transect, a stake is placed at the end of the transect. The distance between the stakes is dependent on the length of the transect. The height of the stakes is dependent on the height of the vegetation.

(b) Paint the transect location and transect bearing stakes with bright-colored permanent spray paint (yellow or orange) to aid in relocation. Repaint these stakes when subsequent readings are made.

(c) Stretch the tape between the stakes as close to the ground as possible with the zero point on the tape aligned with the stake which is the beginning point of the transect. Do not allow vegetation to deflect the alignment of the tape.

(5) Reference Post or Point. Permanently mark the location of each transect by means of a reference post (steel post) placed about 100 feet from the transect location stake. Record the bearing and distance from the post to the transect location stake. An alternative is to select a reference point, such as a prominent natural or physical feature, and record the bearing and distance from that point to the transect location stake. If a post is used, it should be tagged to indicate that it marks the location of a monitoring study established by the Bureau of Land Management and that it should not be disturbed.

(6) Transect Identification. Number transects for proper identification to ensure that the data collected can be positively associated with specific sites on the ground. (See Illustration 1.)

(7) Transect Documentation. Document the location, beginning point, bearing, length, and other pertinent information concerning a transect on the Study Location and Documentation Data Form. (See Illustration 3, this Reference, and Section 6, Technical Reference 4400-1.) Plot the precise location of the transects on detailed maps and/or aerial photos.

g. Taking Photographs. The directions for taking close-up and general view photographs are described in Section 3.4.

h. Sampling Process. Proceed down the tape stretched along the transect line and measure the horizontal linear length of the plant intercepts along that line. Measure grasses and grass-like plants, and rosette forming plants at ground level. For forbs, shrubs, and trees, measure the vertical projection of the foliar cover intercepting the tape. If the measurements are made in 10ths and 100ths of feet, the totals are easily

000247

RANGELAND MONITORING - TREND STUDIES

converted to percentages.  The measurements are recorded by species on the
Trend Study Data - Line Intercept Method Form.  (See Section 3.1 and
Illustration 30.)  In addition to collecting the specific studies data,
general observations should be made of the study sites.  (See Section 3.5.)

 i.  <u>Calculations</u>.  Make the calculations and record the results on
the Trend Study Data - Line Intercept Method Form.  (See Illustration 30.)

 (1)  <u>Cover</u>.

  (a)  Calculate the percent cover of each plant species by
totaling the intercept measurements for all individuals of that species along
the transect line and converting this total to a percent.

  (b)  Where the measurements are made in 10ths and 100ths of
feet along a 100-foot transect, the totals for each species are the cover
percentages.  If a 50-foot transect is used, the totals for each species are
doubled to calculate the percent cover by species.  If a 200-foot transect is
used, the totals for each species are divided by two to calculate the percent
cover by species.

  (c)  Calculate the total cover measured on the transect by
adding the cover percentages for all the species.  This total could exceed
100% if the intercepts of overlapping canopies are recorded.

 (2)  <u>Composition</u>.  Under this method the species composition is
based on the percent cover of the various species.  Calculate percent com-
position by dividing the percent cover for each plant species by the total
cover for all plant species.

**000248**

Section 4.48

RANGELAND MONITORING - TREND STUDIES

4.48   STEP-POINT TRANSECT METHOD.

a.   General Description.  The Step-Point Transect Method consists of observing 200 points along a transect at one-pace or other selected intervals.  The point is regarded as the smallest possible plot.  Close-up and general view photographs should be used with this method.  The indicator of trend monitored with this method is cover (foliar and basal cover and general cover categories, including litter).  (See Section 3.3.)

b.   Areas of Use.  This method has wide applicability and is suited for use with grasses, forbs, shrubs, and trees.

c.   Advantages and Limitations.  This method is relatively simple and easy to use.  It is suitable for measuring major characteristics of the ground and vegetation cover of an area.  Large areas can easily be sampled, particularly if the cover is reasonably uniform.  It is possible to collect a fairly large number of samples within a relatively short time.  A limitation of this method is that there can be variation in the data collected among examiners.  Another limitation is that a lot of the less predominant plant species are not hit on the transects and therefore do not show up in the study records.  This method is a good method to use in combination with another method.

d.   Equipment.

(1)  Study Location and Documentation Data Form (See Illustration 3.)

(2)  Trend Study Data - Step-Point Transect Method Form (See Illustration 31.)

(3)  Photo Identification Label (See Illustration 2.)

(4)  Frame to delineate the 3- X 3-foot photo plots

(5)  Stakes - 3/4- or 1-inch angle iron not less than 16 inches long

(6)  Hammer

(7)  Permanent yellow or orange spray paint

(8)  Camera - 35-mm with a 28-mm wide-angle lens

(9)  Exposure meter (if camera is not equipped with one)

(10)  Film

(11)  Tripod (optional)

**000249**

Section 4.48d(12)

RANGELAND MONITORING - TREND STUDIES

(12)  Black felt-tip pen

(13)  Tally counter (optional)

(14)  Compass

(15)  Steel post

(16)  Post driver

e. _Training._  A minimum amount of training is needed for this method.  Examiners must be able to identify the plant species, must be familiar with the ground-level cover categories, must know how to collect foliar cover data, and must know how to collect cover data using a notch in the boot.  They must also be familiar with the operation of the camera equipment.  (See Section 3, this Reference, and Section 4, Technical Reference 4400-1.)

f. _Establishing Transects._  Careful establishment of transects is a critical element in obtaining meaningful data.  (See Sections 5.2 through 5.4, Technical Reference 4400-1.)

(1)  _Site Selection._  Stratify the allotment, wildlife habitat area, herd management area, watershed area, or other designated management area; select the key area(s) and key species; and determine the number, length, and location of the transects.  (See Section 5.1, Technical Reference 4400-1.)

(2)  _Number of Transects._  Establish one transect on each key area; establish more if needed.  (See Sections 1 and 5, Technical Reference 4400-1.)

(3)  _Transect Layout._

(a)  Drive an angle iron location stake into the ground to permanently mark the location of each transect.

(b)  Paint the transect location stake with bright-colored permanent spray paint (yellow or orange) to aid in relocation.  Repaint this stake when subsequent readings are made.

(c)  Determine the transect bearing and select a prominent distant landmark such as a peak, rocky point, etc., that can be used as the transect bearing point.

(4)  _Reference Post or Point._  Permanently mark the location of each transect by means of a reference post (steel post) placed about 100 feet from the transect location stake.  Record the bearing and distance

**000250**

47

Section 4.48f(5)

RANGELAND MONITORING - TREND STUDIES

from the post to the transect location stake.  An alternative is to select a reference point, such as a prominent natural or physical feature, and record the bearing and distance from that point to the transect location stake.  If a post is used, it should be tagged to indicate that it marks the location of a monitoring study established by the Bureau of Land Management and that it should not be disturbed.

(5)  Transect Identification.  Number transects for proper identification to ensure that the data collected can be positively associated with specific sites on the ground.  (See Illustration 1.)

(6)  Transect Documentation.  Document the location, starting point, bearing, sampling interval, length, and other pertinent information concerning a transect on the Study Location and Documentation Data Form.  (See Illustration 3, this Reference, and Section 6, Technical Reference 4400-1.)  Plot the precise location of the transects on detailed maps and/or aerial photos.

g.  Taking Photographs.  The directions for taking close-up and general view photographs are described in Section 3.4.

h.  Sampling Process.  In addition to collecting the specific studies data, general observations should be made of the study sites.  (See Section 3.5.)

(1)  Running the Transects.

(a)  Start a transect by taking five paces from the transect location stake along the transect bearing before reading the first hit (observation point).

(b)  Read hits at one-pace intervals for a total of 200 hits.  To lengthen the transects, pace off some desired distance (5 paces, 20 paces, etc.) between hits.

(c)  When obstructions such as juniper trees, cholla cactus, or ledge rock, etc., are encountered, sidestep at 90° from the transect line and continue pacing parallel to the transect to avoid the obstructions.  Project an estimate of actual hits along the original transect line.  Return to the original transect line as soon as possible by sidestepping at 90° in the opposite direction.  Continue pacing along the transect bearing.

(d)  In some cases it may be preferable not to count hits along that portion of a transect which intersects unnaturally disturbed areas, such as roads or trails.  When such areas are encountered, proceed three paces past the disturbance before resuming the reading of hits along the transect line.

**000251**

RANGELAND MONITORING - TREND STUDIES

(2) Collecting Cover Data. At each observation point, identify the hit with a 1/8-inch mark, preferably a notch 1/8-inch wide and 1/16-inch deep, on the toe of the sole of the boot. Wider or deeper notches affect the decision as to what to record. Read the hit and record the data by dot count tally, by cover category and/or plant species code (symbol), on the Trend Study Data - Step-Point Transect Method Form. (See Illustrations 31 and 32.)

(a) Ground-Level Hits.

i. Ground-level hits will fall into one of seven cover categories:

B - Bare ground

P - Persistent litter (large mammal droppings and woody material)

N - Non-persistent litter (lasts less than 2 years; herbaceous)

G - Gravel (2 mm [approximately 1/12 inch] to 3 inches)

C - Cobble (>3 inches to 10 inches)

S - Stone (>10 inches)

R - Bedrock

ii. Identify the cover category or hit directly beneath the notch.

iii. If two or more items such as bare ground and litter appear in the notch, record the item which occupies the majority of the notch.

iv. Identity of the cover must be expressed as a single category. Therefore, where two or more apparently equal categories are identified, the preferred identity is: first, live vegetation; second, litter; third, gravel; fourth, cobble; fifth, stone; and sixth, bare ground.

v. Record the ground-level hits by dot count tally by ground-level cover category in the Ground-Level Cover Section of the form except where there are ground-level and foliar cover hit combinations.

**000252**

Section 4.48h(2)(b)

RANGELAND MONITORING - TREND STUDIES

(b) Basal Hits.

i.  Identify the basal hits on live vegetation by species (includes mosses and lichens more than 1/16 inch thick).  To count as a basal hit on live vegetation, the plant crown at a 1-inch height above the ground must occupy the notch.

ii.  Enter the appropriate plant species code (symbol) in the Basal or Ground-Level Column in the Basal and Foliar Cover Section of the form.

iii.  Enter a dot count tally for each basal hit on a species in the Dot Count Column in the Basal and Foliar Cover Section of the form when the plant species code (symbol) is first entered on the form.  Enter an additional dot count tally each time there is a basal hit on that species on the transect, except where there are basal and foliar cover hit combinations.

(c) Ground-Level or Basal and Foliar Cover Hit Combinations.

i.  Identify the ground-level or basal hit and the foliar cover hit(s) in the line of sight of the notch.

ii.  Dead vegetation in the canopy is counted as litter.  (Use "P"-persistent litter and "N"-non-persistent litter.)

iii.  If vegetation and/or litter is pushed out of its natural canopy, visually reconstruct the natural canopy to determine foliar cover hit(s).

iv.  Enter the appropriate ground-level cover category code (see Section 4.48h(2)(a)i) and/or plant species code (symbol) for each level of hit (up to four levels) in the appropriate columns in the Basal and Foliar Cover Section of the form.

v.  Plant codes for vegetation foliar cover hits more than 20 feet above the ground level should be enclosed in brackets [ ].

vi.  Enter a dot count tally for each ground-level or basal and foliar cover hit combination when it is first entered on the form and each time this same combination is hit on the transect.

i.  Calculations.  Determine the total hits for the ground-level cover categories, the basal cover only entries, and the ground-level or basal and foliar cover combinations from the dot count tallies and record in the appropriate blocks and column on the Trend Study Data - Step-Point Transect Method Form.  (See Illustration 31.)

**000253**

RANGELAND MONITORING - TREND STUDIES

GLOSSARY OF TERMS

-A-

actual use:  a report of the actual livestock grazing use certified to be accurate by the permittee or lessee.  Actual use may be expressed in terms of animal unit months or animal months.  (See 43 CFR 4100.0-5.)

allotment:  an area of land designated and managed for grazing of livestock. Such an area may include intermingled private, State, or Federal lands used for grazing in conjunction with the public lands.  (See 43 CFR 4100.0-5.)

allotment management plan (AMP):  a documented program which applies to livestock grazing on the public lands, prepared in consultation, coopera- tion, and coordination with the permittee(s), lessee(s), or other involved affected interests.  (See 43 CFR 4100.0-5.)

analysis:  (1) a detailed examination of anything complex in order to under- stand its nature or determine its essential features; or (2) a separating or breaking up of any whole into its component parts for the purpose of examin- ing their nature, function, relationship, etc.  (A rangeland analysis in- cludes an examination of both biotic (plants, animals, etc.) and abiotic (soils, topography, etc.) attributes of the rangeland.)

animal month:  a month's tenure upon the rangeland by one animal.  Animal month is not synonymous with animal unit month.

animal unit month (AUM):  the amount of forage necessary for the sustenance of one cow or its equivalent for a period of one month.  (See 43 CFR 4100.0-5.)

available forage:  that portion of the forage production that is accessible for use by a specified kind or class of grazing animal.

-B-

bare ground:  all land surface not covered by vegetation, rock fragment, bedrock, or litter.

basal area:  the cross sectional area of the stem or stems of a plant or of all plants in a stand.  Herbaceous and small woody plants are measured at or near the ground level; large woody plants are measured at breast or other designated height.  Basal area is synonymous with basal cover.

basal cover:  (See basal area.)

**000254**

RANGELAND MONITORING - TREND STUDIES

bedrock:  in-place, solid rock exposed at the surface of the earth or overlain by unconsolidated material.

boulder:  descriptive term applied to rock fragment ground cover where the longest dimension measures over 24 inches.

browse:  (1) the part of shurubs, half shrubs, woody vines, and trees available for animal consumption; or (2) to search for or consume browse.

browse plant or browse species:  a shrub, half shrub, woody vine, or tree capable of producing shoot, twig, and leaf growth suitable for animal consumption.

-C-

canopy cover:  the percentage of ground covered by a vertical projection downward of the outermost perimeter of the natural spread of foliage of plants.  Small openings within the canopy are included.  It may exceed 100 percent.  Canopy cover is synonymous with crown cover.

class of livestock:  the age and/or sex groups of a kind of livestock.

climate:  the average weather conditions of a place over a period of years.

cobble:  descriptive term applied to rock fragment ground cover where the longest dimension measures 3 to 10 inches.

community:  an assemblage of populations of plants and/or animals in a common spatial arrangement.

composition:  the proportions (percentages) of various plant species in relation to the total on a given area.  It may be expressed in terms of cover, density, weight, etc.

cover:  (See canopy cover, foliar cover, and ground cover.)

crown cover:  (See canopy cover.)

cryptogam:  a plant in any of the groups Thallophytes, Bryophytes, and Pteridophytes--mosses, lichens, and ferns.

-D-

density:  numbers of individuals or stems per unit area.  (Density does not equate to any kind of cover measurement.)

**000255**

RANGELAND MONITORING - TREND STUDIES

-E-

ecological site: (See range site.)

ecological status: the present state of vegetation of a range site in rela-
tion to the potential natural community for the site. Ecological status is
use independent. It is an expression of the relative degree to which the
kinds, proportions, and amounts of plants in a community resemble that of the
potential natural community. The four ecological status classes correspond
to 0-25, 26-50, 51-75, or 76-100 percent similarity to the potential natural
community and are called early seral, mid seral, late seral, and potential
natural community, respectively.

erosion: the detachment and movement of soil particles or rock fragments by
the action of water, wind, ice, or gravity.

estimated use: the use made of forage on an area by wildlife, wild horses,
wild burros, and/or livestock where actual use data are not available. Es-
timated use may be expressed in terms of animal unit months or animal months.

evaluation: (1) an examination and judgment concerning the worth, quality,
significance, amount, degree, or condition of something; or (2) the system-
atic process for determining the effectiveness of on-the-ground management
actions and assessing progress toward meeting management objectives.

-F-

foliar cover: the percentage of ground covered by a vertical projection
downward of the aerial portion of plants. Small openings in the canopy and
intraspecific overlap are excluded. Foliar cover is always less than canopy
cover. It may exceed 100 percent.

forage: (1) browse and herbage which is available and may provide food for
animals or be harvested for feeding; or (2) to search for or consume forage.

forage production: the weight of forage that is produced within a designated
period of time or a given area. Production may be expressed as green, air
dry, or oven dry weight. The term may also be modified as to time of pro-
duction such as annual, current year, or seasonal forage production.

forb: (1) any herbaceous plant other than those in the Gramineae (true
grasses), Cyperaceae (sedges), and Juncaceae (rushes) families--i.e., any
nongrass-like plant having little or no woody material on it; or (2) a
broadleaved flowering plant whose stem, above ground, does not become woody
and persistent.

**000256**

RANGELAND MONITORING - TREND STUDIES

forestland: land on which the vegetation is dominated by trees. Lands are classified forestland if the trees now present will provide 25 percent or greater canopy cover at maturity. Lands not presently forestland that were originally or could become forested through natural succession may be classified as potential natural forestland.

frequency: a quantitative expression of the presence or absence of individuals of a species in a population. It is defined as the percentage of occurrence of a species in a series of samples of uniform size.

-G-

goal: the desired state or condition that a resource management policy or program is designed to achieve. A goal is usually not quantifiable and may not have a specific date by which it is to be completed. Goals are the base from which objectives are developed. (See objective.)

grass: any plant of the family Gramineae.

grassland: land on which the vegetation is dominated by grasses, grasslike plants, and/or forbs. Non-forested lands are classified as grassland if herbaceous vegetation provides at least 80 percent of the canopy cover excluding trees. Lands not presently grassland that were originally or could become grassland through natural succession may be classified as potential natural grassland.

grasslike plant: a plant of the Cyperaceae or Juncaceae families which vegetatively resembles a true grass of the Gramineae family.

gravel: descriptive term applied to rock fragment ground cover where the longest dimension measures 2 millimeters (approximately 1/12-inch) to 3 inches.

ground cover: the percentage of material, other than bare ground, covering the land surface. It may include live and standing dead vegetation, litter, gravel, cobble, stones, boulders, and bedrock. Ground cover plus bare ground would total 100 percent.

grazing management: the manipulation of grazing and browsing animals to accomplish a desired result.

-H-

half shrub: a plant with a woody base whose annually produced stems die each year.

**000257**

RANGELAND MONITORING - TREND STUDIES

hedging: (1) the appearance of browse plants that have been browsed so as to appear artificially clipped; or (2) consistent browsing of terminal buds of browse species causing excessive lateral branching and a reduction in upward and outward growth.

herbage: the above-ground material of any herbaceous plant (grasses and forbs).

-I-

interpretation: explaining or telling the meaning of something and present-ing it in understandable terms.

inventory: the systematic acquisition and analysis of information needed to describe, characterize, or quantify resources for land-use planning and management of the public lands.

-K-

key area: a relatively small portion of a rangeland selected because of its location, use, or grazing value as an area on which to monitor the effects of grazing use. It is assumed that key areas, if properly selected, will reflect the effects of current grazing management over all or a part of a pasture, allotment, or other grazing unit.

key species: (1) those species which must, because of their importance, be considered in a management program; or (2) forage species whose use serves as an indicator to the degree of use of associated species.

kind of livestock: species of domestic livestock--cattle, sheep, horses, burros, and goats.

-L-

litter: the uppermost layer of organic debris on the soil surface; essentially the freshly fallen or slightly decomposed vegetal material.

-M-

monitoring: the orderly collection, analysis, and interpretation of resource data to evaluate progress toward meeting management objectives.

moss and lichen: small, low growing plants usually found in patches on litter, rock fragments, soil, etc.

**000258**

RANGELAND MONITORING - TREND STUDIES

-N-

non-persistent litter:  undecomposed organic debris on or near the soil surface with expected decomposition rate of two years or less.  Composed primarily of herbaceous material.

-O-

objective:  planned results to be achieved within a stated time period. Objectives are subordinate to goals, are narrower and shorter in range, and have increased possibility of attainment.  Time periods for completion and outputs or achievements that are measurable and quantifiable are specified. (See goal.)

-P-

pasture:  grazing area enclosed and separated from other areas by fence or natural barrier.

persistent litter:  undecomposed organic debris on or near the soil surface with expected decomposition rate exceeding two years.  Composed of woody material and large mammal droppings.

phenology:  the relationship between climate and plant growth stages such as begin growth, peak flowering, seed ripe, dormant, etc.

physiognomy:  external aspect; characteristic or peculiar contour.

plant association:  a kind of potential natural community consisting of stands with essentially the same dominant species in corresponding layers.

plant community:  (See community.)

potential natural community (PNC):  the biotic community that would become established if all successional sequences were completed without interfer- ences by man under the present environmental conditions.  Natural disturb- ances are inherent in development.  Includes naturalized non-native species.

production:  (See forage production.)

proper use:  (1) a degree of utilization of current year's growth which, if continued, will achieve management objectives and maintain or improve the long-term productivity of the site; or (2) the percentage a plant is utilized when the rangeland as a whole is properly utilized.  Proper use varies with time and systems of grazing.  Proper use is synonymous with proper utilization.

000259

RANGELAND MONITORING - TREND STUDIES

proper utilization:  (See proper use.)

public lands:  any land and interest in land outside of Alaska owned by the
United States and administered by the Secretary of the Interior through the
Bureau of Land Management.  (See 43 CFR 4100.0-5.)

-R-

rangeland:  a kind of land which supports vegetation useful for grazing on
which routine management of that vegetation is through manipulation of grazing
rather than cultural practices.  (Rangelands include natural grasslands, sa-
vannas, shrublands, most deserts, tundra, alpine communities, coastal marshes,
riparian zones, and wet meadows.  Rangeland includes lands revegetated nat-
urally or artificially to provide a plant cover which is managed like native
vegetation.)

range site:  a kind of rangeland with a specific potential natural community
and specific physical site characteristics, differing from other kinds of
rangeland in its ability to produce vegetation and to respond to management.
Range sites are defined and described with soil, species composition, and
production emphasis.  Range site is synonymous with ecological site.

resource value rating (RVR):  the value of vegetation present on a range site
for a particular use or benefit.  Resource value ratings may be established
for each plant community capable of being produced on a range site, including
exotic or cultivated species.  On a given range site, each use (or potential
use) has a separate resource value rating because that rating is based on
classification of plants according to their value for a specific use.  Some
examples:  A resource value rating for forage useful for cows and calves
during the spring grazing season could be based on proper use factors (PUF's)
or a more general assigning of plant species to good, moderate, or poor cate-
gories of forage value.  Resource value ratings could then be based on pro-
duction, cover, density, or frequency of plants in the different categories.
A resource value rating for cover useful for a pronghorn fawning area might be
based on density or cover of plants of a certain height or size class, without
regard to plant species.  A resource value rating related to scenic beauty
might be based on abundance of flowering species, species with fall color,
evergreens, diversity of growth forms, etc.

riparian zone:  the banks and adjacent areas of water bodies, water courses,
seeps, and springs whose waters provide soil moisture sufficiently in excess
of that otherwise available locally so as to provide a more moist habitat than
that of contiguous flood plains and uplands.

000260

RANGELAND MONITORING - TREND STUDIES

rock fragment:  an individual fragment of solid mineral material which occurs naturally on the earth's crust and ranges in size from gravel to boulder.

-S-

savanna:  a grassland with scattered trees, whether as individuals or clumps; often a transitional type between true grassland and forest.

seral community:  one of a series of biotic communities that follow one another in time on any given area.  Seral community is synonymous with seral stage, successional community, and successional stage.

seral stage:  (See seral community.)

shrub:  a plant that has persistent, woody stems and a relatively low growth habit, and that generally produces several basal shoots instead of a single bole.  It differs from a tree by its low stature--less than 5 meters (16 feet)--and nonarborescent form.

shrubland:  land on which the vegetation is dominated by shrubs.  Non-forested lands are classified as shrubland if shrubs provide more than 20 percent of the canopy cover excluding trees.  Lands not presently shrubland that were originally or could become shrubland through natural succession may be classified as potential natural shrubland.

stone:  descriptive term applied to rock fragment ground cover where the longest dimension measures 10 to 24 inches.

stratification:  subdividing an area into units which are, more or less, internally homogeneous with respect to the (those) characteristic(s) of interest.

succession:  the orderly process of community change; it is the sequence of communities which replace one another in a given area.

successional community:  (See seral community.)

successional stage:  (See seral community.)

-T-

tree:  a woody perennial, usually single-stemmed plant that has a definite crown shape and characteristically reaches a mature height of at least 5 meters (16 feet).  Some plants, such as oaks (Quercus spp.), may grow as either trees or shrubs.

**000261**

RANGELAND MONITORING - TREND STUDIES

<u>trend:</u>  the direction of change in ecological status or in resource value ratings observed over time.  Trend in ecological status is described as "toward" or "away from" the potential natural community or as "not apparent." Appropriate terms are used to describe trend in resource value ratings.  Trend in resource value ratings for several uses on the same site at a given time may be in different directions and there is no necessary correlation between trends in resource value ratings and trend in ecological status.

-U-

<u>use:</u>  (See utilization.)

<u>useable forage:</u>  that portion of the forage that can be grazed without damage to the basic resources; may vary with season of use, species, and associated species.

<u>utilization:</u>  the proportion or degree of current year's forage production that is consumed or destroyed by animals (including insects).  May refer either to a single plant species, a group of species, or to the vegetation as a whole.  Utilization is synonymous with use.

-V-

<u>vegetation:</u>  plants in general, or the sum total of the plant life above and below ground in an area.

<u>vegetation hit:</u>  a point on a plant either basal or canopy.  (Lichens and mosses must exceed 1/16 inch in thickness to qualify as a vegetation hit. Lichens and mosses less than 1/16 inch in thickness growing on rock are considered as rock; if they are growing on bare ground, they are considered as persistent litter.)

<u>vegetation type:</u>  a kind of existing plant community with distinguishable characteristics described in terms of the present vegetation that dominates the aspect or physiognomy of the area.

<u>vigor:</u>  relates to the relative robustness of a plant in comparison to other individuals of the same species.  It is reflected primarily by the size of a plant and its parts in relation to its age and the environment in which it is growing.

-W-

<u>weather:</u>  the state of the atmosphere at a definite time and place with respect to air temperature, humidity, wind, precipitation, cloudiness, etc.

**000262**

RANGELAND MONITORING - TREND STUDIES

wet meadow:  a meadow where the surface remains wet or moist throughout the
summer, usually characterized by sedges and rushes.

**000263**

RANGELAND MONITORING – TREND STUDIES

STUDY AND PHOTOGRAPH IDENTIFICATION

A. <u>NUMBERING STUDIES</u>.  Studies should be numbered to assure positive
identification.  These numbers can also be used to identify photographs.
Following are three alternative schemes for numbering studies:

    1.  <u>Numbering Scheme 1</u>.  Consecutive numbers may be assigned to studies
within an allotment.  For example:  Mooncreek #1 and Mooncreek #2 would be
studies Number 1 and 2 within the Mooncreek Allotment.  A disadvantage to
using the names of allotments in a numbering scheme is that these names can,
and often do, change.

    2.  <u>Numbering Scheme 2</u>.  Studies may be numbered based on their location
within a township, range, and section.  A 10-character number can be assigned
in the following manner:

        a.  The first three characters are the township (03S), the second
three are the range (27W), the next two are the section (08), and the last two
are simply a series number (01) assigned to a study based on the number of
studies located within a section.

        b.  The numbers for studies located in Section 8 would be
03S-27W-08-01, 03S-27W-08-02, and so forth.

        c.  Depending on the local situation, this scheme can be modified by
adding characters to the code where there are fractional townships or ranges,
where there are more than 99 sections/tracts within a township, and/or where
there is more than one public land survey principal meridian and baseline
within the area of jurisdiction.

    3.  <u>Numbering Scheme 3</u>.  Studies may be numbered based on their location
relative to the initial point of survey (principal meridian and baseline
governing public land survey).

        a.  Under this scheme, the first character is a letter assigned to a
principal meridian and baseline quadrant.  Using the initial point of the
survey as the center point, the northeast quadrant (townships located to the
north and east of the initial point) is coded "A".  The northwest, southwest,
and southeast quadrants are coded "B", "C", and "D" respectively.  For example:



                    Salt Lake Meridian
                    (initial point)

000264

RANGELAND MONITORING - TREND STUDIES

b.  The next characters are the township number (3, 16, etc.) followed by the range number (7, 32, etc.) and the section number (8, 21, etc.).

c.  The next three characters are used to identify the subdivisions within a section (down to 10 acres) in which a study is located.  These subdivisions have letter designations as follows:



d.  The last character(s) is (are) simply a series number (1, 2, 3, . . . 10, 11, etc.) assigned to a study based on the number of studies located within the smallest subdivision.

e.  For example, Studies 1 and 2 located in the SE1/4NE1/4NW1/4 of Section 8, T3S, R21E would be numbered (D-3-21)8Bad-1 and (D-3-21)8Bad-2.

f.  Depending on the local situation, this scheme can be modified by adding characters to the code where there are fractional townships or ranges, where there are more than 99 sections/tracts within a township, and/or where there is more than one public land survey principal meridian and baseline within the area of jurisdiction.

**000265**

RANGELAND MONITORING – TREND STUDIES

B.  UNDERLINE_IDENTIFYING PHOTOGRAPHS.  In most cases, the number that has been assigned to a study is the number used to identify the photographs associated with that study.  Following is a description of three labels that can be used to include the study number in the photographs:

1.  Label 1.  The Photo Identification Label included as Illustration 2 can be copied and used to identify photographs.  This label provides space for documenting the date, number, and location (Resource Area, allotment, and pasture) of a study.  A large black felt-tip marking pen should be used to print the information on the label.

2.  Label 2.  A slotted sign board with a black felt background and movable white plastic letters can be used as a photo identification label.  Room permitting, the user may include any information desired on such a label.  A 9- x 12-inch board with slots running lengthwise at a spacing of 1/4 inch and 1 1/2-inch white letters makes a highly visible label for most photographs.

3.  Label 3.  A placard on which identifying characteristics can be entered can be developed to meet local field needs.  The placard can be constructed of heavy white cardboard on which such things as Date, "T" (township), "R" (range), Section Number, etc., are preprinted.  A heavy mylar film can be placed over the preprinted placard.  The specific identifying information can be hand printed on the mylar with a heavy grease pencil or other readily removable, highly visible, marking material.  After taking the desired photographs, the mylar can be wiped clean and the placard reused for other photographs.  A more permanent placard can be constructed of plywood and painted enamel white.  The grease pencil markings can be wiped from the enameled surface and the placard reused for other photographs.  Caution must be exercised in the placement of the placard to prevent glare from the mylar or enameled surface.

NOTE –  Labels can be placed flat on the ground immediately adjacent to photo plots for close-up photographs.  (See Illustration 4.)

     –  Labels can be placed in an upright position in the foreground of general view photographs.

**000266**

**DATE** _____

**NO.** _____

**R.A.** _____

**ALLOT.** _____

**PAST.** _____

**000267**

PHOTO IDENTIFICATION LABEL

**DATE** 7/24/84

**NO.** 03S-27W-08-03

**R.A.** LOST MOUNTAIN

**ALLOT.** QUAKING ASPEN

**PAST.** SHEEP CREEK

Illustration 2
Page 2

000268
PHOTO IDENTIFICATION LABEL

Illustration 3
Page 1

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

STUDY LOCATION & DOCUMENTATION DATA

| STUDY METHOD | STUDY NUMBER |
|---|---|

| ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|

| DISTRICT | RESOURCE AREA | PLANNING UNIT |
|---|---|---|

| RANGE SITE | PLANT COMMUNITY |
|---|---|

| DATE ESTABLISHED | ESTABLISHED BY (NAME) | MAP REFERENCE |
|---|---|---|

| ELEVATION | SLOPE | EXPOSURE | AERIAL PHOTO REFERENCE |
|---|---|---|---|

TOWNSHIP   RANGE   SECTION   1/4   1/4   1/4

LOCATION                                        SCALE:____INCHES
                                                EQUALS ONE MILE

KEY SPECIES

1                    2                    3

DISTANCE & BEARING BETWEEN REFERENCE POST OR REFERENCE POINT
AND THE TRANSECT LOCATION STAKE, BEGINNING OF TRANSECT, OR PLOT

DISTANCE & BEARING BETWEEN LOCATION STAKE & BEARING STAKE

TRANSECT BEARING                VERTICAL DISTANCE BETWEEN GROUND & ALIGNED TAPE

LENGTH OF TRANSECT              PLOT/FRAME SIZE

SAMPLING INTERVAL                              TOTAL NUMBER OF SAMPLES

NOTES (DESCRIPTION OF STUDY LOCATION, DIAGRAM OF TRANSECT/PLOT LAYOUT, DESCRIPTION OF PHOTO
POINTS, ETC.   IF MORE SPACE IS NEEDED, USE REVERSE SIDE OR ANOTHER PAGE.)

**000269**

Illustration 3
Page 2

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

STUDY LOCATION & DOCUMENTATION DATA

| STUDY METHOD | STUDY NUMBER |
|---|---|
| DAUBENMIRE TREND | 03S-27W-08-03 |

| ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|
| QUAKING ASPEN - 1037 | SHEEP CREEK |

| DISTRICT | RESOURCE AREA | PLANNING UNIT |
|---|---|---|
| HOWE | LOST MOUNTAIN | DEEP CANYON |

| RANGE SITE | PLANT COMMUNITY |
|---|---|
| CLAYEY-15-19" NORTHERN PLAINS | ARTR2-AGSP-PONE3 |

| DATE ESTABLISHED | ESTABLISHED BY (NAME) | MAP REFERENCE |
|---|---|---|
| 7/24/84 | CHARLIE WAGON | GRAYSTONE 7½ MIN. TOPO. |

| ELEVATION | SLOPE | EXPOSURE | AERIAL PHOTO REFERENCE |
|---|---|---|---|
| 4300 | FLAT | EAST | BLM-24CN-A277A-4/22/78 |

| | TOWNSHIP | RANGE | SECTION | 1/4 | 1/4 | 1/4 | SCALE: 2 INCHES |
|---|---|---|---|---|---|---|---|
| LOCATION | 3S | 27W | 8 | NW | SE | NW | EQUALS ONE MILE |

KEY SPECIES

1 AGSP    2 PONE3    3

| | | | | |
|---|---|---|---|---|
| | | | X | |

DISTANCE & BEARING BETWEEN REFERENCE POST OR REFERENCE POINT
AND THE TRANSECT LOCATION STAKE, BEGINNING OF TRANSECT, OR PLOT
The transect location stake is 100 feet south (180°) of the
reference post. Reference post is 3 miles west of Rattop Reservoir.

DISTANCE & BEARING BETWEEN LOCATION STAKE & BEARING STAKE
102 feet at 135°

| TRANSECT BEARING | VERTICAL DISTANCE BETWEEN GROUND & ALIGNED TAPE |
|---|---|
| | 3 inches |

| LENGTH OF TRANSECT | PLOT/FRAME SIZE |
|---|---|
| 100 FEET | 20 X 50 cm - 6 cover classes |

| SAMPLING INTERVAL Every 2 feet beginning at the 1-foot mark on the tape. Place the rear left corner of the frame at every 2nd foot mark along the right side of the tape. | TOTAL NUMBER OF SAMPLES 50 |
|---|---|

NOTES (DESCRIPTION OF STUDY LOCATION, DIAGRAM OF TRANSECT/PLOT LAYOUT; DESCRIPTION OF PHOTO
POINTS; ETC.   IF MORE SPACE IS NEEDED, USE REVERSE SIDE OR ANOTHER PAGE.)

The two photo plots are located at 37 and 53 feet along the tape.
Close-up photos are taken from the northeast side of the photo plots.

Note: Depending on the study method, fill in the blocks that apply
when a study is established.  This documentation enables the examin-
ers to conduct follow-up studies in a consistent manner to provide
comparable data for analysis, interpretation, and evaluation.

**000270**

RANGELAND MONITORING - TREND STUDIES

PERMANENT PHOTO PLOT LOCATION

(3- X 3-Foot or 5- X 5-Foot Plot Outline)

Camera Point - Permanent Stake
(Locate on north side of plot)



angle iron stake

angle iron stake →

Paint the stakes with bright-colored permanent
spray paint (yellow or orange) to aid in relo-
cation.  Repaint these stakes when subsequent
photographs are taken.

68

**000271**

TREND STUDY METHOD MATRIX

| Trend Study Method | Cover | Density | Frequency | Litter | Age and Form Class | Repro-duction | Vigor | Composition |
|---|---|---|---|---|---|---|---|---|
| | | | | Indicators of Trend | | | | |
| Photo Plot | foliar and basal | X | | X | | X | | by cover |
| Community Structure Analysis | foliar | X | X | X | | | | by cover and density |
| Daubenmire | canopy | | X | | | | | by cover |
| Pace Frequency | basal (not by species) and general cover categories | | X | X | | | | |
| Quadrat Frequency | basal (not by species) and general cover categories | | X | X | | X | | |
| Nested Frequency | | | X | | | | | |
| Line Intercept | foliar and basal | | | | | | | by cover |
| Step-Point Transect | foliar and basal and general cover categories | | | X | | | | |
| Twig Length Measurement | | | | | | | growth index | |
| Cole Browse | | | | | X | | growth index | by age and form class for browse only |
| Extensive Browse | | | | | X | | | by age and form class and by species for browse only |

69

RANGELAND MONITORING – TREND STUDIES

Illustration 5

000272

Construction 6
Page 1

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
PHOTO PLOT METHOD

| STUDY NUMBER | DATE | EXAMINER |
|---|---|---|

| ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|

### PART I – PLOT DATA BY SQUARE FOOT SECTION

| SPECIES | | | MATURE PLANTS | SEEDLINGS | 1/16 UNITS | TOTAL SQ. INCHES | MATURE PLANTS | SEEDLINGS | 1/16 UNITS | TOTAL SQ. INCHES | MATURE PLANTS | SEEDLINGS | 1/16 UNITS | TOTAL SQ. INCHES | MATURE PLANTS | SEEDLINGS | 1/16 UNITS | TOTAL SQ. INCHES | MATURE PLANTS | SEEDLINGS | 1/16 UNITS | TOTAL SQ. INCHES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRASS | FORB | SHRUB | | | | | | | | | | | | | | | | | | | | |
| (a) | | | (b) | (c) | (d) | (e) | (b) | (c) | (d) | (e) | (b) | (c) | (d) | (e) | (b) | (c) | (d) | (e) | (b) | (c) | (d) | (e) |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | LITTER | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | LITTER | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | LITTER | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | LITTER | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | LITTER | | | | | | | | | | | | | | | | | | | | | |

70

**000273**

Illustration 6
**Page 2**

| LIST BY SPECIES | NUMBER | | 1/16 SQ. FT. UNITS (estimate) | TOTAL SQ. IN. (measurement) | PERCENT | | PART III – PLOT DIAGRAM |
|---|---|---|---|---|---|---|---|
| | MATURE PLANTS | SEED-LINGS | | | COVER | COMPO-SITION | |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | |
| Grasses (Basal Cover) | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GRASS TOTALS | | | | | | | |
| Forbs (Foliar Cover) | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| FORB TOTALS | | | | | | | |
| Shrubs (Foliar Cover) | | | | | | | |
| | | | | | | | |

PART II – SUMMARY OF PLOT DATA

PART IV – TREND INDEX SUMMARY

| | |
|---|---|
| Composition, Key Species (percent) | |
| Cover, Live Vegetation (percent) | |
| Seedlings, Key Species (number) | |
| Litter, Plot Total (percent) | |

| SHRUB TOTALS | | | | | | |
|---|---|---|---|---|---|---|
| VEGET. TOTALS | | | | | | |
| Litter | | | | | | |

TOTAL

## SPECIFIC INSTRUCTIONS
*(Items not listed are self-explanatory)*

### PART I – PLOT DATA BY SQUARE FOOT SECTION

Record data for each 1' × 1' section of the plot

Column (a) – Use the standard plant code (scientific symbol).  Indicate which species are the key species.
Columns (b) & (c) – Enter number
Column (d) – *Estimate* – 1/16 sq. feet units covered by species.
Column (e) – *Measure* – Total sq. inches covered by species.
   *Note:* Use *either* estimate *or* measurement for *each* species. Do *not* use both.
Total – Total data for *each* species and enter in Part II.

### PART II – SUMMARY OF PLOT DATA

Column (f) – To convert measurement data to percent cover –
$$\frac{\text{Measured sq. inches (Column (e))}}{1296 \ (3' \times 3' \ \text{plot) or } 3600 \ (5' \times 5' \ \text{plot})} \times 100 = \text{percent cover}$$

– To convert estimate data to percent cover – Multiply Column (d) by 0.7 (3' × 3' plot) or 0.25 (5' × 5' plot) = percent cover

Column (g) – To calculate composition –
$$\frac{\% \ \text{Cover (Column (f)) of each species}}{\text{Total} \ \% \ \text{vegetation cover (of plot in Column (f))}} \times 100 = \text{percent composition}$$

**000274**

Illustration 6
Page 3

# UNITED STATES
## DEPARTMENT OF THE INTERIOR
### BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
PHOTO PLOT METHOD

STUDY NUMBER: 34S-02W-17-02    DATE: 6/19/84    EXAMINER: AL ZISK

ALLOTMENT NAME & NUMBER: BLACK BUTTE - 1234    PASTURE: BUTTE

PART I – PLOT DATA BY SQUARE FOOT SECTION

| GRASS | FORB | SHRUB | MATURE PLANTS | SEEDLINGS | 1/16 UNITS | TOTAL SQ. INCHES | MATURE PLANTS | SEEDLINGS | 1/16 UNITS | TOTAL SQ. INCHES | MATURE PLANTS | SEEDLINGS | 1/16 UNITS | TOTAL SQ. INCHES | MATURE PLANTS | SEEDLINGS | 1/16 UNITS | TOTAL SQ. INCHES | MATURE PLANTS | SEEDLINGS | 1/16 UNITS | TOTAL SQ. INCHES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | | | (b) | (c) | (d) | (e) | (b) | (c) | (d) | (e) | (b) | (c) | (d) | (e) | (b) | (c) | (d) | (e) | (b) | (c) | (d) | (e) |
| AGSP | many species | | 2 | | .4 | | 1 | | .4 | | | | | | | | | | | | | |
| POSE | | | 2 | | .2 | | 3 | | .5 | | | | | | | | | | | | | |
| | PHHO | | 1 | | .1 | | — | | .1 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | LITTER | | | | 4.3 | | | | .8 | | | | .1 | | | | | | | | | |
| POSE | | | 7 | | .6 | | 4 | | .5 | | 2 | | .3 | | | | | | | | | |
| SIHY | | | | | | | | | | | | | .5 | | N | | | | | | | |
| FEID | many species | | — | | .2 | | | | | | | | | | | | | | | | | |
| | PHHO | | 1 | | .2 | | | | | | 2 | | .4 | | | | | | | | | |
| AGSP | | | | | | | 1 | | .1 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | LITTER | | | | .7 | | | | .1 | | | | .8 | | | | | | | | | |
| POSE | | | 2 | | .2 | | — | | T | | 8 | | .8 | | | | | | | | | |
| FEIO | | | 3 | | 4.1 | | — | 1 | .4 | | | | | | ↓ | | | | | | | |
| | PHHO | | | | | | | | | | 2 | | .6 | | | | | | | | | |
| | | ARAR8 | | | | | | | | | 1 | | .1 | | | | | | | | | |
| AGSP | | | | | | | — | | T | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | LITTER | | | | 4.9 | | | | .3 | | | | .6 | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | LITTER | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | LITTER | | | | | | | | | | | | | | | | | | | | | |

ANGLE IRON STAKE

ANGLE IRON STAKE

CAMERA POINT

000275

## PART II – SUMMARY OF PLOT DATA

| LIST BY SPECIES (a) | NUMBER MATURE PLANTS (b) | SEED-LINGS (c) | 1/16 SQ. FT. UNITS (estimate) (d) | TOTAL SQ. IN. (measurement) (e) | PERCENT COVER (f) | COMPOSITION (g) |
|---|---|---|---|---|---|---|
| **Grasses (Basal Cover)** | | | | | | |
| AGSP (Key Sp.) | 4 | | 0.9 | | .63 | 8.4 |
| POSE | 28 | | 3.1 | | 2.17 | 29.0 |
| SIHY | 2 | | 0.5 | | .35 | 4.7 |
| FEID (Key Sp.) | 3 | 1 | 4.7 | | 3.29 | 43.9 |
| GRASS TOTALS | 37 | 1 | 9.2 | | 6.44 | 86.0 |
| **Forbs (Foliar Cover)** | | | | | | |
| PHHO | 6 | | 1.4 | | .98 | 13.1 |
| | | | | | | |
| FORB TOTALS | 6 | | 1.4 | | .98 | 13.1 |
| **Shrubs (Foliar Cover)** | | | | | | |
| ARAR8 | 1 | | 0.1 | | .07 | .9 |
| | | | | | | |
| SHRUB TOTALS | 1 | | 0.1 | | .07 | .9 |
| VEGET. TOTALS | | | | | 7.49 | 100.0 |
| Litter | | | | 12.6 | 8.82 | |

### PART III – PLOT DIAGRAM



### PART IV – TREND INDEX SUMMARY

| | |
|---|---|
| Composition, Key Species (percent) | 52.3 |
| Cover, Live Vegetation (percent) | 7.49 |
| Seedlings, Key Species (number) | 1 |
| Litter, Plot Total (percent) | 8.82 |
| TOTAL | 69.61 |

P – PHHO
x – POSE
(S) – SIHY
(A) – AGSP
L – ANGLE IRON STAKES

## SPECIFIC INSTRUCTIONS
*(Items not listed are self-explanatory)*

### PART I – PLOT DATA BY SQUARE FOOT SECTION

Record data for each 1' × 1' section of the plot

Column (a) – Use the standard plant code (scientific symbol).  Indicate which species are the key species.

Columns (b) & (c) – Enter number

Column (d) – *Estimate* – 1/16 sq. feet units covered by species.

Column (e) – *Measure* – Total sq. inches covered by species.

Note: Use *either* estimate *or* measurement for *each* species.  Do *not* use both.

Total – Total data for *each* species and enter in Part II.

### PART II – SUMMARY OF PLOT DATA

Column (f) – To convert measurement data to percent cover – $\dfrac{\text{Measured sq. inches } (Column\ (e))}{1296\ (3'\times3'\text{ plot}) \text{ or } 3600\ (5'\times5'\text{ plot})} \times 100$ = percent cover

– To convert estimate data to percent cover – Multiply Column (d) by 0.7 ($3'\times3'$ plot) or 0.25 ($5'\times5'$ plot) = percent cover

Column (g) – To calculate composition – $\dfrac{\text{\% Cover } (Column\ (f))\ \text{of each species}}{\text{Total \% vegetation cover } (of\ plot\ in\ Column\ (f))} \times 100$ = percent composition

73

**000276**

RANGELAND MONITORING – TREND STUDIES

<u>PLOT FRAME – 3– X 3–FOOT</u>



*DETAIL*

**000277**

RANGELAND MONITORING - TREND STUDIES

PLOT FRAME - 5- X 5-FOOT



DETAIL

75

**000278**

RANGELAND MONITORING – TREND STUDIES

DIAGRAMMATIC SKETCHES OF VEGETATION GROWTH FORMS AND MEASUREMENT TECHNIQUES

**BUNCH GRASS**



Side View — Measurement of one inch height



Top View — Measurement of both long and short diameters

**SHRUB**



Side View — Measurement



Top View
Area = $\pi$ ab

Gross Clump with dead center greater than 10%



Measure entire clump-Subtract out dead portion
Area = $\pi$ ab - $\pi$ a'b'

Brush crown with dead central portion greater than 10%



Measure entire crown area-Subtract out dead portion
Area = $\pi$ ab - $\pi$ a'b'

76

**000279**

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
COMMUNITY STRUCTURE ANALYSIS METHOD – FOLIAR COVER DATA

| STUDY NUMBER | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|
| | | | | |

| COVER CATEGORY AND PLANT SPECIES | COVER CLASS 1 1-5 % (2.5) | | COVER CLASS 2 5-25 % (15) | | COVER CLASS 3 25-50 % (37.5) | | COVER CLASS 4 50-75 % (62.5) | | COVER CLASS 5 75-95 % (85) | | COVER CLASS 6 95-100% (97.5) | | PERCENT COVER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DOT COUNT | # | DOT COUNT | # | DOT COUNT | # | DOT COUNT | # | DOT COUNT | # | DOT COUNT | # | |
| LITTER | | | | | | | | | | | | | |
| ROCK ≥ 1/2 INCH | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

Percent Cover by Species = $\sum \frac{(No. in)(Midpoint)(Class 1) + (No. in)(Midpoint)(Class 2) + ... + (No. in)(Midpoint)(Class 6)}{100}$

NOTES (USE OTHER SIDE ___ PAGE)

Illustration 10
Page 1

000280

000281

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
COMMUNITY STRUCTURE ANALYSIS METHOD – FOLIAR COVER DATA

PAGE ___ OF ___

Illust.
Page 12

| STUDY NUMBER | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|
| CUBA #1 | 9/15/84 | JOE BLUE | CUBA – 2431 | SOUTH |

| COVER CATEGORY AND PLANT SPECIES | COVER CLASS 1 1-5 % (2.5) DOT COUNT | # | COVER CLASS 2 5-25 % (15) DOT COUNT | # | COVER CLASS 3 25-50 % (37.5) DOT COUNT | # | COVER CLASS 4 50-75 % (62.5) DOT COUNT | # | COVER CLASS 5 75-95 % (85) DOT COUNT | # | COVER CLASS 6 95-100% (97.5) DOT COUNT | # | PERCENT COVER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LITTER | ⊠ ⊠ ▫ | 28 | ⊠ ⊓ | 17 | ∴ | 3 | | | | | | | 4 |
| ROCK ≥ 1/2 INCH | ⊠ | 9 | : | 2 | | | · | 1 | | | | | 1 |
| HIJA | ⊠ ▫ | 18 | ⊠ ⊠ ∴ | 23 | ⊠ | 10 | : | 2 | | | | | 9 |
| SPAI | ⊓ | 6 | ⊓ | 5 | | | | | | | | | 1 |
| SIHY | ⊠ ⊠ ⊓ | 26 | ⊓ | 7 | ∴ | 3 | | | | | | | 3 |
| BOGR2 | ⊠ : | 12 | ⊠ ⊓ | 17 | ∴ | 3 | · | 1 | | | | | 5 |
| ASTRA | ∴ | 3 | ⊓ | 6 | · | 1 | | | | | | | 1 |
| SPDI3 | · | 1 | ∷ | 4 | : | 2 | | | | | | | 1 |
| EULAS | ∴ | 5 | ⊠ | 9 | · | 1 | | | | | | | 2 |
| GUSA2 | ⊠ | 9 | : | 2 | ∴ | 3 | | | | | | | 2 |
| OPCL | : | 2 | ∴ | 3 | | | · | 1 | | | | | 1 |
| ATOB | ∷ | 4 | ▫ | 8 | ⊓ | 5 | · | 1 | | | | | 4 |
| | | | | | | | | | | | (100 Samples) | | |

Percent Cover by Species = $\dfrac{\sum \begin{bmatrix} (No. in) & (Midpoint) \\ (Class 1)(Class 1) & + (Class 2)(Class 2) + \ldots + (Class 6)(Class 6) \end{bmatrix}}{100}$

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

78

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
COMMUNITY STRUCTURE ANALYSIS METHOD - DENSITY AND FREQUENCY DATA

| STUDY NUMBER | DATE | EXAMINER |
|---|---|---|

| ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|

| PLANT SPECIES | PLOT NUMBER |||||||||| DENSITY (TOTAL) | FREQ-UENCY (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Density = Total number of plants by species recorded for all ten plots.

$$\text{Frequency (\%)} = \frac{\text{No. of plots in which a species occurs}}{10} \times 100$$

NOTES (USE OTHER SIDE
OR ANO

000282

Page 2

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
COMMUNITY STRUCTURE ANALYSIS METHOD - DENSITY AND FREQUENCY DATA

| STUDY NUMBER | DATE | EXAMINER |
|---|---|---|
| CUBA # 1 | 9/15/84 | JOE BLUE |

| ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|
| CUBA - 2431 | SOUTH |

| PLANT SPECIES | \multicolumn{10}{c}{PLOT NUMBER} | DENSITY (TOTAL) | FREQ-UENCY (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |  |  |
| HIJA | 4 | 3 | - | 7 | 2 | 5 | 7 | - | 2 | 6 | 36 | 80 |
| SPAI | 1 | - | 3 | - | 4 | - | - | 1 | 2 | - | 11 | 50 |
| SIHY | - | 2 | 4 | 1 | 3 | 2 | 5 | - | - | 3 | 20 | 70 |
| BOGR2 | 3 | 2 | 5 | 2 | 4 | 4 | - | - | 3 | 4 | 27 | 80 |
| ASTRA | - | 1 | - | - | - | - | - | 1 | - | - | 2 | 20 |
| SPDI3 | 1 | - | - | 1 | - | 1 | - | - | 1 | - | 4 | 40 |
| EULA5 | 2 | 4 | 5 | - | - | 2 | - | 6 | - | - | 19 | 50 |
| GUSA2 | - | - | - | - | 1 | 5 | 3 | 4 | 2 | - | 15 | 50 |
| OPCL | - | 1 | - | - | 1 | - | - | - | - | - | 2 | 20 |
| ATOB | - | - | - | - | - | - | - | 1 | - | - | 1 | 10 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |

Density = Total number of plants by species recorded for all ten plots.

Frequency (%) = $\frac{\text{No. of plots in which a species occurs}}{10} \times 100$

NOTES (USE OTHER SIDE
OR ANOTH

000283

PAGE ____ OF ____

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
COMMUNITY STRUCTURE ANALYSIS METHOD – SUMMARY

| STUDY NUMBER | | DATE | | EXAMINER | | ALLOTMENT NAME & NUMBER | | PASTURE | |

| PLANT SPECIES | FOLIAR COVER % | RELATIVE | DENSITY NUMBER | RELATIVE | FREQUENCY % | RELATIVE | IMPORTANCE VALUE | PLANT COVER % | LITTER % | ROCK % | BARE GROUND % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| TOTALS | | 1.00 | | 1.00 | | 1.00 | 3.00 | | | | |

CALCULATIONS

1. Plant Cover — Total percent cover for all species listed on the Foliar Cover Data Form. (This value may be ≥ 100%.)

2. Litter — Total percent litter cover recorded on the Foliar Cover Data Form.

3. Rock — Total percent rock cover recorded on the Foliar Cover Data Form.

4. Bare Ground — 100 percent minus plant cover, litter, and rock percentages equals percent bare ground. (Note: Percent bare ground calculated in this manner will be much lower than it actually is because overlapping canopies as well as litter and rock beneath plant canopies are subtracted from 100%.)

5. Plant Species — List all the species listed on the Foliar Cover Data and Density and Frequency Data Forms.

6. Foliar Cover

   – % — Enter the percent cover for each species listed on the Foliar Cover Data Form.

   – Relative — Divide each species' % cover by the total plant cover. The relative cover column will total 1.00.

7. Density

   – Number — Enter the number of plants for each species listed on the Density and Frequency Data Form.

   – Relative — Divide the total number of plants for each species by the total number of plants for all species. The relative density column will total 1.00.

8. Frequency

   – % — Enter the % frequency for each species listed on the Density and Frequency Data Form.

   – Relative — Divide the % frequency for each species by the total frequency for all species. The relative frequency column will total 1.00.

9. Importance Value — Relative Cover + Relative Density + Relative Frequency = Importance Value by species. The importance value column will total 3.00.

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

81

Illustration 12
Page 1

**000284**

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
COMMUNITY STRUCTURE ANALYSIS METHOD - SUMMARY

PAGE __1__ OF __1__

Illust.
Page 2
12

| STUDY NUMBER | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|
| CUBA # 1 | 9/15/84 | JOE BLUE | CUBA - 2431 | SOUTH |

| PLANT SPECIES | FOLIAR COVER % | RELATIVE | DENSITY NUMBER | RELATIVE | FREQUENCY % | RELATIVE | IMPORTANCE VALUE |
|---|---|---|---|---|---|---|---|
| HIJA | 9 | .31 | 36 | .26 | 80 | .17 | .74 |
| SPAI | 1 | .03 | 11 | .08 | 50 | .11 | .22 |
| SIHY | 3 | .11 | 20 | .15 | 70 | .15 | .41 |
| BOGR2 | 5 | .18 | 27 | .20 | 80 | .17 | .55 |
| ASTRA | 1 | .03 | 2 | .01 | 20 | .04 | .08 |
| SPDI3 | 1 | .03 | 4 | .03 | 40 | .08 | .14 |
| EULA5 | 2 | .07 | 19 | .14 | 50 | .11 | .32 |
| GUSA2 | 2 | .07 | 15 | .11 | 50 | .11 | .29 |
| OPCL | 1 | .03 | 2 | .01 | 20 | .04 | .08 |
| ATOB | 4 | .14 | 1 | .01 | 10 | .02 | .17 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTALS | 29 | 1.00 | 137 | 1.00 | 470 | 1.00 | 3.00 |

| PLANT COVER | LITTER | ROCK | BARE GROUND |
|---|---|---|---|
| 29 % | 4 % | 1 % | 66 % |

CALCULATIONS

1. **Plant Cover** - Total percent cover for all species listed on the Foliar Cover Data Form. (This value may be ≥ 100%.)

2. **Litter** - Total percent litter cover recorded on the Foliar Cover Data Form.

3. **Rock** - Total percent rock cover recorded on the Foliar Cover Data Form.

4. **Bare Ground** - 100 percent minus plant cover, litter, and rock percentages equals percent bare ground. (Note: Percent bare ground calculated in this manner will be much lower than it actually is because overlapping canopies as well as litter and rock beneath plant canopies are subtracted from 100%.)

5. **Plant Species** - List all the species listed on the Foliar Cover Data and Density and Frequency Data Forms.

6. **Foliar Cover**
   - **%** - Enter the percent cover for each species listed on the Foliar Cover Data Form.
   - **Relative** - Divide each species' % cover by the total plant cover. The relative cover column will total 1.00.

7. **Density**
   - **Number** - Enter the number of plants for each species listed on the Density and Frequency Data Form.
   - **Relative** - Divide the total number of plants for each species by the total number of plants for all species. The relative density column will total 1.00.

8. **Frequency**
   - **%** - Enter the % frequency for each species listed on the Density and Frequency Data Form.
   - **Relative** - Divide the % frequency for each species by the total frequency for all species. The relative frequency column will total 1.00.

9. **Importance Value** - Relative Cover + Relative Density + Relative Frequency = Importance Value by species. The importance value column will total 3.00.

**000285**

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

82

RANGELAND MONITORING – TREND STUDIES

COMMUNITY STRUCTURE ANALYSIS METHOD TRANSECT LAYOUT



9.6 square foot
circular plot

Photo plots may be
permanently located
anywhere along the
transect.

1 Pace or other prescribed interval

Microplots – 5 X 10 cm

Microplot Frame –
5 X 10 centimeters
(divided into
quarters)

Transect Bearing Stake

6
feet

Transect Location Stake

**000286**

83

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
DAUBENMIRE METHOD - SIX COVER CLASSES

Illust. 14
Page 1

| PLANT SPECIES | COVER CLASS 1 1-5 % (2.5) | | COVER CLASS 2 5-25 % (15) | | COVER CLASS 3 25-50 % (37.5) | | COVER CLASS 4 50-75 % (62.5) | | COVER CLASS 5 75-95 % (85) | | COVER CLASS 6 95-100% (97.5) | | FREQ-UENCY (%) | CANOPY COVER-AGE (%) | SPECIES COMP. (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DOT COUNT | # | DOT COUNT | # | DOT COUNT | # | DOT COUNT | # | DOT COUNT | # | DOT COUNT | # | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

STUDY NUMBER    DATE    EXAMINER    ALLOTMENT NAME & NUMBER    PASTURE

84

CALCULATION INSTRUCTIONS ON OTHER SIDE.

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

000287

CALCULATION INSTRUCTIONS

$$\text{Frequency} \atop (\%) = \frac{\text{Number of occurrences of a plant species}}{\text{Number of frames observed along the transect}} \times 100$$

$$\text{Canopy} \atop \text{coverage} \atop (\%) = \frac{\sum \left[ {\text{(No. in )(Midpoint)} \atop \text{(Class 1)(Class 1 )}} + {\text{(No. in )(Midpoint)} \atop \text{(Class 2)(Class 2 )}} + \ldots + {\text{(No. in )(Midpoint)} \atop \text{(Class 6)(Class 6 )}} \right]}{\text{Number of frames observed along the transect}}$$

$$\text{Species} \atop \text{composition} \atop (\%) = \frac{\% \text{ canopy coverage by species}}{\text{Total canopy coverage}}$$

85

**000288**

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
DAUBENMIRE METHOD - SIX COVER CLASSES

PAGE ___ OF ___

| STUDY NUMBER | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|
| 03S-27W-08-03 | 7/24/84 | CHARLIE WAGON | QUAKING ASPEN - 1037 | SHEEP CREEK |

| PLANT SPECIES | COVER CLASS 1 1-5 % (2.5) DOT COUNT | # | COVER CLASS 2 5-25 % (15) DOT COUNT | # | COVER CLASS 3 25-50 % (37.5) DOT COUNT | # | COVER CLASS 4 50-75 % (62.5) DOT COUNT | # | COVER CLASS 5 75-95 % (85) DOT COUNT | # | COVER CLASS 6 95-100% (97.5) DOT COUNT | # | FREQUENCY (%) | CANOPY COVERAGE (%) | SPECIES COMP. (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGSP | ⊠ | 10 | ⊡ | 5 | : | 2 | · | 1 | | | | | 36 | 5 | 16 |
| PONE3 | ⊡ | 5 | ∷ | 3 | : | 2 | · | 1 | | | | | 22 | 4 | 13 |
| ORHY | : | 2 | | | · | 1 | | | | | | | 6 | 1 | 3 |
| STTH2 | ∷ | 3 | · | 1 | : | 2 | | | | | | | 12 | 2 | 6 |
| SIHY | : | 2 | | | | | | | | | | | 4 | — | — |
| BRTE | ⊓ | 6 | · | 1 | | | | | | | | | 14 | 1 | 3 |
| PHHO | ∷ | 4 | : | 2 | | | | | | | | | 12 | 1 | 3 |
| CRAC2 | ∷ | 3 | | | | | | | | | | | 6 | — | — |
| ASTER | : | 3 | | 2 | | | | | | | | | 10 | 1 | 3 |
| ARTR2 | · | 1 | | 2 | : | 2 | ⊓ | 6 | | | | | 22 | 10 | 31 |
| CHVI8 | | | : | 2 | ∷ | 3 | : | 2 | · | 1 | | | 16 | 7 | 22 |
| | | | | | | | (50 Samples) | | | | | | | 32 | 100 |

CALCULATION INSTRUCTIONS ON OTHER SIDE.

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

**000289**

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
DAUBENMIRE METHOD – TEN COVER CLASSES

PAGE ____ OF ____

| STUDY NUMBER | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|

| COVER CLASS 1 (2.5) 0-5 % | 2 (8.75) 5-12.5 % | 3 (18.75) 12.5-25 % | 4 (31.25) 25-37.5 % | 5 (43.75) 37.5-50 % | 6 (56.25) 50-62.5 % | 7 (68.75) 62.5-75 % | 8 (81.25) 75-87.5 % | 9 (91.25) 87.5-95 % | 10 (97.5) 95-100 % | CAN FREQ (%) | COV (%) | SPEC COMP (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPECIES DOT CT# | DOT CT# | DOT CT# | DOT CT# | DOT CT# | DOT CT# | DOT CT# | DOT CT# | DOT CT# | DOT CT# | | | |

87

Illustration 15 Page 1

**000290**

CALCULATION INSTRUCTIONS ON OTHER SIDE.                    NOTES (USE OTHER SIDE OR ANOTHER PAGE)

CALCULATION INSTRUCTIONS

$$\text{Frequency (\%)} = \frac{\text{Number of occurrences of a plant species}}{\text{Number of frames observed along the transect}} \times 100$$

$$\text{Canopy coverage (\%)} = \frac{\sum \left[ \binom{\text{No. in}}{\text{Class 1}}\binom{\text{Midpoint}}{\text{Class 1}} + \binom{\text{No. in}}{\text{Class 2}}\binom{\text{Midpoint}}{\text{Class 2}} + \ldots + \binom{\text{No. in}}{\text{Class 10}}\binom{\text{Midpoint}}{\text{Class 10}} \right]}{\text{Number of frames observed along the transect}}$$

$$\text{Species composition (\%)} = \frac{\text{\% canopy coverage by species}}{\text{Total canopy coverage}}$$

**000291**

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
DAUBENMIRE METHOD – TEN COVER CLASSES

PAGE ___ OF ___

| STUDY NUMBER | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|
| 17N-38W-23-01 | 7/19/84 | BILLY BLOW | HAWKTHORN – 0028 | |

| SPECIES | 1 (2.5) 0-5 % | 2 (8.75) 5-12.5 % | 3 (18.75) 12.5-25 % | 4 (31.25) 25-37.5 % | 5 (43.75) 37.5-50 % | 6 (56.25) 50-62.5 % | 7 (68.75) 62.5-75 % | 8 (81.25) 75-87.5 % | 9 (91.25) 87.5-95 % | 10 (97.5) 95-100 % | CAN FREQ (%) | SPEC COV (%) | COMP (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEID | 3 ☒ | 11 | 5 | 3 | 5 | 2 | | | | | 58 | 12 | 32 |
| SIHY | 2 | 1 | 1 | | | | | | | | 10 | 1 | 3 |
| AGSP | 2 | 2 | 5 | 2 | | | | | | | 22 | 4 | 11 |
| BRTE | ☒ 10 | 2 | | | | | | | | | 24 | 1 | 3 |
| AGSA2 | 3 | 1 | 1 | | | | | | | | 10 | 1 | 3 |
| BASA3 | 2 | 2 □ | 8 | | | | | | | | 24 | 3 | 8 |
| DELPH | 1 | 1 | 3 | | | | | | | | 10 | 1 | 3 |
| PHHO | 2 | 3 | | | | | | | | | 10 | 1 | 3 |
| ANTEN | 3 | 1 | | | | | | | | | 10 | 1 | 3 |
| ERIOG | 2 | 5 | 1 | | | | | | | | 18 | 2 | 5 |
| ARTR2 | | 5 | | 2 | 1 | | | | | | 18 | 5 | 13 |
| CHVI8 | 1 | 4 | 3 | | 1 | | | | | | 22 | 5 | 13 |
| | | | | | | | (60 Samples) | | | | 37 | 100 | |

CALCULATION INSTRUCTIONS ON OTHER SIDE.

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

Illustration 15
Page 3

**000292**

Illustration 16
Page 1

RANGELAND MONITORING - TREND STUDIES

<u>DAUBENMIRE METHOD 20- X 50-cm FRAME</u>

Six Cover Class Frame



The frame is made of 3/8 inch iron rod.  The inside dimensions of the frame are 20 X 50 centimeters.  The frame should have sharpened legs 3 centimeters long welded to each corner to help hold the frame in place.

The six cover class frame is divided into fourths by painting alternate sections of the frame different colors as illustrated.  Use orange and white or red and white paint.

In one corner of the frame, delineate two sides of an area 71 millimeters square as illustrated.  This area represents 5% of the plot area.

The painted design provides visual reference areas equal to 5, 25, 50, 75, 95 and 100% of the plot area.

**000293**

RANGELAND MONITORING – TREND STUDIES

Ten Cover Class Frame



The frame is made of 3/8 inch
iron rod.  The inside dimen-
sions of the frame are 20 X 50
centimeters.  The frame should
have sharpened legs 3 centi-
meters long welded to each
corner to help hold the frame
in place.

The ten cover class frame is
divided into eights by paint-
ing alternate sections of the
frame different colors as
illustrated.  Use orange and
white or red and white paint.

In one corner of the frame,
delineate two sites of an area
71 millimeters square as illus-
trated.  This area represents
5% of the plot area.

The painted design provides
visual reference areas equal
to 5, 12.5, 25, 37.5, 50, 62.5,
75, 87.5, 95, and 100% of the
plot area.

**000294**

Illustration 17

RANGELAND MONITORING – TREND STUDIES

DAUBENMIRE METHOD TRANSECT LAYOUT



× ←—— Transect Bearing Stake

End Point of Transect ——→

Plots – 20 X 50 cm
(See Illustration 16.)

100- or 200- Foot Tape ——→

Photo plots may be
permanently located
anywhere along the
transect.

Midpoint of Transect ——→

Zero Point of Transect ——→

× ←—— Transect Location Stake **000295**

92

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
PACE FREQUENCY METHOD

| STUDY NUMBER | | DATE | | EXAMINER | |

| ALLOTMENT NAME & NUMBER | | PASTURE | |

| COVER CATEGORY | TRANSECT 1 | TRANSECT 2 | TRANSECT 3 | TRANSECT 4 | TOTALS | COV % |
|---|---|---|---|---|---|---|
| BARE GROUND | | | | | | |
| PERSIST LITTER | | | | | | |
| NON-PER LITTER | | | | | | |
| ROCK (≥1/2 INCH) | | | | | | |
| LIVE VEG (BASAL) | | | | | | |
| COVER TOTALS | | | | | | 100% |

| PLANT SPECIES | FREQUENCY | | | | TOTALS | FREQ % |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

000296

NOTES (USE OTHER SIDE OR ANOTHER PAGE)        93

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
PACE FREQUENCY METHOD

Page 2

PAGE ___ OF ___

| STUDY NUMBER | DATE | EXAMINER |
|---|---|---|
| 13S-07E-35-04 | 7/22/84 | BILLY BORDER |

| ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|
| GUMBO HILLS - 1270 | DRY CREEK |

| COVER CATEGORY | TRANSECT 1 | TRANSECT 2 | TRANSECT 3 | TRANSECT 4 | TOTALS | COV % |
|---|---|---|---|---|---|---|
| BARE GROUND | ⊓ | ⊠ : | ⊠ ⊠ ⌐ | ⊠ ⊠ : | 68 | 34 |
| PERSIST LITTER | : | ⌐ | : · | | 10 | 5 |
| NON-PER LITTER | ⊠ ⊠ : | ⊠ ⊓ | ⊠ : · | ⊠ ⊠ | 72 | 36 |
| ROCK (≥1/2 INCH) | ⊡ | ⊓ | : · | · | 20 | 10 |
| LIVE VEG (BASAL) | ⊠ | ☐ | ⌐ | ⊓ | 30 | 15 |
| COVER TOTALS | 50 | 50 | 50 | 50 | 200 | 100% |

| PLANT SPECIES | FREQUENCY | | | | TOTALS | FREQ % |
|---|---|---|---|---|---|---|
| AGSP | ⊠ ⊠ ⌐ | ⊠ ⊠ | ⊠ ⊠ ⊠ : | ⊠ ⊠ ⊠ ⊓ | 114 | 57 |
| KOCR | ⊠ ⊠ · | ⊠ ⊠ ⊠ : | ⊠ ⊓ | ⊠ ⊠ ⊠ | 100 | 50 |
| PONE3 | ⊠ ⊠ ⊠ ⊠ | ⊠ ⊠ :: | ⊠ ⊠ : | ⊠ ⊠ ⌐ | 132 | 66 |
| STVI4 | ⊠ | ⊓ | ☐ | ⌐ | 30 | 15 |
| PHLO2 | ⌐ | : · | : | ⊡ | 19 | 10 |
| ASTER | ☐ | : · | · | | 12 | 6 |
| PENST | · | ⌐ | ⊡ | : | 18 | 9 |
| GUSA2 | : · | ⌐ | | | 9 | 5 |
| CHNA2 | | : | | : · | 3 | 2 |
| ARTR2 | ⊓ | : · | ⊠ : | · | 23 | 12 |
| | | | (200 Samples) | | | |
| | | | | | | |
| | | | | | | |

**000297**

NOTES (USE OTHER SIDE OR ANOTHER PAGE)          94

RANGELAND MONITORING - TREND STUDIES

PACE FREQUENCY METHOD PLOT FRAME



The frame is made of 3/8-inch
iron rod and 1-inch angle
iron or 1 1/4-inch X 3/16-
inch flat iron.  The inside
dimensions of the frame are
40 X 40 centimeters.

40 cm

40 cm

Prong - 1-inch long
1/8-inch wide

The ends of the tines
(both front and rear)
can be tapered to 1/8-
inch points as illus-
trated.  These points
can be used to collect
additional cover data.

**000298**

95

RANGELAND MONITORING - TREND STUDIES

PACE FREQUENCY METHOD STUDY LAYOUT



To facilitate running the 4 transects parallel to each other, temporary flags may be used.

1. Before pacing transect 1, place a flag 10 paces to the left of the location stake at the end of transect 4.

2. Place a 2nd flag 10 paces to the right of the location stake at the end of transect 2.

3. Pace transect 1 along the transect bearing. Place a flag at the end of this transect.

4. Place a flag 10 paces to the left of the end of transect 1 at the end of transect 3.

5. Pick up the flag at the end of Transect 1, proceed to Transect 2, pace toward the flag at the end of that transect. Pick up the flag.

6. Proceed to transect 3 and pace toward the flag at the end of that transect. Pick up the flag.

7. Proceed to transect 4 and pace toward the flag at the end of the transect. Pick up the flag.

**000299**

96

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

PAGE ___ OF ___
Illustration 21
Page 1

TREND STUDY DATA
QUADRAT FREQUENCY METHOD

| STUDY NUMBER | | DATE | | EXAMINER | |

| ALLOTMENT NAME & NUMBER | | PASTURE | |

| COVER CATEGORY | TR 1 | TR 2 | TR 3 | TR 4 | TR 5 | TR 6 | TR 7 | TR 8 | TR 9 | TR 10 | TOTALS | COV % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BARE GROUND | | | | | | | | | | | | |
| PERSIST LITTER | | | | | | | | | | | | |
| NON-PER LITTER | | | | | | | | | | | | |
| ROCK (≥1/2 INCH) | | | | | | | | | | | | |
| LIVE VEG (BASAL) | | | | | | | | | | | | |
| COVER TOTALS | | | | | | | | | | | | 100% |

| PLANT SPECIES | FR | FREQUENCY | TOTALS | FREQ % |
|---|---|---|---|---|
| | | | | |

000300

NOTES (USE OTHER SIDE OR ANOTHER PAGE)        97

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

Page 2

TREND STUDY DATA
QUADRAT FREQUENCY METHOD

| STUDY NUMBER | DATE | EXAMINER |
|---|---|---|
| (C-16-7) 19 A - b - 2 | 9/12/84 | B.J. EASY |

| ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|
| VERDE - 0513 | (3 cover readings with each placement of the frame) |

| COVER CATEGORY | TR 1 | TR 2 | TR 3 | TR 4 | TR 5 | TR 6 | TR 7 | TR 8 | TR 9 | TR 10 | TOTALS | COV % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BARE GROUND | | | | | | | | | | | 63 | 21 |
| PERSIST LITTER | | | | | | | | | | | 26 | 9 |
| NON-PER LITTER | | | | | | | | | | | 102 | 34 |
| ROCK (≥1/2 INCH) | | | | | | | | | | | 61 | 20 |
| LIVE VEG (BASAL) | | | | | | | | | | | 48 | 16 |
| COVER TOTALS | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 300 | 100% |

| PLANT SPECIES | FR | FREQUENCY | TOTALS | FREQ % |
|---|---|---|---|---|
| BOCU | 12 | | 41 | 41 |
| BOHI2 | " | | 70 | 70 |
| SIHY | " | | 18 | 18 |
| BOGR2 | 3 | | 61 | 61 |
| HYRI | 12 | | 19 | 19 |
| ERIOG | " | | 8 | 8 |
| AMPS | " | | 3 | 3 |
| PSORA | " | | 1 | 1 |
| VIGUI | " | | 22 | 22 |
| OPUNT | " | | 4 | 4 |
| JUNIP | " | | 2 | 2 |
| NOMI | " | | 3 | 3 |

(10 Quadrats - 10 Transects = 100 Samples)

**000301**

NOTES (USE OTHER SIDE OR ANOTHER PAGE)          98

RANGELAND MONITORING – TREND STUDIES

## QUADRAT FREQUENCY METHOD FRAMES

The frames are made of 3/8-inch
iron rod and 1-inch angle iron
or 1 1/4-inch X 3/16-inch flat
iron.  Place tines at the proper
intervals along the rear of the
frame and parallel to the sides
to create quadrats of smaller
sizes.

It is convenient to have a 30-,
20-, 15-, 12-, 10-, 6-, and 3-
inch quadrat available.  These
different size quadrats can be
combined in three frames.

The 30-inch and 15-inch quadrats
can be combined in one frame.

The 20-inch and 10-inch quadrats
can be combined in one frame.

The 12-inch, 6-inch, and 3-inch
quadrats can be combined in one
frame.



The ends of the tines
(both front and rear)
are tapered to 1/8-
inch points as illus-
trated.  These points
are used to collect
cover data.

000302

Illustration 29

RANGELAND MONITORING - TREND STUDIES

RECOMMENDED QUADRAT FRAME SIZES, NUMBER OF TRANSECTS, AND NUMBER OF QUADRATS PER TRANSECT FOR SEVERAL RANGELAND PLANT COMMUNITIES IN NEVADA (Tueller et. al. 1972).

| Plant Community | Frame Size Recommendation* | Recommended Number of Transects and Quadrats | |
|---|---|---|---|
| | | No. of Transects | No. of Quadrats |
| 1. *Artemisia tridentata/Oryzopsis hymenoides* | 30" | 20 | 20 |
| 2. *Artemisia tridentata/* (Seral) | 16" | 10 | 20 |
| 3. *Artemisia nova/Poa secunda* | 20"(10")** | 20 | 10 |
| 4. *Artemisia arbuscula/Poa secunda/ Agropyron spicatum* | 10" | 20 | 10 |
| 5. *Eurotia lanata* | 3" | 20 | 10 |
| 6. *Sarcobatus baileyi/Oryzopsis hymenoides* | 12" | 20 | 10 |
| 7. *Chrysothamnus viscidiflorus* | 6" | 20 | 10 |
| 8. *Artemisia spinescens/Atriplex confertifolia* | 10" | 20 | 10 |
| 9. *Artemisia arbuscula/Bromus tectorum* | 24"(3")*** | 20 | 10 |
| 10. *Artemisia longiloba/Poa secunda/Festuca idahoensis* | 24" or 30"(15")**** | 20 | 20 |

\* The length of one side of a square quadrat

\*\* 10" for *Artemisia nova* only

\*\*\* 3" for *Bromus tectorum*

\*\*\*\* 15" for *Artemisia longiloba, Phlox diffusa, Poa secunda*

**000303**

RANGELAND MONITORING - TREND STUDIES

QUADRAT FREQUENCY METHOD STUDY LAYOUT



101

**000304**

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
NESTED FREQUENCY METHOD - FOUR TRANSECTS

| STUDY NUMBER | | DATE | | EXAMINER |

| FRAME | 1 | 2 | ALLOTMENT NAME & NUMBER | PASTURE |
| SIZES | 4 | 3 | | |

| PLANT SPECIES | TRANSECT 1 | | TRANSECT 2 | | TRANSECT 3 | | TRANSECT 4 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NOTES (USE OTHER SIDE OR ANOTHER PAGE)    102    **000305**

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

Illustration 25
Page 2

TREND STUDY DATA
NESTED FREQUENCY METHOD – FOUR TRANSECTS

| STUDY NUMBER | DATE | EXAMINER |
|---|---|---|
| Cow Creek #2 | 7/31/84 | Betsy Trees |

| FRAME SIZES | 1 | 2 | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|
|  | 4 | 3 | Cow Creek – 0438 | Little Calf |

| PLANT SPECIES | TRANSECT 1 | TRANSECT 2 | TRANSECT 3 | TRANSECT 4 |
|---|---|---|---|---|
| AGSP |  |  |  |  |
| KOCR |  |  |  |  |
| PONE3 |  |  |  |  |
| STVI4 |  |  |  |  |
| PHLO2 |  |  |  |  |
| ASTER |  |  |  |  |
| PENST |  |  |  |  |
| GUSA2 |  |  |  |  |
| CHNA2 |  |  |  |  |
| ARTR2 |  |  |  |  |

(200 Samples)

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

103

**000306**

Form 4400-24
Page 1

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

PAGE _____ OF _____

TREND STUDY DATA
NESTED FREQUENCY METHOD – FOUR TRANSECT SUMMARY

| STUDY NUMBER | | DATE | EXAMINER |
|---|---|---|---|
| | | | |

| FRAME | 1 | 2 | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|
| SIZES | 4 | 3 | | |

| PLANT SPECIES | TRANSECT 1 | TRANSECT 2 | TRANSECT 3 | TRANSECT 4 | TOTALS | FREQUENCY(%) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NOTES (USE OTHER SIDE OR ANOTHER PAGE)          104

**000307**

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

Illustration 26
Page 2

TREND STUDY DATA
NESTED FREQUENCY METHOD – FOUR TRANSECT SUMMARY

| STUDY NUMBER | DATE | EXAMINER |
|---|---|---|
| Cow Creek # 3 | 7/31/84 | Betsy Trees |

FRAME SIZES | 1 | 2 | / | 4 | 3 |

ALLOTMENT NAME & NUMBER: Cow Creek – 0438    PASTURE: Little Calf

| PLANT SPECIES | TRANSECT 1 | | TRANSECT 2 | | TRANSECT 3 | | TRANSECT 4 | | TOTALS | | FREQUENCY(%) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGSP | 3 | 7 | 0 | 6 | 7 | 11 | 9 | 16 | 19 | 40 | 10 | 20 |
| | 25 | 18 | 19 | 17 | 33 | 20 | 37 | 26 | 114 | 81 | 57 | 41 |
| KOCR | 2 | 4 | 10 | 17 | 2 | 12 | 4 | 13 | 18 | 46 | 9 | 23 |
| | 21 | 20 | 33 | 25 | 17 | 12 | 29 | 17 | 100 | 74 | 50 | 37 |
| PONE3 | 6 | 18 | 6 | 14 | 2 | 14 | 8 | 14 | 22 | 60 | 11 | 30 |
| | 40 | 38 | 34 | 24 | 32 | 23 | 26 | 21 | 132 | 106 | 66 | 53 |
| STVI4 | 1 | 5 | 0 | 2 | 0 | 0 | 1 | 3 | 2 | 10 | 1 | 5 |
| | 10 | 6 | 7 | 6 | 8 | 0 | 5 | 5 | 30 | 17 | 15 | 9 |
| PHLO2 | 0 | 0 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 3 | 1 | 2 |
| | 5 | 5 | 3 | 2 | 2 | 0 | 9 | 8 | 19 | 15 | 10 | 8 |
| ASTER | 1 | 4 | 0 | 0 | 0 | 0 | | | 1 | 4 | 1 | 2 |
| | 8 | 4 | 3 | 3 | 1 | 0 | | | 12 | 7 | 6 | 4 |
| PENST | 0 | 0 | 0 | 4 | 1 | 3 | 0 | 2 | 1 | 9 | 1 | 5 |
| | 1 | 1 | 6 | 4 | 9 | 5 | 2 | 2 | 18 | 12 | 9 | 6 |
| GUSA2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| | 3 | 1 | 5 | 4 | | | 1 | 1 | 9 | 6 | 5 | 3 |
| CHNA2 | | | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 2 | 0 | | | 1 | 0 | 3 | 0 | 2 | 0 |
| ARTR2 | 0 | 0 | 0 | 0 | 1 | 6 | 0 | 0 | 1 | 6 | 1 | 3 |
| | 7 | 3 | 3 | 0 | 12 | 8 | 1 | 0 | 23 | 11 | 12 | 6 |
| | | | | | | | | | | | | |
| | | | | | | | (200 Samples) | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

NOTES (USE OTHER SIDE OR ANOTHER PAGE)      105

**000308**

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
NESTED FREQUENCY METHOD – TEN TRANSECTS

PAGE ___ OF ____

Illust.
Page 1
Illust. 27

| FRAME SIZES | 1 | 2 |
|---|---|---|
| | 4 | 3 |

STUDY NUMBER

DATE

EXAMINER

ALLOTMENT NAME & NUMBER

PASTURE

| PLANT SPECIES | TRANS 1 | TRANS 2 | TRANS 3 | TRANS 4 | TRANS 5 | TRANS 6 | TRANS 7 | TRANS 8 | TRANS 9 | TRANS 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

106

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

**000309**

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
NESTED FREQUENCY METHOD - TEN TRANSECTS

PAGE ___ OF ___

| FRAME SIZES | 1 1 2 4 1 3 | STUDY NUMBER | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|---|---|
| | | 02N-02W-15-1 | 8/3/84 | JAKE ORB | WILD PLUM - 1117 | |

| PLANT SPECIES | TRANS 1 | TRANS 2 | TRANS 3 | TRANS 4 | TRANS 5 | TRANS 6 | TRANS 7 | TRANS 8 | TRANS 9 | TRANS 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| BOCU | | | | | | | | | | |
| BOHI2 | | | | | | | | | | |
| SIHY | | | | | | | | | | |
| BOGR2 | | | | | | | | | | |
| ERIOG | | | | | | | | | | |
| VIGUI | | | | | | | | | | |
| OPUNT | | | | | | | | | | |
| JUNIP | | | | | | | | | | |
| NOMI | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | (100 Samples) | | | |
| | | | | | | | | | | |

000310

Illustration 27
Page 2

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
NESTED FREQUENCY METHOD - TEN TRANSECT SUMMARY

PAGE ____ OF ____

Illust. 28
Page 1

| FRAME | 1 | 2 | STUDY NUMBER | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |
| SIZES | 4 | 3 | | | | | |

| PLANT SPECIES | TRANS 1 | TRANS 2 | TRANS 3 | TRANS 4 | TRANS 5 | TRANS 6 | TRANS 7 | TRANS 8 | TRANS 9 | TRAN 10 | TOTALS | FREQ(%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

108

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

**000311**

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
NESTED FREQUENCY METHOD – TEN TRANSECT SUMMARY

PAGE ___ OF ___

| FRAME SIZES | STUDY NUMBER | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|---|
| 1 1 2 / 4 1 3 | 02N-02W-15-1 | 8/3/84 | JAKE ORB | WILD PLUM - 1117 | |

| PLANT SPECIES | TRANS 1 | TRANS 2 | TRANS 3 | TRANS 4 | TRANS 5 | TRANS 6 | TRANS 7 | TRANS 8 | TRANS 9 | TRAN 10 | TOTALS | FREQ(%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOCU | 2 2 | 1 3 | 0 4 | 0 0 | 0 5 | 0 0 | 2 6 | 0 0 | | 1 1 | 6 21 | 6 21 |
| | 3 3 | 5 5 | 7 4 | 1 0 | 5 5 | 3 2 | 7 6 | 4 4 | | 6 6 | 41 35 | 41 35 |
| BOHI2 | 7 7 | 5 3 | 7 7 | 10 7 | 2 2 | 9 7 | 10 10 | 5 3 | 8 5 | 7 2 | 70 53 | 70 53 |
| | 2 5 | 12 12 | 15 16 | 0 0 | 3 6 | 12 10 | 0 0 | 10 12 | 0 12 | | 15 38 | 15 38 |
| SIHY | 0 0 | 1 3 | 0 2 | | 0 0 | 2 0 | | 0 0 | | 2 3 | 3 9 | 3 9 |
| | 1 1 | 4 3 | 2 2 | | 2 0 | | | 1 1 | | 6 6 | 18 14 | 18 14 |
| BOGR2 | 4 7 | 3 7 | 2 2 | 1 1 | 2 5 | 2 2 | 1 1 | 4 4 | 2 5 | 5 7 | 26 41 | 26 41 |
| | 9 9 | 9 7 | 4 3 | 3 3 | 6 5 | 3 3 | 7 6 | 7 7 | 9 8 | | 60 56 | 60 56 |
| ERIOG | 0 0 | | | 0 0 | 0 1 | | 0 0 | | | | 0 1 | 0 1 |
| | 1 1 | | 2 0 | | | | | | | | 8 4 | 8 4 |
| VIGUI | 0 2 | 1 1 | 0 0 | 0 0 | 0 3 | | 0 0 | 2 3 | 0 0 | | 3 9 | 3 9 |
| | 2 2 | 5 5 | 1 0 | 2 2 | 3 3 | | 1 1 | 7 3 | 1 1 | | 22 17 | 22 17 |
| OPUNT | | 0 0 | 0 0 | | | | | | | 0 0 | 0 1 | 0 1 |
| | | 1 1 | 2 0 | | | | | | | | 4 1 | 4 1 |
| JUNIP | | 0 0 | | | | | | | | | 0 0 | 0 0 |
| | | 2 0 | | | | | | | | | 2 0 | 2 0 |
| NOMI | | | 0 0 | | | 1 0 | | | | | 3 1 | 3 1 |
| | | | 2 1 | | | | | | | | | |

(100 Samples)

109
Illustration
Page 2
28
000312

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

RANGELAND MONITORING – TREND STUDIES

NESTED FREQUENCY METHOD PLOT FRAMES



50 cm (~20 in.)

30 cm (~12 in.)

15 cm (~6 in.)

7.5 cm (~3 in.)

NOTE: All measurements are inside to inside.



The frame is made of 3/8-inch iron rod and 1-inch angle iron or 1 1/4-inch X 3/16-inch flat iron. Place tines at the proper intervals along the rear of the frame and parallel to the sides to create the nested plot frame.

| PLOT | | |
|---|---|---|
| number | size | area |
| 1 | 7.5 X 7.5 cm | 56.25 sq cm |
| 2 | 15.0 X 15.0 cm | 225.00 sq cm |
| 3 | 30.0 X 30.0 cm | 900.00 sq cm |
| 4 | 50.0 X 50.0 cm | 2500.00 sq cm |

000313

RANGELAND MONITORING – TREND STUDIES





NOTE: All
measurements
are inside
to inside.

The frame is made of 3/8-inch
iron rod and 1-inch angle iron
or 1 1/4-inch X 3/16-inch flat
iron. Place tines at the proper
intervals along the rear of the
frame and parallel to the sides
to create the nested plot frame.

| PLOT | | |
|---|---|---|
| number | size | area |
| 1 | 5 X 5 cm | 25 sq cm |
| 2 | 25 X 25 cm | 625 sq cm |
| 3 | 25 X 50 cm | 1250 sq cm |
| 4 | 50 X 50 cm | 2500 sq cm |

111

000314

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
LINE INTERCEPT METHOD

PAGE ____ OF ____

Illust. 30
Page 1

| STUDY NUMBER | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|

| NOTES (Use other side or another page, if necessary) | GRASS SPECIES | FORB SPECIES | SHRUB SPECIES | NOTES |
|---|---|---|---|---|

112

| | GRASS SPECIES | FORB SPECIES | SHRUB SPECIES | TOTALS |
|---|---|---|---|---|
| TOTALS | | | | |
| % COVER | | | | |
| % COMP. | | | | 100% |

000315

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
LINE INTERCEPT METHOD

PAGE ___ OF ___

| STUDY NUMBER | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|
| 12N-37W-19-03 | 10/3/84 | Jack Straw | Cow Gulch - 0111 | |

| NOTES | GRASS SPECIES | | | | | FORB SPECIES | | | | SHRUB SPECIES | | | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BOCU | BOGR2 | BOHI2 | KOCR | STHV | HYRI | PSORA | EUWR2 | | JUNIP | SEGR8 | | |
| 100ft. tape | .42 | .10 | .32 | .11 | .06 | .52 | 2.04 | .55 | | 3.40 | .06 | | |
| | .20 | .02 | .25 | .02 | .02 | .46 | 1.22 | .22 | | .13 | 2.13 | | |
| | .26 | .03 | .05 | .12 | .02 | 1.47 | .59 | | | 4.90 | .07 | | |
| | .03 | .01 | | | .04 | .28 | 3.30 | | | .72 | .02 | | |
| | .17 | .10 | | | .05 | .80 | .07 | | | .14 | | | |
| | .26 | .29 | | | .26 | .05 | | | | 1.02 | | | |
| | .22 | .24 | | | .04 | | | | | | | | |
| | .22 | .14 | | | .02 | | | | | | | | |
| | .34 | .10 | | | .01 | | | | | | | | |
| | .32 | .17 | | | .19 | | | | | | | | |
| | .02 | .12 | | | .02 | | | | | | | | |
| | .02 | .18 | | | .35 | | | | | | | | |
| | .10 | .13 | | | | | | | | | | | |
| | .02 | .14 | | | | | | | | | | | |
| | .16 | .16 | | | | | | | | | | | |
| | .18 | .05 | | | | | | | | | | | |
| | .10 | .27 | | | | | | | | | | | |
| | .14 | .03 | | | | | | | | | | | |
| | .06 | .46 | | | | | | | | | | | |
| | .03 | .07 | | | | | | | | | | | |
| | .04 | .38 | | | | | | | | | | | |
| | .10 | .12 | | | | | | | | | | | |
| | .02 | .10 | | | | | | | | | | | |
| | .03 | .11 | | | | | | | | | | | |
| | .02 | .03 | | | | | | | | | | | |
| | .16 | .36 | | | | | | | | | | | |
| | | .68 | | | | | | | | | | | |
| TOTALS | 3.64 | 4.63 | .62 | .33 | 1.09 | 3.58 | 7.32 | .77 | | 10.3 | 2.28 | | 34.51 |
| % COVER | 4 | 5 | 1 | 0 | 1 | 4 | 7 | 1 | | 10 | 2 | | 35 |
| % COMP. | 11 | 14 | 3 | - | 3 | 11 | 20 | 3 | | 29 | 6 | | 100% |

113

Illustration 30
Page 2

000316

Page 1

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
STEP-POINT TRANSECT METHOD

| STUDY NUMBER | DATE | EXAMINER |
|---|---|---|
| | | |

| ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|
| | |

### G R O U N D – L E V E L   C O V E R

| CATEGORY | B BARE GROUND | P PERSIST LITTER | N NON-PERSIST LITTER | G GRAVEL (2MM–3") | C COBBLE (>3"–10") | S STONE (>10") | R BEDROCK |
|---|---|---|---|---|---|---|---|
| DOT COUNT | | | | | | | |
| TOTAL HITS | | | | | | | |

### B A S A L   A N D   F O L I A R   C O V E R

| BSL OR GRND-LEV | FOLIAR-LEVEL 1 | FOLIAR-LEVEL 2 | FOLIAR-LEVEL 3 | DOT COUNT | TOTAL HITS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**000317**

NOTES (USE OTHER SIDE OR ANOTHER PAGE)          114

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA
STEP-POINT TRANSECT METHOD

| STUDY NUMBER | DATE | EXAMINER |
|---|---|---|
| RED FEATHER #2 | 9/30/84 | SUZIE BROWN |

| ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|
| RED FEATHER - 1473 | |

G R O U N D – L E V E L    C O V E R

| CATEGORY | B BARE GROUND | P PERSIST LITTER | N NON-PERSIST LITTER | G GRAVEL (2MM–3") | C COBBLE (>3"–10") | S STONE (>10") | R BEDROCK |
|---|---|---|---|---|---|---|---|
| DOT COUNT | ☒ | ∴ | ⊓ | ☒ | ⌐ | · | |
| TOTAL HITS | 9 | 5 | 7 | 10 | 6 | 2 | – |

B A S A L    A N D    F O L I A R    C O V E R

| BSL OR GRND-LEV | FOLIAR-LEVEL 1 | FOLIAR-LEVEL 2 | FOLIAR-LEVEL 3 | DOT COUNT | TOTAL HITS |
|---|---|---|---|---|---|
| N | BOCU | | | ☒ ∶ | 12 |
| G | BOGR2 | P | [JUNIP] | · | 1 |
| BOGR2 | JUNIP | | | ☒ ☒ | 20 |
| G | BOCU | | | ∶ | 4 |
| SIHY | | | | · | 2 |
| N | ER1OG | | | · | 2 |
| G | SIHY | RHTR | | · | 2 |
| B | VIGUI | | | · | 2 |
| G | N | VIGUI | | ∷ | 4 |
| B | BOCU | | | · | 2 |
| BOGR2 | BOCU | | | · | 2 |
| B | BOHI2 | | | ·· | 3 |
| N | BOGR2 | BOCU | | · | 2 |
| BOCU | P | | | · | 2 |
| OPUNT | | | | · | 1 |

**000318**

Illustration 32

RANGELAND MONITORING – TREND STUDIES

DIAGRAMMATIC SKETCHES OF OBSERVATION POINTS (HITS) AND RECORDING PROCEDURE



The data from the above illustrated observation points (hits) are recorded on the STEP-POINT TRANSECT METHOD FORM as follows:

|  | BSL OR GRND-LEV | FOLIAR-LEVEL 1 | FOLIAR-LEVEL 2 | FOLIAR-LEVEL 3 |
|---|---|---|---|---|
| Line 1 – | B | AGSP | PUTR2 | PIED |
| Line 2 – | ARTR2 | [PIED] | | |
| Line 3 – | AGSP | CHNA2 | | |
| Line 4 – | P | AGSP | | |
|  | | | | |
|  | | | | |

*(Header row above reads: B A S A L   A N D   F O L I A R   C)*

NOTE – To count as a basal hit on live vegetation, the plant crown at a 1-inch height above the ground must occupy the notch.

  – Dead vegetation in the canopy is counted as litter.

  – Plant codes for vegetation foliar cover hits more than 20 feet above the ground level should be enclosed in brackets [ ].

**000319**

Illustration 33
Page 1

RANGELAND MONITORING – TREND STUDIES

RECORDING DATA IN A SPATIAL FORMAT

Vegetation data collected with some trend study methods can be recorded in a spatial format. Under a spatial format, the field forms have a separate block in which to record the data by species for each study sample. The data is recorded plot by plot, or point by point, as it is collected along a transect. This plot, or point, specific data provides information concerning the distribution of plant species on the study site. Subsequent readings of studies may show changes in the distribution of those species. If new species are picked up in subsequent readings, perhaps the examiner may want to take a broader look at the study site.

It doesn't take much more time to record data in a spatial format than it does to record it in the conventional manner. Data recorded in a spatial format may provide for more meaningful analysis and interpretation in allotment, wildlife habitat area, herd management area, watershed area, or other designated management area evaluations.

Page 3 of this Illustration is an example of how frequency data collected with the Pace Frequency Method can be recorded in a spatial format.

Page 5 of this Illustration is an example of how frequency data collected with the Quadrat Frequency Method can be recorded in a spatial format.

Page 6 of this Illustration is an example of how frequency data collected with the Nested Frequency Method can be recorded in a spatial format.

**000320**

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA

STUDY METHOD-

PAGE ____ OF ____

Illust. 33
Page 2

| STUDY NUMBER | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |

| PLANT SPECIES | S A M P L E    N U M B E R | TOTAL |

118

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

**000321**

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA

STUDY METHOD— PACE FREQUENCY

PAGE ___ OF ___

| STUDY NUMBER | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|
| 07N-04W-13-05 | 10/29/84 | BILLY JOE | HIGH RIDGE - 0783 | RIDGE TOP |

| PLANT SPECIES | SAMPLE NUMBER | TOTAL |
|---|---|---|
| BOGR2 | | 65 |
| BOHI2 | | 37 |
| PAOB | | 6 |
| BOCU | | 35 |
| BRRU2 | | 10 |
| SIHY | | 29 |
| KOCR | | 20 |
| HIJA | | 1 |
| HYRI | | 16 |
| AMPS | | 12 |
| PSORA | | 3 |
| VIGUI | | 30 |
| ERIOG | | 19 |
| OPUNT | | 3 |
| CEGR | | 4 |
| MAMMI | | 2 |
| RHTR | | 9 |
| JUNIP | | 2 |
| GUSA2 | | 11 |
| NOMI | | |

Illustration 33
Page 3

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

000322

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA

STUDY METHOD—

PAGE ____ OF ____

Illust.
Page 4
No. 33

| STUDY NUMBER | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |

| PLANT SPECIES | S A M P L E   N U M B E R | | | | | | | | | | | | | | | | | | | | OCCURR BY PLOT SIZE | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 1 | 2 | 3 | 4 | |

120

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

000323

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA

STUDY METHOD- QUADRAT FREQUENCY

PAGE ___ OF ___

| STUDY NUMBER (TRANSECT 17L) | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|
| BLUE Dome # 1 | 8/25/84 | BUDDY CLUMP | BLUE Dome - 0313 | |

| PLANT SPECIES | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 1 | 2 | 3 | 4 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGSM | X | X | | X | | X | X | X | X | X | | X | | X | | X | | X | | X | | | | | 13 |
| KOCR | | | X | | | X | | X | | | X | | X | X | | | | | X | | | | | | 7 |
| BRTE | | | | X | | | | | | | | | | | | X | | X | | | | | | | 3 |
| SIHY | | | X | X | | | | | | | | | X | X | | | | | | | | | | | 5 |
| STCO4 | | | | | | | | | | | | | | | | X | X | | | | | | | | 2 |
| ASTRA | | X | | | | | | X | | X | | | | | | | | | | | | | | | 3 |
| SPCO | | | X | X | | X | | | | | | | | X | X | | | | | | | | | | 5 |
| ERIOG | | | | | | | | | | X | | | | | | | | X | | | | | | | 2 |
| DELPH | | | | | | | | | | | X | | | | | | | | | | | | | | 1 |
| ARLU | | | | X | | X | | | | | | | X | | | | | X | | | | | | | 4 |
| SOPE | | | | | | | | | | | | | X | X | | | | | | | | | | | 2 |
| GUSA2 | | | | | | | | | | | | | X | X | X | X | | | | | | | | | 4 |
| CHVI8 | | | | X | | | | | | | | | | | | | X | X | X | X | | | | | 5 |
| ARNO2 | X | | | | | | X | X | | X | | | | | | | X | X | | | | | | | 6 |

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

000324

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

TREND STUDY DATA

PAGE ___ OF ___

Illust. 16 Page 33

STUDY METHOD— NESTED FREQUENCY

| STUDY NUMBER (TRANSECT 61R) | DATE | EXAMINER | ALLOTMENT NAME & NUMBER | PASTURE |
|---|---|---|---|---|
| (C-14-7)12 Dca – 4 | 9/1/84 | ABE BUCKWHEAT | DEEP WELL – 1271 | |

| PLANT SPECIES | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 1 | 2 | 3 | 4 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POSE | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 2 | | 2 | 2 | 2 | 1 | 3 | | | 2 | 3 | 16 | 17 | 17 | |
| SIHY | 2 | 2 | 4 | | | 3 | 2 | 3 | 1 | 2 | 4 | 2 | 3 | 3 | 2 | 3 | 2 | 2 | 4 | 3 | 1 | 9 | 15 | 18 | |
| BRTE | | 2 | 4 | 3 | 1 | 1 | 1 | 2 | 1 | 2 | 3 | 3 | 2 | 1 | 2 | 2 | 2 | 1 | 2 | 1 | 7 | 16 | 18 | 19 | |
| AAGG | | | | | | | | 4 | | | | | 3 | 4 | | 1 | | | | | 1 | 1 | 2 | 4 | |
| ASTRA | | | 3 | | 3 | | | | | | | | | | | | | | | | 0 | 0 | 2 | 2 | |
| ERIOG | | | | | | 4 | | | | | | 4 | | | | | | | | | 0 | 0 | 0 | 2 | |
| PHHO | | | | | | | | | | | | 4 | | | | | | | | | 0 | 0 | 0 | 1 | |
| PHLO2 | 3 | | | 3 | | | | 3 | | | | 1 | 2 | | | 2 | 2 | 2 | | | 1 | 5 | 8 | 8 | |
| PPFF | | | | | | 3 | | | | 4 | | | | 4 | | | | | | | 0 | 0 | 1 | 3 | |
| ARTR2 | | 2 | | | | | | 4 | | 2 | 4 | | 3 | | 3 | | 4 | | | | 0 | 2 | 4 | 7 | |
| CHVI8 | 2 | | | | | 4 | 2 | | | | | | | | 4 | | | | | | 0 | 2 | 2 | 4 | |
| SSSS | | | 4 | | | | | | | | | 4 | | | | | | | | | 0 | 0 | 0 | 2 | |

122

000325

NOTES (USE OTHER SIDE OR ANOTHER PAGE)

BIBLIOGRAPHY

Barrett, James P. and Mary E. Nutt. 1979. Survey sampling in the environ-
mental sciences: a computer approach. COMPress, Inc., Wentworth, N.H.
319 p.

Biswell, H.H. 1956. Ecology of California grasslands. J. Range Manage.
9:19-24.

Blaisdell, James P. 1958. Seasonal development and yield of native
plants on the upper Snake River plains and their relation to certain
climatic factors. U.S. Dept. of Agr., For. Ser., Tech. Bul. No. 1190.
68p.

Brown, Dorothy. 1954. Methods of surveying and measuring vegetation.
Commonwealth Bureau of Pastures and Field Crops. Bulletin No. 42.
Commonw. Agr. Bur., Farmham Royal, Bucks, England. 223 p.

Brun, Jorge M. and Thadis W. Box. 1963. Comparison of line intercepts
and random point frames for sampling desert shrub vegetation. J. Range
Manage. 16:21-25.

Call, Mayo W. 1981. Terrestrial wildlife inventories - some methods and
concepts. U.S. Dept. of the Interior, BLM Tech. Note No. 349. 171 p.

Canfield, R.H. 1941. Application of the line interception method in
sampling range vegetation. J. Forestry 39:388-394.

Clark, Ronnie. 1980. Erosion condition classification system. U.S.
Dept. of the Interior, BLM Tech. Note No. 346. 47 p.

Cuplin, Paul. 1978. The use of large scale color infrared photography
for stream habitat inventory. U.S. Dept. of the Interior, BLM Tech. Note
No. 325. 11 p.

Daubenmire, Rexford. 1959. A Canopy-coverage method of vegetational
analysis. Northwest Science 33:43-64.

------. 1968. Plant communities: a textbook of plant synecology. Harper
and Row, New York. 300 p.

Dawson, Bruce E. 1981. Relative effectiveness of true-color, color
infrared, black and white infrared and red-band sensitive films in
identification of plant species. M.S. Thesis. Humboldt St. Univ.,
Arcata, Calif. 101 p.

**000326**

BIBLIOGRAPHY (cont'd.)

Duncan, Don A. and Robert G. Woodmansee. 1975. Forecasting forage yield
from precipitation in California's annual rangeland. J. Range Manage.
28:327-329

Ellison, Lincoln, A.R. Croft, and Reed W. Bailey. 1951. Indicators of
condition and trend on high range-watersheds of the Intermountain
Region. U.S. Dept. of Agr., For. Ser., Agr. Handbook No. 19. 66 p.

Evans, Raymond A. and R. Merton Love. 1957. The step-point method of
sampling--a practical tool in range research. J. Range Manage.
10:208-212.

Everitt, J.H., A.H. Gerbermann, N.A. Alaniz, and R.L. Bowen. 1980. Using
70-mm aerial photography to identify rangeland sites. Photogrammetric
Engineering and Remote Sensing 46:1339-1348.

Fisser, H.G. and G.M. Van Dyne. 1966. Influence of number and spacing of
points on accuracy and precision of basal cover estimates. J. Range
Manage. 19:205-211.

Francis, Richard E., Richard S. Driscoll, and Jack N. Reppert. 1972.
Loop-frequency as related to plant cover, herbage production, and plant
density. U.S. Dept. of Agr., For. Ser., Rocky Mtn. For. and Range Exp.
Sta., Ft. Collins, Colo., Res. Pap. RM-94. 15 p.

Freese, Frank. 1962. Elementary forest sampling. U.S. Dept. of Agr.,
For. Ser., Agr. Handbook No. 232. 91 p.

------. 1967. Elementary statistical methods for foresters. U.S.
Dept. of Agr., For. Ser., Agr. Handbook No. 317. 87 p.

Grieg-Smith, P. 1964. Quantitative plant ecology. 2nd Ed. Butterworths,
London. 256 p.

Hanley, Thomas A. 1978. A comparison of the line-interception and
quadrat estimation methods of determining shrub canopy coverage. J.
Range Manage. 31:60-62.

Hansen, Herbert C. 1962. Dictionary of ecology. Bonanza Books, Crown
Publishers, Inc., New York. 382 p.

Harniss, Roy O. and Robert B. Murray. 1976. Reducing bias in dry leaf
weight estimates of big sagebrush. Jr. Range Manage. 29:430-432.

**000327**

RANGELAND MONITORING - TREND STUDIES

BIBLIOGRAPHY (cont'd.)

Hart, R.H.  1980.  Determining a proper stocking rate for a grazing
   system.  In:  Proceedings, Grazing Management Systems for South West
   Rangelands Symposium, Range Improvement Task Force, New Mexico State
   Univ., Las Cruces.  p. 49-64.

Heady, Harold F.  1961.  Continuous vs. specialized grazing systems:  a
   review and application to the California annual type.  J. Range Manage.
   14:182-193.

Heintz, T.W., J.K. Lewis, and S.S. Waller.  1979.  Low-level aerial
   photography as a management and research tool for range inventory.  J.
   Range Manage. 32:247-249.

Hewitt, George B., Ellis W. Huddleston, Robert J. Lavigne, Darrell N.
   Ueckert, and J. Gordon Watts.  1974.  Rangeland entomology.  Society for
   Range Management, Range Science Series No. 2.  127 p.

Hyder, D.N., C.E. Conrad, P.T. Tueller, L.D. Calvin, C.E. Poulton, and
   F.A. Sneva.  1963.  Frequency sampling of sagebrush-bunchgrass
   vegetation.  Ecology 44:740-746.

Hyder, D.N., R.E. Bement, E.E. Remmenga, and C. Terwilliger, Jr.  1965.
   Frequency sampling of blue grama range.  J. Range Manage. 18:94-98.

Hyder, D.N., R.E. Bement, and C. Terwilliger.  1966.  Vegetation-soils and
   vegetation-grazing relations from frequency data.  J. Range Manage.
   19:11-17.

Jones, M.B. and R.A. Evans.  1959.  Modification of the step-point method
   for evaluating species yield changes in fertilizer trials on annual
   grasslands.  Agron. J. 51:467-470.

Kinsinger, Floyd E., Richard E. Eckert, and Pat O. Currie.  1960.  A
   comparison of the line-interception, variable-plot, and loop methods as
   used to measure shrub-crown cover.  J. Range Manage. 13:17-21.

Lillesand, Thomas M. and Ralph Kiefer.  1979.  Remote sensing and image
   interpretation.  John Wiley and Sons, New York.  612 p.

Lund, H. Gyde and Elise McNutt.  1979.  Integrating inventories, an
   annotated bibliography.  U.S. Dept. of the Interior, BLM Tech Note No.
   333.  183 p.

Mack, R. and D.A. Pyke.  1979.  Mapping individual plants with a field-
   portable digitizer.  Ecology 60:459-461.

**000328**

BIBLIOGRAPHY (cont'd.)

McDougald, Neil K. and Richard C. Platt. 1976. A method of determining utilization for wet mountain meadows on the summit allotment, Sequoia National Forest, California. J. Range Manage. 29:497-501.

McQuisten, Richard and Karl A. Gebhardt. 1983. Analytical reliability in the decision making process--the numbers game. J. Range Manage. 36:126-128.

Meyer, Merle, Fred Batson, and Duane Whitmer. 1982. Helicopter-borne 35mm aerial photography applications to range and riparian studies. IAFHE RSL Res. Rep. 82-1, Coll. of Forestry and Agricultural Experiment Station, Univ. of Minn., St. Paul. 80 p.

Meyer, Merle and Phillip Grumstrup. 1978. Operating manual for the 35mm aerial photography system, 2nd Rev. IAFHE RSL Res. Rep. 78-1, Coll. of Forestry, Univ. of Minn., St. Paul. 62 p.

Morris, Meredith J. 1973. Estimating understory plant cover with rated microplots. U.S. Dept. of Agr., For. Ser., Rocky Mtn. For. and Range Exp. Sta., Ft. Collins, Colo., Res. Pap. RM-104. 12 p.

Mueggler, W.F. 1976. Number of plots required for measuring productivity of mountain grasslands in Montana. U.S. Dept. of Agr., For. Ser., Res. Note INT-207. Intermountain For. and Range Exp. Sta., Ogden, Utah. 6 p.

Mueller-Dombois, Dieter and Heinz Ellenberg. 1974. Aims and methods of vegetation ecology. John Wiley & Sons, New York. 547 p.

Murphy, Alfred H. 1970. Predicted forage yield based on fall precipitation in California annual grasslands. J. Range Manage. 23:363-365.

Myers, Wayne L. and Ronald L. Shelton. 1980. Survey methods for ecosystem management. A Wiley-Interscience Publication, John Wiley & Sons, New York. 403 p.

National Academy of Sciences/National Research Council. 1962. Basic problems and techniques in range research. NAS/NRC Publ. 890. 341 p.

National Wildlife Federation. 1978. Application of remote sensing data to wildlife management. Sioux Falls, S.D., Pecora IV, Proceedings of the Symposium, National Wildlife Federation Scientific and Tech. Series 3. 397 p.

Nie, Norman H., C. Hadlai Hull, Jean G. Jenkins, Karin Steinbrenner, and Dale H. Bent. 1975. Statistical package for the social sciences, SPSS. 2nd Ed. McGraw-Hill Book Co., New York. 675 p.

**000329**

BIBLIOGRAPHY (cont'd.)

Nudds, Thomas D. 1977. Quantifying the vegetative structure of wildlife cover. Wildlife Society Bulletin 5:113-117.

Odum, Eugene P. 1971. Fundamentals of ecology. 3rd Ed. W.B. Saunders Co., Philadelphia. 547 p.

Oosting, Henry J. 1956. The study of plant communities - an introduction to plant ecology. 2nd Ed. W.H. Freeman and Co., San Francisco. 440 p.

Parker, Kenneth. 1954. Application of ecology in the determination of range condition and trend. J. Range Manage. 7:14-24.

Pase, Charles P. 1981. Community structure analysis - a rapid, effective range condition estimator for semi-arid ranges. In: Arid Land Resource Inventories: Developing Cost-Efficient Methods. U.S. Dept. of Agr., For. Ser., Gen. Tech. Rep. WO-28. p. 425-430.

Payne, G.F. 1974. Cover-weight relationships. J. Range Manage. 27:403-404.

Pechanec, J.F. and G.D. Pickford. 1937. A weight-estimate method for the determination of range or pasture production. J. Amer. Soc. Agron. 29:894-904.

Pechanec, J.F. and George Stewart. 1949. Grazing spring-fall sheep ranges of southern Idaho. U.S. Dept. of Agr., Circular No. 808. 34 p.

Phillips, E.A. 1959. Methods of vegetation study. Holt, Rinehart, and Winston, Inc., New York. 107 p.

Pieper, Rex D. 1978. Measurement techniques for herbaceous and shrubby vegetation. Dept. of Animal and Range Sciences, New Mexico State Univ., Las Cruces. 148 p.

Pierce, W.R. and L.E. Eddleman. 1970. A field stereographic technique for range analysis. J. Range Manage. 23:218-220.

Pitt, Michael D. and Harold F. Heady. 1979. The effects of grazing intensity on annual vegetation. J. Range Manage. 32:109-114.

Reppert, Jack N. and Richard E. Francis. 1973. Interpretation of trend in range condition from 3-step data. U.S. Dept. of Agr., For. Ser., Rocky Mtn. For. and Range Exp. Sta., Ft. Collins, Colo., Res. Pap. RM-103. 15 p.

Richardson, Arlo E. 1981. Report on the feasibility of using phenoclimatography models to predict range development and production on BLM winter ranges. BLM Contract No. UT-910-CTO-003. 73 p.

**000330**

BIBLIOGRAPHY (cont'd.)

Richardson, Arlo E. and Stephen G. Leonard. 1981. Climatic modeling of
winter rangelands in Utah. In: Ext. Abstract 15th Conf. on Agr. and For.
Meteorology and 5th Conf. on Biometeorology, Anaheim, Calif. p. 182-185.

Rossiter, R.C. 1966. Ecology of the Mediterranean annual-type pasture.
Advances in Agronomy 18:1-56.

Sampson, Arthur W. 1952. Range management - principles and practices.
John Wiley and Sons, New York. 570 p.

Schmutz, Ervin M. 1978. Let's put manage in range management. Rangeman's
Journal 5:185-188.

Schultz, Arnold M., Robert P. Gibbens, and Leonard DeBano. 1961. Arti-
ficial populations for teaching and testing range techniques. J. Range
Manage. 14:236-242.

Schwartz, Chas. C., Edward C. Thor, and Gary H. Elsner. 1976. Wildlands
planning glossary. U.S. Dept. of Agr., For. Ser., Pacific Southwest For.
and Range Exp. Sta., Berkeley, Calif., Gen. Tech. Rept. PSW-13. 252 p.

Seher, J. Scott and Paul T. Tueller. 1973. Color aerial photos for
marshland. Photogrammetric Engineering 39:489-499.

Smith, A.D. 1944. A study of the reliability of range vegetation esti-
mates. Ecology 25:441-448.

------. 1965. Determining common use grazing capacities by application of
the key species concept. J. Range Manage. 18:196-201.

Smith, J.G. 1959. Additional modifications of the point frame. J. Range
Manage. 12:204-205.

Smith, Stuart D. 1982. Evaluation of the frequency plot method as an
improved technique for measuring successional trend. M.S. Thesis.
Univ. of Idaho, Moscow. 95 p.

Snedecor, George W. and William C. Cochran. 1974. Statistical methods.
Iowa State University Press, Ames. 573 p.

Society for Range Management. 1974. A glossary of terms used in range
management. 2nd Ed. M.M. Kothmann (ed.), SRM Publ. 36 p.

------. 1975. Rangeland reference areas. William A. Laycock (ed.), SRM
Publ., Range Science Series, No. 3. 66 p.

**000331**

BIBLIOGRAPHY (cont'd.)

------. 1983. Guidelines and terminology for range inventories and moni-
toring. Report of the Range Inventory Standarization Committee. 13 p.

Steel, Robert G.D. and James H. Torrie. 1960. Principles and procedures of
statistics. McGraw-Hill Book Co., New York. 481 p.

Stoddart, Laurence A., Arthur D. Smith, and Thadis W. Box. 1975. Range
management. 3rd Ed. McGraw-Hill Book Co., New York. 532 p.

Tueller, Paul T. 1977. Large scale 70mm photography for range resources
analysis in the western United States. In: Proc. 11th Int'l. Symp. on
Remote Sensing, Ann Arbor, Mich. p 1507-T514.

------. 1979. Some aspects of the use of dichotomous keys to aid in the
interpretation of color aerial photographs for vegetation mapping. In:
Proc. ASP 7th Annual Workshop on Color Aerial Photography in the Plant
Sciences, Davis, Calif. p. 189-200.

Tueller, Paul T., Garwin Lorain, Karl Kipping, and Charles Wilkie. 1972.
Methods for measuring vegetation changes on Nevada rangelands. Agr. Exp.
Sta., Univ. of Nevada, Reno, T16. 55p.

Tueller, Paul T. and D. Terry Booth. 1974. Photographic remote sensing
techniques for erosion on wildlands. BLM Contract O8550-CTS-2, Coll. of
Agr., Univ. of Nevada, Reno. 97 p.

Uresk, D.W., R.O. Gilbert, and W.H. Rickard. 1977. Sampling big sagebrush
for phytomass. J. Range Manage. 30:311-314.

USDA, Forest Service. 1959. Techniques and methods of measuring understory
vegetation. Proc. of Symp. at Tifton, Georgia, Oct. 1958. U.S. Dept. of
Agr., For. Ser., Southern For. Exp. Sta. and Southeastern For. Exp. Sta.
174 p.

------. 1963. Range research methods. Proc. of Symp., Denver, Colo., May
1962. U.S. Dept. of Agr., Misc. Publ. No. 940. 172 p.

------. 1981. Arid land resource inventories: developing cost-efficient
methods. U.S. Dept. of Agr., For. Ser., Gen. Tech. Rep. WO-28. 620 p.

USDA, Soil Conservation Service. 1976. National range handbook. 154 p.

USDI, Fish & Wildlife Service. 1981. Estimating wildlife habitat varia-
bles. FWS/OBS - 81/47. 111 p.

**000332**

RANGELAND MONITORING - TREND STUDIES

BIBLIOGRAPHY (cont'd.)

Van Dyne, George M. 1960. A procedure for rapid collection, processing, and analysis of line intercept data. J. Range Manage. 13:247-251.

Van Dyne, George M., W.G. Vogel, and H.G. Fisser. 1963. Influence of small plot size and shape on range herbage production estimates. Ecology 44:746-759.

Waller, S.S., J.K. Lewis, M.A. Brown, T.W. Heintz, R.I. Butterfield, and F.R. Gartner. 1978. Use of 35mm aerial photography in vegetation sampling. In: Proceedings, First International Rangeland Congress. Hyder, D.N. (ed.), Soc. for Range Manage., Denver, Colo. p. 517-520.

Wells, K.F. 1971. Measuring vegetation changes on fixed quadrats by vertical ground stereophotography. J. Range Manage. 24:233-236.

Whitman, W.C. and E.I. Siggeirsson. 1954. Comparison of line interception and point contact methods in the analysis of mixed range vegetation. Ecology 35:431-436.

Wilm, H.G., D.F. Costello, and G.E. Klipple. 1944. Estimating forage yield by the double-sampling method. Amer. Soc. Agron. J. 36:194-203.

Winkworth, R.E., R.A. Perry, and C.V. Rossetti. 1962. A comparison of methods of estimating plant cover in an arid grassland community. J. Range Manage. 15:194-196.

Wright, Henry A. 1967. Contrasting responses of squirreltail and needle-and-thread to herbage removal. J. Range Manage. 20:398-400.

Zar, Jerrold H. 1974. Biostatistical analysis. Prentice-Hall, Inc., Englewood Cliffs, New Jersey. 620 p.

**000334**

**000335**

Bureau of Land Management
Library
Bldg. 50, Denver Federal Center
Denver, CO  80225



000336



000337

# Exhibit  I

Copy of Bureau Technical Guide 4400-7

BLM LIBRARY
88014982

159-34

SF
85.3
.R368
1985
c.3

# RANGELAND MONITORING



*Agropyron smithii*

# Analysis, Interpretation, and Evaluation



TR 4400-7                                    1985



000338

000339

85.3
. R368
1985
C.3

UNITED STATES

DEPARTMENT OF THE INTERIOR

BUREAU OF LAND MANAGEMENT

# RANGELAND MONITORING

# ANALYSIS,

# INTERPRETATION,

# AND EVALUATION

TECHNICAL REFERENCE 4400—7

NOVEMBER 1985

Bureau of Land Management
Library
Bldg. 50, Denver Federal Center
Denver, CO 80225

000340

Copies available from:

Bureau of Land Management
Denver Service Center (D-558B)
Denver Federal Center, Building 50
P.O. Box 25047
Denver, Colorado 80225-0047

and

National Technical Information Service
Springfield, Virginia 22161

BLM/YA/PT/86-0014400

Bureau of Land Management
Library
Bldg. 50, Denver Federal Center
Denver, CO 80225

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

Table of Contents

| Section | Page |
|---|---|
| 1. INTRODUCTION | 1 |
| 2. GENERAL CONSIDERATIONS | 1 |
| 2.1 Frequency of Evaluations | 1 |
| 2.11 Category I Allotments | 1 |
| 2.12 Category M Allotments | 1 |
| 2.13 Category C Allotments | 2 |
| 2.2 Intensity of Evaluation | 2 |
| 2.3 Special Evaluations | 2 |
| 2.4 Additional Criteria | 2 |
| 3. ANALYSIS | 2 |
| 3.1 Format for Analysis | 2 |
| 3.2 Statistical Analysis | 2 |
| 3.3 Analysis with Computers or Programmable Calculators | 6 |
| 4. INTERPRETATION | 6 |
| 4.1 Interpreting Study Data | 6 |
| 4.11 Actual Use Data | 6 |
| 4.12 Utilization Data | 10 |
| 4.13 Weather Data | 11 |
| 4.14 Trend Data | 19 |
| 4.2 Effects of Other Biological Agents | 28 |
| 4.3 Nonbiotic Factors Affecting Plant Communities | 28 |
| 5. EVALUATION | 28 |
| 5.1 Assemble and Review Pertinent Documents | 29 |
| 5.2 Establish Coordination Requirements | 29 |
| 5.3 Display Monitoring and Other Data | 29 |
| 5.4 Analyze the Data | 29 |
| 5.5 Review Management Actions and Other Factors | 29 |
| 5.6 Interpret the Data | 29 |
| 5.7 Evaluate the Data | 32 |
| 5.8 Review Management Objectives | 32 |

**000342**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

5.9  Evaluate Progress in Meeting Management Objectives          33
     5.91  Management Objectives Met                             33
     5.92  Adequate Progress Toward Objectives                   33
     5.93  Inadequate Progress Toward Objectives                 33
     5.94  Management Objectives Need Redefining                 33

6.  <u>SUMMARIZE FINDINGS AND MAKE RECOMMENDATIONS</u>          34


<u>GLOSSARY OF TERMS</u>                                         37


<u>ILLUSTRATIONS</u>

 1.  Monitoring Data Summary                                      3
 2.  Monitoring Data Summary and Interpretation                  4
 3.  Comparison of Three Statistical Packages                    7
 4.  An Aid to Interpreting Long Term Monitoring Data--An Example 8
 5.  An Aid to Interpreting Monitoring Data--An Example           9
 6.  Climate Diagram                                             13
 7.  Thiessen Polygons                                          15
 8.  Isohyets (Contours of Equal Rainfall)                      16
 9.  A Wind Rose                                                18
10.  Confidence Intervals for Binomial Populations--100 Quadrats 21
11.  Confidence Intervals for Binomial Populations--200 Quadrats 22
12.  Evaluation Information Checklist                           30
13.  Coordination/Consultation Checklist                       31
14.  Outline--Evaluation Summary                               35


<u>BIBLIOGRAPHY</u>                                              45


<u>APPENDICES</u>

1.  Calculating A Weighted Average                             51
2.  Calculating Desired/Potential Stocking Levels             54
3.  Determining Stocking Levels with Actual Use, Utilization, and
        Climatic Yield Index--An Example                       58
4.  Range Production Index for Utan                            61
5.  Evaluation Summary--An Example                            63

000343

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

1. <u>INTRODUCTION</u>.

The collection of monitoring data results in quantitative and qualitative information obtained from measurements or estimates of the natural resources. These data are most valuable when their meaning is defined and presented in understandable terms to the resource manager. This is the analysis, interpretation, and evaluation process. The result is the documentation of conclusions on the progress of management to accomplish specific management objectives. Such conclusions are used for management and planning purposes, and in particular, for determining management actions and establishing new or revised management objectives.

The analysis of biological information should be logical and well documented. Interpretation and evaluation are thought processes that deal with unique biological situations rather than more restrictive cookbook processes. There is no simple formula that can be used to analyze, interpret, and evaluate grazing use and its effects on the public rangeland.

2. <u>GENERAL CONSIDERATIONS</u>.

2.1 <u>Frequency of Evaluations</u>. As stated in BLM Manual 4400, schedules for analysis, interpretation, and evaluation should be based on land use decisions, grazing cycle length, allotment priorities developed through categorization, and funding levels. Schedules must also be coordinated with the renewal schedule of long-term (10-year) permits and leases.

In general, the following should guide the development of analysis, interpretation, and evaluation schedules:

2.11 <u>Category I Allotments</u>

a. Evaluate, prior to the third or fifth year implementation phase of grazing use decisions; thereafter to coincide with the end of the grazing cycle.

b. Evaluate at longer intervals where progress toward meeting management objectives is documented.

2.12 <u>Category M Allotments</u>

a. Evaluate prior to the renewal date of the term permit or lease.

b. Evaluate whenever use supervision indicates deteriorating resource conditions.

c. Evaluate as scheduled in the AMP or other management document.

**000344**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

2.13  Category C Allotments

Evaluate prior to the renewal date of the term permit or lease.

2.2  Intensity of Evaluation.  The level of evaluation will depend upon the number of uses being monitored, the kinds and amounts of monitoring data available, the nature of the management actions being evaluated, the nature of the decisions required, and the potential for controversy.  The manager must ensure that the monitoring and evaluation processes are carried out to the appropriate extent and intensity.  It should be kept in mind that the success of a monitoring effort may depend upon the quality of analysis, interpretation, and evaluation that follows data collection.  The best of field data are no better than the quality of the process.

2.3  Special Evaluations.  Special evaluations may be warranted where monitoring data or use supervision detect a significant change in resource conditions prior to a scheduled evaluation.  The analysis, interpretation, and evaluation process is the same for special evaluations as it is for scheduled evaluations.

2.4  Additional Criteria.  Section 5, Evaluation, discusses important considerations and criteria pertinent to the evaluation process.  Unique biological situations may require that unique criteria be applied during an evaluation.

3.  ANALYSIS.

Analysis is (1) a detailed examination of anything complex in order to understand its nature or determine its essential features; or (2) a separating or breaking up of any whole into its component parts for the purpose of examining their nature, function, relationship, and so forth.

3.1  Format for Analysis.  Because of the variety of monitoring data collected throughout the BLM, no single format for analysis is feasible or recommended.  To facilitate the analysis of specific data, the format must be designed on a case-by-case basis.  Complete documentation of the analysis is essential.  The analysis may be as basic as visually comparing cover values from successive readings of trend or as complex as conducting a computer-aided analysis of variance of large amounts of data.  Illustrations 1 and 2 present two formats that have proven useful for analysis.  Appendix 1 describes an analytical technique for analyzing spatial data using a weighted average, and Appendix 2 describes how to analyze stocking rates.

3.2  Statistical Analysis.  The proper use of statistical procedures allows probabilistic statements to be made about the data collected.  Statistical tests aid the evaluator in objectively presenting and analyzing data.  Any statistical procedures used should be compatible with the methods and detail required for each study.  Suggested statistical references are

**000345**

2

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

# MONITORING DATA SUMMARY

STATE _____

DISTRICT _____

ALLOTMENT _____ PASTURE _____ RESOURCE AREA _____

**ACTUAL USE (AUMS)**

**UTILIZATION (%)**

100
90
80
70
60
50
40
30
20
10

19

19

**PRECIPITATION**

**TREND**

19

19

19

19

**000346**

3

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

# MONITORING DATA SUMMARY
## AND INTERPRETATION

STATE _____
DISTRICT _____
RESOURCE AREA _____

| | ALLOTMENT | | | | PASTURE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **YEAR** | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ACTUAL USE** (AUMS) | | | | | | | | | |

**UTILIZATION**

| KEY SPECIES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**WEATHER**
DEPARTURE FROM
NORMAL/YIELD INDEX

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**TREND**

| STUDY# | SPP | ATTRIBUTE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**000347**

4

Illustration 2
Page 2

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

MONITORING DATA SUMMARY AND INTERPRETATION— PART 2

INTERPRETATIONS : _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

EVALUATION : _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

RECOMMENDATIONS : _____
_____
_____
_____
_____
_____

PREPARED BY : _____  DATE : _____
REVIEWED BY : _____  DATE : _____
APPROVED BY : _____  DATE : _____  **000348**

5

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

Barrett and Nutt (1979), Freese (1962, 1967), Steel and Torrie (1960), and Zar (1974). Persons with little statistical experience should request assistance from a statistician prior to designing the sampling scheme and prior to undertaking statistical applications. A self-study statistical training package titled "The Lighter Side of Statistics" (United States Department Of The Interior, Bureau Of Land Management 1985) is available from the Service Center (D-470). The training package covers the principles of confidence, precision, confidence intervals, required sample size, and change detection.

3.3 <u>Analysis with Computers or Programmable Calculators</u>. Many computer programs that perform a variety of computations and statistical analysis procedures are available. For more information, contact the Denver Service Center, Division of Resource Systems (D-470). Several statistical packages that use the Statistical Package for the Social Sciences (SPSSX) (Nie et al. 1975), STATPACK, and the Biomedical Computer Programs P-Series (BMDP) (Dixon 1977) are available in the Denver Service Center. Illustration 3 describes the advantages, disadvantages, and characteristics of each statistical package.

4.   <u>INTERPRETATION</u>.

To interpret is to explain or tell the meaning of something and present it in understandable terms. This includes interpreting individual data sets and examining their interrelationships. For example, cover and precipitation data must be interpreted individually, followed by an examination of the influence of precipitation on cover.

4.1 <u>Interpreting Study Data</u>. Five basic types of monitoring data are collected: actual use, estimated use, utilization, weather, and trend. Actual use, estimated use, utilization, and weather data are collected annually (or more frequently for weather data) to monitor short-term situations.

For instance, these short-term data may form the basis for a decision to implement new management practices if utilization mapping indicates that an area is receiving an unacceptable level of livestock use. New management practices may include a change in livestock distribution, a revised grazing system, range improvements, or adjustments in stocking rates. (For an example of interpreting short-term monitoring data, see Appendix 3.)

Trend studies indicate long-term trend. As trend data become available, the long-term trend effects of management actions may be more clearly assessed. Examples of local interpretations, interrelationships among long-term monitoring data, and management actions are found in Illustrations 4 and 5. Although the following discussions are by no means exhaustive, they are meant to encourage thorough, well-founded interpretations.

4.11 <u>Actual Use Data</u>. Interpretation of actual use data involving the number, kind and class of animal, and the period of use is fairly straight forward. Because of the general nature of actual use data, a certain amount of caution should be exercised when using these data.

**000349**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

COMPARISON OF THREE STATISTICAL PACKAGES - STATPACK,
SPSSX, AND BMDP - AVAILABLE ON THE HONEYWELL DPS/8

| CHARACTERISTIC | STATPACK | SPSSX | BMDP |
|---|---|---|---|
| Interactive | Yes | No | No |
| How to Access | Type "STPK" | (e.g.,) A363/SPSSXCC | (e.g.,)A363/BMDPCC |
| Quality of Manual | Poor | Good | Fair |
| Best Use of Package | Small, uncomplicated analyses | Most analyses, except the unusual | Unusual,complicated analyses |
| Type of Data Input | Interactive file with fixed or free format Free must have , or / as separators | File-fixed or 3 types of free format | File-fixed or 3 types of free format or FORTRAN subroutines |
| Will it accept non-numeric input? | No | Yes | No |
| Will it transform data? | Yes | Yes | Yes |
| Will it accept missing values or select only a subset of cases? | No | Yes | Yes |
| Maximum number of cases | 250 | Unlimited | Unlimited |
| Maximum number of variables | 15 | 500 | 500 |

**000350**

7

AN AID TO INTERPRETING LONG-TERM MONITORING DATA--AN EXAMPLE

| Trend | % Utilization | Precipitation % of Normal | Possible Cause of Trend | Further Analyze | Management Changes | Comments |
|-------|---------------|---------------------------|-------------------------|-----------------|--------------------|----------|
| Up | < 40 | >125 | a, d | 2, 3, 4 | #, d | |
| Up | < 40 | Normal | a, g | 2, 3, 4 | #, d | |
| Up | < 40 | <75 | a | 2, 3, 4 | #, d | |
| Up | 40 – 60 | >125 | a, d, g, i | 4 | n | primary obj. |
| Up | 40 – 60 | Normal | b, g, i | 4 | n | primary obj. |
| Up | 40 – 60 | <75 | b, g, i | 4 | n | primary obj. |
| Up | >60 | >125 | d, g | 2, 3, 4 | #, d | |
| Up | >60 | Normal | g | 1, 2, 3, 4 | #, d | |
| Up | >60 | <75 | l | 1, 2, 3, 4 | #, d | |
| NA* | < 40 | >125 | h, l | 1, 2, 3, 4 | #, d | |
| NA | <40 | Normal | h | 2, 3, 4 | #, d | |
| NA | <40 | <75 | b, f, g | 2, 3, 4 | #, d | |
| NA | 40 – 60 | >125 | c, h | 4 | n | acceptable |
| NA | 40 – 60 | Normal | k | 2, 4 | n | trend should be up |
| NA | 40 – 60 | <75 | b, f, g, i | 2, 4 | n | acceptable |
| NA | > 60 | >125 | c, h, j | 2, 3, 4 | #, d, s | acceptable |
| NA | > 60 | Normal | k | 2, 3, 4 | #, d, s | |
| NA | > 60 | <75 | g, l | 2, 3, 4 | #, d, s | |
| Down | < 40 | >125 | h, j, l | 1, 2, 3, 4 | s, d, k | |
| Down | ≤40 | Normal | h, j, l | 1, 2, 3, 4 | s, d, k | |
| Down | < 40 | <75 | f, h, j | 2, 3, 4 | n | |
| Down | 40 – 60 | >125 | h, j | 1, 2, 4 | s, d, k | |
| Down | 40 – 60 | Normal | h, j | 2, 4 | s, d, k | |
| Down | 40 – 60 | <75 | f, h | 2, 4 | s, d | |
| Down | >60 | >125 | c, h, j | 2, 3, 4 | #, s, d | |
| Down | >60 | Normal | c, h, j | 2, 3, 4 | #, s, d | |
| Down | >60 | <75 | c, f, h, j | 2, 3, 4 | #, s, d | |

*Not apparent

LEGEND

| Possible Cause in Trend | | Further Analyze | Management Changes |
|---|---|---|---|
| a. Low stocking rate | g. Good season of use mgt. | 1. Key area location | # #s of livestock - uniform distribution |
| b. Proper stocking rate | h. Poor season of use mgt. | 2. Utilization patterns | s season of use |
| c. High stocking rate | i. Good distribution | 3. Stocking rate | d distribution |
| d. Favorable weather | j. Poor distribution | 4. Season of use | k kind/class |
| e. Normal weather | k. Not apparent | | n no adjustments |
| f. Unfavorable weather | l. Contradiction in logic | | |

8

Illustration 4

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

000351

AN AID TO INTERPRETING MONITORING DATA--AN EXAMPLE
(SINGLE PASTURE BASIS)

| Evaluation Period | Livestock Distribution | Climate | Utilization Objectives | Trend Objectives | Condition Objectives | Management Actions |
|---|---|---|---|---|---|---|
| Interim | Good | Favorable | < AUL* | N/A | N/A | May indicate understocking. Adjust livestock numbers or period-of-use. |
| | Poor | Favorable | < AUL | N/A | N/A | Indicates poor distribution. Change distribution patterns through range improvements, salting, etc. |
| | Good | Unfavorable | > AUL | N/A | N/A | Indicates unfavorable climatic conditions. If conditions exist for more than 2 years, adjust livestock numbers or periods-of-use until climatic conditions and utilization are favorable. |
| | Good | Favorable | > AUL | N/A | N/A | May indicate overstocking. Adjust livestock numbers or periods-of-use. |
| Short-term and Long-term | Good | Favorable | < AUL | Met | Met | Indicates understocking. Adjust livestock numbers or period-of-use. |
| | Poor | Favorable | > AUL | Met | Met | Indicates poor distribution. Change distribution patterns through range improvements, salting, etc. |
| | Poor | Favorable | < AUL | Met | Met | Indicates poor distribution. Change distribution patterns. |
| | Good | Unfavorable | > AUL | Not Met | Not Met | Indicates unfavorable climatic conditions. If conditions exist for more than two years, adjust livestock numbers or periods-of-use until monitoring indicates conditions are more favorable. |
| | Good | Favorable | > AUL | Not Met | Not Met | May indicate overstocking. Adjust livestock numbers or periods-of-use. |
| | Good | Favorable | < AUL | Not Met | Not Met | Trend and condition objectives not being met, but for unknown reasons. Reevaluate monitoring procedures and/or intensify monitoring. |

* ALLOWABLE UTILIZATION LEVEL

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

Illustration 5

6

**000352**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

4.12 <u>Utilization Data</u>. Utilization is an important factor influencing changes in the soil, water, animal, and vegetation resources. The impact a specific intensity of use has on a plant species is highly variable depending on past and present use, period of use, duration of use, inter-specific competition, weather, availablility of soil moisture for regrowth, and how these factors interact. Utilization data can be used alone to determine when livestock should be moved within an allotment and to identify livestock distribution problems. In combination with actual use and climatic data, utilization measurements on key areas and utilization pattern mapping are useful for estimating proper stocking levels under current management. Utilization studies are helpful in identifying key and problem areas, and in identifying range improvements needed to improve livestock distribution.

a. <u>Weather Factors</u>. Weather conditions (amount, type, and distribution of precipitation, soil and air temperature, etc.) that affect production must be considered when evaluating utilization data. Similar stocking rates on the same pasture during the same season but in different years often yield vastly different utilization levels when large fluctuations in forage production occur. Forage production estimates can be used to adjust key species utilization figures to reflect more accurately the level of utilization that could be expected in a "normal" production year at the same stocking rate (Sneva and Hyder 1962a and b, Sneva 1977). (See Appendices 3 and 4.)

The type and amount of precipitation may influence perceptions of utilization. For example, hail may cause a severely grazed appearance, or deep snow may cause unusual utilization levels on taller species.

Climatic adjustment factors should be developed on a species-by-species basis. Application of adjustment factors to species other than those for which they were originally developed must be done judiciously. Different species may not produce similarly in response to the same climatic variations.

b. <u>Utilization Study Location</u>. Assess utilization data to ensure that study locations are/were located in key areas, reflect utilization in the grazing area, and preferably overlay any trend and weather studies.

c. <u>Utilization Methods</u> Analyze methods of acquiring util-ization data for accuracy, consistency, and appropriateness to the vegetation type. Utilization data acquired from utilization methods using cages should be checked to ensure that cages were moved at appropriate periods.

d. <u>Stage of Growth/Regrowth</u>. The phenological stage and amount of growth at the time of a utilization study affects utilization levels. Amounts of forage available early in the growing season will be less than the amount available late in the growing season. Therefore, a given stocking

**000353**

level applied in the spring will produce higher utilization than in the fall. Interpretation should include a thorough assessment of season/growth/use relationships.

     e. <u>Species Utilized</u>. Livestock often use species other than the key species. Assess utilization data for appropriateness of key species and non-key species.

     f. <u>Period of Use</u>. The time livestock, wildlife, wild horses, or wild burros use the range affects where and what species are utilized. Forage preference of livestock changes in relationship to the animals' physiological needs, available forage, palatability of forage species, and even weather patterns. Consider the interrelationships of these factors before determining stocking levels.

     g. <u>Kind/Class of Animal</u>. Consider the kind and class of animal when interpreting utilization patterns and levels. Generally speaking, grazing habits of kinds and classes of animals will differ in:

       - distances traveled to and from water
       - terrain traversed and grazed
       - forage preference
       - herding techniques (sheep/goats)

Consider utilization levels and patterns of wildlife also.

     h. <u>Physical and Biological Features</u>. Physical and biological features should be included in the interpretation of utilization data. The following physical features influence the intensity and patterns of vegetation utilization:

       - slope             - density of brush/trees
       - aspect          - absence of vegetation
       - topography     - height of vegetation
       - soil texture   - amount and distribution of water

     4.13 <u>Weather Data</u>. Normally in the monitoring program weather variables are sampled. Weather may be defined as the state of the atmosphere at a definite time and place with respect to precipitation, wind, temperature, relative humidity, evaporation, etc. Climate, on the other hand, is the average weather conditions of a place over a long period of time. Weather influences the daily fluctuation of resource production whereas climate establishes limiting factors for many plants and animals. Weather exerts a strong influence on vegetation growth, and in turn, there is a feedback influence of vegetation on microclimate. This feedback mechanism and the high variation of weather (i.e., temperature and precipitation) make interpreting vegetation/weather/climate associations difficult. Take extreme care when examining these associations to avoid confusion as to which climatic or

**000354**

11

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

weather elements are exerting the strongest influence on vegetation growth. Those interested in a more detailed examination of the bioclimate aspects of an ecosystem should consult Rosenberg (1974) and Oke (1978).

a. Extrapolation of Climate Studies. Because of the variability of climatic zones and plant tolerances, extrapolation of climatic data collected at one site should be applied to other sites only after careful comparison of site conditions. Comparisons should include, but are not limited to, short- and long-term precipitation and temperature patterns, vegetation composition and characteristics, and soil characteristics.

b. Climate Diagrams. Climate diagrams developed by Heinrich Walter (Walter 1979) can be used to represent climate stations graphically. These diagrams should be used for single-year and long-term average climate data. They are helpful aids in the evaluation of bioclimate controls.

(1) Climate Diagram Construction. Illustration 6 provides an example on how to construct climate diagrams.

(2) Climate Map. Placement of small climatic diagrams on a map for each climate station can be used to develop a general conception of the climatic types of the region. This map can be used to identify similar climatic sites or homoclimes.

(3) Climate Diagram Interpretation. Climatic diagrams can be used to identify relative arid or humid periods, duration and severity of a cold winter, and frost-free periods (Walter 1979). Periods of drought (precipitation curve less than temperature curve) or humidity (precipitation curve greater than temperature curve) indicate only relative periods in relation to the two variables and may not represent absolute conditions.

c. Precipitation. Throughout the Western United States, precipitation will generally be the limiting factor to plant growth. Local topography and microclimate conditions can mollify or exaggerate the role of precipitation as a limiting factor to growth. Close examination of site conditions is needed to confirm the precipitation aspects of an ecosystem.

(1) Precipitation Mapping or Averaging. Precipitation seldom falls uniformly over an area. In general, precipitation increases as elevation increases. Data derived from a precipitation station may be highly variable because of the station location and its relationship to storm paths, topographic features, or other regional anomalies. Several methods are available to estimate precipitation on areas where no data were collected (Wisler and Brater 1959).

(a) Arithmetic Mean. The simplest method is to compute the mean of the precipitation recorded at the gauges surrounding the area. If stations and rainfall are uniformly distributed over an area, the results of the arithmetic mean method are fairly accurate. Mountainous,

**000355**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

## CLIMATE DIAGRAM



Key to the climate diagram:  **A**, station;  **B**, height above sea level; **C**, number of years of observation (where two figures are given, the first indicates temperature and the second precipitation); **D**, mean annual temperature (in degrees Centigrade); **E**, mean annual precipitation (in millimeters); **F**, mean daily temperature minimum of the coldest month; **G**, absolute minimum temperature (lowest recorded); **H**, curve of mean monthly temperature (1 division = 10° C); **I**, curve of mean monthly precipitation (1 division = 20 mm); **J**, period of relative drought (dotted); **K**, corresponding relatively humid season (vertical shading); **L**, months with absolute minimum below 0° C (diagonally shaded)i.e., with either late or early frosts.

**000356**

semiarid regions, however, are usually typified by complex precipitation patterns. Consequently, sparse and sometimes unrepresentative locations of precipitation stations yield inaccurate results for the mountainous areas.

(b) Thiessen Method. In the Thiessen method, polygons are drawn around gauge locations by constructing perpendicular bisectors between each gauge location and its neighboring gauges. The area within a polygon is considered to have had precipitation similar to its gauge. (See Illustration 7.)

(c) Isohyetal Method. The Isohyetal method involves drawing contour lines of equal precipitation based on extrapolation of values between gauges, topographic features, and storm patterns. It is likely to be more accurate than other methods where elevation differences are more pronounced. (See Illustration 8.)

(2) Effective Precipitation. More important than total precipitation received at a site is the amount received during the effective period. Effective precipitation is dependent on soil factors, vegetation growth patterns, and recent climatic conditions (temperature, previous precipitation, etc.).

(3) Precipitation Type. The precipitation type may have considerable impact on the vegetation resource. Hail, for example, can cause severe impacts on herbaceous species and because of mechanical damage, can adversely impact woody species.

d. Ambient Air Temperature. Ambient air temperature will influence the rate at which photosynthesis proceeds, as well as the initiation and cessation of vegetation growth. Under certain conditions, topographic and edaphic features can cause temperature to replace precipitation as the limiting factor to plant growth.

(1) Measurement Considerations. The time and height of measurement must be considered when analyzing temperature data. Time of measurement may reflect diurnal or seasonal changes that can alter the importance of temperature as a limiting factor to vegetation growth. Height of measurement should be considered to interpret data adequately due to a wide vertical gradient in temperatures. Ambient air temperatures may appear to limit growth at a two-meter height but not at a two-centimeter height.

(2) Maximum, Minimum, and Average Daily Air Temperatures. Maximum, minimum, and average daily air temperatures can have a high association with plant growth. The importance of these temperatures generally extends over a short time period rather than having instantaneous significance, e.g., the initiation of plant growth when minimum daily temperature is above 4° C for 15 consecutive days.

000357

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

## THIESSEN POLYGONS



**000358**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

**ISOHYETS** (CONTOURS OF EQUAL RAINFALL)



**000359**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

(a) Dual Interpretation. Temperature measurements may reflect energetic and/or hydrologic conditions; consequently, care must be taken to properly interpret temperature effects. (For example, temperature may be identified as the factor initiating summer dormancy, when in fact a lack of moisture resulting in higher air temperatures is the key factor.)

(3) Frost. The occurrence of frost can affect the total aboveground net primary production and species composition of a site. The effect of frost is species dependent; temperatures may only need to approach zero ($^0$C) in some cases, whereas in other cases the temperatures may need to go well below zero ($^0$C) to affect a plant. The consistent occurrence (several years in a row) of an abnormally late spring frost, or the lack of a late spring frost where one normally occurs, will affect trend by increasing or restricting the number of possible species and aboveground net primary production for a site.

e. Wind. Wind influences a number of biological and physical factors in an ecosystem including evapotranspiration, growth form, standing crop, and vegetation distribution patterns. Wind conditions should be considered when selecting key areas, analyzing utilization data, or estimating standing crop.

(1) Wind Lodging and Breakage. Lodging or breakage of vegetation will reduce the standing crop and may give the appearance of livestock utilization. The movement of litter or recent dead material onto or out of a site by wind movement can affect the trend and cover values depending on the measurement methods used.

(2) Wind Patterns. High wind patterns will affect the distribution of livestock and wildlife, which in turn affects utilization patterns. The effects of wind patterns are seasonal and can influence animal distributions in opposite ways through the course of a year.

(a) Wind Rose. Wind patterns can be depicted and interpreted by constructing a wind rose for either daily, weekly, monthly, or annual wind patterns. A wind rose is constructed by placing arrows around a circle at the compass points from which the wind blew. The length of the arrow is proportional to the percent of time (for the specified time period) the wind blew from that direction. The value in the center of the circle is the percent of time the winds were calm. The number of compass points used is dependent on the user's needs. Generally, a minimum of eight compass points are used. (See Illustration 9.)

f. Soil Temperature. Soil temperatures play an important role in the germination and establishment of plant seedlings and the initiation of spring growth. As with air temperatures, soil temperatures must be analyzed in light of the time of measurement and the depth of measurement to interpret the data adequately.

**000360**

17

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

## *A WIND ROSE*



SCALE OF WIND PERCENTAGES

**000361**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

(1) Plotting Soil Temperature. Due to seasonal and diurnal fluctuations, soil temperatures should be plotted over time with each curve labeled as to depth of measurement.

(2) Maximum, Minimum, and Average Daily Soil Temperatures. Maximum, minimum, and average daily soil temperatures have a strong association with seedling germination and breaking of winter dormancy. The importance of these temperatures generally extends over a short time period rather than having instantaneous significance.

g. Other Climatic Factors. Climatic elements such as soil moisture, evapotranspiration rate, relative humidity, dew point temperature, and others can each influence vegetation growth depending on the conditions. Because of the interdependence of climatic elements, it is important to critically evaluate the assumed importance of an element so that significance can be attributed to the initial element itself and is not just a reflection of other factors.

h. Limiting Factors. Limiting factors to vegetation growth should be determined whenever possible to gain a clear understanding of the microclimate and/or mesoclimate.

4.14 Trend Data. Interpret changes in the kind, proportion, or amount of plant species on a site as trend in ecological status or resource value rating. Determination of trend is evidence as to whether or not present management is resulting in changes toward or away from management objectives for vegetation and/or soils. This determination includes assessment of the direction and degree of change, as well as what caused the change.

Many different types and amounts of study data are collected to monitor trend. (See Technical Reference 4400-4 for information on trend study techniques.) Therefore, no single "step-by-step" procedure for analyzing and interpreting trend data is recommended. The following suggested references are examples of techniques employed to analyze and interpret changes in range vegetation: Grieg-Smith (1964), Harniss and Murray (1973), Tueller and Blackburn (1974), Schmutz and Smith (1976), Tausch and Tueller (1977), Miller et al. (1980), and Anderson and Holte (1981).

a. Density. Density is the number of individuals or stems per unit area. Density measurements are best suited to vegetation that occurs as discrete stems, rosettes, or clumps. The vegetation attribute of density is difficult to sample and interpret for vegetation with indiscrete units (e.g., sod grasses) and is particularly tedious where large numbers of small individuals occur. Density data are particularly valuable in studying population dynamics (the changes that take place during the life of a population) and in making intraspecific comparisons when density data are recorded by age class. When used in conjunction with other types of data, density also provides information on spatial relations between individuals, species, and vigor of species (USDA, Forest Service 1959, Daubenmire 1968).

**000362**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

(1)  Density and Climatic Influence.  Density of a perennial species is minimally affected by yearly climatic fluctuations; this feature gives particular value to the use of density to assess vegetation change and its relationship to management actions.  Density of established plants provides one of the best measures of seedling establishment and survival.  Density of annuals is strongly correlated with climatic conditions, particularly those that affect germination and seedling survival.

(2)  Density and Vegetatively Reproducing Species.  Density is difficult to assess on species that reproduce vegetatively because of the indistinctness of individual plants.  For these species, density must be described as stems per unit area (e.g., 12,000 stems/acre).

b.  Frequency.  Frequency is the percentage of occurrence of a species in a series of samples of uniform size.  Frequency is a spatial property strongly reflecting the distribution and relative abundance of a species in a community.

Analyzed differences in rooted frequencies of individual species may be interpreted as changes in the number of established individuals or as changes in the basal size of the individuals.  Indications that individuals of the species did not significantly increase in size would signify that change in frequency is due to a variation in number of established individuals, and vice versa. Frequency changes may also be due to species entering or leaving the sampling area.  To be meaningful for interpretation of trend, the same plot size must have been utilized for successive readings, and frequency values should have fallen in a range of 20 to 80 percent for sampling sensitivity.  Although a detected change in frequency may not be directly correlated to a specific change in density, cover, or yield, it may be used as a "Red Flag" to indicate that a real change has occurred.  A limitation of frequency is that it cannot be interpreted to indicate a specific amount or the specific property of change in a species unless additional information is available (Society for Range Management 1983).

Frequency data may be compared by examining overlap of computed confidence intervals (See 3.2 [Lighter Side of Statistics]).  Tables of confidence intervals for sample sizes of 100 and 200 are presented in Illustrations 10 and 11, respectively.  These tables should only be used for gross interpretations. Statistically accurate confidence intervals must be calculated using specific values and confidence levels.

The size of the sampling unit (or frame) influences the probability that a species will be encountered in a frequency study.  The smaller the sampling unit, the less chance of a species occurring in it.  Likewise, the larger the sampling unit, the greater chance of a species occurring in it.  Heterogeneous communities require more sampling than homogeneous ones and sparse cover more than dense.  Changing plot size between readings invalidates direct data comparison .  Some situations may require use of different sampling frame sizes on the same transect due to large differences in abundance and

**000363**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

CONFIDENCE INTERVALS FOR BINOMIAL POPULATIONS--100 QUADRATS

Approximate 95% and 80% confidence intervals for percentage frequency observed for 100 quadrats.  Confidence intervals were calculated as:

$$\sqrt{\frac{pq}{100}} \quad t_{\alpha(2)99} \; ; \text{ where } t_{.95} = 1.98 \text{ and } t_{.80} = 1.29$$

| Freq. % | Conf. P=.95 % | Inter. P=.80 % | Freq. % | Conf. P=.95 % | Inter. P=.80 % | Freq. % | Conf. P=.95 % | Inter. P=.80 % | Freq. % | Conf. P=.95 % | Inter. P=.80 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0-4 | 0-2 | | | | | | | | | |
| 1 | 0-5 | 0-4 | 26 | 17-35 | 20-32 | 51 | 41-61 | 45-57 | 76 | 68-84 | 70-82 |
| 2 | 0-7 | 1-5 | 27 | 18-36 | 21-33 | 52 | 42-62 | 46-58 | 77 | 69-85 | 72-82 |
| 3 | 1-8 | 1-6 | 28 | 19-37 | 22-34 | 53 | 43-63 | 47-59 | 78 | 70-86 | 73-83 |
| 4 | 1-10 | 2-8 | 29 | 20-38 | 23-35 | 54 | 44-64 | 48-60 | 79 | 71-87 | 74-84 |
| 5 | 2-11 | 2-9 | 30 | 21-39 | 24-36 | 55 | 45-65 | 49-61 | 80 | 72-88 | 75-85 |
| 6 | 2-12 | 3-10 | 31 | 22-40 | 25-37 | 56 | 46-66 | 50-62 | 81 | 73-89 | 76-86 |
| 7 | 3-13 | 4-11 | 32 | 23-41 | 26-38 | 57 | 47-67 | 51-63 | 82 | 74-90 | 77-87 |
| 8 | 3-14 | 4-12 | 33 | 24-42 | 27-39 | 58 | 48-68 | 52-64 | 83 | 76-90 | 78-88 |
| 9 | 4-15 | 5-13 | 34 | 25-43 | 28-40 | 59 | 49-69 | 53-65 | 84 | 77-91 | 79-89 |
| 10 | 4-16 | 6-14 | 35 | 26-44 | 29-41 | 60 | 50-70 | 54-66 | 85 | 78-92 | 80-90 |
| 11 | 5-17 | 7-15 | 36 | 26-46 | 30-42 | 61 | 51-71 | 55-67 | 86 | 79-93 | 82-90 |
| 12 | 6-18 | 8-16 | 37 | 27-47 | 31-43 | 62 | 52-72 | 56-68 | 87 | 80-94 | 83-91 |
| 13 | 6-20 | 9-17 | 38 | 28-48 | 32-44 | 63 | 53-73 | 57-69 | 88 | 82-94 | 84-92 |
| 14 | 7-21 | 10-18 | 39 | 29-49 | 33-45 | 64 | 54-74 | 58-70 | 89 | 83-95 | 85-93 |
| 15 | 8-22 | 10-20 | 40 | 30-50 | 34-46 | 65 | 56-74 | 59-71 | 90 | 84-96 | 86-94 |
| 16 | 9-23 | 11-21 | 41 | 31-51 | 35-47 | 66 | 57-75 | 60-72 | 91 | 84-96 | 87-95 |
| 17 | 10-24 | 12-22 | 42 | 32-52 | 36-48 | 67 | 58-76 | 61-73 | 92 | 85-96 | 88-96 |
| 18 | 10-26 | 13-23 | 43 | 33-53 | 37-49 | 68 | 59-77 | 62-74 | 93 | 86-97 | 89-96 |
| 19 | 11-27 | 14-24 | 44 | 34-54 | 38-50 | 69 | 60-78 | 63-75 | 94 | 88-98 | 90-97 |
| 20 | 12-28 | 15-25 | 45 | 35-55 | 39-51 | 70 | 61-79 | 64-76 | 95 | 89-98 | 91-98 |
| 21 | 13-29 | 16-26 | 46 | 36-56 | 40-52 | 71 | 62-80 | 65-77 | 96 | 90-99 | 92-98 |
| 22 | 14-30 | 17-27 | 47 | 37-57 | 41-53 | 72 | 63-81 | 66-78 | 97 | 92-99 | 94-99 |
| 23 | 15-31 | 18-28 | 48 | 38-58 | 42-54 | 73 | 64-82 | 67-79 | 98 | 93-100 | 95-99 |
| 24 | 16-32 | 18-30 | 49 | 39-59 | 43-55 | 74 | 65-83 | 68-80 | 99 | 95-100 | 96-100 |
| 25 | 16-34 | 19-31 | 50 | 40-60 | 44-56 | 75 | 66-84 | 69-81 | 100 | 96-100 | 98-100 |

Values for frequencies 0-9% and 91-100% are "exact" binomials according to Owen (1962).

**000364**

21

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

## CONFIDENCE INTERVALS FOR BINOMIAL POPULATIONS--200 QUADRATS

Approximate 95% and 80% confidence intervals for percentage frequency observed for 200 quadrats (binomial distribution).  Confidence intervals were calculated as:

$$\sqrt{\frac{pq}{200}} \ t_{\alpha(2)199} \ ; \ \text{where} \ t_{.95} = 1.97 \ \text{and} \ t_{.80} = 1.29$$

| Freq. % | Conf. P=.95 % | Inter. P=.80 % | Freq. % | Conf. P=.95 % | Inter. P=.80 % | Freq. % | Conf. P=.95 % | Inter. P=.80 % | Freq. % | Conf. P=.95 % | Inter. P=.80 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0-3 | 0-2 |  |  |  |  |  |  |  |  |  |
| 1 | 0-4 | 0-3 | 26 | 20-32 | 22-30 | 51 | 44-58 | 46-56 | 76 | 70-82 | 72-80 |
| 2 | 0-5 | 0-4 | 27 | 21-33 | 23-31 | 52 | 45-59 | 47-57 | 77 | 71-83 | 73-81 |
| 3 | 0-6 | 1-5 | 28 | 22-34 | 24-32 | 53 | 46-60 | 48-58 | 78 | 72-84 | 74-82 |
| 4 | 1-7 | 2-6 | 29 | 23-35 | 25-33 | 54 | 47-61 | 49-59 | 79 | 73-85 | 75-83 |
| 5 | 2-9 | 3-7 | 30 | 24-36 | 26-34 | 55 | 48-62 | 50-60 | 80 | 74-86 | 76-84 |
| 6 | 2-10 | 4-8 | 31 | 25-37 | 27-35 | 56 | 49-63 | 51-61 | 81 | 76-86 | 77-85 |
| 7 | 3-11 | 5-9 | 32 | 26-38 | 28-36 | 57 | 50-64 | 52-62 | 82 | 77-87 | 78-86 |
| 8 | 4-12 | 5-11 | 33 | 26-40 | 29-37 | 58 | 51-65 | 53-63 | 83 | 78-88 | 80-86 |
| 9 | 5-13 | 6-12 | 34 | 27-41 | 30-38 | 59 | 52-66 | 55-63 | 84 | 79-89 | 81-87 |
| 10 | 6-14 | 7-13 | 35 | 28-42 | 31-39 | 60 | 53-67 | 56-64 | 85 | 80-90 | 82-88 |
| 11 | 7-15 | 8-14 | 36 | 29-43 | 32-40 | 61 | 54-68 | 57-65 | 86 | 81-91 | 83-89 |
| 12 | 7-17 | 9-15 | 37 | 30-44 | 33-41 | 62 | 55-69 | 58-66 | 87 | 82-92 | 84-90 |
| 13 | 8-18 | 10-16 | 38 | 31-45 | 34-42 | 63 | 56-70 | 59-67 | 88 | 83-93 | 85-91 |
| 14 | 9-19 | 11-17 | 39 | 32-46 | 35-43 | 64 | 57-71 | 60-68 | 89 | 85-93 | 86-92 |
| 15 | 10-20 | 12-18 | 40 | 33-47 | 36-44 | 65 | 58-72 | 61-69 | 90 | 86-94 | 87-93 |
| 16 | 11-21 | 13-19 | 41 | 34-48 | 37-45 | 66 | 59-73 | 62-70 | 91 | 87-95 | 88-94 |
| 17 | 12-22 | 14-20 | 42 | 35-49 | 37-47 | 67 | 60-74 | 63-71 | 92 | 88-96 | 89-95 |
| 18 | 13-23 | 14-22 | 43 | 36-50 | 38-48 | 68 | 62-74 | 64-72 | 93 | 89-97 | 91-95 |
| 19 | 14-24 | 15-23 | 44 | 37-51 | 39-49 | 69 | 63-75 | 65-73 | 94 | 90-98 | 92-96 |
| 20 | 14-26 | 16-24 | 45 | 38-52 | 40-50 | 70 | 64-76 | 66-74 | 95 | 91-98 | 93-97 |
| 21 | 15-27 | 17-25 | 46 | 39-53 | 41-51 | 71 | 65-77 | 67-75 | 96 | 93-99 | 94-98 |
| 22 | 16-28 | 18-26 | 47 | 40-54 | 42-52 | 72 | 66-78 | 68-76 | 97 | 94-100 | 95-99 |
| 23 | 17-29 | 19-27 | 48 | 41-55 | 43-53 | 73 | 67-79 | 69-77 | 98 | 95-100 | 96-100 |
| 24 | 18-30 | 20-28 | 49 | 42-56 | 44-54 | 74 | 68-80 | 70-78 | 99 | 96-100 | 97-100 |
| 25 | 19-31 | 21-29 | 50 | 43-57 | 45-55 | 75 | 69-81 | 71-79 | 100 | 97-100 | 98-100 |

Values for frequencies 0-9% and 91-100% are "exact" binomials, and were calculated according to Steel and Torrie (1960).

**000365**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

distribution of species (Hyder et al. 1965, Tueller et al. 1972, and Mueller-Dombois 1974). Under these circumstances, the evaluator should be cautious of direct comparisons among species. An alternative is to redesign the trend technique and use different plot sizes in a nested configuration. The summed frequencies of the nested plots may be useful in detecting vegetation changes (Smith 1982).

c. Vegetation Cover. Cover is the percentage of ground surface covered by vegetation. The type of cover should be specified as canopy, foliar, basal area, or point cover. Informative discussions of cover are found in "Techniques and Methods of Measuring Understory Vegetation" (USDA, Forest Service 1959) and "Plant Communities" (Daubenmire 1968).

(1) Canopy Cover. Canopy cover reflects that part of two-dimensional space over which a plant exerts an influence and provides a relative index of a species' ecological dominance. It is the percentage of ground covered by a downward vertical projection of the outermost perimeter of the natural spread plant foliage. Canopy cover includes small openings in the canopy and should be higher than basal area cover and foliar cover.

(2) Foliar Cover. Foliar cover is the percentage of ground covered by a downward vertical projection of the aerial portion of plants; small openings in the canopy are excluded. Foliar cover may also be viewed as the sum of shadows that would be cast if a light source were placed directly over a plant. Foliar cover is a particularly useful value where interception of precipitation and other aspects regarding watershed are considered; it also allows for comparisons among all life forms.

(3) Basal Area Cover. Basal area is the area of ground surface occupied by the stem or stems of a plant, generally measured at 1 inch above soil level.

(4) Point Cover. Point cover (sometimes called point frequency) can be converted to an unbiased estimate of cover, provided that the point is very sharp, i.e., dimensionless. Use of a theoretically dimensionless point represents the ultimate reduction in quadrat size. The theory of point sampling is that if an infinite number of points were placed over an area, the cover of an object could be determined by computing the percentage of points covering the object (Evans and Love 1957, Pieper 1978). For sampling vegetation, point cover must use the principles discussed in basal, canopy, or foliar cover.

(5) Canopy or Foliar vs. Basal Area Cover. When monitoring shrub species, canopy or foliar cover data may be more meaningful than basal area cover data. The basal area or mainstem of a woody plant is subject to change in one direction only--to increase in size (or remain constant). The basal area/unit area of a woody species will decrease only when plants die. A decline will not be evident with basal area data until

**000366**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

mortality occurs and the stem disappears.  While canopy or foliar cover is
also an index of plant vigor, it periodically fluctuates because of variations
in climatic conditions and foraging use.  This is especially pronounced in
herbaceous species where it is often preferable to use basal area cover.
Basal cover is not noticeably affected by differences in phenological stage,
current grazing use, and yearly fluctuations in production.

       (6)  _Superimposed Canopies_.  Superimposed plant canopies
are common in many communities; therefore, the sum of all cover values can
theoretically exceed 100 percent.  This sum can provide a comparative index of
site productivity.  The sum of basal area cover estimates cannot exceed 100
percent.  Often combinations of canopy (or foliar) cover and basal area cover
are used in sampling methods because plant communities rarely consist of only
one plant form.  Total cover in some communities tells very little about
condition because increasers and invaders often replace decreasers.  When
determining trend, it is more informative to examine changes in cover and of
composition of individual species (particularly key species) rather than total
cover.

       (7)  _Determining Bare Ground from Cover Data_.  Cover data
are usually gathered with methods that estimate or measure superimposed vegeta-
tion layers.  Merely subtracting total cover from 100 percent to determine
percent bare ground underestimates the true amount of bare ground.  It is more
accurate to estimate or measure bare ground directly in the field if this type
of data is desired.

       d.  _Production_.  Production data are collected on a weight
basis.  Weight is a meaningful expression of productivity of a plant community
or an individual species.  Weight data have a direct relationship to feed units
for grazing animals and thus are valuable in determining stocking rates (United
States Department of Agriculture, Soil Conservation Service 1976).  Because
the total herbage yields do not necessarily reflect changes in condition,
production of individual species should be examined when interpreting trend.
Composition by weight is used in conjunction with Range Site Guides to deter-
mine condition.

Because of seasonal and annual variations in climatic conditions, annual
herbage yields fluctuate considerably.  Interpretation of the effect of
climate on production is invaluable for trend analysis (Sneva and Hyder 1962a
and b).  Gradual changes (or no change) in range productivity may be obscured
by seasonal and annual fluctuations.

       e.  _Composition_.  Composition is the proportion or relative
abundance of species in the community.  Species composition is a primary means
of describing successional stages, seral communities, or condition classes.
It reflects the status of a species relative to the total community.

000367

24

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

Composition is an interpretive item derived from absolute data. In fact, the terms "relative cover," "relative density," or "relative production" are preferred because they qualify or more aptly describe what was sampled and the relationship of one species to the group. Do not use the terms "relative frequency" or "composition by frequency."

Basing land use decisions on composition alone can be hazardous, especially in trend studies. Figure 1 hypothetically demonstrates a possible analytical error, associated with composition, that may occur in an inventory or monitoring effort.

| Species | YEAR 1 | | YEAR 4 | |
|---------|--------|--------|--------|--------|
| Code | Lbs/acre | % Comp. | Lbs/acre | % Comp. |
| SPCR | 100 | 25% | 100 | 20% |
| BOER | 100 | 25% | 125 | 25% |
| SCBR | 100 | 25% | 100 | 20% |
| PPFF | 100 | 25% | 100 | 20% |
| XASA | 0 | 0% | 75 | 15% |

Figure 1.  Comparison of absolute and composition data
for one site over time.

Absolute production data (lbs/ac) indicates no change over time for SPCR, SCBR or PPFF but shows an increase for BOER and XASA. However, composition shows a decrease for SPCR, SCBR, PPFF; an increase for XASA; and the same composition for BOER. A decision based solely on key species composition might be wrong. In this case the analysis should concentrate on the increase of XASA and BOER. This same problem may occur in an inventory effort when estimates of composition are not supplemented with absolute data (e.g., lbs/ac.).

    f.  Vigor.  Vigor refers to the relative size and health of an individual. Criteria used to evaluate vigor include: plant height; presence or absence of dead portions of the plant; number of reproductive structures (buds, inflorescences, etc.); length of seedstalks or leaders; production; size of leaves; and color (Daubenmire 1968). Based on physiological requirements of forage plants (Blaisdell and Pechanec 1949, Pond 1960, Mueggler 1972 and 1975), monitoring plant vigor in response to various intensities of grazing and competition is beneficial to the development of grazing systems .

The tendency towards ecotypic specialization on different sites may complicate the evaluation of whether vigor ratings are an expression of genetic variability or direct environmental influences such as soil depth, soil chemistry, and available soil moisture. Species vigor commonly varies independently on the

**000368**

same site at different stages of succession--and herein lies the practical value of the concept of vigor in trend studies. Some ecologists believe that vigor as compared to other analytical techniques can provide the earliest indication of trend (Daubenmire 1968, Bjugstad and Whitman 1970).

      g. _Reproduction, Age Class, and Form Class_. Analysis of reproduction, age class, and form class is useful in trend and succession studies. It is useful in determining whether and how the status of a species in a community is changing.

      (1) _Reproduction_. Presence or absence of established seedlings is an indication of the degree of successful reproduction. For instance, absence of seedlings or young plants of a sexually reproducing species indicates poor reproduction success. (This condition would not be significant for those species that reproduce primarily by vegetative means.) Although production and cover estimates of a sexually reproducing species may be constant for many years, eventually the mature plants will grow old and die. If no replacement occurs, the species will begin to decline on that site.

The causes of successful reproduction or a lack of successful reproduction are complex. Nonbiotic factors, in particular climatic factors, strongly influence formation of viable seed, germination of seeds, and establishment of seedlings. Mortality among seedlings, particularly seedlings of perennial plants, is very high. At most, only a few individuals of each seed crop can be expected to reach reproductive age. The combination of prolific viable seed production and proper germination conditions can lead to an abundance of seedlings that may never reach maturity. It may be more appropriate to consider young established plants, rather than seedlings, as indicators of successful reproduction.

      (2) _Age Class_. Population dynamics are complex; many variables interact to affect the balance between addition of new plants and mortality. The interpretation of the distribution of age classes (the proportions of various age groups present) can furnish evidence as to the dynamic successional status vegetation. If the rate of addition for a species exceeds mortality over a period of time, its density will increase and vice versa. An understanding of the autecology of the species is essential for critical interpretations of the data (Daubenmire 1968).

      (3) _Form Class_. Form classes that reflect the degree of hedging (the effects of use during a previous year or a succession of previous years) and the availability of browse are particularly useful in vegetation analysis. The degree of hedging that will maintain browse plants in a productive condition will vary. Interpretation of these data requires considerable knowledge of the biology of the plant species and its response to browsing and other environmental factors (New Mexico Department of Game and Fish, USDA-Forest Service, USDI-Bureau of Land Management).

**000369**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

h. <u>Litter</u>. Litter influences the microclimate, vegetation, and soil of a site. For example, litter layers reduce evaporation, affect penetration of rain water, retard surface runoff, prevent raindrop splash erosion, modify soil temperature, and reduce the range of extremes of temperature and the rate of variation (Branson et al. 1981). The effect on temperature in turn affects viability and germination of seeds and survival of seedlings. Decay of litter also affects soil fertility and soil structure. Too much litter may stifle production. Whether or not increasing litter is an indication of trend is specific to the individual region and site.

(1) <u>Factors Which Affect the Amount of Litter</u>. The rate of litter accumulation is influenced by plant species, variations in production, levels of forage utilization, climatic factors, frequency of fires, and rate of litter decay (Williams and Gray 1974, Whitford et al. 1982).

(a) Variations in production from year to year can affect litter accumulation. For instance, voluminous production of annuals one year may create abundant nonpersistent litter, while the next year may be especially dry with very low herbage production, and therefore, low litter accumulation. These data considered alone would falsely indicate a negative trend.

(b) Different intensities of utilization directly affect the amount of material that becomes litter. Because utilization removes plant materials that would eventually become litter, data collection periods should be planned to occur at similar points in a grazing scheme. For instance, if a pasture received heavy utilization prior to data collection, litter estimates would probably be lower than had the data been collected after a rest period. The evaluator should consider trend indications from litter in conjunction with both actual use and utilization data.

(c) Abiotic events also affect the amount of litter present. The occurrence of fire on a study site will virtually remove all litter and may give an erroneous impression of negative trend to the casual observer. Evidence of events that affect litter accumulation, such as fire, intense thunderstorms, hail, and strong winds, should have been noted at the time of data collection.

(2) <u>Recording Current Year's Growth</u>. Data collection is often complicated by the presence of annuals that are live plants early in the season, only to become litter later in the season. Interpretation of litter data must assess whether observers consistently recorded such species as either plants or as litter within the span of one growing season. For example, recording cheatgrass as cheatgrass in June and recording the same plant as litter in August invalidates comparison of these two data sets. Data may be recorded for both as long as litter and species data are documented and recorded as separate entries.

**000370**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

4.2  Effects of Other Biological Agents (excluding big game and livestock).
Concentrations of insects, rodents, smuts, rusts, etc., can have substantial
influence on vegetation.  Note abnormal concentrations of these agents during
field examinations and subsequently consider during interpretation and evalua-
tion.  Their effects on trend and/or utilization may be either positive or
negative depending on the resource value affected.  For example, concentra-
tions of the sagebrush defoliator, Aroga websteri Clarke, in sagebrush/
bunchgrass communities may be harmful in terms of trend for wintering deer but
may favor forage production for livestock.  Histories of many of these agents
indicate that outbreaks are relatively short-lived and that populations
fluctuate rapidly depending on climate, food supply, and other habitat require-
ments.  Absence of animals that act as seed disseminators, such as rodents and
birds, is also important and should be noted.

County extension agents, Animal and Plant Health Inspection Service (APHIS),
local universities, etc., may be consulted to ascertain impacts and relation-
ships to other monitoring data.

4.3  Nonbiotic Factors Affecting Plant Communities.  Nonbiotic factors
that affect trend include fire, mechanical, or chemical factors.  Each has a
different kind and intensity of impact on the species affected.  All three
factors radically change the competitive interactions among species by selec-
tively favoring some species and suppressing or eliminating others.  Consider
these impacts when interpreting trend data from communities affected by any of
these factors.

5.  EVALUATION.

An evaluation is the examination and judgment concerning the worth, qual-
ity, significance, amount, degree, or condition of something.  The evaluation
of monitoring data should provide an objective assessment of all available
information concerning a specific area and its management.  The goal is to
determine whether satisfactory progress is being made toward meeting manage-
ment objectives, and if not, what actions are necessary to correct the
situation.  Since the kinds of objectives and available monitoring methods
vary from office to office, no standard set of criteria or format for the
evaluation process is prescribed.

Sections 5.1 through 5.9 describe the general sequence of events that occur
during a formal evaluation.  As a preview, these events include:

- Assemble and review important documents (5.1).
- Establish coordination requirements (5.2).
- Display monitoring and other data (5.3).
- Analyze the data (5.4).
- Review management actions and other factors (5.5).
- Interpret the data (5.6).
- Evaluate the data (5.7).
- Review management objectives (5.8).
- Evaluate progress in meeting management objectives (5.9).

**000371**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

5.1  Assemble and Review Pertinent Documents.  Prior to conducting an evaluation, assemble and review documents pertaining to the allotment (or geographic area) being evaluated.  These documents provide information on objectives (general and specific), monitoring techniques, historical use, management actions, anticipated effects, etc.  They will also be useful for determining coordination requirements.  Illustration 12 provides a checklist of documents that should be reviewed prior to conducting an evaluation.  The checklist should be supplemented as necessary to meet local needs.

5.2  Establish Coordination Requirements.  A formal evaluation on any given management area must be designed to allow evaluation of the effects of consumptive uses present on the area (livestock grazing, wild horses, wild-life, etc.)  This requires a high level of interdisciplinary coordination to ensure that multiple use principles are considered and to allow all interested and affected parties to participate in a meaningful manner.  Documentation of participants is recommended.  Illustration 13 describes some of the potential participants of an interdisciplinary evaluation and may be used as a check-list.  Most evaluations will not involve this many participants.

5.3  Display Monitoring and Other Data.  Summarize data collected from baseline inventories (ecological site), monitoring studies, supplemental studies, and other sources.  Keep in mind the need to display the data in an understandable manner for easy reference by BLM personnel, permittees, lessees, other rangeland users, and affected interests.

5.4  Analyze the Data.  Perform all necessary calculations of data and complete needed analysis of interrelationships.

5.5  Review Management Actions and Other Factors.  Review grazing manage-ment actions that have been implemented to achieve specific management objec-tives.  Specifically, what objectives were the actions expected to achieve, and how?  What was the time frame?  How were the actions expected to change the resources?

Determine if any changes in the management actions occurred after initiation of the monitoring studies or if new actions were implemented.  Document how these changes affected utilization patterns, levels of grazing use, season-of-use, etc.  Determine and document how changes in grazing management actions may have affected a change in the resources as detected by the monitoring studies.

Review and document factors other than the influences of management that caused a change in resource production and condition.  These may include: climate, insects, rabbits, and other biological influences.

5.6  Interpret the Data.  In some cases, the interpretation of data may be straightforward, while in others it may be complex, involving the consideration of numerous variables.  In either case, the ultimate analyses, interpretation,

**000372**

29

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

# EVALUATION INFORMATION CHECKLIST

**PLANS**

- ☐ *Land Use Plan*
- ☐ *Monitoring Plan*
- ☐ *AMP*
- ☐ *CRMP*
- ☐ *HMP*
- ☐ *HMAP*
- ☐ *Watershed*
- ☐ *Other* _____
- ☐ *SCS/FS Cooperative Plan*

**MONITORING FILES/DATA**

- ☐ *Actual Use*

   *Estimated Utilization*
   - ☐ *Livestock*
   - ☐ *Wildlife*
   - ☐ *Wild Horses*
   - ☐ *Wild Burros*
   - ☐ *Other Biological Agents*
- ☐ *Weather/Climate*
- ☐ *Trend*
- ☐ *Photography*
- ☐ *Other* _____

- ☐ *Operator Case File*
- ☐ *Historical Case Files*
- ☐ *Project Files*

- ☐ *BLM Manuals/Handbooks*
- ☐ *BLM Technical References*
- ☐ *Field Notes*

- ☐ *ES/EIS*
- ☐ *EAs*
- ☐ *Range Program Summary (RPS)*

**INVENTORY DATA/MAPS**
- ☐ *Soils*
- ☐ *Vegetation*
- ☐ *Range Site Guides*

- ☐ *Special Studies*

**OTHER MAPS**
- ☐ *Historical*
- ☐ *GIS*

- ☐ *ADP*
- ☐ *Advisory Board/Council Minutes*

- ☐ *Textbooks (e.g. flora, range management)*
- ☐ _____
- ☐ _____ **000373**

30

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

# COORDINATION/CONSULTATION CHECKLIST

☐ Range Conservationist  ☐ Previous Office Employee

☐ Wildlife Biologist  ☐ Allottee/Permittee/Leasee

☐ Soil Scientist/Watershed Specialist  ☐ Lien Holders

☐ Wilderness Specialist  ☐ Advisory Board/Council Members

☐ Hydrologist  ☐ Consultants/Attorneys

☐ Wild Horse & Burro Specialist  ☐ State Land Office

☐ Forester  ☐ Other Federal

☐ Geologist/Mining Engineer    _ SCS        _ BOR

☐ Planning Coordinator        _ USFS       _ BIA

☐ Environmental Coordinator   _ FWS        _ DOD

☐ Recreation Specialist  ☐ State/Private Universities

☐ Fire Management Officer/Ecologist  ☐ Extension Agents

☐ Archeologist  ☐ State Game & Fish

**000374**

31

and subsequent conclusions are often based on professional judgment. Consult the previous sections of this technical reference for ideas and factors to consider in the interpretation process.

Account for interrelationships between the factors that may have attributed to success or failure of grazing management actions in meeting the objectives. Document conclusions with supportive explanations.

   5.7  Evaluate the Data.  Evaluate monitoring data for consistency, reliability, strong points, weak points, completeness, and accuracy.  If monitoring data are inadequate, the entire evaluation process becomes inadequate. Evaluators must document all inadequacies and recommend changes in monitoring techniques or procedures that will resolve the inadequacies.

   5.8  Review Management Objectives.  The following guidance on management objectives is included in this reference document to remind the reader of the importance of meaningful objectives in land-use planning, monitoring, evaluation of monitoring data, and subsequent decision making.  Interdisciplinary input into the formulation or modification of objectives is essential.  Appropriate input by the lessee, permittee, fish and game agency, and others is of equal importance.

In order for management actions to be monitored and progress to be evaluated, the objectives must address measurable attributes of vegetation.  The objective to "increase ground cover" does not tell the manager specifically what is expected to be accomplished.  Nor does it tell the attribute that needs to be monitored.  Compare that objective with "to increase basal cover of bluebunch wheatgrass from 2 percent to at least 5 percent by 1990."

It is also important that management objectives be stated in terms that are reasonably attainable relative to the target itself and the time period over which it is to be attained.  For instance, the objective "to increase basal cover of bluebunch wheatgrass from 16 percent to 30 percent by 1995 (in 10 years)," is not attainable because the site may not be capable of supporting a 30 percent basal cover of wheatgrass and unrealistic because of the amount of change expected in a relatively short time period.  This objective should be restated in more practicable terms, such as "to increase basal cover of bluebunch wheatgrass from 16 percent to 20 percent by 1995 (in 10 years)."

In some cases, detection of a trend toward the desired value may be sufficient to justify continuation of the management practice being evaluated, especially on poor condition ranges where vegetation objectives will be attainable only in the long-term.  In these cases, intermediate objectives may be useful in evaluating the progress.

An important step in any evaluation is to develop a complete and consistent summary of all the management objectives applicable to the management area being evaluated.  Extract objectives from activity plans, land use plans, or

**000375**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

monitoring plans.  In cases where several consumptive uses are present in an area, the evaluation process must address them all, and criteria for adjusting or modifying the uses must be coordinated accordingly.

Regardless of the long-term goals and objectives for the management area, evaluation of grazing effects over the short term (5-year) is usually based on utilization data and their correlation with known or estimated grazing use levels.  Some aspects of trend may be discernible over this short time span under ideal conditions.  Trend data generally do not lend themselves to the quantification necessary to adjust stocking levels or other aspects of grazing use in the short term.  Therefore, evaluate activity plans dealing with consumptive uses of vegetation on whether they contain objectives addressing target utilization levels for key forage and browse species.

5.9  Evaluate Progress in Meeting Management Objectives.  Determine if management objectives have been met or if adequate progress toward achieving them has occurred.

5.91  Management Objectives Met.  If a management objective has been met, a decision should be made as to whether present management may continue or new management should be implemented.  It may be necessary to define a new objective.

Make recommendations on whether or not monitoring studies should be continued.  When the evaluation shows that management objectives are being met and no immediate adjustments in grazing management appear necessary, it may be desirable to lengthen the interval between studies.

5.92  Adequate Progress Toward Objectives.  If progress toward an objective is adequate, a decision may be made to continue present management.  If so, a new objective does not need to be defined.

5.93  Inadequate Progress Toward Objectives.  If a management objective has not been met and progress toward achieving it is not satisfactory, a change in management may be needed.  Document the reasons why the desired change or direction toward the objective have not occurred.  Recommend changes in management that are needed to meet the objectives.  In some instances, biological or climatic situations may have contributed to the lack of progress.  In other cases, additional studies and/or time may be needed to collect an adequate amount of data on the effectiveness of management.  Conclusions on these situations should be well documented.

5.94  Management Objectives Need Redefining.  Through the evaluation process, it may become apparent that management objectives need redefining, particularly if they are too general or are not reasonably attainable.

**000376**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

6. <u>SUMMARIZE FINDINGS AND MAKE RECOMMENDATIONS.</u>

Complete and thorough documentation of the findings of a formal analysis, interpretation, and evaluation process is critical, especially since monitoring data will be the basis for most management actions. Thorough documentation will also provide future range managers a historical account and rationale for many management actions that may be questioned in the future.

The formal evaluation must include concise management recommendations (if any) as well as recommendations on changing monitoring techniques, management objectives, key areas, or key species. The authorized officer is ultimately responsible for implementing any recommendations and, therefore, he/she requires thorough documentation for making sound decisions. Illustration 14 is an example of an outline that might be used for documenting an evaluation. Each Field Office should establish a <u>basic</u> outline for guiding an evaluation. Appendix 5 illustrates a completed evaluation following the outline shown in Illustration 14.

**000377**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

OUTLINE--EVALUATION SUMMARY

I. <u>Name and Number of Allotment</u> - user's name(s).

II. <u>Livestock Use</u>

    A. Total preference, allowable use, suspended preference, voluntary nonuse by user.

    B. Season(s) of use - list dates.

    C. Kind and class of livestock use.

    D. Percent public land and any appropriate statements on use of private or state lands in allotment.

    E. Other - (changes in livestock use during period of evaluation) etc.

III. <u>Allotment Profile</u> (if needed by the area manager).

    A. Briefly describe the allotment.

    B. Acreage (Federal, State, Private).

    C. Objectives (list numerically).

    D. Key species (list by species).

    E. Grazing system - describe number of pastures, type system, etc.)

        1. When implemented.

        2. Has it been followed - if not describe deviations, when they occurred and why.

IV. <u>Management Evaluation</u>

    A. Give the purpose of the evaluation (determine stocking rate, evaluate operation of system, both, or ?).

    B. Summary of Studies Data (<u>use Illustration 1, TR4400-7</u>) and other supplementary tables and charts as necessary).

        1. Actual use - indicate if use was made by pairs, or yearlings etc. to indicate significant differences in forage consumption. List use by AUMs by season and total for each year.

**000378**

35

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

2.  Precipitation - indicate what and how many data sources are
    quoted.  Show crop year, and if desired, growing season (April
    through October) precipitation for each year.  It is important
    to also include the long term mean precipitation for the same
    periods to be able to assess the "normality" of the year or
    period.  A simple table is preferred to a narrative.

3.  Utilization - indicate the number of locations sampled, the
    total number of samples taken, and whether samples were taken at
    the same time and location in each pasture.  Was utilization
    mapped?  Are there areas of overuse or little use?  If so, what
    are the sizes of these areas?  What was the stage of plant
    growth when sampling was done?  Is regrowth a consideration?
    Mention any data you have on other important forage plants which
    contribute to production but weren't sampled (i.e., percent
    comp. etc.).  Indicate any significant presence and effect of
    other biological agents--insects, rodents, smut, rust, etc.  It
    is important to indicate if utilization reflects total growing
    season use or not and to what extent big game use is a factor in
    total utilization figures.

V.  Conclusions - List the number of each objective cited in III.C. and
    discuss each as appropriate.  Are objectives reasonable and measurable?
    Are objectives met or being met?  Summarize your conclusions based on
    your analysis of the studies data.  Identify proposals for resolving
    problems identified.  Include needed changes in key species, stocking
    rate, objectives, grazing system, studies, etc.  Your conclusions and
    proposed recommendations should be discussed with the area manager for
    his input prior to consultation with the user and others.  (Write out
    your proposed recommendation(s) including rationale for each and attach
    to this summary for the area manager's review and use during your
    discussion).

VI.  Consultation - Describe consultation with the use, DOW and others to
     discuss the studies data and conclusions.  Indicate the results of this
     consultation including any recommendations made by others.

VII.  Recommendation - Give your final recommendation as to the alternative
      which should be adopted.

**000379**

## GLOSSARY OF TERMS

-A-

<u>actual use</u>:  a report of actual livestock grazing use certified to be accurate by the permittee or lessee.  (See 43 CFR 4100.0-5.)  Actual use may be expressed in terms of animal unit months or animal months.

<u>allotment</u>:  an area of land designated and managed for grazing of livestock. (See 43 CFR 4100.0-5.)  Such an area may include intermingled private, State, or Federal lands used for grazing in conjunction with the public lands.

<u>allotment management plan (AMP)</u>:  a documented program which applies to livestock grazing on public lands, prepared in consultation, cooperation, and coordination with the permittee(s), lessee(s), or other involved affected interests.

<u>analysis</u>:  (1) a detailed examination of anything complex in order to under-stand its nature or determine its essential features; or (2) a separating or breaking up of any whole into its component parts for the purpose of examining their nature, function, relationship, etc.  (A rangeland analysis includes an examination of both biotic (plants, animals, etc.) and abiotic (soils, topography, etc.) attributes of the rangeland.

<u>animal month</u>:  a month's tenure upon the rangeland by one animal.  Animal month is not synonymous with animal unit month.

<u>animal unit month (AUM)</u>:  the amount of forage necessary for the sustenance of one cow or its equivalent for a period of one month.  (See 43 CFR 4100.0-5.)

<u>available forage</u>:  that portion of the forage production that is accessible for use by a specified kind or class of grazing animal.

-B-

<u>bare ground</u>:  all land surface not covered by vegetation, rock fragment, bedrock, or litter.

<u>basal area</u>:  the cross sectional area of the stems or stems of a plant or of all plants in a stand.  Herbaceous and small woody plants are measured at or near ground level; large woody plants are measured at breast or other designated height.  Basal area is synonomous with basal cover.

<u>basal cover</u>:  (see basal area.)

<u>boulder</u>:  descriptive term applied to rock fragment ground cover where the longest dimension measures over 24 inches.

<u>browse</u>:  (1) the part of shrubs, half shrubs, woody vines, and trees available for animal consumption; or (2) to search for or consume browse.

000380

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

browse plant or browse species:  a shrub, half shrub, woody vine, or tree capable of producing shoot, twig, and leaf growth suitable for animal consumption.

-C-

canopy cover:  the percentage of ground covered by a downward vertical projection of the outermost perimeter of the natural spread of plant foliage. Small openings within the canopy are included.  Total canopy cover of all species may exceed 100 percent.  Canopy cover is synonomous with crown cover.

classification:  the assignment of items or concepts into classes or groups based on similarity of selected attributes.

class of livestock:  the age and/or sex groups of a kind of livestock.

climate:  the average weather conditions of a place over a period of years.

cobble:  descriptive term applied to rock fragment ground cover where the longest dimension measures between 3 and 10 inches.

community:  an assemblage of populations of plants and/or animals in a common spatial arrangement.

composition:  the proportions (percentages) of various plant species in relation to the total on a given area.  It may be expressed in terms of cover, density, production, etc.

confidence interval:  a range of values computed from sample data.  It is constructed such that one can state, with a predetermined degree of confidence, that the estimated parameter will be included in the range.

cover:  (see basal cover, canopy cover, foliar cover, and ground cover.)

-D-

density:  the number of individuals or stems per unit area.  (Density does not necessarily equate to any kind of cover measurement.)

-E-

ecological site:  a kind of rangeland with a specific potential natural community and specific physical site characteristics, differing from other kinds of rangeland in its ability to produce vegetation and to respond to management. Ecological site is synonomous with range site.

**000381**

38

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

ecological status:  the present state of vegetation of a range site in relation to the potential natural community for the site.  Ecological status is use independent.  It is an expression of the relative degree to which the kinds, proportions, and amounts of plants in a plant community resemble that of the potential natural community.  The four ecological status classes correspond to 0-25, 26-50, 51-75, or 76-100 percent similarity to the potential natural community and are called early seral, mid seral, late seral, and potential natural community, respectively.

ecosystem:  a complete, interacting system of organisms (i.e., community) considered togetner with their physical environment.

estimated use:  the use made of forage on an area by wildlife, wild horses, wild burros, and/or livestock where actual use data are not available. Estimated use may be expressed in terms of animal unit months or animal months.

evaluation:  (1) an examination and judgment concerning the worth, quality, significance, amount, degree, of condition or something; or (2) the systematic process for determining the effectiveness of on-the-ground management actions and assessing progress toward meeting management objectives.

-F-

foliar cover:  the percentage of ground covered by a downward vertical projection of the aerial portion of plant foliage.  Small openings in the canopy are excluded.  Foliar cover is always less than canopy cover.  Total foliar cover of all species may exceed 100 percent.

forage:  (1) browse and herbage which is available and may provide food for animals or be harvested for feeding, or (2) to search for or consume forage.

forage production:  the weight of forage that is produced within a designated period of time on a given area.  Production may be expressed as green, air-dry, or oven-dry weight.  The term may also be modified as to time of production such as annual, current year, or seasonal forage production.

forb:  (1) any herbaceous plant other than those in the Gramineae (Poaceae) (true grasses), Cyperaceae (sedges), and Juncaceae (rushes) families--i.e., any nongrass-like plant having little or no woody material on it, or (2) a broadleaved flowering plant whose stem, above ground, does not become woody and persistent.

frequency:  a quantitative expression of the presence or absence of individuals of a species in a population.  It is defined as the percentage of occurence of a species in a series of samples of uniform size.

**000382**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

-G-

goal: the desired state or condition that a resource management policy or program is designed to achieve. A goal is usually not quantifiable and may not have a specific date by which it is to be completed. Goals are the base from which objectives are developed. (See objective.)

grass: any plant of the family Gramineae (Poaceae).

grasslike plant: a plant of the Cyperaceae or Juncaceae families that vegetatively resembles a true grass of the Gramineae family.

gravel: descriptive term applied to rock fragment ground cover where the longest dimension measures between 2 millimeters (approximately 1/16 inch) and 3 inches.

grazing management: the manipulation of grazing and browsing animals to accomplish a desired result.

ground cover: the percentage of material, other than bare ground, covering the land surface. It may include live and standing dead vegetation, litter, gravel, cobble, stones, boulders, and bedrock. Ground cover plus bare ground would total 100 percent.

-H-

half shrub: a plant with a woody base whose annually produced stems die each year.

hedging: (1) the appearance of browse plants that have been browsed so as to appear artificially clipped, or (2) consistent browsing of terminal buds of browse species causing excessive lateral branching and a reduction in upward and outward growth.

herbage: the above-ground material of any herbaceous plant (grasses and forbs).

-I-

interpretation: explaining or telling the meaning of something and presenting it in understandable terms.

inventory: the systematic acquisition and analysis of information needed to describe, characterize, or quantify resources for land-use planning and management of the public lands.

**000383**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

-K-

key area:  a relatively small portion of a rangeland selected because of its location, use, or grazing value as an area on which to monitor the effects of grazing use.  It is assumed that key areas, if properly selected, will reflect the effects of current grazing management over all or a part of a pasture, allotment, or other grazing unit.

key management area:  an area of land that influences or limits the management opportunities of the land surrounding it.  Key management area may be synonymous with key area.

key species:  (1) those species which must, because of their importance, be considered in a management program; or (2) forage species whose use serves as an indicator of the degree of use of associated species.

kind of livestock:  species of domestic livestock--cattle, sheep, horses, burros, and goats.

-L-

litter:  the uppermost layer of organic debris on the soil surface, essentially the freshly fallen or slightly decomposed vegetal material.

-M-

monitoring:  the orderly collection, analysis, and interpretation of resource data to evaluate progress toward meeting management objectives.

-N-

nonpersistent litter:  undecomposed organic debris on or near the soil surface with expected decomposition rates of two years or less.  Composed primarily of herbaceous material.

-O-

objective:  planned resulted to be achieved within a stated time period. Objectives are subordinate to goals, are narrower and shorter in range, and have increased possibility of attainment.  Time periods for completion and outputs or achievements that are measurable and quantifiable are specified. (See goal.)

overstory:  the upper canopy or canopies of plants.  Usually refers to trees, tall shrubs, or vines.

-P-

pasture:  grazing area enclosed and separated from other areas by fence or natural barrier.

**000384**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

persistent litter:  undecomposed organic debris on or near the soil surface with expected decomposition rates exceeding two years.  Composed of woody material and large mammal droppings.

phenology:  relationship between climate and plant growth stages such as begin growth, peak of flowering , seed ripe, dormant, etc.

plant association:  a kind of potential natural community consisting of stands with essentially the same dominant species in corresponding layers.

plant community:  (See community.)

potential natural community (PNC):  the biotic community which would become established if all successional sequences were completed without interference by man under the present environmental conditions.  Natural disturbances are inherent in development.  Includes naturalized non-native species.

production:  (See forage production.)

productivity:  the rate of production per unit area usually expressed in terms of weight or energy.

professional judgement:  judgement tempered by knowledge gained through education and experience.

proper use:  (1) a degree of utilization of current year's growth which, if continued, will achieve the management objectives and will maintain or improve the long term productivity of the site; or (2) the percentage a plant is utilized when the rangeland as a whole is properly utilized.  Proper use varies with time and systems of grazing.  Proper use is synonymous with proper utilization.

proper utilization:  (See proper use.)

public lands:  any land and interest in land outside of Alaska owned by the United States and administered by the Secretary of the Interior through the Bureau of Land Management.  (See 43 CFR 4100.0-5)

-R-

range:  embraces rangelands and also many forest lands which support an understory or periodic cover of herbaceous or woody vegetation amenable to certain range management principles or practices.

range condition:  the present state of vegetation of an ecological site in relation to the potential natural community for that site.  It may also be stated in terms of specific values.  (See ecological status and resource value rating.)

**000385**

42

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

rangeland:  a kind of land which supports vegetation useful for grazing or browsing on which routine management of that vegetation is through manipulation of grazing rather cultural practices. (Rangelands include natural grasslands, savannas, shrublands, most deserts, tundra, alpine communities, coastal marshes, riparian zones, and wet meadows. Rangeland includes lands revegetated naturally or artificially to provide a plant cover which is managed like native vegetation.)

range site:  (See ecological site.)

resource value rating (RVR):  the value of vegetation present on a range site for a particular use or benefit. Resource value ratings may be established for each plant community capable of being produced on an ecological site, including exotic or cultivated species.

rock fragment:  an individual fragment of solid mineral material which occurs naturally on the earth's crust and ranges in size from gravel to boulder.

-S-

seral community:  one of a series of biotic communities that follow one another in time on any given area. Seral community is synonymous with successional community and may be synonymous with seral stage and successional stage.

seral stage:  (See seral community.)

shrub:  a plant which has persistent, woody stems and a relatively low growth habit, and which generally produces several basal shoots instead of a single bole. It differs from a tree by its low stature--less than 5 meters (16 feet)--and nonarborescent form.

shrubland:  land on which the vegetation is dominated by shrubs. Lands not currently shrubland but were or could become shrubland through natural succession may be classified as potential natural shrubland.

standing crop:  the total amount of living above-ground plant material per unit area at a specified point in time.

statistics:  refers to the analysis and interpretation of data with a view toward objective evaluation of the reliability of the conclusions based on the data.

stocking rate:  the number of specified kinds and classes of animals grazing (or utilizing) a unit of land for a specific period of time. May be expressed as animals per acre, hectare, or section, or the reciprocal (area of land per animal). Where dual use is practiced (e.g., cattle and deer) stocking rate is often expressed as animals units per unit of land or the reciprocal.

stone:  a descriptive term applied to rock fragment ground cover where the longest dimension measures between 10 and 24 inches.

**000386**

43

stratification:  subdividing an area into units which are, more or less, internally homogeneous with respect to the (those) characteristic(s) of interest.

succession:  the orderly process of community change; it is the sequence of communities which replace one another in a given area.

successional community:  (See seral community.)

successional stage:  (See seral community.)

-T-

tree:  a woody perennial, usually single--stemmed plant that has a definite crown shape and reaches a mature height of at least 5 meters (16 feet).  Some plants, such as oaks (Quercus spp.), may grow as either trees or shrubs.

trend:  the direction of change in range condition (ecological status or resource value ratings) observed over time.

-U-

use:  (See utilization.)

utilization:  the proportion or degree of current year's forage production that is consumed or destroyed by animals (including insects).  May refer either to a single plant species, a group of species, or to the vegetation as a whole. Utilization is synonymous with use.

-V-

vegetation:  plants in general, or the sum total of the plant life above and below ground in an area.

vegetation type:  a kind of existing plant community with distinguishable characteristics described in terms of the present vegetation that dominates the aspect or phsiognomy of the area.

vigor:  relates to the relative robustness of a plant in comparison to other individuals of the same species.

-W-

weather:  the state of the atmosphere at a definate time and place with respect to temperature, humidity, wind, etc.

-Y-

yield:  (1) the quantity of a product in a given space, time, or both; or (2) the harvested portion of a product.

**000387**

## BIBLIOGRAPHY

Anderson, E. William and Wilbur F. Currier. 1973. Evaluating zones of utilization. J. Range Manage. 26:87-91.

Anderson, Jay E. and Karl E. Holte. 1981. Vegetation development over 25 years without grazing on sagebrush dominated rangeland in southeastern Idaho. J. Range Manage. 34:25-29.

Barrett, James P. and Mary E. Nutt. 1979. Survey sampling in the environmental sciences: a computer approach. COMPress, Inc., Wentworth, N.H. 319 pp.

Bartolome, James W., Michael C. Stroud, and Harold F. Heady. 1980. Influence of natural mulch on forage production on differing California annual range sites. J. Range Manage. 33:4-8.

Biswell, H.H. 1956. Ecology of California grasslands. J. Range Manage. 9:19-24.

Bjugstad, Ardell J. and Warren C. Whitman. 1970. Significance of reduced plant vigor in relation to range condition. J. Range Manage. 23:181-184.

Blaisdell, J.P. and J.F. Pechanec. 1949. Effects of herbage removed at various dates on vigor of bluebunch wheatgrass and arrowleaf balsam root. Ecology 30:298-305.

Branson, F.A., G.F. Gifford, K.G. Renard, and R.F. Hadley. 1981. Rangeland hydrology. 2nd Ed. Kendall/Hunt Publishing Company, Dubuque, Iowa. 340 pp.

Bryant, Larry D. 1982. Response of livestock to riparian zone exclusion. J. Range Manage. 35:780-785.

Cook, C. Wayne. 1966. Factors affecting utilization of mountain slopes by cattle. J. Range Manage. 19:200-204.

Daubenmire, Rexford. 1968. Plant communities: a textbook of plant synecology. Harper and Row, New York. 300 pp.

Dixon, W.J. (ed.). 1977. BMDP-77, Biomedical computer programs P-Series. University of California Press, Berkeley. 880 pp.

Ehrenreich, John H. and Ardell J. Bjugstad. 1966. Cattle grazing time is related to temperature and humidity. J. Range Manage. 19:141-142.

**000388**

Evans, Raymond A. and R. Merton Love. 1957. The step-point method of sampling--a practical tool in range research. J. Range Manage. 10:208-212.

Freese, Frank. 1962. Elementary forest sampling. U.S. Dept. of Agr., For. Ser., Agr. Handbook No. 232. 91 pp.

------. 1967. Elementary statistical methods for foresters. U.S. Dept. of Agr., For. Ser., Agr. Handbook No. 317. 87 pp.

Grieg-Smith, P. 1964. Quantitative plant ecology. 2nd Ed. Butterworths, London. 256 pp.

Harniss, Roy O. and Robert B. Murray. 1973. Thirty years of vegetal change following burning of sagebrush-grass range. J. Range Manage. 26:322-325.

Hewitt, George B., Ellis W. Huddleston, Robert J. Lavigne, Darrell N. Ueckert, and J. Gordon Watts. 1974. Rangeland entomology. Society for Range Management, Range Science Series No. 2. 127 pp.

Hickey, W.C., Jr., and G. Garcia. 1964. Range utilization patterns as affected by fencing and class of livestock. U.S. Dept. of Agr., For. Ser., Rocky Mtn. For. and Range Exp. Sta., Ft. Collins, Colo., Res. Note RM-21. 7 pp.

Holscher, C.E., H.E. Grelen, P.E. Hoekstra, K.W. Parker, R.W. Harris, R.W. Larson, H.A. Miller, R.W. Copper, R.A. Klawitter, D.C. McClurkin, S.J. Ursic, T.E.Avery, G.P. Haney, R.W. Rich, C.E. Poulton, H.G. Meginnis, F.W. Stearns, and J.D. Hewlett. 1959. Report of the committee on plant cover and composition. In: Techniques and Methods of Measuring Understory Vegetation. Proc. of Symp. at Tifton, Georgia, Oct. 1958. U.S. Dept. of Agr., For. Ser., Southern For. Exp. Sta. and Southeastern For. Exp. Sta. pp. 96-99.

Hooper, Jack F. and Harold F. Heady. 1970. An economic analysis of optimum rates of grazing in the California annual-type grassland. J. Range Manage. 23:307-311.

Hyder, D.N., R.E. Bement, E.E. Remmenga, and C. Terwilliger, Jr. 1965. Frequency sampling of blue grama range. J. Range Manage. 18:94-98.

Miller, Richard F., Roger R. Findley, and Jean Alderfer Findley. 1980. Changes in mountain big sagebrush habitat types following spray release. J. Range Manage. 33:278-281.

000389

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

Mueggler, W.F.  1972.  Influence of competition on the response of bluebunch
  wheatgrass to clipping.  J. Range Manage. 25:88-92.

------.  1975.  Rate and pattern of vigor recovery in Idaho fescue  and
  bluebunch wheatgrass.  J. Range Manage.  28:198-204.

Mueller-Dombois, Dieter and Heintz Ellenberg.  1974.  Aims and methods of
  vegetation ecology.  John Wiley & Sons, New York.  547 pp.

Myers, Wayne L. and Ronald L. Shelton.  1980.  Survey methods for ecosystem
  management.  A Wiley-Interscience Publication, John Wiley & Sons,
  New York.  403 pp.

Nie, Norman H., C. Hadlai Hull, Jean G. Jenkins, Karin Steinbrenner, and
  Dale H. Bent.  1975.  Statistical package for the social sciences, SPSS.
  2nd Ed.  McGraw-Hill Book Co., New York.  675 pp.

New Mexico Dept. Game and Fish, USDA-USFS, USDI-BLM.  (no date.)  Big game
  browse range analysis techniques for New Mexico.  An Interagency Project.
  21 pp.

Oke, T.R.  1978.  Boundary layer climates.  Methuen and Co., Ltd., London.
  372 pp.

Owen, D.B.  1962.  Handbook of statistical tables.  Addison-Wesley
  Publishing Co., Reading, Mass.  580 pp.

Pieper, Rex D.  1978.  Measurement techniques for herbaceous and shrubby
  vegetation.  Dept. of Animal and Range Sciences, New Mexico State Univ.,
  Las Cruces.  148 pp.

Pond, Floyd W.  1960.  Vigor of Idaho fescue in relation to different
  grazing intensities.  J. Range Manage.  12:28-30.

Rosenberg, Norman J.  1974.  Microclimate:  the biological environment.
  John Wiley and Sons, New York.  315 pp.

Schmutz, Ervin M.  1971.  Estimation of range use with grazed-class photo
  guides.  Coop. Ext. Ser. and Agr. Exp. Sta., Univ. of Ariz., Tucson, Bull.
  A-73.  16 pp.

Schmutz, Ervin M. and David A. Smith.  1976.  Successional classification of
  plants on a desert grassland site in Arizona.  J. Range Mange. 29:476-479.

**000390**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

Smith, Stuart D. 1982. Evaluation of the frequency plot method as an improved technique for measuring successional trend. M.S. Thesis. Univ. of Idaho, Moscow. 95 pp.

Sneva, Forrest A. 1977. Correlations of precipitation and temperature with spring, regrowth, and mature crested wheatgrass yields. J. Range Manage. 30:270-275.

Sneva, Forrest A. and Donald N. Hyder. 1962a. Estimating herbage production on semiarid ranges in the intermountain region. J. Range Manage. 15:88-93.

------. 1962b. Forecasting range herbage production in eastern Oregon. Agricultural Exp. Sta., Oregon State University, Corvallis., Bull. 588.

Society for Range Management. 1983. Guidelines and terminology for range inventories and monitoring. Report of the Range Inventory Standarization Committee. 13 pp.

Steel, Robert G.D. and James H. Torrie. 1960. Principles and procedures of statistics. McGraw-Hill Book Co., Inc., New York. 481 pp.

Tausch, Robin J. and Paul T. Tueller. 1977. Plant succession following chaining of pinyon-juniper woodlands in eastern Nevada. J. Range Manage. 30:44-49.

Tueller, Paul T. and Wilbert H. Blackburn. 1974. Condition and trend of the big sagebrush/needle and thread habitat type in Nevada. J. Range Manage. 27:36-40.

Tueller, Paul T., Garwin Lorain, Karl Kipping, and Charles Wilkie. 1972. Methods for measuring vegetation changes on Nevada rangelands. Agr. Exp. Sta., Univ. of Nevada, Reno, T16. 55 pp.

USDA, Forest Service. 1959. Techniques and methods of measuring understory vegetation. Proc. of Symp. at Tifton, Georgia, Oct. 1958. U.S. Dept. of Agr., For. Ser., Southern For. Exp. Sta. and Southeastern For. Exp. Sta. 174 pp.

USDA, Soil Conservation Service. 1976. National range handbook. 154 pp.

USDI, Bureau Of Land Management. 1985. The Lighter Side Of Statistics. 32 pp.

Walter, Heinrich. 1979. Vegetation of the earth and ecological systems of the geo-biosphere. 2nd Ed. Springer-Verlag, New York. 274 pp.

Whitford, Walter G., Robert Repass, Lawrence W. Parker, and Ned Z. Elkins. 1982. Effects of initial litter accumulation and climate on litter disappearance in a desert ecosystem. American Midland Naturalist 108:105-110.

**000391**

Williams, S.T. and T.R.G. Gray. 1974. Decomposition of litter on the soil surface. In: Biology of Plant Litter Decomposition. Dickinson, C.H. and G.J.F. Pugh (eds.). Academic Press Inc., New York. pp. 611-632.

Wisler, C.O. and E.F. Brater. 1959. Hydrology. 2nd Ed. John Wiley and Sons, New York. 408 pp.

Zar, Jerrold H. 1974. Biostatistical analysis. Prentice-Hall, Inc., Englewood Cliffs, New Jersey. 620 pp.

000392

000393

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

## CALCULATING A WEIGHTED AVERAGE

A weighted average is a mathematical technique of calculating an average for a set of data that contains two related variables. In the resource management context the weighted average is most useful in averaging spatial data (e.g., acres, production) and their relationship to quantitative data (e.g., utilization, range condition scores, etc.). The formula for calculating a weighted average (based on a spatial unit) is:

$$\frac{(\text{Spatial Unit A x Quantitative Unit A}) + (\text{Spatial Unit B x Quantitative Unit B})...}{\text{Total of Spatial Units}}$$

### EXAMPLES OF USING A WEIGHTED AVERAGE:

Weighted Average Range Condition

The weighted average formula may be used to calculate the "average range condition" for an area. Weighted average range condition may be useful in the categorization of allotments during the selective management process or may be useful in interpreting a change in range condition.

Example: A pasture has 1,000 acres in poor condition (condition score of 20), 2,000 acres in fair condition (condition score of 39), and 3,000 acres in good condition (condition score of 70). To calculate the weighted average range condition, multiply the range condition spatial units (acres) times the condition score (e.g., 29) of the spatial unit; sum the result; then divide by the total number of spatial units (acres) in the pasture:

$$\frac{\overset{\text{Poor}}{(1000 \text{ ac x } 20)} + \overset{\text{Fair}}{(2000 \text{ ac x } 39)} + \overset{\text{Good}}{(3000 \text{ ac x } 70)}}{6000 \text{ac}} = 51.3$$

The pasture weighted average range condition is therefore low good (51.3).

Weighted Average Utilization (Variable Production Levels)

Where utilization patterns have been mapped and production data are available, weighted averages are useful for estimating a weighted average utilization level. This is especially true if production levels vary considerably (e.g., meadow/upland vegetation).

**000394**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

Example:  A pasture has two zones (SWAs or range sites) of production, A and B. Zone A produces 500 AUMs on 2000 acres with a utilization level of 70 percent. Zone B produces 1000 AUMs on 10000 acres with a utilization level of 35 percent. Using the weighted average formula, AUMs is used as the spatial unit and utilization is the quantitative unit:

$$\frac{\text{Zone A} \quad\quad\quad \text{Zone B}}{(500 \text{ AUMs} \times 70\%) + (1000 \text{ AUMs} \times 35\%)}{1500 \text{ AUMs}} = 46.6\%$$

The weighted average utilization for the pasture (based on production) is 46.6 percent, which infers that the pasture is probably properly stocked. However, the differences in utilization levels indicate the presence of distribution problems.

Weighted Average Utilization (Uniform Production Levels)

Where production levels are fairly uniform (or if production levels are unknown) and utilization patterns have been mapped, the weighted average utilization may be calculated on the basis of acreages found in each utilization zone.

Example:  A pasture has three zones of utilization. Zone A is 2000 acres with 70 percent use, Zone B is 3000 acres with 50 percent use, and Zone C is 3000 acres with 30 percent use.

$$\frac{\text{Zone A} \quad\quad\quad \text{Zone B} \quad\quad\quad \text{Zone C}}{(2000 \text{ ac} \times 70\%) + (3000 \text{ ac} \times 50\%) + (3000 \text{ ac} \times 30\%)}{8000 \text{ acres}} = 47.5\%$$

Therefore the weighted average utilization is 47.5 percent, inferring that the pasture is properly stocked. As in the previous example, distribution is a more serious problem than is the stocking rate.

Proportions

Proportion (expressed as a decimal) may be substituted for production or acreage data, as the spatial unit. The weighted average formula changes slightly because it is not necessary to divide by a total of the spatial units.

(Proportion Spatial Unit A x Quantitative Unit A) + (Proportion Spatial Unit B x Quantitative Unit B) + . . . . = weighted average

**000395**

52

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

Example:  Using proportion and utilization data as in the previous example:

$$\underset{\text{Zone A}}{(.25 \times 70\%)} + \underset{\text{Zone B}}{(.375 \times 50\%)} + \underset{\text{Zone C}}{(.375 \times 30\%)} = 47.5\%$$

Comparison of Techniques

It is highly recommended that weighted average analysis of spatial data be conducted in as many ways as possible, especially when analyzing utilization data.  Using production or acreages as the spatial unit may produce different answers.

Example:  A pasture has been stratified into three zones of production:  A, B, C.  Utilization patterns correspond to the production zones.  Zone A produces 500 AUMs on 1000 acres with a utilization level of 70 percent, Zone B produces 500 AUMs on 4000 acres with a utilization level of 40 percent, and Zone C produces 500 AUMs on 10,000 acres with a utilization level of 10 percent.

Production as the spatial unit:

$$\frac{\underset{\text{Zone A}}{(500 \text{ AUMs} \times 70\%)} + \underset{\text{Zone B}}{(500 \text{ AUMs} \times 40\%)} + \underset{\text{Zone C}}{(500 \text{ AUMs} \times 10\%)}}{1500 \text{ AUMs}} = 40\% \text{ weighted average utilization}$$

Acreage as the spatial unit:

$$\frac{\underset{\text{Zone A}}{(1000 \text{ ac} \times 70\%)} + \underset{\text{Zone B}}{(4000 \text{ ac} \times 40\%)} + \underset{\text{Zone C}}{(10,000 \text{ ac} \times 10\%)}}{15,000 \text{ ac}} = 22\% \text{ weighted average utilization}$$

The weighted average utilization figures are obviously different.  One formula indicates almost twice as much utilization as the other.  Analysis of weighted average data must be performed on a case by case basis.  In this example, production data and acreage figures indicate that production is variable; therefore, using acreage as the spatial unit is not the preferred alternative.

**000396**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

## CALCULATING DESIRED/POTENTIAL STOCKING LEVELS

The analysis, interpretation, and evaluation process must involve an assessment of proper stocking levels. The range manager must be able to calculate a desired level of stocking for a management unit assuming that management will not change. The range manager must also be able to calculate a potential stocking level for a management unit by estimating the effects of a change in management.

### Desired Stocking Level

The calculation of a desired stocking level depends on the assumption that management, specifically utilization patterns, will not change following a change in the stocking level. The calculation of a desired stocking level also depends on the identification of a key management area. A key management area is an area of land that influences or limits the use of the land surrounding it. Examples of key management areas could be riparian, wetland, or meadow areas surrounded by uplands. Maintaining proper use on the meadow could cause low utilization on the uplands. A key management area is the key area that overrides the indicators of the other key areas within the management unit. Management actions are based on the key management area. In the meadow/upland example, the meadow and upland may each have a key area, yet at any given point in time there is only one key management area (KMA).

The following formula is used for calculating a desired stocking level:

$$\frac{\text{ACTUAL USE}}{\text{KMA UTILIZATION}} = \frac{\text{DESIRED ACTUAL USE}}{\text{DESIRED KMA UTILIZATION}}$$

ACTUAL USE is the actual use for the management unit (pasture), KMA UTILIZATION is the utilization for the KMA only (pasture averages or pasture weighted averages are not allowed), DESIRED KMA UTILIZATION is the percent utilization desired for the KMA, and DESIRED ACTUAL USE is the amount of use desired in the pasture to produce the desired KMA utilization.

Example:

$$\frac{1000 \text{ AUMs}}{70\%} = \frac{(x) \text{ DESIRED ACTUAL USE}}{50\% \text{ DESIRED KMA UTILIZATION}}$$

$$\frac{50\% \times 1000 \text{ AUMs}}{70\%} = 714 \text{ AUMs DESIRED ACTUAL USE}$$

**000397**

54

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

For further information and comparisons of the stocking level formulas, please read the discussion on Stocking Level/Stratification Examples (below).

Potential Stocking Level

A Potential Stocking Level is the level of use that could be achieved on a management unit, at the desired utilization figure, assuming utilization patterns could be completely uniform. Potential stocking levels are most useful when assessing the benefits of improved distribution and changes in numbers of livestock. Calculations of potential stocking levels are dependent on pasture average or pasture weighted average utilization figures. Utilization data from one specific location cannot be used unless the utilization figure represents the entire pasture.

The following formula is used for calculating a potential stocking level:

$$\frac{\text{ACTUAL USE}}{\text{AVERAGE/WEIGHTED AVERAGE UTILIZATION}} = \frac{\text{POTENTIAL ACTUAL USE}}{\text{DESIRED AVERAGE UTILIZATION}}$$

ACTUAL USE is the actual use for the management unit (pasture), AVERAGE/WEIGHTED AVERAGE UTILIZATION is the average or weighted average utilization for the pasture, DESIRED AVERAGE UTILIZATION is the degree of utilization desired for the pasture assuming uniform utilization, and POTENTIAL ACTUAL USE is the level of use required to achieve the desired average utilization uniformly over the pasture.

Example:

$$\frac{1000 \text{ AUMs}}{70\% \text{ (Weighted Average)}} = \frac{(x) \text{ POTENTIAL ACTUAL USE}}{(60\% \text{ DESIRED AVERAGE UTILIZATION}}$$

or

$$\frac{60\% \times 1000 \text{ AUMs}}{70\%} = 857 \text{ AUMs POTENTIAL ACTUAL USE}$$

For further information and comparisons of the stocking level formulas, please read the following section.

Stocking Level/Stratification Examples

A management unit can be stratified in a number of ways; however, for determining stocking levels, two data elements (utilization patterns and production mapping ) are the most important. These data elements can be combined to produce four unique examples (Figure 2-1) of stratification: (A) production uniform/utilization uniform, (B) production uniform/utilization not uniform, (C) production not uniform/utilization uniform, and (D) production not uniform/utilization not uniform. Each management unit in Figure

**000398**

55

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

produces approximately 1000 AUMs; actual use is 1000 AUMs and each unit is 10,000 acres in size. The shaded area in examples C and D (Figure 2-1) is a meadow area producing one half the total production.

Example A (Figure 2-1) illustrates a management unit where production and utilization are uniform; however, utilization has been estimated to be 70 percent. The key management area has been determined to be the transect in the center of the management unit. The desired stocking level, using the KMA utilization figure, is 714 AUMs. The potential stocking level, using average utilization, is also 714 AUMs. The pasture average utilization is the same as the KMA utilization because utilization is uniform and the KMA is a key area representing the whole pasture.

Example B (Figure 2-1) illustrates a more typical example of a management unit where production is uniform but utilization is not. Zone 3 in this case is the KMA, and management of this zone affects the other zones. Using the KMA utilization level of 70 percent, the desired stocking level is 714 AUMs. If the allottee could change management style and achieve uniform distribution (utilization), the potential stocking level would be 952 AUMs. The allottee has a choice--stock at 714 AUMs and continue the same management or change management and potentially stock at 952 AUMs (33 percent higher than the 714 AUM figure).

Example C (Figure 2-1) illustrates a management unit where production is not uniform but where utilization is uniform. Zone 3, the meadow area, is the KMA. Calculating the desired stocking level indicates a desired stocking level of 714 AUMs. The potential stocking level, using a weighted average (production) utilization, also calculates to 714 AUMs. During the analysis of these particular data, the range manager must also consider what would realistically happen if the stocking level was reduced on the pasture. It is highly possible that livestock would continue to overgraze the meadow but undergraze the uplands. Further reductions in the stocking level might be necessary unless livestock distribution is improved.

Example D illustrates the most typical management unit, albeit much too simplistically. Again, the desired stocking level calculates to 714 AUMs, based on the KMA (the meadow) utilization level of 70 percent. The potential stocking level, assuming uniform utilization (pasture wide), calculates to 909 AUMs. The benefits (195 AUMs) to the allottee of improving distribution are easily calculated by computing the difference between the desired stocking level and the potential stocking level.

000399

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

Figure 2-1



**A. PRODUCTION–UNIFORM; UTILIZATION–UNIFORM**

*DESIRED STOCKING LEVEL (KMA):*

$$\frac{1000 \text{ AUMS}}{70\%} = \frac{(X)}{50\%} \quad \text{OR} \quad \frac{50\% \times 1000 \text{ AUMS}}{70\%} = 714 \text{ AUMS}$$

*POTENTIAL STOCKING LEVEL:*

$$\frac{1000 \text{ AUMS}}{70\% *} = \frac{(X)}{50\%} \quad \text{OR} \quad \frac{50\% \times 1000 \text{ AUMS}}{70\%} = 714 \text{ AUMS}$$

* AVERAGE UTILIZATION



**B. PRODUCTION–UNIFORM; UTILIZATION–NOT UNIFORM**

*DESIRED STOCKING LEVEL (KMA):*

$$\frac{1000 \text{ AUMS}}{70\%} = \frac{(X)}{50\%} \quad \text{OR} \quad \frac{50\% \times 1000 \text{ AUMS}}{70\%} = 714 \text{ AUMS}$$

*POTENTIAL STOCKING LEVEL*

$$\frac{1000 \text{ AUMS}}{52.5\% *} = \frac{(X)}{50\%} \quad \text{OR} \quad \frac{50\% \times 1000 \text{ AUMS}}{52.5\%} = 952 \text{ AUMS}$$

* WEIGHTED AVERAGE (ACREAGE)



**C. PRODUCTION–NOT UNIFORM; UTILIZATION–UNIFORM**

*DESIRED STOCKING LEVEL (KMA):*

$$\frac{1000 \text{ AUMS}}{70\%} = \frac{(X)}{50\%} \quad \text{OR} \quad \frac{50\% \times 1000 \text{ AUMS}}{70\%} = 714 \text{ AUMS}$$

*POTENTIAL STOCKING LEVEL*

$$\frac{1000 \text{ AUMS}}{70\% *} = \frac{(X)}{50\%} \quad \text{OR} \quad \frac{50\% \times 1000 \text{ AUMS}}{70\%} = 714 \text{ AUMS}$$

* WEIGHTED AVERAGE (PRODUCTION)



**D. PRODUCTION–NOT UNIFORM; UTILIZATION–NOT UNIFORM**

*DESIRED STOCKING LEVEL (KMA):*

$$\frac{1000 \text{ AUMS}}{70\%} = \frac{(X)}{50\%} \quad \text{OR} \quad \frac{50\% \times 1000 \text{ AUMS}}{70\%} = 714 \text{ AUMS}$$

*POTENTIAL STOCKING LEVEL*

$$\frac{1000 \text{ AUMS}}{55\% *} = \frac{(X)}{50\%} \quad \text{OR} \quad \frac{50\% \times 1000 \text{ AUMS}}{55\%} = 909 \text{ AUMS}$$

* WEIGHTED AVERAGE (PRODUCTION)

**000400**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

DETERMINING STOCKING LEVELS WITH ACTUAL USE, UTILIZATION,
AND CLIMATIC YIELD INDEX--AN EXAMPLE

The following data were collected on the Spring Creek Pasture.  The key forage
species occur throughout most of the pasture.  The maximum level of use on the
key species is 60 percent.  Utilization data were used to map utilization
zones (see Appendix 2, page 2).

|  | | Percent Utilization | | |
|---|---|---|---|---|
| Zone | Proportion | 1978 | 1979 | 1980 |
| A | .10 | 25 ( 2.5) | 20 ( 2.0) | 25 ( 2.5) |
| B | .20 | 40 ( 8.0) | 30 ( 6.0) | 30 ( 6.0) |
| C | .30 | 65 (19.5) | 55 (16.5) | 60 (18.0) |
| D | .40 | 75 (30.0) | 70 (28.0) | 70 (28.0) |
| Prorated Pasture-Wide Utilization (%) | | (60.0) | (52.5) | (55.0) |
| Yield Index* | | .9 | 1.2 | 1.3 |
| Pasture-Wide Utilization (%) Adjusted to "Normal" Production Year (Utilization x Yield Index) | | (54.0) | (63.0) | (71.0) |
| Actual Use Data (AUMs) | | 255 | 300 | 360 |

*The yield index is an estimate of production relative to production that
occurs in a "normal" year.  It is derived from establishing the relationship
(regression equation) between herbage yield indices and their corresponding
crop-year precipitation indices.  The yield and precipitation indices are
expressed in percentages of median amounts (Sneva and Hyder 1962a and b).

**000401**

58

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

The utilization zones and water are distributed as illustrated.



The mapping reveals an undesirably high level of use in zones C and D nearest
the water source and too little use in zones A and B.  A second water source
is developed to promote better livestock distribution.  Monitoring continues
for the next two years and only three utilization zones are observed.



**000402**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

Utilization data indicate the following:

|  |  | Percent Utilization | |
|---|---|---|---|
| Zone | Proportion | 1981 | 1982 |
| A | .30 | 60% (18.0) | 65% (19.5) |
| B | .30 | 50% (15.0) | 55% (16.5) |
| C | .40 | 55% (22.0) | 60% (24.0) |
| Prorated Pasture-Wide Utilization (%) |  | (55.0) | (60.0) |
| Yield Index |  | 1.1 | .9 |
| Pasture-Wide Utilization (%) Adjusted to "Normal" Production Year |  | (61.0) | (54.0) |
| Actual Use Data (AUMs) |  | 312 | 300 |

The actual use data and adjusted utilization values can be used to determine
the actual use needed to provide the potential level of use in the pasture
in a normal production year (see Appendix 1).

$$\frac{\text{Actual Use}}{\text{Average Utilization}} = \frac{\text{Potential Actual Use}}{\text{Desired Average Utilization}}$$

(adapted from Schmutz, 1971)

The values determined are as follows:

| YEAR | 1978 | 1979 | 1980 | 1981 | 1982 |
|---|---|---|---|---|---|
| AUMs | 283 | 286 | 304 | 307 | 333 |

Therefore, the potential stocking level for obtaining approximately 60
percent utilization uniformly throughout the pasture is within the range of
283-333 AUMs and can probably be assumed to be towards the higher level.
(The data collected after the second water source was developed support this
assumption.)

**000403**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

## RANGE PRODUCTION INDEX FOR UTAH[1]

A Utah State University research team has related the Palmer Drought Index, developed by the National Weather Service, to vegetation production on Utah's rangelands.

The Palmer Drought Index is the result of combining average monthly temperature and monthly accumulation of precipitation during the 1931-1960 period. If conditions are approaching this 30-year average, the value of the index is near zero. If conditions are wetter than the 30-year average, the index is positive. If conditions are below average, the index is negative. Negative indexes have been related to drought conditions in each climate division. If the index drops to -4 or lower, an extreme drought condition exists.

In order to relate the Palmer Drought Index to range production, it is necessary to make an estimate of what the average Palmer Drought Index will be for the growing season. Three different conditions are assumed:

1. Normal temperature and moisture conditions will persist during the remainder of the growing season from the time the last actual values were measured.

2. Precipitation will be only 50 percent of normal for the remainder of the growing season.

3. Precipitation will be 150 percent of normal during the remainder of the growing season.

The resulting Palmer Drought Indexes are used to calculate the Range Production Index[2] for the coming growing season. This index is updated at the end of each month and is distributed to interested parties by the Office of the State Climatologist.

Several weather conditions may override the index. Late spring frosts that kill early production and serious drought stress during previous years cause production estimates to vary considerably.

The following are sample production figures for the 1983 growing season as estimated at the end of March 1983:

---

[1] Revised from E. Arlo Richardson's "The Range Condition Index" Report.
[2] The Range Production Index is referred to by Richardson as "Range Condition Index."

**000404**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

Calculated Range Production in Utah's Climate Divisions
at the End of March 1983

| Division | Range Production Assuming Selected % of Normal Precipitation | | |
|----------|------------|--------|-------------|
| | 50% Normal | Normal | 150% Normal |
| Western | 94 | 111 | 114 |
| Dixie | 107 | 109 | 111 |
| North Central | 120 | 124 | 126 |
| South Central | 115 | 119 | 123 |
| North Mountain | 109 | 114 | 113 |
| Uinta Basin | 93 | 109 | 113 |
| South East | 97 | 108 | 109 |

These estimates would indicate in general very good production in most areas
of the state even if the percent of normal precipitation should drop to 50
percent of normal for the period April through September. If a severe late
spring frost should develop, however, these production values might be
considerably less.

**000405**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

EVALUATION SUMMARY - AN EXAMPLE

I.  Name and Number of Allotment

    Blue Mesa Allotment (No. 6403) - User is Mile High Ranch

II. Livestock Use

    A.  Preference   1.  Total - 690
                     2.  Allowable use - 243 (by agreement)
                     3.  Suspended preference - 394
                     4.  Voluntary non-use - 53
    B.  Season of Use:  4-20 to 5-19      103 AUMs
                       12-2 to 1-1       140 AUMs
    C.  Kind and Class of Livestock:  Cattle - Pairs
    D.  Percent Public Land:  100
    E.  Other:  No changes were made in kind or season of livestock use
        during the evaluation period; however, the permittee may convert
        his operation to raise sheep.

III. Allotment Profile

    A.  The Blue Mesa allotment is located northwest of Poverty Knoll along
        the Red River.  It is characterized by low country and draws
        dominated by annuals and perennial grasses, bitterbrush benches,
        and pinyon-juniper woodlands in its upper elevations.  Almost all
        grazing use is made by cattle in the flat areas along tne river and
        the draws.  According to an agreement reached with the permittees
        in 1980, this allotment was studied from 1980 through 1983.  At
        that time, licensed use was 296 active AUMs.  The agreement set use
        at 243 AUMs with the rest of the AUMs to be taken as non-use pending
        the outcome of this evaluation.

    B.  Acreage:  Fed - 6420

    C.  Objectives:  1.  Reduce SSF from 74 to 64 in pasture 3 and from 55
                        to 45 in pasture 4 by the year 2000 by increasing
                        vegetative density.
                     2.  Improve mountain mahogany (CEMO) composition and
                        condition for wildlife.
                     3.  Improve 800 acres of bitterbrush (PUTR) benches
                        for wildlife in 20 years by limiting utilization
                        to 50 percent and achieving an age class of 70
                        percent mature, 10 percent young, 10 percent
                        seedling, and 10 percent decadent; and form
                        classes of 20 percent heavy hedging, 60 percent
                        moderate hedging, and 20 percent light hedging.

**000406**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

4. Improve riparian habitat.
5. Increase livestock use from 243 to 296 AUMs by increasing ground cover by 10 percent.

D. Key Forage Species: Galleta grass (HIJA) and Indian rice grass (ORHY); however, only galleta, alkali sacaton (SPAI), and blue grama (BOGR) are found in any amount. Key species for deer are mountain mahogany and bitterbrush.

E. Grazing System: Two pasture deferred rotation alternating early use each year. The system was implemented 11/82, and has been followed until sale of cattle in summer 1983. This AMP was one of many written by a team of new employees in the six-month effort prior to preparation of the 1979 grazing ES.

IV. Management Evaluation

A. The purpose of this evaluation is to determine proper stocking rate per the monitoring policy and grazing ES schedule.

B. Summary of Studies Data: Refer to the attached analysis form

1 Actual Use - Made by pairs - mixed angus and herefords:

|        | 1980 | 1981 | 1982 | 1983 |
|--------|------|------|------|------|
| Spring | 126  | 83   | 78   | 62   |
| Winter | 170  | 170  | 170  | 0    |
|        | 296  | 253  | 248  | 62   |

Agreement on nonuse was effective 3/1/81. Actual use exceeded permitted use in 1981 because of an error made in issuance of preference statement.

2. Climate

A. Precipitation: long term annual mean for Poverty Knoll is 11.01 inches

|        | 1980  | 1981  | 1982  | 1983  |
|--------|-------|-------|-------|-------|
| Annual | 14.47 | 13.67 | 15.45 | 15.56 |

These data are only for the Poverty Knoll NOAA Station. BLM rain gauge data correlate fairly closely with the above. From these data, 1980-83 should have been above average production years. However, looking at seasonal precipitation, the spring of 1982 as well as the summer of 1980 should have shown below usual production.

**000407**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

3.  Utilization

Eighty-five (85) samples were taken in four different key areas
(two in each pasture), at the same location both in the draws and
in the flats next to the river.  No samples were taken on the
benches as there is little forage use up high.  High utilization
(50-70 percent) is found near the river and in the draws away from
the river (ranging from 37-55 percent over the period 1981-83).
Approximately 42 percent of the forage is produced in the flats
near the river on 11 percent of the area.  Utilization is usually
only sampled during the spring so considerable regrowth occurs
after utilization is sampled.  In January, 1982, when winter
utilization was sampled, the use approximated 70 percent.  Species
sampled most frequently were HIJA and SPAI; they comprise
approximately one-third of the perennial plant community.
Utilization represents livestock use.  Other use is insignificant.
Average utilization is as follows:

1981 = 51%, 1982 = 61%, 1983 = 42%

4.  Trend

A.  The trend index (percent key species, percent live perennial
vegetation, number of seedlings and percent litter cover) and
apparent trend are as follows (representing three key areas):

|      | Trend Index | Apparent Trend |
|------|-------------|----------------|
| 1980 | 51.8        | 21.3           |
| 1981 | 44.6*       | 23.0           |
| 1982 | 91.5        | 29.0           |
| 1983 | 88.2        | 29.3           |

(*Data from one key area only due to access being flooded.)

Transect data show an improvement in trend as reflected in
increase in percent perennial cover and key species.  Trend
index increased markedly in 1982 and 1983 due to increases
mainly in number of seedlings of SPCR and BOGR.  Apparent trend
is also upward.

B.  Hedging and form class studies were done on bitterbrush.  No
significant livestock use is made of this plant in the allotment
due to inaccessibility.  No SSF studies have been done.  No
monitoring or riparian habitat has been attempted because of an
inability to find a suitable site for the studies.

**000408**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

V. Conclusions

A. Objectives

Referred to by number shown in III.C.

1. Trend in SSF is not being measured as this procedure is too subjective and since sampling the change in cover and litter objectively assesses change in soil surface protection in response to management

2 and 3. Objective 2 is not specific as to what and how much improvement is desired. Wildlife habitat and use are primarily restricted to the benches and upper slopes of the drainages. Cattle use in these same areas is negligible due to topography and not a significant factor in use of bitterbrush and mountain mahogany. At this time, therefore, cattle use cannot be used as a tool to reach objectives shown for these two species.

4. The riparian objective is not specific as to what and how much improvement is desired. There is a thick cover of willow, skunkbrush, and tanglebrush along most of the riverbank. With the fluctuating water levels, the riverbanks are as stable as can be expected. The overbrowsing of young cottonwood trees is the primary problem with grazing use by livestock in the riparian zone since this limits seedling and sapling growth. Monitoring (cover or frequency) is difficult if not impossible except by photo point in the riparian areas near the riverbank.

5. At this point the objective for increasing stocking rate has not been met. The following table summarizes spring grazing which is the most critical use:

|                       | 1981 | 1982 | 1983 |
|-----------------------|------|------|------|
| AUMs Used             | 83   | 78   | 62   |
| Ppt (Feb. thru May)*  | 3.6  | 2.1  | 6.5  |
| Utilization (%)       | 51   | 61   | 42   |

(*3.6 = NOAA mean Ppt. for this period)

From the above, 50 percent utilization was realized during an average spring precipitation year when 83 AUMs use was made. The goal of 55 percent spring utilization would probably be realized by a stocking rate of 80-85 AUMs (this also recognizes that regrowth will occur).

**000409**

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

VI. Consultation

O. G. Whiz, Wildlife Biologist; "Dusty" N. Windee, Soil, Air and Water Specialist; Bob N. Weave, Range Conservationist; and Ralph Rancher, Allottee.

VII. Recommendations

A. Objective 1 - Delete the former objective and replace it with the following:

Increase perennial ground cover in areas used by livestock (from 12 percent to 18 percent) and litter (from 18 percent to 24 percent) by the year 2000.

B. Objectives 2 and 3 - Delete both objectives until such time as the kind of livestock is changed to sheep. When and if this occurs, reinstitute these objectives if sheep will use the benches and upper slopes. Establish utilization limits on both species and consider propriety of winter sheep use in these areas. Assuming a change to sheep the objectives should be combined and reworded as follows:

"Improve deer habitat in the upper slopes of the drainages and on the benches by limiting total utilization on mountain mahogany and bitterbrush to 50-60 percent and manage both species to achieve and age class distribution of 50-70 percent mature, 15-25 percent young, and 15-25 percent decadent. Manage both species to attain 10-20 percent heavy hedging, 60-80 percent moderate hedging, and 10-20 percent light hedging.*"

C. Objective 4 - The riparian objective should be reworded to read: Limit livestock use on cottonwood seedlings and saplings to no more than 50 percent of plants browsed annually until the plants are 8 feet or more in height.

If a change to sheep occurs, the permittee should be instructed to water the sheep at no more than two points on the river in each pasture.

In addition to the percent of cottonwood seedlings/saplings browsed, the riparian area should be monitored by using the Riparian Habitat Scorecard which rates apparent trend (in lieu of cover or frequency studies). Also, at least two permanent photo plots should be established and read.

*Both age and form class objectives should have baseline figures confirmed and documented in these objectives.

**000410**

67

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, AND EVALUATION

D.  Objective 5 - The period of time during which the AMP has been in operation is inadequate in terms of judging the allotments' response to management.  Further, the allotment was not fully stocked in 1983. These factors make an assessment of proper stocking rate difficult. Based on the data available and our best judgment, it is recommended that the use be held to 243 AUMs with no more than 85 AUMs use allowed during the spring season pending the next evaluation.

In regard to the grazing system, a more rapid improvement of the allotment in general and a better chance to maintain and improve the riparian habitat and increase livestock use would be probable with a change in the present grazing system.  Instead of alternating early use year by year which results in seedlings and young plants being grazed before they become established, a two-year schedule using the same pasture in the spring and deferring the other for fall use should result in greater improvement allotmentwide (including the riparian areas).  It is recommended this change in the grazing system be made effective next spring.

E.  Key Species and Utilization - Based on species occurrence and use, key forage species should be changed to HIJA, SPAI, BOGR (and PUTR if sheep use is made on the benches).  Utilization limits should be placed on key species which would provide for use of annual species in the spring but still consider physiological needs of the key species.  To facilitate reaching cover objectives, utilization limits should also be established on key species in the winter pasture, and use in the winter season should be measured as well.

F.  Next Evaluation - Schedule the next evaluation in four years after one cycle of the new grazing system is completed.  The resource area range conservationist, wildlife biologist, district hydrologist, permittee, and Division of Wildlife should be included in the evaluation.  If the results are controversial or consensus cannot be reached on changes to be made, the District Grazing Advisory Board and District Advisory Council should be consulted.

**000411**

68

RANGELAND MONITORING - ANALYSIS, INTERPRETATION, EVALUATION

## MONITORING DATA SUMMARY

STATE **YA**

DISTRICT **04**

ALLOTMENT **BLUE MESA**     PASTURE **ALLOTMENT SUMMARY**

RESOURCE AREA **0470**



000412

69

**000413**

**000414**



Form 1279–3
(June 1984)

Rangeland monitori
and evaluation.

BORROWE

SF
85.3
. R368
1985
c. 3

USDI – BLM

| DATE LOANED | BORROWER |
|---|---|
| 6/23/87 | M. MARTi |

Bureau of Land Management
Library
Bldg. 50, Denver Federal Center
Denver, CO 80225   **000415**

50272-101

| REPORT DOCUMENTATION PAGE | 1. REPORT NO. BLM/YA/PT-86-001-4400 | 2. | 3. Recipient's Accession No. |
|---|---|---|---|
| 4. Title and Subtitle Rangeland Monitoring: Analysis, Interpretation and Evaluation | | | 5. Report Date November 1985 |
| | | | 6. |
| 7. Author(s) U.S. Bureau of Land Management | | | 8. Performing Organization Rept. No. TR-7; 209 |
| 9. Performing Organization Name and Address Bureau of Land Management Building 50, Denver Federal Center P.O. Box 25047 Denver, Colorado 80225-0047 | | | 10. Project/Task/Work Unit No. |
| | | | 11. Contract(C) or Grant(G) No. (C) (G) |
| 12. Sponsoring Organization Name and Address Same | | | 13. Type of Report & Period Covered |
| | | | 14. |

15. Supplementary Notes

16. Abstract (Limit: 200 words)

   The analysis, interpretation and evaluation of rangeland monitoring data is discussed from a procedural and biological perspective. Special emphasis is made to portray the analysis, interpretation and evaluation processes as processes that deal with unique biological and administrative situations, rather than "cook book" processes utilizing simple formulae.

17. Document Analysis   a. Descriptors

1302 Land Use   0205 Grazing Land
1407 Monitors   0806 Grasslands
0603 Range Grasses
0603 Livestock

   b. Identifiers/Open-Ended Terms

Rangelands; Rangeland Monitoring; Range Management; Bureau of Land Management; Grazing;
Livestock

   c. COSATI Field/Group

| 18. Availability Statement NTIS Springfield, VA 22161 | 19. Security Class (This Report) unclassified | 21. No. of Pages 69 |
|---|---|---|
| | 20. Security Class (This Page) unclassified | 22. Price |

000416

(See ANSI-Z39.18)                    See Instructions on Reverse                    OPTIONAL FORM 272 (4-77)
(Formerly NTIS-35)
Department of Commerce



000417