TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

JOSEPH W. CRUSHAM, Trial Attorney (CA Bar No. 324764)
Wildlife & Marine Resources Section
YOUNG A. KANG, Trial Attorney (FL Bar No. 1025505)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov
Phone: (202) 514-2415 (Kang)
Email: young.kang@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>   Federal Defendants. | Case No. 3:23-cv-00568-ART-CSD<br><br>**FEDERAL DEFENDANTS' INDEX OF EXHIBITS IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO COMPLETE AND SUPPLEMENT THE RECORD AND REQUEST FOR JUDICIAL NOTICE** |

Pursuant to LR IA 10-3(d), Federal Defendants provide the below index of exhibits submitted in support of their Opposition to Plaintiffs' Motion to Complete/Supplement the Record and Request for Judicial Notice:

| Exhibit | Description |
|---------|-------------|
| 1 | Plaintiffs' May 1, 2024 Letter Regarding "Administrative Record Deficiencies" |
| 2 | Federal Defendants' May 10, 2024 Response Letter |

Dated: July 3, 2024                                   Respectfully submitted,

TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Joseph W. Crusham*
JOSEPH W. CRUSHAM,
Trial Attorney (CA Bar No. 324764)
Wildlife & Marine Resources Section
YOUNG A. KANG
Trial Attorney (FL Bar No. 1025505)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov
Phone: (202) 514-2415 (Kang)
Email: young.kang@usdoj.gov

*Attorneys for Federal Defendants*