## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

_____
Jessica San Luis