DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants.* | Case No. 3:23-cv-00568-ART-CSD<br><br>**PLAINTIFFS' SUBSTITUTION OF ATTORNEY** |

Plaintiffs LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit corporation, hereby substitute Brent M. Resh, Esq. of BRENT RESH LAW, PLLC. located at: 2401 La Solana Way, Las Vegas, Nevada, 89102; Telephone number: 702-781-6903; Email

1

address: brent@brentreshlaw.com, as local counsel of record in place and stead of: Danielle M. Holt, Esq. / DE CASTROVERDE LAW GROUP.

DATED this 12th day of August, 2024.   DATED this 12th day of August, 2024.

_____   _____
WILD HORSE EDUCATION   LAURA LEIGH

I, Danielle M. Holt, Esq. Consent to the above Substitution.

DATED this 4th day of September, 2024.

_____
Danielle M. Holt, Esq.
Nevada Bar No. 13152

I, Brent M. Resh, Esq., am duly admitted to practice in this District and have been retained by the Plaintiffs named herein to be their local counsel of record. The above Substitution is Accepted.

DATED this 4th day of September, 2024.

_____
Brent M. Resh, Esq.
Nevada Bar No. 14940
Brent Resh Law, PLLC.
2401 La Solana Way
Las Vegas, NV 89102

2

THE ABOVE SUBSTITUTION IS APPROVED.

DATED this ___ day of _____, 2024.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>4th Day of September, 2024</u>, I filed the foregoing electronically through the CM/ECF system with the Clerk of the Court for the United States District Court for the District of Nevada. Participants in the case registered with CM/ECF will be served, which includes counsel of record for all parties in this case.

*/s/ Danielle Holt*

Danielle M. Holt