1

DANIELLE M. HOLT
(Nevada Bar No. 13152)

2

DE CASTROVERDE LAW GROUP

3

1149 S Maryland Pkwy
Las Vegas, NV 89104

4

danielle@decastroverdelaw.com

5

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)

6

J. RAE LOVKO

7

(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC

8

2748 Adeline Street, Suite A
Berkeley, CA 94703

9

(510) 900-9502
jblome@greenfirelaw.com

10

rlovko@greenfirelaw.com

11

*Attorneys for Plaintiffs*

12

13

14

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

15

LAURA LEIGH, individually, and WILD HORSE )
EDUCATION, a nonprofit corporation,          )

16

                                             ) Case No. 3:23-cv-00568-ART-CSD

         *Plaintiffs*,                        )

17

                                             )

18

              v.                             )
                                             ) **PLAINTIFFS' SUBSTITUTION OF**

19

UNITED STATES DEPARTMENT OF THE             ) **ATTORNEY**
INTERIOR, BUREAU OF LAND                    )
MANAGEMENT, TRACY STONE-                    )

20

MANNING, Director of the Bureau of Land     )
Management, and JON RABY, Nevada State      )

21

Director of the Bureau of Land              )
Management,                                 )

22

                                             )

         *Federal Defendants.*                )

23

                                             )

24

25

        Plaintiffs LAURA LEIGH, individually, and WILD HORSE EDUCATION, a nonprofit

26

corporation, hereby substitute Brent M. Resh, Esq. of BRENT RESH LAW, PLLC. located at:

27

2401 La Solana Way, Las Vegas, Nevada, 89102; Telephone number: 702-781-6903; Email

28

1

address: brent@brentreshlaw.com, as local counsel of record in place and stead of: Danielle M.

Holt, Esq. / DE CASTROVERDE LAW GROUP.

DATED this 12th day of August, 2024.          DATED this 12th day of August, 2024.

_____          _____

WILD HORSE EDUCATION                     LAURA LEIGH

I, Danielle M. Holt, Esq. Consent to the above Substitution.

DATED this 4th day of September, 2024.

_____
Danielle M. Holt, Esq.
Nevada Bar No. 13152

I, Brent M. Resh, Esq., am duly admitted to practice in this District and have been retained by

the Plaintiffs named herein to be their local counsel of record. The above Substitution is

Accepted.

DATED this 4th day of September, 2024.

_____
Brent M. Resh, Esq.
Nevada Bar No. 14940
Brent Resh Law, PLLC.
2401 La Solana Way
Las Vegas, NV 89102

2

THE ABOVE SUBSTITUTION IS APPROVED.


DATED this 4th day of September, 2024.

_____
U.S. MAGISTRATE JUDGE