1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LAURA LEIGH, individually, and WILD
HORSE EDUCATION, a non-profit
corporation,

    *Plaintiffs*,

               v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, BUREAU OF LAND
MANAGEMENT, TRACY STONE-
MANNING, Director of the Bureau of Land
Management, and JON RABY, Nevada
State Director of the Bureau of Land
Management,

    *Federal Defendants*.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:23-cv-00568-ART-CSD

**[PROPOSED] MODIFIED**
**SCHEDULING ORDER**

19

20

21

22

23

24

25

26

27

28

     On March 12, 2024, the Court entered the Scheduling Order. ECF No. 23. The Scheduling Order sets out a schedule for production of the administrative record, briefing of any administrative record issues, and cross-motions for summary judgment. *Id.* at 2–4. The Scheduling Order provides that "[i]f Plaintiffs file a motion related to the administrative record . . . the summary judgment schedule outlined [in the Scheduling Order] will be vacated," and the "Parties will submit a new, mutually agreeable summary judgment schedule within seven days of the Court's decision on Plaintiffs' motion." *Id.*

     On June 5, 2024, Plaintiffs filed a Motion to Complete and Supplement the Administrative Record and Request for Judicial Notice. ECF No. 27. On September 19, 2024,

1   the Court denied Plaintiffs' Motion. ECF No. 34. Accordingly, per the Scheduling Order, the

2   Parties jointly submit this proposed Modified Scheduling Order:

3   • **October 4, 2024:** Federal Defendants will lodge and serve a new version of the

4   Administrative Record that will include the supplemental materials Federal

5   Defendants agreed to add as part of the Parties' record negotiations.

6   • **December 13, 2024**: Plaintiffs' Motion for Summary Judgment (40[1] pages);

7   • **February 14, 2025**: Federal Defendants' combined Response to Plaintiffs' Motion

8   and Cross-Motion for Summary Judgment (40 pages);

9   • **March 14, 2025**: Plaintiffs' combined Response to Federal Defendants' Motion and

10   Reply in support of their own Motion (25 pages);

11   • **April 11, 2024**: Federal Defendants' Reply (25 pages).

12

13   Respectfully submitted this 25th day of September, 2024.

14
    TODD KIM, Assistant Attorney General
15   U.S. Department of Justice
    Environment & Natural Resources Division
16
    */s/ Joseph W. Crusham*
17   JOSEPH W. CRUSHAM,
    Trial Attorney (CA Bar No. 324764)
18   Wildlife & Marine Resources Section
    YOUNG A. KANG
19   Trial Attorney (FL Bar No. 1025505)
    Natural Resources Section
20   P.O. Box 7611, Ben Franklin Station
    Washington, DC 20044-7611
21   Phone: (202) 307-1145 (Crusham)
    Email: joseph.crusham@usdoj.gov
22   Phone: (202) 514-2415 (Kang)
    Email: young.kang@usdoj.gov
23
    *Attorneys for Federal Defendants*
24

25

26   [1] This Modified Scheduling Order uses the page limitations that the Court approved in the
    original Scheduling Order. *See* ECF No. 23 at 3–4. The Parties incorporate by reference here the
27   justification set out there for these page limitations, as well as for departure from the Local Rules'
    standard briefing deadlines. *Id.*
28

1  */s/ J. Rae Lovko*
   JESSICA L. BLOME
2  (California Bar No. 314898, pro hac vice)
   J. RAE LOVKO
3  (California Bar No. 208855), pro hac vice vice)
   GREENFIRE LAW, PC
4  2748 Adeline Street, Suite A
5  Berkeley, CA 94703
   (510) 900-9502
6  jblome@greenfirelaw.com
   rlovko@greenfirelaw.com
7

8
   DANIELLE M. HOLT
9  (Nevada Bar No. 13152)
   DE CASTROVERDE LAW GROUP
10 1149 S Maryland Pkwy
   Las Vegas, NV 89104
11 (702) 222-9999
12 danielle@decastroverdelaw.com

13 *Attorneys for Plaintiffs*

14                                           **IT IS SO ORDERED:**

15

16
                                            _____
17                                          **UNITED STATES DISTRICT JUDGE**
                                            **UNITED STATES MAGISTRATE JUDGE**
18                                          **DATED:**

19

20

21

22

23

24

25

26

27

28