**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management, <br><br> *Federal Defendants*. | Case No. 3:23-cv-00568-ART-CSD <br><br> **MODIFIED SCHEDULING ORDER** |

On March 12, 2024, the Court entered the Scheduling Order. ECF No. 23. The Scheduling Order sets out a schedule for production of the administrative record, briefing of any administrative record issues, and cross-motions for summary judgment. *Id.* at 2–4. The Scheduling Order provides that "[i]f Plaintiffs file a motion related to the administrative record . . . the summary judgment schedule outlined [in the Scheduling Order] will be vacated," and the "Parties will submit a new, mutually agreeable summary judgment schedule within seven days of the Court's decision on Plaintiffs' motion." *Id.*

On June 5, 2024, Plaintiffs filed a Motion to Complete and Supplement the Administrative Record and Request for Judicial Notice. ECF No. 27. On September 19, 2024,

the Court denied Plaintiffs' Motion. ECF No. 34. Accordingly, per the Scheduling Order, the Parties jointly submit this proposed Modified Scheduling Order:

- **October 4, 2024:** Federal Defendants will lodge and serve a new version of the Administrative Record that will include the supplemental materials Federal Defendants agreed to add as part of the Parties' record negotiations.
- **December 13, 2024**: Plaintiffs' Motion for Summary Judgment (40[1] pages);
- **February 14, 2025**: Federal Defendants' combined Response to Plaintiffs' Motion and Cross-Motion for Summary Judgment (40 pages);
- **March 14, 2025**: Plaintiffs' combined Response to Federal Defendants' Motion and Reply in support of their own Motion (25 pages);
- **April 11, 2024**: Federal Defendants' Reply (25 pages).

Respectfully submitted this 25th day of September, 2024.

        TODD KIM, Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division

        */s/ Joseph W. Crusham*
        JOSEPH W. CRUSHAM,
        Trial Attorney (CA Bar No. 324764)
        Wildlife & Marine Resources Section
        YOUNG A. KANG
        Trial Attorney (FL Bar No. 1025505)
        Natural Resources Section
        P.O. Box 7611, Ben Franklin Station
        Washington, DC 20044-7611
        Phone: (202) 307-1145 (Crusham)
        Email: joseph.crusham@usdoj.gov
        Phone: (202) 514-2415 (Kang)
        Email: young.kang@usdoj.gov

        *Attorneys for Federal Defendants*

---

[1] This Modified Scheduling Order uses the page limitations that the Court approved in the original Scheduling Order. *See* ECF No. 23 at 3–4. The Parties incorporate by reference here the justification set out there for these page limitations, as well as for departure from the Local Rules' standard briefing deadlines. *Id.*

1  /s/ J. Rae Lovko
   JESSICA L. BLOME
2  (California Bar No. 314898, pro hac vice)
   J. RAE LOVKO
3  (California Bar No. 208855), pro hac vice vice)
   GREENFIRE LAW, PC
4  2748 Adeline Street, Suite A
5  Berkeley, CA 94703
   (510) 900-9502
6  jblome@greenfirelaw.com
   rlovko@greenfirelaw.com
7

8
   DANIELLE M. HOLT
9  (Nevada Bar No. 13152)
   DE CASTROVERDE LAW GROUP
10 1149 S Maryland Pkwy
   Las Vegas, NV 89104
11 (702) 222-9999
12 danielle@decastroverdelaw.com

13 *Attorneys for Plaintiffs*

14                                      **IT IS SO ORDERED:**

15

16                                      _____
17                                       UNITED STATES MAGISTRATE JUDGE

18                                      **DATED:** September 25, 2024

3