TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

JOSEPH W. CRUSHAM, Trial Attorney (CA Bar No. 324764)
Wildlife & Marine Resources Section
YOUNG A. KANG, Trial Attorney (FL Bar No. 1025505)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov
Phone: (202) 514-2415 (Kang)
Email: young.kang@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>    Federal Defendants. | Case No. 3:23-cv-00568-ART-CSD<br><br>**FEDERAL DEFENDANTS' SECOND NOTICE OF LODGING ADMINISTRATIVE RECORD** |

Pursuant to the Modified Scheduling Order, ECF No. 36, Federal Defendants hereby provide notice of the lodging of the Administrative Record for the above captioned case. The Administrative Record comprises those materials considered directly and indirectly by the U.S. Bureau of Land Management as pertinent to the claims raised in the complaint. The agency's certification of the Administrative Record and a PDF copy of the index are attached to this notice as exhibits.

Federal Defendants previously lodged the Administrative Record on April 17, 2024. ECF No. 26. Pursuant to an agreement with Plaintiffs, the version of the Administrative Record being lodged now includes twelve additional documents (document numbers 238 through 249 in the attached index) directly or indirectly considered by BLM. This new version of the Administrative Record should be used going forward in lieu of the version previously lodged.

Federal Defendants have mailed the Administrative Record to Plaintiffs' counsel and the Court via Federal Express shipments containing thumb drives. For the shipment to the Court, one thumb drive is for the Clerk's office and the other is for delivery to the Chambers of the Honorable Anne R. Traum. Each thumb drive provided to the Court and Plaintiffs' counsel contains bates numbered, electronic copies of the documents in the Administrative Record accessible via hyperlinked indexes.

Dated: October 4, 2024               Respectfully submitted,

TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Joseph W. Crusham*
JOSEPH W. CRUSHAM,
Trial Attorney (CA Bar No. 324764)
Wildlife & Marine Resources Section
YOUNG A. KANG
Trial Attorney (FL Bar No. 1025505)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov
Phone: (202) 514-2415 (Kang)
Email: young.kang@usdoj.gov

*Attorneys for Federal Defendants*