UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRACY STONE-MANNING *et al.*, <br><br> Federal Defendants. | Case No. 3:23-cv-00568-ART-CSD <br><br> **DECLARATION OF PERRY B. WICKHAM** |

I, Perry B. Wickham, declare as follows:

1. I am the Field Manager in the Bureau of Land Management's Tonopah Field Office in Nevada. I have held this position since June of 2019.

2. My responsibilities as Field Manager include overseeing the compilation of the pertinent documents for the Administrative Record for the claims raised by Plaintiffs in *Leigh et al., v. Stone-Manning et al.*, 3:23-cv-00568, Dkt. 1 ("*Stone Cabin* Complaint"), which I understand challenges the April 11, 2023, Stone Cabin Complex Wild Horse Gather Plan Decision.

3. I am generally familiar with the documents that are part of the record for BLM's April 11, 2023, Stone Cabin Complex Wild Horse Gather Plan Decision. I am also familiar with the process by which the documents considered directly or indirectly by BLM as part of its decision-making process for the challenged decision were collected and compiled into the Administrative Record.

4. To the best of my knowledge and based on my involvement in developing the Administrative Record, I hereby certify that the Administrative Record is a true, correct and complete copy of the documents that directly or indirectly considered by BLM for the April 11,

2023, Stone Cabin Complex Wild Horse Gather Plan Decision as pertinent to the claims raised in the *Stone Cabin* Complaint.

5. The version of the Administrative Record being lodged along with this Declaration has been supplemented pursuant to agreement with Plaintiffs to include twelve additional documents (document numbers 238 through 249 in the index) directly or indirectly considered by BLM for the April 11, 2023, Stone Cabin Complex Wild Horse Gather Plan Decision.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                                                  Perry B. Wickham, Field Manager
                                                  Tonopah Field Office
                                                  Battle Mountain District, BLM