Stone Cabin Wild Horse Gather Plan
Administrative Record
*Leigh v. BLM*  3:23-cv-00568-ART-CSD (D. Nevada)

| Doc. # | Filename & Link | Date | Description | Pages | Bates Prefix | Bates Start | Bates End |
|---|---|---|---|---|---|---|---|
| 1 | 2022-10-25_Stone_Cabin_Complex_Gather_Plan_PublicDraftEA.pdf | 2022-10-25 | Decisions/NEPA | 150 | SC | 1642 | 1791 |
| 2 | 2023-04-11 StoneCabinComplex_DecisionRecord.pdf | 2023-04-11 | Decisions/NEPA | 4 | SC | 6174 | 6177 |
| 3 | 2023-04-11 StoneCabinComplex_FONSI.pdf | 2023-04-11 | Decisions/NEPA | 4 | SC | 6178 | 6181 |
| 4 | 2023-04-11_StoneCabinComplex_FinalGatherPlanEA.pdf | 2023-04-11 | Decisions/NEPA | 206 | SC | 6182 | 6387 |
| 5 | 2012 Stone Cabin Water Inventories.pdf | 2012 | Monitoring | 104 | SC | 0663 | 0766 |
| 6 | 2013 March_MonitoringFlightSummary.pdf | 2013 | Monitoring | 7 | SC | 0767 | 0773 |
| 7 | 2014 Salusbury HC site evall.pdf | 2014 | Monitoring | 4 | SC | 0784 | 0787 |
| 8 | 2014 Stone Cabin Monitoring.pdf | 2014 | Monitoring | 3 | SC | 0788 | 0790 |
| 9 | 2014 WHBPS survey summary.pdf | 2014 | Monitoring | 3 | SC | 0791 | 0793 |
| 10 | 2015 Stone Cabin Monitoring.pdf | 2015 | Monitoring | 33 | SC | 0794 | 0826 |
| 11 | 2016 February_CenusFlightSummary.pdf | 2016 | Monitoring | 2 | SC | 0829 | 0830 |
| 12 | 2016 Saulsbury Monitoring.pdf | 2016 | Monitoring | 45 | SC | 0831 | 0875 |
| 13 | 2016 Stone Cabin Monitoring.pdf | 2016 | Monitoring | 130 | SC | 0876 | 1005 |
| 14 | 2017 April_CensusFlightSummary.pdf | 2017 | Monitoring | 3 | SC | 1006 | 1008 |
| 15 | 2017 Stone Cabin Monitoring.pdf | 2017 | Monitoring | 29 | SC | 1009 | 1037 |
| 16 | 2018 February_CensusFlightSummary.pdf | 2018 | Monitoring | 2 | SC | 1038 | 1039 |
| 17 | 2019 April_CensusFlightSummary.pdf | 2019 | Monitoring | 2 | SC | 1065 | 1066 |
| 18 | 2020 Saulsbury Monitoring.pdf | 2020 | Monitoring | 20 | SC | 1077 | 1096 |
| 19 | 2020 Stone Cabin Monitoring.pdf | 2020 | Monitoring | 41 | SC | 1097 | 1137 |
| 20 | 2021 July_CensusFlightSummary.pdf | 2021 | Monitoring | 2 | SC | 1262 | 1263 |
| 21 | 2021 Saulsbury Monitoring.pdf | 2021 | Monitoring | 6 | SC | 1264 | 1269 |
| 22 | 2022 Saulsbury Monitoring.pdf | 2022 | Monitoring | 15 | SC | 1328 | 1342 |
| 23 | 2022 Stone Cabin Monitoring.pdf | 2022 | Monitoring | 75 | SC | 1343 | 1417 |
| 24 | 2021-07-16_StoneCabin_FieldReport_with_maps.pdf | 2021-07-16 | Monitoring | 14 | SC | 1287 | 1300 |
| 25 | 2021-07-23 Stone Cabin Emergency Gather Request.pdf | 2021-07-23 | Monitoring | 4 | SC | 1301 | 1304 |
| 26 | 2021-07-24_emergency resource flight.pdf | 2021-07-24 | Monitoring | 2 | SC | 1305 | 1306 |

Stone Cabin Wild Horse Gather Plan
Administrative Record
*Leigh v. BLM*  3:23-cv-00568-ART-CSD (D. Nevada)

| Doc. # | Filename & Link | Date | Description | Pages | Bates Prefix | Bates Start | Bates End |
|---|---|---|---|---|---|---|---|
| 27 | 2021-08-12_DNA_DecisionLetter_StoneCabinGather_SIGNED.pdf | 2021-08-12 | Monitoring | 7 | SC | 1307 | 1313 |
| 28 | 2021-08-12_DNA_Worksheet_StoneCabinGather_SIGNED.pdf | 2021-08-12 | Monitoring | 5 | SC | 1314 | 1318 |
| 29 | 2021-08-16 BLM Press Release Stone Cabin Emergency Gather.pdf | 2021-08-16 | Monitoring | 2 | SC | 1319 | 1320 |
| 30 | 2021-10-26 Stone Cabin Emergency Wild Horse Gather.pdf | 2021-10-26 | Monitoring | 7 | SC | 1321 | 1327 |
| 31 | 2022-03-01_HAHMA_Stats_Tonopah FINAL.pdf | 2022-03-01 | Monitoring | 2 | SC | 1419 | 1420 |
| 32 | 2022-09-23 Ralston LHA_ER FINAL.pdf | 2022-09-23 | Monitoring | 193 | SC | 1449 | 1641 |
| 33 | Stone Cabin Valley Wild Horse Herd Management Plan 1983.pdf | 1983-05-13 | Plan/Policy | 58 | SC | 9270 | 9327 |
| 34 | 1997-10-06 Tonopah_RMP_and_Record_of_Decision.pdf | 1997-10-06 | Plan/Policy | 193 | SC | 0001 | 0193 |
| 35 | 2005-03-11 Media_Library_BLM_Policy_Handbook_h1601-1.pdf | 2005-03-11 | Plan/Policy | 161 | SC | 0194 | 0354 |
| 36 | 2006-09-01 Standards and Guidelines Mojave Great Basin.pdf | 2006-09-01 | Plan/Policy | 16 | SC | 0355 | 0370 |
| 37 | 2008-01-01 Media_Library_BLM_Policy_Handbook_h1790-1.pdf | 2008-01-01 | Plan/Policy | 184 | SC | 0371 | 0554 |
| 38 | 2010-06-01 H-4700-1 WHB Management Handbook.pdf | 2010-06-01 | Plan/Policy | 80 | SC | 0555 | 0634 |
| 39 | 2010-07-07 BLM policy manual 4700.pdf | 2010-07-07 | Plan/Policy | 7 | SC | 0635 | 0641 |
| 40 | 2013-01-23 IM 2013-058 Gather public management.pdf | 2013-01-23 | Plan/Policy | 3 | SC | 0774 | 0776 |
| 41 | 2013-01-23 IM 2013-060 Gather management by IC.pdf | 2013-01-23 | Plan/Policy | 7 | SC | 0777 | 0783 |
| 42 | 2015-09-23 IM 2015-152 Helicopter exception.pdf | 2015-09-23 | Plan/Policy | 2 | SC | 0827 | 0828 |
| 43 | 2019-03-15 PIM 2019-004 Issuance of Wild Horse and Burro Gather Decisions.pdf | 2019-03-15 | Plan/Policy | 2 | SC | 1067 | 1068 |
| 44 | 2020-12-18 BLM IM 2021-002 CAWP_complete.pdf | 2020-12-18 | Plan/Policy | 46 | SC | 1171 | 1216 |
| 45 | 2020-12-18 PIM 2021-002 Wild Horse and Burro CAWP.pdf | 2020-12-18 | Plan/Policy | 45 | SC | 1217 | 1261 |
| 46 | 2021-05-26 PIM 2021-007 Euthanasia of Wild Horses and Burros.pdf | 2021-05-26 | Plan/Policy | 17 | SC | 1270 | 1286 |

Stone Cabin Wild Horse Gather Plan
Administrative Record
*Leigh v. BLM*  3:23-cv-00568-ART-CSD (D. Nevada)

| Doc. # | Filename & Link | Date | Description | Pages | Bates Prefix | Bates Start | Bates End |
|---|---|---|---|---|---|---|---|
| 47 | 2022-01-01 Gather Observation Protocol for WHB Gathers.pdf | 2022-01-01 | Plan/Policy | 1 | SC | 1418 | 1418 |
| 48 | 2022-07-11 IM 2022-044 Wild Horse and Burro Gather.pdf | 2022-07-11 | Plan/Policy | 5 | SC | 1444 | 1448 |
| 49 | 2022-04-27 Email Schweigert for Colvin and Clifford.pdf | 2022-04-27 | Public Comment/Letter | 23 | SC | 1421 | 1443 |
| 50 | 2022-11-06 Stone Cabin Complex_ Alyx Michell.pdf | 2022-11-06 | Public Comment/Letter | 1 | SC | 1792 | 1792 |
| 51 | 2022-11-06 Stone Cabin Complex_Melissa Warfield.pdf | 2022-11-06 | Public Comment/Letter | 2 | SC | 1793 | 1794 |
| 52 | 2022-11-17 E2023-147SR23-063BLM-TFO_PEA_StoneCabinCmplxGthr.pdf | 2022-11-17 | Public Comment/Letter | 2 | SC | 1795 | 1796 |
| 53 | 2022-11-17 jean_public.pdf | 2022-11-17 | Public Comment/Letter | 4 | SC | 1797 | 1800 |
| 54 | 2022-11-17 NDOW comments.pdf | 2022-11-17 | Public Comment/Letter | 5 | SC | 1801 | 1805 |
| 55 | 2022-11-17 OWHO Stone Cabin comments.pdf | 2022-11-17 | Public Comment/Letter | 75 | SC | 1806 | 1880 |
| 56 | 2022-11-17 RTF Stone Cabin Comments.pdf | 2022-11-17 | Public Comment/Letter | 5 | SC | 1881 | 1885 |
| 57 | 2022-11-17 Stone Cabin Complex_ Bonnie Erickson.pdf | 2022-11-17 | Public Comment/Letter | 1 | SC | 1886 | 1886 |
| 58 | 2022-11-17 stone cabin complex_ maggie frazier.pdf | 2022-11-17 | Public Comment/Letter | 1 | SC | 1887 | 1887 |
| 59 | 2022-11-17 Stone Cabin Complex_ Marina Janelle.pdf | 2022-11-17 | Public Comment/Letter | 1 | SC | 1888 | 1888 |
| 60 | 2022-11-17 Stone Cabin Complex_ Rev. Roland Halpern.pdf | 2022-11-17 | Public Comment/Letter | 1 | SC | 1889 | 1889 |
| 61 | 2022-11-17 Stone Cabin Form Letters.pdf | 2022-11-17 | Public Comment/Letter | 2814 | SC | 1890 | 4703 |
| 62 | 2022-11-17 WHEComments_Re-DOI-BLM-NV-B020-2023-0005-EA.pdf | 2022-11-17 | Public Comment/Letter | 14 | SC | 4704 | 4717 |
| 63 | 2022-11-18 EA Stone Cabin Complex NV comments_ tammi adams.pdf | 2022-11-18 | Public Comment/Letter | 12 | SC | 4718 | 4729 |
| 64 | 2022-11-18 elisabeth leach.pdf | 2022-11-18 | Public Comment/Letter | 2 | SC | 4730 | 4731 |
| 65 | 2022-11-18 Eureka Co to BLM on Stone Cabin Complex Gather Plan DEA.pdf | 2022-11-18 | Public Comment/Letter | 5 | SC | 4732 | 4736 |
| 66 | 2022-11-20 kathryn lezenby.pdf | 2022-11-20 | Public Comment/Letter | 1 | SC | 4737 | 4737 |
| 67 | 2022-11-21 eileen hennessy.pdf | 2022-11-21 | Public Comment/Letter | 4 | SC | 4738 | 4741 |
| 68 | 2022-11-21 email received_ava grace_michele mallory.pdf | 2022-11-21 | Public Comment/Letter | 1 | SC | 4742 | 4742 |
| 69 | 2022-11-21 handwritten_rebecca falk.pdf | 2022-11-21 | Public Comment/Letter | 3 | SC | 4743 | 4745 |
| 70 | 2022-11-21 Stone Cabin Comments Borkowski.pdf | 2022-11-21 | Public Comment/Letter | 22 | SC | 4746 | 4767 |

Stone Cabin Wild Horse Gather Plan
Administrative Record
*Leigh v. BLM*  3:23-cv-00568-ART-CSD (D. Nevada)

| Doc. # | Filename & Link | Date | Description | Pages | Bates Prefix | Bates Start | Bates End |
|---|---|---|---|---|---|---|---|
| 71 | 2022-11-23 AWHC comments Stone Cabin Complex EA.pdf | 2022-11-23 | Public Comment/Letter | 18 | SC | 4768 | 4785 |
| 72 | 2022-11-23 cathy ceci.pdf | 2022-11-23 | Public Comment/Letter | 2 | SC | 4786 | 4787 |
| 73 | 2022-11-23 FoA Comment_Stone Complex EA with attachments.pdf | 2022-11-23 | Public Comment/Letter | 151 | SC | 4788 | 4938 |
| 74 | 2022-11-23 patricia jacob.pdf | 2022-11-23 | Public Comment/Letter | 1 | SC | 4939 | 4939 |
| 75 | 2022-11-23 Stone Cabin Ranch comments.pdf | 2022-11-23 | Public Comment/Letter | 1 | SC | 4940 | 4940 |
| 76 | 2022-11-24 Janet Lynch Stone Cabin Complex EA Comments.pdf | 2022-11-24 | Public Comment/Letter | 2 | SC | 4941 | 4942 |
| 77 | 2022-11-25 The Cloud Foundation Stone Cabin comments.pdf | 2022-11-25 | Public Comment/Letter | 1213 | SC | 4943 | 6155 |
| 78 | 2022-12-02 - IRC - Comments to Stone Cabin Complex Gather EA.pdf | 2022-12-02 | Public Comment/Letter | 18 | SC | 6156 | 6173 |
| 79 | 2010-12-13 OIG Inspection - BLM Wild Horse and Burro Program.pdf | 2010-12-13 | Reference | 21 | SC | 0642 | 0662 |
| 80 | 2018-04-26 WHB Report to Congress.pdf | 2018-04-26 | Reference | 25 | SC | 1040 | 1064 |
| 81 | 2019-12-20 Mortality and Operational Attributes.pdf | 2019-12-20 | Reference | 8 | SC | 1069 | 1076 |
| 82 | 2020-05-19 WHB-Report-to Congress.pdf | 2020-05-19 | Reference | 33 | SC | 1138 | 1170 |
| 83 | AAEP 2011 Report on the BLM WHB Program Final.pdf | Various | Reference | 35 | SC | 6388 | 6422 |
| 84 | Andreasen et al 2021 JWM_Cougar predation on wild horses in Great Basin and Sierra Nevada.pdf | Various | Reference | 17 | SC | 6423 | 6439 |
| 85 | Asa et al 1980 Horm and Behav_Sexual behavior OVX and anovulatory ponies.pdf | Various | Reference | 9 | SC | 6440 | 6448 |
| 86 | Ashley and Holcombe 2001 WSB Efffests of gather stress on WH reproductive success.pdf | Various | Reference | 7 | SC | 6449 | 6455 |
| 87 | Bagavant et al 2002 Am J Path_Autoimmune ovarian disease induced by ZP3 vaccine in Macaques.pdf | Various | Reference | 9 | SC | 6456 | 6464 |
| 88 | Baker et al 2013 J Zoo Wildl Med GonaCon in female horses at TR.pdf | Various | Reference | 3 | SC | 6465 | 6467 |

Stone Cabin Wild Horse Gather Plan
Administrative Record
*Leigh v. BLM*  3:23-cv-00568-ART-CSD (D. Nevada)

| Doc. # | Filename & Link | Date | Description | Pages | Bates Prefix | Bates Start | Bates End |
|---|---|---|---|---|---|---|---|
| 89 | Baker et al 2017 Fert Control Conf Abstract_GonaCon limitations and side effects in horses at THRO.pdf | Various | Reference | 1 | SC | 6468 | 6468 |
| 90 | Baker et al 2018 PLoS 1_GonaCon reimmunization at THRO NP.pdf | Various | Reference | 23 | SC | 6469 | 6491 |
| 91 | Balet et al 2014.pdf | Various | Reference | 11 | SC | 6492 | 6502 |
| 92 | Barber et al 2000 J Exp Zoo_No somatic or immunotoxic effects of PZP vaccine on other tissues.pdf | Various | Reference | 6 | SC | 6503 | 6508 |
| 93 | Bartholow 2004 USGS OpenFileReport_Economic Analysis Fertility_Pryor Mtns.pdf | Various | Reference | 36 | SC | 6509 | 6544 |
| 94 | Bartholow 2007 JWM Economic benefits of fert control in wild horse.pdf | Various | Reference | 9 | SC | 6545 | 6553 |
| 95 | Bechert et al 2018 Therio_Spayvac IgG4 IgG7 responses correlate with contraception.pdf | Various | Reference | 7 | SC | 6554 | 6560 |
| 96 | Beever et al.2003.Characterizing grazing disturbances in sem.pdf | Various | Reference | 18 | SC | 6561 | 6578 |
| 97 | Boedeker et al 2011 J Zoo Wildl Med_Effects og GnRH vaccine on elephant cyclicity and uterus.pdf | Various | Reference | 13 | SC | 6579 | 6591 |
| 98 | Bohrer et al 2014 J Anim Sci_Effect of GnRF vacine on growth estrusand other female pig characteristics.pdf | Various | Reference | 9 | SC | 6592 | 6600 |
| 99 | Botha et al 2008 Wildl Res_GnRH vaccine to suppress mare ovarian activity in field conditions_Improvac.pdf | Various | Reference | 8 | SC | 6601 | 6608 |
| 100 | Brown et al 1994 J Repro Fert_Imunization fo sheep v GnRH_effects on hormones and repro in rams.pdf | Various | Reference | 7 | SC | 6609 | 6615 |
| 101 | Carey et al 2019 Wildl Res_ darted PZP22 in Jarita Mesa_1 year effect.pdf | Various | Reference | 6 | SC | 6616 | 6621 |
| 102 | Coates et al 2021 JWM_Wild horses influence Sage-grouse demography.pdf | Various | Reference | 18 | SC | 6622 | 6639 |
| 103 | Coit et al 2009 Theriogenology_Why spayed dogs have more urinary incontinence.pdf | Various | Reference | 9 | SC | 6640 | 6648 |

Stone Cabin Wild Horse Gather Plan
Administrative Record
*Leigh v. BLM*  3:23-cv-00568-ART-CSD (D. Nevada)

| Doc. # | Filename & Link | Date | Description | Pages | Bates Prefix | Bates Start | Bates End |
|---|---|---|---|---|---|---|---|
| 104 | Cooper and Herbert 2001 Reprod Fertil Dev_Genetics and pop mgmt of overabundant wildlife.pdf | Various | Reference | 9 | SC | 6649 | 6657 |
| 105 | Cooper and Larsen 2006 Repro Review_Immunocontraception and genetic issues.pdf | Various | Reference | 8 | SC | 6658 | 6665 |
| 106 | Cothran E.G 2017b. Genetic Analysis of the South Stone Cabin NV0618.pdf | Various | Reference | 16 | SC | 6666 | 6681 |
| 107 | Cothran E.G. 2010. Genetic Analysis of the Saulsbury HMA NV620.pdf | Various | Reference | 9 | SC | 6682 | 6690 |
| 108 | Cothran E.G. 2012b Genetic Analysis of the Stone Cabin HMA NV618.pdf | Various | Reference | 10 | SC | 6691 | 6700 |
| 109 | Cothran E.G. 2017a. Genetic Analysis of the North Stone Cabin NV0618.pdf | Various | Reference | 24 | SC | 6701 | 6724 |
| 110 | Creel et al 2013 Funct Ecol_Ecology of stress_social environment.pdf | Various | Reference | 15 | SC | 6725 | 6739 |
| 111 | Curtis et al 2001_Reproduction Suppl_Comparative effects of GnRH and PZP vaccines in deer.pdf | Various | Reference | 11 | SC | 6740 | 6750 |
| 112 | Curtis et al. 2008 Physiological Effects of GnRH vaccine in WTD.pdf | Various | Reference | 13 | SC | 6751 | 6763 |
| 113 | Dalin et al 2002 Transbd Emerg Diseases.pdf | Various | Reference | 2 | SC | 6764 | 6765 |
| 114 | Dalmau et al. 2015_Theriogenology_GnRF vaccine suppresses estrus in iberian female pigs.pdf | Various | Reference | 6 | SC | 6766 | 6771 |
| 115 | de Seve C W_and S L_Boyles Griffin 2013 - JZWM-Economic Model.pdf | Various | Reference | 5 | SC | 6772 | 6776 |
| 116 | Dong et al 2011 J Neuroendrocrinology_The heart is a GnRH hormone target.pdf | Various | Reference | 9 | SC | 6777 | 6785 |
| 117 | Donovan et al 2013 Anim Repro Sci_Effects of canine GnRH vaccine on estrus in Mares.pdf | Various | Reference | 22 | SC | 6786 | 6807 |
| 118 | Duncan et al 2017 JMamm_Effects of prolonged PZP use in bison.pdf | Various | Reference | 16 | SC | 6808 | 6823 |

Stone Cabin Wild Horse Gather Plan
Administrative Record
*Leigh v. BLM*  3:23-cv-00568-ART-CSD (D. Nevada)

| Doc. # | Filename & Link | Date | Description | Pages | Bates Prefix | Bates Start | Bates End |
|---|---|---|---|---|---|---|---|
| 119 | Elhay et al 2007 Aust Vet J_GnRH vaccine_Suppression of behavioral and physiological estrus in mares.pdf | Various | Reference | 8 | SC | 6824 | 6831 |
| 120 | EPA 2009 GonaCon Pesticide Fact Sheet.pdf | Various | Reference | 13 | SC | 6832 | 6844 |
| 121 | EPA 2009 GonaCon product registration.pdf | Various | Reference | 13 | SC | 6845 | 6857 |
| 122 | EPA 2012 ZonaStat EPA Pesticide Fact Sheet.pdf | Various | Reference | 9 | SC | 6858 | 6866 |
| 123 | EPA 2013 GonaCon Equine_product Registration 56228-41.pdf | Various | Reference | 3 | SC | 6867 | 6869 |
| 124 | EPA 2015 GonaCon Equine_revised product label 56228-41.pdf | Various | Reference | 3 | SC | 6870 | 6872 |
| 125 | Feh 2012 IWEC Vienna_Delayed PZP reversibility in Prezwalkis horses.pdf | Various | Reference | 4 | SC | 6873 | 6876 |
| 126 | Feh and Munkhtuya 2008 Behav Proc_Male infanticide in P horses.pdf | Various | Reference | 5 | SC | 6877 | 6881 |
| 127 | Fonner and Bohara 2017 Ag App Econ Assn_Optimal control of WH_nonlethal.pdf | Various | Reference | 23 | SC | 6882 | 6904 |
| 128 | French et al 2017 Fert Control Conf Abstract_PZP vaccine for donkeys in Caribbean.pdf | Various | Reference | 1 | SC | 6905 | 6905 |
| 129 | French et al 2020 Theriogenology_Review of PZP vaccine safety efficacy in donkeys.pdf | Various | Reference | 7 | SC | 6906 | 6912 |
| 130 | GAO 2008 WHB program_unadoptable animals.pdf | Various | Reference | 88 | SC | 6913 | 7000 |
| 131 | Garrott and Oli 2013 Science_Critical crossroads for WHB.pdf | Various | Reference | 2 | SC | 7001 | 7002 |
| 132 | Garrott Siniff and Eberhardt 1991 Growth rates of feral horses.pdf | Various | Reference | 9 | SC | 7003 | 7011 |
| 133 | Garza et al 1986 Biol of Repro_Mare immunization vs GnRH_effects on secretion of LH and FSH.pdf | Various | Reference | 6 | SC | 7012 | 7017 |
| 134 | Gionfriddo et al 2011 WSB_Health effects of GonaCon in WTDeer.pdf | Various | Reference | 13 | SC | 7018 | 7030 |

Stone Cabin Wild Horse Gather Plan
Administrative Record
*Leigh v. BLM*  3:23-cv-00568-ART-CSD (D. Nevada)

| Doc. # | Filename & Link | Date | Description | Pages | Bates Prefix | Bates Start | Bates End |
|---|---|---|---|---|---|---|---|
| 135 | Gionfriddo et al2011 WSB_Efficacy of GonaCon in WTDeer.pdf | Various | Reference | 8 | SC | 7031 | 7038 |
| 136 | Goodloe 1991 U GA PhD_Immunocontraception gnetic mgmt and demography of barrier island horses.pdf | Various | Reference | 37 | SC | 7039 | 7075 |
| 137 | Grams et al 2022 Wildl Res_WH growth rates after PZP-22.pdf | Various | Reference | 11 | SC | 7076 | 7086 |
| 138 | Gray 2009 Biology Letters_WH infanticide.pdf | Various | Reference | 3 | SC | 7087 | 7089 |
| 139 | Gray 2009UNR Dissertation_Effect of fertility manipulation on feral horse social behavior.pdf | Various | Reference | 60 | SC | 7090 | 7149 |
| 140 | Gray 2010 Wildl Res_Single injection immunocontraceptives.pdf | Various | Reference | 8 | SC | 7150 | 7157 |
| 141 | Gray and Cameron 2010 Repro Rev_Side effects of contraception in WH.pdf | Various | Reference | 11 | SC | 7158 | 7168 |
| 142 | Greene et al 2013 J Eq Vet Sci_Welfare assessment of BLM WHB gathers.pdf | Various | Reference | 1 | SC | 7169 | 7169 |
| 143 | Gross 2000 Biol Cons.pdf | Various | Reference | 12 | SC | 7170 | 7181 |
| 144 | Gupta and Minhas 2017 Front Biosci_Contraceptive vaccines and wildlife population management.pdf | Various | Reference | 18 | SC | 7182 | 7199 |
| 145 | Hailer et al 2006 Biol Letters_Genetic diversity in long lived species.pdf | Various | Reference | 4 | SC | 7200 | 7203 |
| 146 | Hailer Nygard et al 2006 Biol Letters_Genetic diversity in long lived species.pdf | Various | Reference | 4 | SC | 7204 | 7207 |
| 147 | Hall et al 2016 Reprod Fert Devel_Nonsurgical sterilization and Australian feral horse mgmt.pdf | Various | Reference | 12 | SC | 7208 | 7219 |
| 148 | Hampton et al 2015 Animals_Is wildlife fertility control always humane.pdf | Various | Reference | 25 | SC | 7220 | 7244 |
| 149 | Heilman et al 1998 JWM Behavioral response of elk treated with PZP.pdf | Various | Reference | 9 | SC | 7245 | 7253 |

Stone Cabin Wild Horse Gather Plan
Administrative Record
*Leigh v. BLM*  3:23-cv-00568-ART-CSD (D. Nevada)

| Doc. # | Filename & Link | Date | Description | Pages | Bates Prefix | Bates Start | Bates End |
|---|---|---|---|---|---|---|---|
| 150 | Herbert and Trigg 2005 Anim Repro Sci_Applications of GnRH in female animal fertility mgmt.pdf | Various | Reference | 13 | SC | 7254 | 7266 |
| 151 | Hobbs et al 2000 JWM effects of fertility control on populations of ungulates_stage structured models.pdf | Various | Reference | 20 | SC | 7267 | 7286 |
| 152 | Hsueh and Erickson 1979 Science_Extrapituitary action fo GnRH_direct inhibition ovaran steroidogenesis.pdf | Various | Reference | 3 | SC | 7287 | 7289 |
| 153 | Imboden 2006 U Zurich Dissertation_GnRH Improvac effect on mare cyclicity and reproductive behaviors.pdf | Various | Reference | 26 | SC | 7290 | 7315 |
| 154 | Janett et al 2009 Swiss Arch Tierheilk.pdf | Various | Reference | 7 | SC | 7316 | 7322 |
| 155 | Janett et al2009 Anim Repro Sci_GnRH effects in stallions.pdf | Various | Reference | 3 | SC | 7323 | 7325 |
| 156 | Jaworska et al 2020 Theriogenology_Stallion changes are not assoc w infanticide or feticide in Konik.pdf | Various | Reference | 28 | SC | 7326 | 7353 |
| 157 | Jones and Nunez 2019 App Anim Behav Sci_Decreased PZP mare fidelity changes stallion behavior.pdf | Various | Reference | 42 | SC | 7354 | 7395 |
| 158 | Jones Proops Nunez 2020 App Anim Behav Sci_Stallions respond to squeals more after mares change groups.pdf | Various | Reference | 33 | SC | 7396 | 7428 |
| 159 | Joone 2017 Theriogenology_Ovarian dysfunction associated with PZP vaccines.pdf | Various | Reference | 9 | SC | 7429 | 7437 |
| 160 | Joone 2017a Eq Vet J_Ovarian Func Preg Outcome native pZP and rZP3 rZP4 vaccines.pdf | Various | Reference | 7 | SC | 7438 | 7444 |
| 161 | Joone et al 2017b Fert Control Conf Abstract.pdf | Various | Reference | 1 | SC | 7445 | 7445 |
| 162 | Joone2017c Theriogenology_Serum AMH dynamics in PZP or GnRH vaccine treated mares.pdf | Various | Reference | 27 | SC | 7446 | 7472 |
| 163 | Kahler and Boyles Griffin 2022 9th ICWFC_Wild burro PZP darting in AZ.pdf | Various | Reference | 1 | SC | 7473 | 7473 |
| 164 | Kane 2018 Human Wildife Interact_Review of contraception and sterilization Feral Horse.pdf | Various | Reference | 6 | SC | 7474 | 7479 |

Stone Cabin Wild Horse Gather Plan
Administrative Record
*Leigh v. BLM*  3:23-cv-00568-ART-CSD (D. Nevada)

| Doc. # | Filename & Link | Date | Description | Pages | Bates Prefix | Bates Start | Bates End |
|---|---|---|---|---|---|---|---|
| 165 | Kaur and Prabha 2014 BioMed Res Intl_Immunocontraceptive fert control human.pdf | Various | Reference | 16 | SC | 7480 | 7495 |
| 166 | Kean et al 1994 Poultry Science_Selection for immunocompetence.pdf | Various | Reference | 16 | SC | 7496 | 7511 |
| 167 | Killian et al 2009 GonaCon in female elk.pdf | Various | Reference | 5 | SC | 7512 | 7516 |
| 168 | Killian et al2006 Proc Vert Pest Conf_3 contraceptives effects on Wild Horses.pdf | Various | Reference | 6 | SC | 7517 | 7522 |
| 169 | Killian2008_Four Year contraception rates.pdf | Various | Reference | 9 | SC | 7523 | 7531 |
| 170 | Kirkpatrick 2010 Immunocontracption w PZP in Federal WH populations.pdf | Various | Reference | 43 | SC | 7532 | 7574 |
| 171 | Kirkpatrick 2011 Am J Repro Immuno_Contraceptive vaccines for wildlife.pdf | Various | Reference | 12 | SC | 7575 | 7586 |
| 172 | Kirkpatrick 2012 Immunocontraceptive Reproductive Control Utilizing PZP in federal wild horse pops.pdf | Various | Reference | 43 | SC | 7587 | 7629 |
| 173 | Kirkpatrick and Turner 2002 Repro_Reversiblilty and safety of PZP in mares.pdf | Various | Reference | 6 | SC | 7630 | 7635 |
| 174 | Kirkpatrick et al 1992 J Reprod Fert Long-term effects of PZP in horses.pdf | Various | Reference | 8 | SC | 7636 | 7643 |
| 175 | Kirkpatrick Turner 1991 JWM Compensatory reproduction in horses.pdf | Various | Reference | 5 | SC | 7644 | 7648 |
| 176 | Kirkpatrick_Turner 2003_J App An Welf Sci_Absence of PZP effects on birth season or foal survival.pdf | Various | Reference | 8 | SC | 7649 | 7656 |
| 177 | Knight 2014 Thesis_Effects of PZP on feral horses health behavior.pdf | Various | Reference | 70 | SC | 7657 | 7726 |
| 178 | Levy et al 2011 Theriogenology_GonaCon Long term fertility control in female cats.pdf | Various | Reference | 9 | SC | 7727 | 7735 |
| 179 | Liu et al 1989 J Repro Fert_Contraception in mares via PZP.pdf | Various | Reference | 11 | SC | 7736 | 7746 |
| 180 | Lowry et al 2005.pdf | Various | Reference | 263 | SC | 7747 | 8009 |

Stone Cabin Wild Horse Gather Plan
Administrative Record
*Leigh v. BLM*  3:23-cv-00568-ART-CSD (D. Nevada)

| Doc. # | Filename & Link | Date | Description | Pages | Bates Prefix | Bates Start | Bates End |
|---|---|---|---|---|---|---|---|
| 181 | Madosky et al 2010 Appl Anim Behav Sci_Effects of PZP on harem fidelity_Shackleford banks.pdf | Various | Reference | 7 | SC | 8010 | 8016 |
| 182 | Magiafoglou et al 2003 Imm Cell Bio_Immunocontraception for population control_will resistance evolve.pdf | Various | Reference | 8 | SC | 8017 | 8024 |
| 183 | Mask et al 2015 Theriogenology_Antibody reactivity to equine ZP after SpayVac.pdf | Various | Reference | 7 | SC | 8025 | 8031 |
| 184 | McCann et al 2017 Abstract_Delivery of GonaCon to horses via darts.pdf | Various | Reference | 1 | SC | 8032 | 8032 |
| 185 | Miller 2008 Am J Reprod Immunol_GonaCon in white tailed deer_comparing GnRH preparations.pdf | Various | Reference | 11 | SC | 8033 | 8043 |
| 186 | Miller et al 2013 J Zoo Wildl Med_20 years of immunocontraceptives lessons learned.pdf | Various | Reference | 14 | SC | 8044 | 8057 |
| 187 | Mills and Allendorf 1996 Cons Bio_One migrant per generation.pdf | Various | Reference | 10 | SC | 8058 | 8067 |
| 188 | Munoz et al 2020 J Arid Env_Wild horses disrupt Sage grouse lekking numbers.pdf | Various | Reference | 6 | SC | 8068 | 8073 |
| 189 | Nettles 1997 Reprod Fert and Devel_Abstract_Potential problems with wildlife contraceptives.pdf | Various | Reference | 1 | SC | 8074 | 8074 |
| 190 | Nolan 2018 J Eq Vet Sci_ZP suppresses ovarian activity_clinical and AMH.pdf | Various | Reference | 1 | SC | 8075 | 8075 |
| 191 | Nolan 2018 Theriog_Ovarian effects of PZP and GnRH vaccines.pdf | Various | Reference | 3 | SC | 8076 | 8078 |
| 192 | Nolan et al 2018 J Eq Vet Sci_rZP vaccine w novel adjuvant_good titer response.pdf | Various | Reference | 1 | SC | 8079 | 8079 |
| 193 | NRC NAS 2013 BLM WHB A way forward.pdf | Various | Reference | 451 | SC | 8080 | 8530 |
| 194 | Nunez 2010 PLoS ONE_PZP extends breeding season.pdf | Various | Reference | 10 | SC | 8531 | 8540 |
| 195 | Nunez 2014_Gen Comp Endocrin_Group transfers elevate fecal cortisol.pdf | Various | Reference | 8 | SC | 8541 | 8548 |

Stone Cabin Wild Horse Gather Plan
Administrative Record
*Leigh v. BLM*  3:23-cv-00568-ART-CSD (D. Nevada)

| Doc. # | Filename & Link | Date | Description | Pages | Bates Prefix | Bates Start | Bates End |
|---|---|---|---|---|---|---|---|
| 196 | Nunez 2018 HWI WHB issue_Consequences of PZP to feral horses.pdf | Various | Reference | 12 | SC | 8549 | 8560 |
| 197 | Nunez et al 2009 App Anim Behav Sci_PZP decrease fidelity in feral horses in nonbreeding season.pdf | Various | Reference | 10 | SC | 8561 | 8570 |
| 198 | Nunez et al 2017 Conservation Physiology_Lingering effects of PZP on mare fertility and social.pdf | Various | Reference | 12 | SC | 8571 | 8582 |
| 199 | Powell 1999 J Appp Anim Welf Sci_PZP behavioral effects in feral horses.pdf | Various | Reference | 16 | SC | 8583 | 8598 |
| 200 | Powell Monfort 2001 J App An Welf Sci_Effects of PZP on estrus cyclicity in mares.pdf | Various | Reference | 14 | SC | 8599 | 8612 |
| 201 | Powers 2011 Biol of Repro_Effects of GnRH immunization on elk.pdf | Various | Reference | 9 | SC | 8613 | 8621 |
| 202 | Powers et al 2013 J Zoo Wildl Med GonaCon in elk.pdf | Various | Reference | 3 | SC | 8622 | 8624 |
| 203 | Powers et al. 2012 Therio -GnRH antibody transferdoes not affect calf development.pdf | Various | Reference | 14 | SC | 8625 | 8638 |
| 204 | Ransom and Cade 2009 USGS_Quantifying equid behavior_ethogram.pdf | Various | Reference | 33 | SC | 8639 | 8671 |
| 205 | Ransom et al 2011 WSB Foaling rates in horses after PZP.pdf | Various | Reference | 10 | SC | 8672 | 8681 |
| 206 | Ransom et al 2013 PLoS one_PZP and trophic asynchrony.PDF | Various | Reference | 9 | SC | 8682 | 8690 |
| 207 | Ransom et al 2014a JAE_Ecological feedbacks can reduce population-level efficacy of fertility control.pdf | Various | Reference | 11 | SC | 8691 | 8701 |
| 208 | Ransom et al 2014b Appl Anim Behav Sci_Behavior of horses after GonaCon.pdf | Various | Reference | 12 | SC | 8702 | 8713 |
| 209 | Ransom et al 2016 Wild and feral equid population dynamics_small.pdf | Various | Reference | 8 | SC | 8714 | 8721 |
| 210 | Ransom_et al 2010 App Anim Behav Sci_Behavioral effects of PZP.pdf | Various | Reference | 10 | SC | 8722 | 8731 |

Stone Cabin Wild Horse Gather Plan
Administrative Record
*Leigh v. BLM*  3:23-cv-00568-ART-CSD (D. Nevada)

| Doc. # | Filename & Link | Date | Description | Pages | Bates Prefix | Bates Start | Bates End |
|---|---|---|---|---|---|---|---|
| 211 | Roelle and Oyler McCance 2015 population and genetic modeling of a mare sterilant.pdf | Various | Reference | 159 | SC | 8732 | 8890 |
| 212 | Roelle and Ransom 2009 USGS_Injection site reactions.pdf | Various | Reference | 22 | SC | 8891 | 8912 |
| 213 | Roelle et al 2010 Demography of Pryor Mountains Horses.pdf | Various | Reference | 40 | SC | 8913 | 8952 |
| 214 | Roelle et al 2017 WSB_Efficacy of SpayVac as a contraceptive in feral horses.pdf | Various | Reference | 9 | SC | 8953 | 8961 |
| 215 | Rubenstein 1981 Eq Vet J_Behavioral ecology of island feral horses.pdf | Various | Reference | 8 | SC | 8962 | 8969 |
| 216 | Rutberg et al 2017 Contraceptive efficacy of boosting and priming doses (WR).pdf | Various | Reference | 8 | SC | 8970 | 8977 |
| 217 | Sacco et al 1981 J Reprod Immun_PZP antibodies via placenta and milk.pdf | Various | Reference | 10 | SC | 8978 | 8987 |
| 218 | Sarker et al. 1999 IgG and IgM selection chickens.PDF | Various | Reference | 7 | SC | 8988 | 8994 |
| 219 | Scasta 2016 REM Meta-analysis of wild horse, livestock, and wild ungulate diets.pdf | Various | Reference | 9 | SC | 8995 | 9003 |
| 220 | Scasta 2020 J Eq Vet Sci_Review of WHB capture mortality 2010 to 2019.pdf | Various | Reference | 8 | SC | 9004 | 9011 |
| 221 | SCC 2015 Materials Safety Data Sheet ZonaStat H.pdf | Various | Reference | 7 | SC | 9012 | 9018 |
| 222 | Schaut et al 2018 Vaccine_Implant description of patented MAP GnRH vaccine delivery device.pdf | Various | Reference | 2 | SC | 9019 | 9020 |
| 223 | Schulman et al 2013 EVJ Reversibility of GnRH vaccination.pdf | Various | Reference | 3 | SC | 9021 | 9023 |
| 224 | Shumake and Killian 1997 Great Plains Wild Damage workshop.pdf | Various | Reference | 9 | SC | 9024 | 9032 |
| 225 | Skinner et al 1984 Endocrin Abstract.pdf | Various | Reference | 2 | SC | 9033 | 9034 |
| 226 | Stout et al 2003 Abstract_Efficacy of GnRH vaccines in controlling reproductive function in horses.pdf | Various | Reference | 79 | SC | 9035 | 9113 |
| 227 | Turner 1996 J Repro Fert_PZP in feral burros.pdf | Various | Reference | 5 | SC | 9114 | 9118 |

Stone Cabin Wild Horse Gather Plan
Administrative Record
*Leigh v. BLM*  3:23-cv-00568-ART-CSD (D. Nevada)

| Doc. # | Filename & Link | Date | Description | Pages | Bates Prefix | Bates Start | Bates End |
|---|---|---|---|---|---|---|---|
| 228 | Turner 1997 JWM_PZP limits foal production in NV horses.pdf | Various | Reference | 9 | SC | 9119 | 9127 |
| 229 | Turner 2002 Reprod Suppl_PZP in horses 10 year study.pdf | Various | Reference | 10 | SC | 9128 | 9137 |
| 230 | Turner 2007 JWM_PZP22 provides 2 years effect in horses.pdf | Various | Reference | 6 | SC | 9138 | 9143 |
| 231 | Turner 2008 Wildlife research_pellets extend PZP infertility.pdf | Various | Reference | 8 | SC | 9144 | 9151 |
| 232 | Turner_Kirkpatrick 2002 Reproduction_Effects of PZP on reproduction and longevity in Assateague.pdf | Various | Reference | 9 | SC | 9152 | 9160 |
| 233 | USFWS 2015 Decision not to list WH pop segment.pdf | Various | Reference | 6 | SC | 9161 | 9166 |
| 234 | Wang-Cahill 2017 APHIS_Risk Assessment GonaCon.pdf | Various | Reference | 16 | SC | 9167 | 9182 |
| 235 | Wright 1931 Genetics_Evolution in Mendelian populations.pdf | Various | Reference | 63 | SC | 9183 | 9245 |
| 236 | Yao et al 2018 Theriogenology_Effect of novel MAP GnRH vaccine on rats.pdf | Various | Reference | 8 | SC | 9246 | 9253 |
| 237 | Zoo Montana 2000 SCC_Wildlife fertility control_fact and fancy.pdf | Various | Reference | 16 | SC | 9254 | 9269 |
| 238 | 1994 Guidelines for Cumulatives.pdf | 1994-04-01 | Supplemental | 73 | SC | 9270 | 9342 |
| 239 | Barnett.2002.Sheldon Horse Impact Study.pdf | Various | Supplemental | 29 | SC | 9343 | 9371 |
| 240 | Batchelor et al 2015 Env Mgmt.pdf | Various | Supplemental | 13 | SC | 9372 | 9384 |
| 241 | Beever Brussard 2000.pdf | Various | Supplemental | 19 | SC | 9385 | 9403 |
| 242 | Belnap et al 2001 DOI Tech Ref.pdf | 2001-01-01 | Supplemental | 118 | SC | 9404 | 9521 |
| 243 | BLM 2022 WHB program research update.pdf | 2022-09-01 | Supplemental | 16 | SC | 9522 | 9537 |
| 244 | BLM IB 2022-008 WHB 2021 Strategic Research Plan.pdf | 2021-11-16 | Supplemental | 56 | SC | 9538 | 9593 |
| 245 | BLM IM 2015-151 CAWP for WHB Gathers.pdf | 2015-09-25 | Supplemental | 5 | SC | 9594 | 9598 |
| 246 | Burdick et al 2021.pdf | Various | Supplemental | 12 | SC | 9599 | 9610 |
| 247 | Couvreur et al 2004.pdf | Various | Supplemental | 9 | SC | 9611 | 9619 |
| 248 | Herbel 2004 Range Management.pdf | Various | Supplemental | 9 | SC | 9620 | 9628 |
| 249 | S&G Mojave-Southern_Great_Basin.pdf | 2006-09-01 | Supplemental | 16 | SC | 9629 | 9644 |