BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(California Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(California Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants*. | CASE NO. 3:23-cv-00568-ART-CSD<br><br>**DECLARATION OF J. RAE LOVKO IN SUPPORT OF PLAINTIFFS' MOTION FOR JUDICIAL NOTICE** |

1

**DECLARATION OF J. RAE LOVKO IN SUPPORT OF PLAINTIFFS' MOTION FOR JUDICIAL NOTICE**

I, J. Rae Lovko, declare that if called as a witness in this action I would competently testify of my own personal knowledge, as follows:

1. I am an attorney with Greenfire Law, PC, counsel for Plaintiffs in the above-titled action.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from Merriam Webster's online dictionary. I downloaded these excerpts from https://www.merriam-webster.com/dictionary/constraint and https://www.merriam-webster.com/dictionary/constrain.

3. Attached hereto as Exhibit B is a true and correct copy of Notes for 43 CFR Subtit. B, Ch. II, Subch. D, Group 4700. This was downloaded from Lexis.

4. Attached hereto as Exhibit C is a true and correct copy of 51 Fed. Reg. 7410, Mar. 3. 1986.

5. Attached hereto as Exhibit D is a true and correct copy of 56 Fed. Reg. 786, January 9, 1991.

6. Attached hereto as Exhibit E is a true and correct copy of 43 C.F.R. §4700 et seq. (1985).

7. Attached hereto as Exhibit F is a true and correct copy of 49 Fed. Reg. 49252, Dec. 18, 1984.

DATED: December 13, 2024                    Respectfully submitted,


                                            /s/ Rae Lovko
                                            J. Rae Lovko
                                            (Cal. Bar No. 208855, admitted pro hac vice)
                                            2748 Adeline Street, Suite A
                                            Berkeley, CA 94703
                                            (510) 900-9502
                                            rlovko@greenfirelaw.com

2

**DECLARATION OF J. RAE LOVKO IN SUPPORT OF PLAINTIFFS' MOTION FOR JUDICIAL NOTICE**