BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(California Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(California Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants*. | CASE NO. 3:23-cv-00568-ART-CSD<br><br>**PLAINTIFFS' INDEX OF EXHIBITS TO REQUEST FOR JUDICIAL NOTICE** |

1

**PLAINTIFFS' INDEX OF EXHIBITS TO REQUEST FOR JUDICIAL NOTICE**

| EXHIBIT | DOCUMENT TITLE | PAGE |
|---------|----------------|------|
| A | Excerpts from Merriam Webster Dictionary | 1 |
| B | Notes for 43 C.F.R. Subtit. B, Ch. II, Subch. D, Group 4700 | 3 |
| C | 51 Fed. Reg. 7410, March 3, 1986 | 5 |
| D | 56 Fed. Reg. 786, January 9, 1991 | 16 |
| E | 43 C.F.R. §4700, et seq. (1985) | 19 |
| F | 49 Fed. Reg. 49252, December 18, 1984 | 30 |