# EXHIBIT A
# Excerpt from Merriam Webster Dictionary





## constraint noun

con·straint  kən-ˈstrānt

Synonyms of *constraint* >

1  **a** : the act of constraining
   **b** : the state of being checked, restricted, or compelled to avoid or perform some action
   > ... the *constraint* and monotony of a monastic life ...
   > – Matthew Arnold
   > a life of invalidism and *constraint*
   **c** : a constraining condition, agency, or force : **CHECK**
   > put legal *constraints* on the board's activities
   > Budget *constraints* have forced me to revise my travel plans.

2  **a** : repression of one's own feelings, behavior, or actions
   > emotional *constraint*
   **b** : a sense of being constrained : **EMBARRASSMENT**
   > " ... a *constraint* between us as if we were strangers ... "
   > – John P. Marquand



**Dictionary**

Definition

Synonyms
Synonym Chooser
Example Sentences
Word History
Entries Near
Show More ⌄

Save Word

## constrain *verb*

con·strain  kən-ˈstrān

constrained; constraining; constrains

Synonyms of *constrain* ›

*transitive verb*

1  **a** : to force by imposed stricture, restriction, or limitation
   Teenagers often feel *constrained* by rules.
   an artist *constrained* by a client's requirements

   **b** : to restrict the motion of (a mechanical body) to a particular mode

2  : **COMPRESS**
   *also* : to clasp tightly

3  : to secure by or as if by bonds : **CONFINE**
   *constrained* to a dungeon
   *broadly* : **LIMIT**

4  : to force or produce in an unnatural or strained manner
   a *constrained* smile

5  : to hold back by or as if by force
   " ... *constraining* my mind not to wander from the task."
   — Charles Dickens

**constrainedly**  kən-ˈstrā-nəd-lē  -ˈstrānd-lē  *adverb*

2