**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>  *Plaintiffs*,<br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, JON RABY, Acting Director of the Bureau of Land Management, and KIMBERLY PRILL, Acting Nevada State Director of the Bureau of Land Management,<br><br>  *Federal Defendants*. | Case No. 3:23-cv-00568-ART-CSD |

**Declaration of Perry Wickham**

I, Perry B. Wickham, hereby declare as follows:

I have personal knowledge of the matters set forth herein and if called to testify I could and would testify competently thereto.

1. I am the Field Manager for the Tonopah Field Office and have been in this position since June 2019.

2. I am familiar with the Stone Cabin Complex and the larger gather area as analyzed in the Stone Cabin Complex Wild Horse Gather Plan Environmental Assessment, which encompasses approximately 886,181 acres of public and private lands in Nye County, Nevada. I oversaw the preparation and analysis for the BLM's Environmental Assessment ("EA") to analyze the environmental impacts of the Stone Cabin Complex Wild Horse Gather Plan to comply with the National Environmental Policy Act. I signed the April 11, 2023 Finding of No Significant Impact ("FONSI") and Decision Record ("DR") to approve the Stone Cabin Complex Wild Horse Gather Plan.

3. On February 7, 2025, the BLM Tonopah Field Office began scoping for a new Herd Management Area Plan that will cover the Stone Cabin Complex (both the Saulsbury and Stone Cabin Herd Management Areas) and the Little Fish Lake Joint Management Area.

4. The BLM began scoping by publishing a press release to notify the public of the beginning of the process and inviting the public to submit scoping comments through March 10, 2025. In support of the process, the BLM prepared and published a Management Evaluation.

5. It is the BLM's intent to complete the process and issue a Herd Management Area Plan in approximately one year from February 7, 2025.

1

I declare under penalty of perjury that the foregoing is true and correct.

_____
Perry B. Wickham, Field Manager
Tonopah Field Office
Battle Mountain District, BLM