AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

WILD HORSE EDUCATION, et al.

                Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, BLM, et al

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:23-cv-00568-ART-CSD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT pursuant to this court's order filed July 22, 2025 (ECF No. 53) Plaintiffs' motion for summary judgment (ECF No. 38) and Defendants' motion for summary judgment (ECF No. 43) are granted in part and denied in part as discussed therein :
The Court grants Defendants' motion and denies Plaintiffs' motion as to the mandamus claim.
The Court grants Plaintiffs' motion and denies Defendants' motion as to the claim under APA § 706(1) that BLM unreasonably delayed preparing an HMAP for the Saulsbury HMA. The Court remands to compel Defendants to prepare and approve an HMAP for the Saulsbury within one year of the date of this order.
The Court grants Defendants' motion and denies Plaintiffs' motion as to all claims under APA § 706(2).
The Court grants Defendants' motion and denies Plaintiffs' motion as to the National Environmental Policy Act claim.
IT IS FURTHER ORDER that judgment is hereby entered accordingly, and this case is closed.

   July 23, 2025

_____

Date

   DEBRA K. KEMPI

Clerk

/s/ DRM

_____

Deputy Clerk