**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation, | CASE NO. 3:23-cv-00568-ART-CSD |
| *Plaintiffs*, | **ORDER GRANTING** |
| v. | **JOINT MOTION AND STIPULATION TO EXTEND THE DEADLINE FOR FILING A MOTION FOR ATTORNEYS' FEES** |
| UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management, | |
| *Federal Defendants*. | |

Pursuant to Local Rule IA 6-1, Plaintiffs Laura Leigh and Wild Horse Education and Defendants United States Department of Interior, Bureau of Land Management (BLM), Tracy

Stone-Manning, in her official capacity as Director of the BLM, and Jon Raby, in his official capacity as Nevada State Director of the BLM, (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the time to file any motions related to attorneys' fees and costs by 30 days, until September 5, 2025. In support of this request, the Parties declare:

WHEREAS, on July 23, 2025, the Court issued an opinion and order on the Parties' cross-motions for summary judgment. ECF No. 53.

WHEREAS, on July 23, 2025, judgment was entered by the Clerk of the Court. ECF No. 54.

WHEREAS, pursuant to Rule 54(d)(2)(B), Plaintiffs must file a motion for attorneys' fees and costs on or before August 6, 2025.

WHEREAS, Plaintiffs' counsel is scheduled to be out of state for a long-planned family vacation from July 27 to August 12,

WHEREAS, the parties have met and conferred to determine whether Defendants would agree to extend the deadline for Plaintiffs to file their motion for attorneys' fees by thirty days to September 5, 2025.

WHEREAS, Defendants do not oppose this motion and hereby stipulate to the new deadline for Plaintiffs' motion as September 5, 2025.

WHEREAS, this is the first stipulation for an extension of time to file a motion for attorneys' fees and costs.

WHEREAS, it is well-established that the court has the inherent power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Leyva v. Certified Grocers of California*, 593 F.2d 857, 863-64 (9th Cir. 1979).

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES, AND THE COURT ORDERS, AS FOLLOWS:

Upon entry of the Court's order, the deadline to file any motion for attorneys' fees and costs is extended from August 6, 2025, until September 5, 2025.

IT IS SO STIPULATED.

Dated: July 28, 2025,                           Respectfully Submitted,

/s/ *Jessica L. Blome*
GREENFIRE LAW, PC
Jessica L. Blome
(Cal. Bar No. 314898, appearing pro hac vice)
Jennifer Rae Lovko
(Cal. Bar No. 208855, appearing pro hac vice)
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ *Joseph W. Crusham*
JOSEPH W. CRUSHAM, Trial Attorney
(CA Bar No. 324764)
Wildlife & Marine Resources Section
YOUNG A. KANG, Trial Attorney
(FL Bar No. 1025505)

Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov
Phone: (202) 514-2415 (Kang)
Email: young.kang@usdoj.gov

*Attorneys for Federal Defendants*

IT IS SO ORDERED:

_____
HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: July 29, 2025