ADAM R.F. GUSTAFSON
U.S. Department of Justice
Acting Assistant Attorney General
Environment & Natural Resources Division

JOSEPH W. CRUSHAM, Trial Attorney (CA Bar No. 324764)
Wildlife & Marine Resources Section
YOUNG A. KANG, Trial Attorney (FL Bar No. 1025505)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov
Phone: (202) 514-2415 (Kang)
Email: young.kang@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation, | )<br>)<br>)<br>) |
| *Plaintiffs*, | ) Case No. 3:23-cv-00568-ART-CSD<br>)<br>) **UNOPPOSED MOTION TO**<br>) **WITHDRAW AS COUNSEL** |
| v. | )<br>) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, JON RABY, Acting Director of the Bureau of Land Management, and KIMBERLY PRILL, Acting Nevada State Director of the Bureau of Land Management,[1] | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Federal Defendants*. | )<br>) |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Jon Raby, Acting Director of BLM, and Kimberly Prill, Acting Nevada State Director of BLM, are automatically substituted for Tracy Stone-Manning and Jon Raby, respectively.

1

Pursuant to Local Rule IA 11-6, Federal Defendants hereby move to withdraw Joseph W. Crusham as counsel of record, as Mr. Crusham will be leaving the U.S. Department of Justice after July 31, 2025. Young Kang will continue to represent Federal Defendants in this matter. Plaintiffs have confirmed that they do not oppose this motion.

Dated: July 31, 2025

Respectfully submitted,
ADAM R.F. GUSTAFSON
U.S. Department of Justice
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Joseph W. Crusham*
JOSEPH W. CRUSHAM,
Trial Attorney (CA Bar No. 324764)
Wildlife & Marine Resources Section
YOUNG A. KANG
Trial Attorney (FL Bar No. 1025505)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 307-1145 (Crusham)
Email: joseph.crusham@usdoj.gov
Phone: (202) 514-2415 (Kang)
Email: young.kang@usdoj.gov

*Attorneys for Federal Defendants*

IT IS SO ORDERED:

_____
HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: _____

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 31, 2025, I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system, which will send notification of this filing to the attorneys of record.

                                              */s/ Joseph W. Crusham*
                                              Joseph W. Crusham
                                              Attorney for Federal Defendants