ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

KIERAN F. O'NEIL, Trial Attorney (AK Bar No. 2311132)
Wildlife & Marine Resources Section
YOUNG A. KANG, Trial Attorney (FL Bar No. 1025505)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 598-0409 (O'Neil)
Email: kieran.o'neil@usdoj.gov
Phone: (202) 514-2415 (Kang)
Email: young.kang@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>　　　*Plaintiffs*,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, JON RABY, Acting Director of the Bureau of Land Management, and KIMBERLY PRILL, Acting Nevada State Director of the Bureau of Land Management,<br><br>　　　*Federal Defendants.* | Case No. 3:23-cv-00568-ART-CSD<br><br>**NOTICE OF APPEARANCE** |

　　　Please enter the appearance of Kieran F. O'Neil as counsel of record for Federal Defendants. Service of any papers and correspondence should be addressed as follows:

　　　<u>U.S. Mail (including USPS Priority Mail Services):</u>

　　　Kieran F. O'Neil
　　　U.S. Department of Justice
　　　Environment & Natural Resources Division

Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611

Express Mail Services or Hand Delivery:

Kieran F. O'Neil
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
4 Constitution Square
150 M Street, N.E., Room 3.408
Washington, D.C. 20002

Telephone / Facsimile:

Phone: (202) 598-0409
Fax: (202) 305-0275

Email:

kieran.o'neil@usdoj.gov

Dated: August 21, 2025

Respectfully submitted,
ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Kieran F. O'Neil*
KIERAN F. O'NEIL
Trial Attorney (AK Bar No. 2311132)
Wildlife & Marine Resources Section
YOUNG A. KANG
Trial Attorney (FL Bar No. 1025505)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 598-0409 (O'Neil)
Email: kieran.o'neil@usdoj.gov
Phone: (202) 514-2415 (Kang)
Email: young.kang@usdoj.gov

*Attorneys for Federal Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system, which will send notification of such to the attorneys of record.

                                        */s/ Kieran F. O'Neil*
                                        KIERAN F. O'NEIL