BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(California Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(California Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Federal Defendants*. | CASE NO. 3:23-cv-00568-ART-CSD<br><br>**JOINT MOTION AND STIPULATION TO EXTEND THE DEADLINE FOR FILING A MOTION FOR ATTORNEYS' FEES AND COSTS (SECOND REQUEST)** |

Pursuant to Local Rule IA 6-1, Plaintiffs Laura Leigh and Wild Horse Education and Federal Defendants the United States Department of Interior, the Bureau of Land Management (BLM), Tracy Stone-Manning, in her official capacity as Director of the BLM, and Jon Raby, in his official capacity as Nevada State Director of the BLM (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the time to file any motions related to attorneys' fees and costs to 45 days after the resolution of Plaintiffs' appeal. In support of this request, the Parties declare:

1. On July 23, 2025, the Court issued an opinion and order on the Parties' cross-motions for summary judgment. ECF No. 53.

2. On July 23, 2025, judgment was entered by the Clerk of the Court. ECF No. 54.

3. On July 29, 2025, the Court granted the Parties' joint motion for an extension of time for Plaintiffs to file their motion for attorneys' fees and costs by September 5, 2025. ECF Nos. 55, 56.

4. The current deadline for Plaintiffs to file their motion for attorneys' fees and costs is September 5, 2025.

5. Plaintiffs have decided to appeal the Court's July 23, 2025, opinion and order to the U.S. Court of Appeals for the Ninth Circuit. Plaintiffs are preparing the necessary paperwork for the notice of appeal and expect to file the notice this week.

6. The Parties have conferred to determine whether Federal Defendants would agree to extend the deadline for Plaintiffs to file their motion for attorneys' fees and costs to 45 days after the resolution of Plaintiffs' appeal. Federal Defendants do not oppose this motion and hereby stipulate to the new deadline for Plaintiffs' motion for attorneys' fees and costs to 45 days after the resolution of Plaintiffs' appeal.

7. This is the second stipulation for an extension of time for Plaintiffs to file a motion for attorneys' fees and costs.

8. The Parties' requested extension is supported by good cause because, should Plaintiffs invoke their right to appeal the Court's July 23, 2025, opinion and order, it would

promote judicial efficiency to defer any decision on Plaintiffs' motion for attorneys' fees and costs until after any such appeal is resolved. *See Env't Def. Ctr. v. Bureau of Ocean Energy Mgmt.*, No. CV168418PSGFFMX, 2019 WL 10786009, at *2 (C.D. Cal. Oct. 28, 2019) (agreeing that deferring a decision on a pending motion for attorneys' fees would promote judicial efficiency).

9. In addition, the extension of time will allow the Parties time to attempt to resolve Plaintiffs' fee request without the Court's further involvement.

10. It is well-established that the Court has the inherent power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Leyva v. Certified Grocers of California*, 593 F.2d 857, 863–64 (9th Cir. 1979).

11. By joining this motion, Federal Defendants do not agree that Plaintiffs are entitled to recover attorneys' fees or costs in this case, or to the amount of any such fees or costs. Federal Defendants do not waive any objection or defense they may have to Plaintiffs' claim for attorneys' fees and costs.

12. Accordingly, for the foregoing reasons, the Parties respectfully request that this Court extend Plaintiffs' deadline to file a motion for attorneys' fees and costs until 45 days following the final disposition of any appeals.

IT IS SO STIPULATED.

Dated: September 3, 2025,   Respectfully submitted,

/s/ *Jessica L. Blome*
GREENFIRE LAW, PC
Jessica L. Blome (Cal. Bar No. 314898)
Jennifer Rae Lovko (Cal. Bar No. 208855)
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

rlovko@greenfirelaw.com

BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

*Attorneys for Plaintiffs*


ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Kieran F. O'Neil*
KIERAN F. O'NEIL, Trial Attorney
(AK Bar No. 2311132)
Wildlife & Marine Resources Section
YOUNG A. KANG, Trial Attorney
(FL Bar No. 1025505)
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Phone: (202) 598-0409 (O'Neil)
Email: kieran.o'neil@usdoj.gov
Phone: (202) 322-8378 (Kang)
Email: young.kang@usdoj.gov

*Attorneys for Federal Defendants*



IT IS SO ORDERED:

_____
HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE


DATED: _____

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 3, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Nevada using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system, which includes counsel of record for all parties in the case.

                                                  <u>/s/ Jessica L. Blome</u>
                                                  Jessica L. Blome
                                                  *Attorney for Plaintiffs*