UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
# TO BE USED IN RECORD ON APPEAL

District Court Case Number: 3:23-cv-00568-ART-CSD

Court of Appeals Case Number: 25-5679

Case Caption: Wild Horse Education, et al., v. United States Department of the Interior, et al.

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 6/18/2025 | 52 | Motion for Summary Judgment Hearing | Rhonda Aquilina | Yes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Date: October 17, 2025

/s/ Jessica L. Blome
Signature

Jessica L. Blome
Print Name

Appellant
Appellant/Appellee