BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(California Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(California Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation, | Case No. 3:23-cv-00568-ART-CSD |
| *Plaintiffs*, | **UNOPPOSED MOTION REQUESTING EXPEDITED TRANSCRIPT** |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, TRACY STONE-MANNING, Director of the Bureau of Land Management, and JON RABY, Nevada State Director of the Bureau of Land Management, | (*Court of Appeals Case No. 25-56790*) |
| *Federal Defendants*. | |

On October 20, 2025, Plaintiffs filed a Designation of Transcripts to Be Used in Record on Appeal for the Motion for Summary Judgment Hearing held on June 18, 2025. Dkt. 64. On October 27, 2025, the District Court issued a notice that stated:

> Any Redaction Request is due by 11/17/2025. Release of the Transcript Restriction is set for 1/25/2026. Before release date, the transcript may be viewed at the court public terminal or purchased through the court reporter. After release date, it may be obtained through the court reporter or PACER.

Dkt. 65.

Plaintiffs respectfully request an expedited release of this transcript to accommodate the Appellants' Opening Brief deadline before the Ninth Circuit Court of Appeals. The Appellants' Opening Brief currently is due December 29, 2025. Based on this, Plaintiffs respectfully ask this Court to release the transcript restriction by December 19, 2025. The November 17, 2025 deadline need not be changed.

Plaintiffs' counsel conferred with Defendants' counsel before filing this motion; Defendants' counsel confirmed that Defendants will not oppose this motion.

*/s/ J. Rae Lovko*
JESSICA L. BLOME
California Bar No. 314898)
J. RAE LOVKO
(California Bar No. 208855)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
(702) 222-9999
danielle@decastroverdelaw.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: _____